Form defntc

# UNITED STATES BANKRUPTCY COURT

Northern Mariana Islands

Case No.:  1:24–bk–00002
Chapter:  11

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Imperial Pacific International (CNMI), LLC
    aka Imperial Palace, aka Imperial Pacific
    Resort
    PMB 895 Box 10001
    Saipan, MP 96950

Social Security / Individual Taxpayer ID No.:


Employer Tax ID / Other nos.:
    66–0822760

## DEFICIENCY NOTICE

To the Debtor(s) and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed immediately.

NOTE: Converting chapter 13 cases require a new matrix. Cases originally filed before January 12, 1987 must use GRID form matrix.


BPP Dcl Sign (Form 119) due 05/04/2024
Cash Flow Statement due 05/04/2024
Employee Income Record due 05/04/2024
Eq. Sec. Hold. List due 05/04/2024
Income Tax Return due 05/04/2024
Ch 11 Income Form 122B due 05/04/2024
Schedule A/B due 05/04/2024
Schedule C due 05/04/2024
Balance Sheet due 05/04/2024
Schedule D due 05/04/2024
Summary of Schedules due 05/04/2024
Schedule E/F due 05/04/2024
Schedule G due 05/04/2024
Schedule H due 05/04/2024
Schedule I due 05/04/2024
Schedule J due 05/04/2024
Schedule J–2 due 05/04/2024
Stmt of Fin Affairs due 05/04/2024
Statement of Operations due 05/04/2024

Dated: 4/19/24

                                        Heather L Kennedy, Clerk

                                        By

                                        William J Bezzant
                                        Deputy Clerk