| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Imperial Pacific International (CNMI), LLC | |
| United States Bankruptcy Court for the: | COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS | |
| Case number (if known): | BK 24 00002 | |

FILED
Clerk
District Court

APR 19 2024

for the Northern Mariana Islands
By _____JP_____
(Deputy Clerk)

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Treasurer of CNMI P.O. Box 5234 CHRB Saipan, MP 96950 | | Casino License Fees | Contingent Disputed | | | $62,010,280.00 |
| MCC International Saipan Ltd. Co. 5960 Plaza Drive P.O. Box 500730 Saipan, MP 96950 | Guoqiang Yang (670) 234-7859 | Construction Services | Contingent Disputed | | | $34,993,862.00 |
| Commonwealth Casino Commission Unit 13/14F Springs Plaza, Gualo Rai Saipan, MP 96950 | Edward DeLeon Guerrero commissioner.edlg@gmail.com (670) 588-6588 | Licensing fees and penalties | Contingent Disputed | | | $17,620,000.00 |
| Hughes Hubbard & Reed LLP 1775 I Street NW Washington, DC 20006-2401 | Richard Miller, Esq. rmiller@pacificlawyers.law (670) 234-5684 | Breach of contract claim [Hughes Hubbard & Reed LLP v. [Debtor], CNMI Superior Court 23-0289-CV] | Disputed | | | $8,583,158.54 |
| Century Estate Investment Ltd c/o/ Mathew Gregory PMB 419 Box 10000 Saipan, MP 96950 | Yuen Han Maria Kwok nongzong@mail.com | Loan | Unliquidated | | | $8,000,000.00 |
| CNMI Department of Revenue and Taxation P.O. Box 5234 CHRB Saipan, MP 96950 | revtaxinfo@dof.gov.mp (670) 664-1000 | Business Gross Revunue Tax | Disputed | $7,943,035.39 | $0.00 | $7,943,035.39 |
| Joshua Gray c/o Law Office of Bruce Berline, LLC P.O. Box 5682 CHRB Saipan, MP 96950 | Bruce Berline, Esq. bruce@saipanlaw.com (670) 233-3663 | Default Judgment [District Court of NMI 1-19-CV-0008] | Disputed | | | $5,686,182.20 |

Debtor   **Imperial Pacific International (CNMI), LLC**             Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DFK Limited<br>RM15 A15/F Goodwill, Industr. Bldg<br>36-44 PAK TIN Par Street Tsuen Wan<br>HONG KONG | Shi Hao Liu<br><br>elkelvin@aliyun.com | Loan | | | | $4,100,000.00 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | Federal Tax | | | | $4,079,955.00 |
| Fujitec Pacific, Inc.<br>128 N. Marine Corps Drive, Suite C<br>Tamuning, GU 96913 | Colin Thompson, Esq.<br><br>cmtlaw@live.com<br>(671) 646-4120 | Default Judgment in CNMI Superior Court, Case No. 22-0171-CV | Disputed | | | $2,679,255.45 |
| Modica Pro Pty Ltd<br>1/131 Glenroy Road<br>Glenroy 3045, Victoria<br>AUSTRALIA | Joe McDoulett, Esq.<br><br>joey@mcdoulettlaw.com<br>(670) 233-3244 | Claims asserted in Modica Pro v. [Debtor] | Disputed | | | $2,600,000.00 |
| U.S. Department of Justice, Civil Divisi<br>450 Golden Gate Ave, Room 7-5395<br>P.O. Box 36028<br>San Francisco, CA 94102 | Eric Kaufman-Cohen<br><br>Eric.kaufman-cohen@usdoj.gov<br>(415) 436-6630 | Damages claim | Contingent Disputed | | | $1,460,545.00 |
| U.S. Department of Labor, Wage & Hour Di<br>U.S. District Courthouse Bldg.<br>520 W. Soledad Ave., #101<br>Hagatna, GU 96910-4950 | Charles Song, Esq.<br><br>Song.Charles.C@dol.gov<br>(202) 961-4632 | Balance of Stipulated Judgment | | | | $950,000.00 |
| Kan Pacific Saipan, Ltd.<br>c/o Seman Law Office, LLC<br>P.O. Box 10001 PMB 168<br>Saipan, MP 96950 | Vincent J. Seman, Esq.<br><br>vjseman@semanlaw.com;<br>Jji.lojji@aol.com<br>(670) 323-2115 | Judgment [District Court of NMI 1-21-CV-0034; District Court of NMI 1-23-CV-0011] | | | | $907,609.52 |

Debtor   **Imperial Pacific International (CNMI), LLC**              Case number *(if known)*
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| James C. Whang / So. Pacific Lumber Corp c/o Thompson Law, LLC PMB 917 Box 10001 Saipan, MP 96950 | James Whang splcspn@yahoo.com (670) 989-8809 | Judgment in South Pacific Lumber Corporation Whang v. IPI, District Court of NMI, Civil No. 21-CV-0027 | Disputed | | | $795,236.88 |
| Actimize Limited 15/F, International Trade Tower 348 Kwun Tong Road, Kowloon HONG KONG | compliance@niceactimize.com 653-157-4667 | Professional Services | Disputed | | | $772,714.00 |
| GT Building Systems Intl Pte. Ltd. Ming Arcade, 21 Cuscaden Road Singapore (249720) SINGAPORE | Colin Thompson, Esq. Info.sg@gtbuildings.com;Cmtlaw@live.com +65 81201014; (670) 233-0777 | Balance of Judgment in CNMI Superior Court, Case No. 20-0214-CV | Contingent Disputed | | | $761,658.80 |
| USA Fanter Corp. Ltd. PMB 1372 P.O. Box 10003 Saipan, MP 96950 | usafanter.operations@gmail.com; Cmtlaw@live.com | Judgments issued in District Court of NMI, Civil No. 1-20-CV-0005 and Civil No. 1-21-CV-0035 | Disputed | | | $726,127.05 |
| Guangdong HuaRuiDe Development Co., Ltd. P.O. Box 501640 Saipan, MP 96950 | Chen, Ghengux +020 36125018; +020 38840843 | Travel Expenses | Unliquidated | | | $600,070.00 |
| AM Group, LLC PMB 397 Box 100001 Saipan, MP 96950 | Leo Wu amgroup@yahoo.com (670) 285-5371; (670) 322-6000 | Construction Services | Disputed | | | $544,360.00 |

# United States Bankruptcy Court
## Commonwealth of the Northern Mariana Islands

In re **Imperial Pacific International (CNMI), LLC**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Best Sunshine Int'l Ltd.<br>P.O. Box 957<br>Offshore Incorporations Ctre, Road Town<br>Tortola BVI | | | 100% membership interest |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **April 19, 2024**     Signature **/s/ Howyo Chi**
                                            **Howyo Chi**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders