# United States Bankruptcy Court
## Commonwealth of the Northern Mariana Islands

In re   **Imperial Pacific International (CNMI), LLC** _____
                                          Debtor(s)

Case No. BK 24 00002

Chapter   **11**

FILED
Clerk
District Court

APR 19 2024

for the Northern Mariana Islands
By
(Deputy Clerk)

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Imperial Pacific International (CNMI), LLC**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Best Sunshine Int'l Ltd.**
**P.O. Box 957**
**Offshore Incorporations Ctre, Road Town**
**Tortola BVI**
_____

☐ None [*Check if applicable*]

4/19/2024
_____
Date

/s/ Charles McDonald
_____
**Charles McDonald**

Signature of Attorney or Litigant
Counsel for   **Imperial Pacific International (CNMI), LLC**
**McDonald Law**
**Street Address:**
 2nd Floor ICC, Room 203
Gualo Rai SAIPAN, MP 96950

**866-967-7567**
**charles@mcdonald.law**

RESOLUTIONS OF
IMPERIAL PACIFIC INTERNATIONAL (CNMI) LLC

Adopted: April 16, 2024

WHEREAS, the undersigned, as the sole manager of IMPERIAL PACIFIC INTERNATIONAL (CNMI) LLC (the "Debtor") has considered the financial condition of the Debtor, and deems it to be in the best interests of the Debtor, and the Debtor's creditors, members, and other interested parties that the Debtor file a petition for relief under Chapter 11 of the United States Bankruptcy Code;

NOW THEREFORE BE IT

Filing and Prosecution of Bankruptcy Case

RESOLVED that based on the foregoing considerations, HOWYO CHI ("Authorized Officer") is authorized, empowered, and directed to file (or cause to be filed) a voluntary petition under Chapter 11 of the United States Bankruptcy Code in the U.S. District Court for the District of Northern Marianas Islands – Bankruptcy Division (the "Bankruptcy Court"), and to convert from one Chapter to another in the event that such action is deemed necessary and appropriate and in the best interests of the Debtor;

RESOLVED, that the Authorized Officer be, and hereby is, authorized and directed to take all actions necessary to effectuate a sale of the Debtor's assets, including filing a Plan with the Bankruptcy Court, with such amendments as may be required by the Bankruptcy Court; and it is further

RESOLVED, that the Authorized Officer be, and hereby is, authorized to execute and file (or direct others to do so on behalf of the Debtor as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in connection therewith, to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all action which they deem necessary and proper in connection with the Chapter 11 case.

Employment of Professionals

RESOLVED, that Choi & ITO hereby is employed as lead bankruptcy counsel for the Debtor in the Chapter 11 case, and the Authorized Officer of the Debtor is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of the law firm of Choi & ITO; and it is further

RESOLVED, that THE LAW OFFICES OF CHARLES MCDONALD hereby is employed as local bankruptcy co-counsel for the Debtor in the Chapter 11 case, and the Authorized Officer of the Debtor is hereby authorized and directed to execute appropriate retention

88084

agreements, pay appropriate retainers prior to and immediately upon the filing of a Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of THE LAW OFFICES OF CHARLES MCDONALD; and it is further

RESOLVED, that THE LAW OFFICES OF MICHAEL CHEN hereby is employed as special litigation counsel for the Debtor in the Chapter 11 case, and the Authorized Officer of the Debtor is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of THE LAW OFFICES OF MICHAEL CHEN; and it is further

RESOLVED, that the Authorized Officer be, and hereby is, authorized and directed to employ any other firm as professionals or consultants to the Debtor as are deemed necessary to represent and assist the Debtor in carrying out its duties under the Bankruptcy Code and, in connection therewith, the Authorized Officer of the Debtor is hereby authorized and directed to execute appropriate retention agreements and to cause to be filed an appropriate application for authority to retain the services of any such firm.

Responsible Individual

RESOLVED, that the Authorized Officer shall serve as the individual responsible for performing the duties and responsibilities of the Debtor and Debtor-in-Possession in the proposed Chapter 11 case pursuant to LBR 1074-1(b); and

The undersigned, being the sole MANAGER of the Debtor, hereby certifies that on the date set forth above, the foregoing resolutions were adopted by the Debtor, and that these resolutions are still in full force and effect.

**IMPERIAL PACIFIC INTERNATIONAL (CNMI) LLC**

By_____

HOWYO CHI, Its Manager