F I L E D
Clerk
District Court
APR 26 2024
for the Northern Mariana Islands
By_____
(Deputy Clerk)

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

1:24-bk-00002                                                                 April 26, 2024
                                                                                       8:30 a.m.

### IN RE: IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC

PRESENT:   HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
           PAMELA HUYNH, LAW CLERK
           FRANCINE ATALIG, COURTROOM DEPUTY
           CHARLES H. MCDONALD II, PROPOSED ATTORNEY FOR DEBTOR (vtc)
           HOWYO CHI, IPI REPRESENTATIVE
           MICHAEL CHEN, PROPOSED PRO HAC VICE ATTORNEY (vtc)
           CHUCK C. CHOI, PROPOSED PRO HAC VICE ATTORNEY (vtc)
           ALLISON ITO, PROPOSED PRO HAC VICE ATTORNEY (vtc)
           NEIL VERBRUGGE, ATTORNEY FOR U.S. TRUSTEE (vtc)
           CURTIS CHING, U.S. TRUSTEE (vtc)
           AARON HALEGUA, PRO HAC VICE ATTORNEY FOR JOSHUA GRAY (vtc)
           BRUCE BERLINE, ATTORNEY FOR JOSHUA GRAY
           RICHARD MILLER, ATTORNEY FOR HUGHES HUBBARD AND REED AND GENC
           J. ROBERT GLASS II, ATTORNEY FOR CNMI
           MICHAEL WHITE, ATTORNEY FOR CLEAR MANAGEMENT AND CREDITORS
           VINCENT SEMAN, ATTORNEY FOR KAN PACIFIC

   PROCEEDINGS:   FIRST DAY MOTIONS

Court apprised Attorney McDonald that he as local counsel should be appearing in person. Attorney McDonald apprised the Court that he will be appear in person for the future hearings. Attorney Mc Donald to file a third Pro Hac Vice Application for Attorney Michael Chen.

Attorney Glass made an oral entry of appearance and will enter appearance on the docket. Attorney White to make an entry of appearance no later than Monday. Court accepted counsels request to enter appearance orally and to file entry of appearance on the docket sheet.

Court first addressed Applications to Employ Choi and Ito, ECF No. [10].
Court apprised all its inclination to grant the application on an interim order and for Attorney McDonald to be local counsel.

Attorney Seman apprised the Court of its concern regarding Attorney McDonald's appearance as local counsel. Attorney McDonald apprised the Court of its office location and intent to increase staffing. Court addressed the hourly billing rate stated at ECF 10, Paragraph 9.

Court **granted** the Applications to Employ Choi and Ito, ECF No. [10], on an interim basis.

Court apprised counsel that once payment is made, Court will grant Debtor's Applications to Appear Pro Hac Vice as to Attorneys Choi and Ito, ECF No's. [7] [8]. Mr. Howyo Chi represented that payment will be made after this proceeding.

Court and parties addressed Debtor's Motion for Order Authorizing Debtor to Pay Pre-Petition Wages and Other Employment-Related Costs and Expenses. Attorney Choi made arguments as to personal time off and clarified the Courts inquiry. Court granted Attorney Verbrugge request that the proposed order be circulated to the parties. Attorney Halegua had an inquiry on pre-petition pay roll and Attorney Choi responded. Court **granted** Debtor's Motion for Order Authorizing Debtor to Pay Pre-Petition Wages and Other Employment-Related Costs and Expenses, ECF No. [11].

Court further addressed Debtor's Application to Employ Professional Michael Chen Law Offices. Attorney Choi made arguments in support of the application. Attorney Glass argued in response. Attorney Chen made arguments in response to Attorney Glass' arguments. Court agreed and granted Attorney Verbrugge's request that the language in the proposed order be specific as to Attorney Chen's limited employment. Court granted Attorney Chen's request authorizing Attorney Chen's employment to include the Gray matter. Court **granted** on an interim basis Debtor's Application to Employ Professional Michael Chen Law Offices, ECF No. [13].

Debtor order to circulate all proposed orders, including interim orders, to the US Trustee for approval prior to sending to the Court.

Court continued the deadlines for the motions that have not been ruled on to allow the parties to file additional financial documents. Attorney Choi apprised the Court that he will file the additional documents and schedules no later than May 23, 2024.

Court addressed Debtor's Motion for Order Authorizing Debtor to Obtain Post Petition Secured Indebtedness, ECF No. [12]. Court inquired with Attorney Choi if Mr. Sit can appear in person and stated its concerns as to Mr. Sit testifying in China. Attorney Halegua made arguments as to setting a continued hearing on this matter. Attorney Verbrugge stated the Trustee's position. Attorney Verbrugge apprised all the 341 Meeting of Creditors is set for May 29, 2024, at 9:30 am (ChST). Court continued this matter on interim hearings to **May 22, 2024**, at **8:30 am**. Debtor to file supplemental to support motion to be filed by May 10, 2024. Objections to be filed by May 17, 2024.

Court entered an order. The Debtor is directed to give the notice to creditors and parties in interest required by Fed. R. Bankr. P. 2002, including, but not limited to, notice of commencement of the case, the meeting of creditors, and deadlines, in accordance with any instructions by the Clerk, District Court for the Northern Mariana Islands.

Court apprised the parties that it needs more information to address Debtor's Motion for Order Establishing Interim Fee Application and Expense Reimbursement Procedures, ECF No. [9].

Attorney Miller apprised the Court that it will file a joinder in Gray's opposition to Motion for Order Establishing Interim Fee Application and Expense Reimbursement Procedures.

                                              Adjourned at 9:45 a.m.
                                              /s/ Francine Atalig, Courtroom Deputy

_____
CERTIFICATE OF OFFICIAL COURT RECORDER

I, Francine Atalig, certify that I am a duly appointed Courtroom Deputy for the United States District Court for the Northern Mariana Islands, and I was present in the courtroom of this court on 04/26/2024. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the above-entitled case. I have played back the recording and certify that it is a true and correct record of the proceedings, that is sufficiently intelligible when played on the FTR Touch, that it can be transcribed without undue difficulty, and that I have filed the original recording with the Clerk of Court, as required by 28 U.S.C. § 753(b).
_____