Aram Ordubegian (*pro hac vice* forthcoming)
Christopher K.S. Wong (*pro hac vice* forthcoming)
Sophia R. Wang (*pro hac vice* forthcoming)
**ARENTFOX SCHIFF LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Telephone: (213) 629-7400
Facsimile: (213) 629-7401
Email: aram.ordubegian@afslaw.com
       christopher.wong@afslaw.com
       sophia.wang@afslaw.com

*Proposed Attorney for Official
Committee of Unsecured Creditors*

FILED
Clerk
District Court

MAY 24 2024

for the Northern Mariana Islands
By_____JP_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS
# BANKRUPTCY DIVISION

| | |
|---|---|
| **In re:**<br><br>**IMPERIAL PACIFIC INTERNATIONAL (CNMI) LLC,**<br><br>Debtor and Debtor in Possession. | CASE NO. 24-BK-00002<br>(Chapter 11)<br><br>**MOTION FOR LIMITED WAIVER OF LOCAL COUNSEL REQUIREMENT**<br><br>**Judge:** Hon. Ramona V. Manglona |

ArentFox Schiff LLP ("ArentFox"), proposed attorney for the Official Committee of General Unsecured Creditors ("the Committee"), respectfully moves the Court to issue an order, for good cause, permitting the undersigned attorneys to appear without local counsel for the limited purpose of (i) filing the attached *Opposition to Motion by Judgment Creditors Joshua Gray and U.S.A. Fanter for Entry of an Order Under 11 U.S.C. §§ 361, 362 and 541* (the "Opposition"); (ii) its response to the motion for debtor-in-possession financing [Dkt. No. 12] (the "DIP Financing Motion"); and (iii) appearing at the May 30, 2024 hearing on both the DIP Financing Motion and the *Motion by Gray and Fanter for Relief from Stay* [Dkt. No. 48] (the "Motion for Relief from Stay"). Oppositions to the Motion for Relief from Stay are due May 24, 2024, and per the Court's *sua sponte* order issued today [Dkt. No. 75], responses to the interim approval of the DIP Financing Motion are due May 27, 2024.

1

The local counsel requirement for non-resident and pro hac vice applicants "may be waived for good cause, at the Court's discretion, upon a showing that the attorney has made diligent efforts to associate with local counsel and has been unable to do so." LR 83.5(f) (made applicable by LBR 2090-1).

As shown by the attached Declaration of Aram Ordubegian, ArentFox was retained as counsel to the Committee on May 16 and has been diligent since then in its efforts to secure local counsel, but is unlikely to be able to finalize retention of local counsel until after the filing deadlines and the upcoming hearings. As soon as local counsel has been retained, the three undersigned attorneys will file applications to appear *pro hac vice*.

Respectfully submitted this 23rd day of May, 2024.

**ARENTFOX SCHIFF LLP**

/s/ *[signature]*

Aram Ordubegian
Christopher K.S. Wong
Sophia R. Wang

*Proposed Attorneys for the Official Committee of General Unsecured Creditors*

## DECLARATION OF ARAM ORDUBEGIAN

I, Aram Ordubegian, declare that:

1. I am a partner at the firm ArentFox Schiff LLP ("AFS"), a law firm that employs over 600 attorneys and maintains an office for the practice of law at 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013, as well as offices in San Francisco, CA, Chicago, IL, Ann Arbor, MI, Washington, DC, Boston, MA, and New York, NY. I have personal knowledge of the facts stated in this Declaration.

2. In accordance with Local Rule 83.5(f), I hereby submit this Declaration in support of the Motion for Limited Waiver of Local Counsel Requirement (the "Motion"). Any capitalized term not defined herein has the meaning ascribed to it in the Motion.

3. On May 16, 2024, ArentFox Schiff LLP was retained as counsel to the Official Committee of Unsecured Creditors (the "Committee") of Imperial Pacific International (CNMI) LLC (the "Debtor") in the bankruptcy case styled as *In re Imperial Pacific International (CNMI) LLC*, Case No. 24-BK-00002 (the "Bankruptcy Case").

4. Since that date, I have been making, and will continue to make, diligent efforts to locate and associate with a local counsel who (i) is licensed and admitted to practice before the United States District Court for the Northern Mariana Islands, Bankruptcy Division (the "Court"); and (ii) is not conflicted from representing the Committee in the Bankruptcy Case.

5. I have had e-mail exchange or telephone calls with more than seven (7) law firms that practice in the Northern Mariana Islands. I received responses from six (6) of those law firms stating they are unable to serve as local counsel because they are conflicted from representing the Committee in the Bankruptcy Case. One of those law firms is unable to represent the Committee because it is not currently admitted to practice before the Court at this time.

6. I am in communication with two firms to possibly serve as local counsel. However, it is unlikely that the Committee will be able to finalize its retention before the upcoming deadline to file an opposition to the *Motion by Gray and Fanter for Relief from Stay* [Dkt. No. 48] (the "Motion for Relief from Stay"), the upcoming deadline to file a response to the interim approval of the *Motion for Order Authorizing Debtor to Obtain Post-Petition Secured*

*Indebtedness* [Dkt. No. 12] (the "DIP Financing Motion"); and attend hearing on the foregoing motions.

7. Attached hereto as **Exhibit A** is the Opposition which is due today.

8. If and when the Committee is able to find and retain a law firm to serve as local counsel, I will work expeditiously with local counsel to file the necessary *pro hac vice* applications. Until that time, I respectfully request that the local counsel requirements be waived for good cause.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this Thursday, May 23, 2024, at Los Angeles, CA.

_____
Aram Ordubegian