Edward Manibusan (F0131)
Attorney General
J. Robert Glass, Jr. (F0523)
Chief Solicitor
Office of the Attorney General
Hon. Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel: (670) 237-7500
Fax: (670) 664-2349
Email: robby_glass@cnmioag.org

*Attorney for Creditor, The Commonwealth of the Northern Mariana Islands*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS
# BANKRUPTCY DIVISION

| | |
|---|---|
| In re<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC<br><br>　　Debtor and<br>　　Debtor-in-possession | CASE NO. 24-00002<br>(Chapter 11)<br><br>DECLARATION OF EDWARD DELEON GUERRERO |

I, EDWARD C. DELEON GUERRERO, hereby declare under penalty of perjury, that:

1. I am over the age of eighteen (18) and not a party to this action.

2. I am the Chairman of the Commonwealth Casino Commission. I have served in this role since May 2020.

3. The Commonwealth Casino Commission is a creditor in this action.

4. Debtor holds an exclusive license to operate a casino in the Commonwealth.

5. The Executive Director had filed five complaints seeking revocation of Debtor's casino license for the failure of Debtor to pay significant fees to the Commission and the Commonwealth and for its failure to comply with Commission Orders. From time to time, when the Executive Director's employment contracts with the Commission have expired, I have

1

stepped in to handle matters that had been delegated to the Executive Director. This includes pursuing revocation of Debtor's casino license. Until proceedings were stayed by the filing of this case, I was actively pursuing two complaints seeking revocation. The Commission was scheduled to meet to decide the two complaints days after Debtor filed its bankruptcy petition.

6. Settlement discussions took place between Debtor and the Executive Director as early as April 2022. Those discussions have continued between Debtor and the Executive Director and myself for more than two years with no settlement being reached.

7. Debtor regularly reports to the Commission at its monthly meetings. At the meeting held on May 30, 2024, Debtor's representative Howyo Chi reported to the Commission Debtor's estimate that approximately $150 million will be required to complete construction of its hotel and casino building.

8. During the May 30, 2024 Commission meeting, Mr. Howyo Chi also stated to the Commission that the U.S. Department of Labor barred it from hiring certain foreign workers for a four to five year period.

9. Numerous additional violations by Debtor exist that have not yet been the subject of complaints filed by the Commission (for example, its failure to appoint a Chief Executive Officer). The Commission intends to ask this Court for relief from the automatic stay so it can pursue enforcement of other regulatory violations not addressed by the pending actions.

10. Even if Debtor's suspension were lifted, numerous administrative requirements would need to be met in order for Debtor to resume gaming operations; Debtor would need to, among other requirements, present to the Commission a report from Gaming Laboratories International auditing and certifying the proper working of the casino gaming machines; a staffing plan; a complete and comprehensive "go-live" plan for casino operations and surveillance coverages for thorough monitoring and compliance with the Minimum Internal Control Standards; a certificate of occupancy for the physical casino facility; and copies of all U.S. and Commonwealth permits, approvals and licenses required for operation; a casino closure plan/standard operating procedure.

I declare under penalty of perjury that the foregoing is true and correct. This Declaration was executed on the 12th day of June, 2024, in Capitol Hill, Saipan, Commonwealth of the Northern Mariana Islands.

_____
EDWARD DELEON GUERRERO
Chairman
Commonwealth Casino Commission

I declare under penalty of perjury that the foregoing is true and correct. This Declaration was executed on the 12th day of June, 2024, in Capitol Hill, Saipan, Commonwealth of the Northern Mariana Islands.

*[signature]*
EDWARD DELEON GUERRERO
Chairman
Commonwealth Casino Commission