Edward Manibusan (F0131)
Attorney General
J. Robert Glass, Jr. (F0523)
Chief Solicitor
Office of the Attorney General
Hon. Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel: (670) 237-7500
Fax: (670) 664-2349
Email: robby_glass@cnmioag.org

*Attorney for Creditor, The Commonwealth of the Northern Mariana Islands*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
BANKRUPTCY DIVISION**

| | |
|---|---|
| **In re** | **CASE NO. 24-00002**<br>**Chapter 11** |
| **IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC** | |
| **Debtor and Debtor-in-Possession** | **NOTICE OF RECEIPT OF CHECK** |

One June 21, 2024, this Court held a hearing on Debtor's First Day Motions where Debtor indicated they had "earmarked" money for payment to the Department of Public Lands from the initial $400,000 loan that was approved by the Court as part of the DIP interim financing. On June 21, 2024, the Department of Public Lands received a check for the overdue lease payment and the penalty/interest due for the lateness of the payment for a total of $209,070.00 . While a check was provided to the Department of Public Lands for the payment, as of this date, the check has not yet cleared. The Commonwealth will notify the Court once the check clears and the funds are deposited with the Department of Public Lands.

Respectfully submitted: June 24, 2024

                        OFFICE OF THE ATTORNEY GENERAL
                        EDWARD MANIBUSAN
                        ATTORNEY GENERAL

                        */s/ J. Robert Glass, Jr.*
                        J. ROBERT GLASS, JR. (F0523)
                        Chief Solicitor

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing was electronically filed on June 24, 2024, with service requested to all parties of record.

                        */s/ J. Robert Glass, Jr.*
                        J. ROBERT GLASS, JR. (F0523)
                        Chief Solicitor