# EXHIBIT 1

CASHFLOW FORECAST

|  | May-24 | Jun-24 | Jul-24 |
|---|---:|---:|---:|
| **Beginning cash balance** | - | 1,122.50 | (3,090,755.00) |
| SALES | - | - | - |
| DIP Loan | 400,000.00 | 200,000.00 | 200,000.00 |
| **GROSS PROFIT** | 400,000.00 | 200,000.00 | 200,000.00 |
| **OPERATING EXPENSES** | | | |
| AUTO EXPENSES | 200.00 | 200.00 | 200.00 |
| BANK FEES | 37.50 | 37.50 | 37.50 |
| COMMONWEALTH CASINO COMMISSION/ CNMI Treasury* | | 3,150,000.00 | 3,000,000.00 |
| EQUIPMENT LEASES | | | |
| INSURANCE | 50,000.00 | | |
| PROFESSIONAL SERVICES (NONBANKRUPTCY) | 3,000.00 | 3,000.00 | 3,000.00 |
| RENT - DPL | 207,000.00 | - | - |
| REPAIRS & MAINTENANCE | 950.00 | 950.00 | 950.00 |
| SALARIES & WAGES | 30,000.00 | 30,000.00 | 30,000.00 |
| GENERAL ADMIN EXPENSES | 300.00 | 300.00 | 300.00 |
| TAX - GENERAL EXCISE | | | |
| TAX - PAYROLL | 4,500.00 | 4,500.00 | 4,500.00 |
| TAX - REAL PROPERTY | | | |
| TAX - OTHERS | | | |
| UTILITIES (ELECTRICITY/WATER) | 2,500.00 | 2,500.00 | 2,500.00 |
| UTILITIES (COMMUNICATIONS / PHONE / INTERNET) | 300.00 | 300.00 | 300.00 |
| UTILITIES (GARBAGE) | 90.00 | 90.00 | 90.00 |
| CHAPTER 11 EXPENSES (UST Quarterly Fees) | | | 24,726.04 |
| CHAPTER 11 PROFESSIONALS | 100,000.00 | 100,000.00 | 100,000.00 |
| **TOTAL EXPENSES** | 398,877.50 | 3,291,877.50 | 3,166,603.54 |
| **NET OPERATING INCOME (LOSS)** | 1,122.50 | (3,091,877.50) | (2,966,603.54) |
| **Ending cash balance** | 1,122.50 | (3,090,755.00) | (6,057,358.54) |

* Subject to approval of settlement by CNMI and Court

88074