Edward Manibusan (F0131)
Attorney General
J. Robert Glass, Jr. (F0523)
Chief Solicitor
Office of the Attorney General
Hon. Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel: (670) 237-7500
Fax: (670) 664-2349
Email: robby_glass@cnmioag.org

*Attorney for Creditor, The Commonwealth of the Northern Mariana Islands*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS
# BANKRUPTCY DIVISION

| | |
|---|---|
| **In re** | **CASE NO. 24-00002** <br> **Chapter 11** |
| **IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC** | **MOTION TO BE EXCUSED FROM APPEARING AT HEARING** |
| **Debtor and Debtor-in-Possession** | Date: July 18, 2024 <br> Time: 8:30 AM <br> Judge: Hon. Ramona V. Manglona |

On June 21, 2024, this Court held a hearing on Debtor's First Day Motions where the Court discussed a Motion for Relief of Stay regarding *Gray v. Imperial Pacific International (CNMI), LLC*, Civil Action Number 19-0008. (ECF 48 & 134). The Commonwealth is not a party to this underlying case.

On June 28, 2024, the Commonwealth of the Northern Mariana Islands stipulated with Gray and other parties regarding the procedure for the vehicle auction sale. (ECF 148). The Commonwealth of the Northern Mariana Islands does not object to the terms proposed by Gray and Clear Management for the continued sale of the auctioned vehicles as well as the terms for sale proceeds. As such, it has already provided its position on the matter. Additionally, pursuant to his off-island notice, the Commonwealth's attorney will be off-island. Therefore, the

Commonwealth requests for an order excusing its appearance at the July 18, 2024 hearing.

Respectfully submitted: July 1, 2024

        OFFICE OF THE ATTORNEY GENERAL
        EDWARD MANIBUSAN
        ATTORNEY GENERAL

        /s/ *J. Robert Glass, Jr.*
        J. ROBERT GLASS, JR. (F0523)
        Chief Solicitor

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing was electronically filed on July 1, 2024, with service requested to all parties of record.

        /s/ *J. Robert Glass, Jr.*
        J. ROBERT GLASS, JR. (F0523)
        Chief Solicitor