UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
BANKRUPTCY DIVISION

In re IMPERIAL PACIFIC : CASE NO. BK-24-00002
INTERNATIONAL, (CNMI), LLC, : (Chapter 11)

        Debtor. :

PLEASE TAKE NOTICE that the undersigned appears as counsel for DAC Investment Management (China) Ltd. ("Claimant") and demands that all notices given or required to be given in this case be given to and served upon the undersigned at the office, post office address and telephone number set forth herein:

        Michael A. White, Esq.
        The Law Offices of Michael A. White, LLC
        P.O. Box 5222 CHRB
        Saipan, MP 96950
        (670) 234-6547

PLEASE TAKE FURTHER NOTICE that, pursuant to §§1109(b) and 102(1) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to above, but also includes, without limitation, and orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted by mail, hand delivery, telephone, telex or any other medium of communication: (1) which affects or seeks to affect in any way rights or interests with respect to (a) the Debtor, (b) property in which the Debtor may claim an interest, (c) property in the possession, custody or control of the Debtor, and/or (d) claims against the Debtor of the estate; and/or (2) which seeks to require any act, payment or other conduct by Claimant; and/or (3) which in any manner affects the rights of Claimant.

DATED, this 6th day of August, 2024:

                                              MICHAEL A. WHITE, ESQ., F-0122
                                              Attorney for Claimant