Aram Ordubegian (admitted *pro hac vice*)
Christopher K.S. Wong (admitted *pro hac vice*)
**ARENTFOX SCHIFF LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:    213.629.7400
Facsimile:    213.629.7401
aram.ordubegian@afslaw.com
christopher.wong@afslaw.com

Keith Chambers II (F0528)
**CHAMBERS LAW LLC**
Marianas Business Plaza, Suite 409
PMB 919 Box 10000
Saipan, MP 96950
Telephone:    670.234.9005/06
Facsimile:    670.235.9007
keith.chambers@chamberslawcnmi.com

Attorneys for the Official Committee
of General Unsecured Creditors

F I L E D
Clerk
District Court

AUG 19 2024

for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN MARIANA ISLANDS**

**BANKRUPTCY DIVISION**

| | |
|---|---|
| In re:<br><br>**IMPERIAL PACIFIC INTERNATIONAL (CNMI) LLC,**<br><br>Debtor and Debtor in Possession. | Case No. 1:24-bk-00002<br><br>Chapter 11<br><br>**ORDER EXTENDING CLAIMS BAR DATE**<br><br><u>Hearing Date, Time and Location (ChST)</u>:<br>Date:         September 19, 2024<br>Time:        8:30 a.m.<br>Location:   3rd Floor Courtroom<br>               1671 Gualo Rai Rd., Gualo Rai<br>               Saipan, MP 96950<br><br>**Judge:**    Hon. Ramona V. Manglona |

On August 10, 2024, Imperial Pacific International (CNMI), LLC, the debtor and debtor in possession (the "Debtor") and the Official Committee of General Unsecured Creditors appointed in the above-captioned Chapter 11 case (the "Committee"), by and through their respective counsel, filed a joint motion (the "Motion," ECF No. 181) for order (1) extending claims bar date; (2)

ARENTFOX SCHIFF LLP

- 1 -

approving proof of claim form; and (3) approving form and manner of notice, together with the declaration of Chuck C. Choi in support thereof. A hearing on the Motion is scheduled for September 19, 2024, at 8:30 a.m. (ChST).  Given that the current Claims Bar Date is August 27, 2024, which precedes the scheduled hearing date on the Motion, the Committee requested, at the hearing held on August 14, 2024, that the Court issue an order solely to extend the Claims Bar Date. (Mins. 2, ECF No. 195.)

The Court having considered the Committee's request and the Motion, finding that neither the Office of United States Trustee nor other parties present at the hearing objected to the requested extension of the Claims Bar Date (*id.*), and it appearing that the relief requested is in the best interests of the Debtor and the estate and creditors; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED that:**

1. The Motion is partially granted only as to the request for extension of the Claims Bar Date.

2. The Claims Bar Date is hereby extended to **October 31, 2024 at 11:59 p.m. (ChST)**.

3. The remaining requests in the Motion, including approval of (1) proof of claim form, and (2) the form and manner of notice, will be heard on September 19, 2024, at 8:30 a.m. (ChST).

IT IS SO ORDERED this 19th day of August 2024.

RAMONA V. MANGLONA
Chief Judge

ARENTFOX SCHIFF LLP