**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
BANKRUPTCY DIVISION**

FILED
Clerk
District Court
AUG 19 2024
for the Northern Mariana Islands
By_____JP_____
(Deputy Clerk)

| | |
|---|---|
| In re<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>      Debtor and<br>      Debtor-in-Possession. | Case No. 1:24-bk-00002<br><br>**ORDER GRANTING PRO HAC VICE ADMISSION FOR ATTORNEY JOHN-PATRICK M. FRITZ** |

    On August 13, 2024, Creditor Joshua Gray filed a petition for the *pro hac vice* admission of attorney John-Patrick M. Fritz, supported by the declaration of local counsel, to represent him in this bankruptcy proceeding. (ECF No. 191). The same day, the Court denied the application without prejudice because the attorney's law school and date of graduation was not provided pursuant to Local Rule 83.5(e)(3)(B). (ECF No. 192). Thereafter, Gray filed a supplemental application, including a supplemental declaration by Mr. Fritz, stating that he graduated from Southwestern Law School in May, 2006. (ECF No. 193).

    GOOD CAUSE BEING SHOWN, the Court hereby grants the petition to admit Mr. Fritz *pro hac vice* to represent Mr. Gray in this proceeding. The Clerk of the Court is directed to arrange for him to receive all notices and filings in this matter.

    SO ORDERED this 19th day of August, 2024.

                                  _/s/ Ramona V. Manglona_
                                  RAMONA V. MANGLONA
                                  Chief Judge