F I L E D
 Clerk
 District Court
AUG 20 2024
for the Northern Mariana Islands
By_____JP_____
 (Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS
# BANKRUPTCY DIVISION

| | |
|---|---|
| In re | CASE NO. 24-00002<br>Chapter 11 |
| **IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC** | **ORDER GRANTING MOTION TO APPEAR VIA VIDEO CONFERENCE** |
| Debtor and<br>Debtor-in-Possession | |

Before the Court is the motion of the Commonwealth (ECF No. 200) to permit its attorney to appear via video conference at the hearing scheduled for November 20, 2024 (ECF No. 183). Good cause appearing, the Motion is granted. The Commonwealth's attorney, J. Robert Glass, Jr. may appear via video conference at the hearing scheduled for November 20, 2024 at 8:30 a.m. The attorney is directed to contact the Clerk's Office for coordination and instructions.

IT IS SO ORDERED this 20th day of August 2024.

_____
RAMONA V. MANGLONA
Chief Judge