CHOI & ITO
Attorneys at Law
CHUCK C. CHOI (pro hac vice pending)
ALLISON A. ITO (pro hac vice pending)
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Fax: (808) 566-6900
Email: cchoi@hibklaw.com; aito@hibklaw.com

MCDONALD LAW OFFICE
CHARLES MCDONALD II (F0494)
2nd Floor ICC, Room 203
Gualo Rai, Saipan, MP 96950
Telephone: (866) 967-7567
E-Mail: charles@mcdonald.law

Attorneys for Debtor
and Debtor-in-Possession

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN MARIANA ISLANDS
BANKRUPTCY DIVISION

| | |
|---|---|
| In re<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>　　　　Debtor and<br>　　　　Debtor-in-Possession. | Case No. 24-00002<br>Chapter 11<br><br>NOTICE OF HEARING ON DEBTOR'S MOTION FOR ORDER AUTHORIZING THE ASSUMPTION OF NONRESIDENTIAL REAL PROPERTY LEASE [DEPARTMENT OF PUBLIC LANDS]<br><br><u>Hearing:</u><br>DATE:　November 20, 2024<br>TIME:　　8:30 a.m. CHST<br>JUDGE: Hon. Ramona V. Manglona<br><br>[Related to Dkt. No. 183] |

1

TO CREDITORS AND OTHER PARTIES IN INTEREST:

On April 19, 2024, Imperial Pacific International (CNMI), LLC, debtor and debtor-in-possession herein (the "Debtor"), filed voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States District Court for the Northern Mariana Islands, Bankruptcy Division (the "Court").

On August 10, 2024, the Debtor filed a *Motion for Order Authorizing the Assumption of Nonresidential Real Property Lease [Department of Public Lands]* (the "Motion") as ECF 183.

As more fully set forth in the Motion,[1] the Debtor seeks to assume its interest, as lessee, under the Least Agreement No. LA-15-0025 (as amended, the "DPL Lease") with the Department of Public Lands.

A copy of the DPL Lease is attached to the Motion as <u>Exhibit A.</u> The Motion, including exhibits and declarations in support thereof, may be obtained from the undersigned counsel or inspected at the office of the Clerk of the Court during normal business hours.

**NOTICE IS HEREBY GIVEN** that a hearing (the "Hearing") to consider the Motion shall be held on **November 20, 2024, at 8:30 a.m. CHST**, in the Courtroom of the Honorable Ramona V. Manglona located at United States District Court for the Northern Mariana Islands, 1671 Gualo Rai Road, Gualo Rai, Saipan, MP 96950.

Attendance by creditors and other parties in interest is welcome, but is not required.

---

[1] Capitalized terms shall have the meaning set forth in the Bid Procedures Motion.

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Motion must be in the form required by L.R. 7.1 and must be filed with the Court and served upon counsel to the Debtor and Committee, and upon the Office of the United States Trustee, no later than fourteen (14) days after the service of this notice. An opposition that is untimely filed may be disregarded by the Court and stricken from the record. Failure to timely file an opposition may be deemed an admission that the Motion is meritorious. If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion or application and may enter an order granting that relief.

DATED: Honolulu, Hawaii, August 29, 2024.

/s/ Allison A. Ito
CHUCK C. CHOI
ALLISON A. ITO
CHARLES MCDONALD II (F0494)

Attorneys for Debtor
and Debtor-in-Possession