F I L E D
Clerk
District Court
AUG 30 2024
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
BANKRUPTCY DIVISION

| | |
|---|---|
| In re<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>        Debtor and<br>        Debtor-in-Possession. | Case No. 1:24-bk-00002<br><br>**ORDER GRANTING STIPULATION BETWEEN CREDITORS AND THE DEBTOR TO EXEND DEADLINES FOR FILING OPPOSITION AND REPLY TO DEBTOR'S MOTION TO APPROVE BID PROCEDURES FOR SALE** |

        On August 10, 2024, Imperial Pacific International (CNMI) LLC, the debtor and debtor in possession (the "Debtor"), filed a *Motion to Approve Bid Procedures for Sale of Substantially All of The Debtor's Assets and Related Relief* (Motion, ECF No. 182), and on August 14, 2024, the Debtor filed a Notice of Hearing on its Motion (Notice, ECF No. 194) specifying the deadline to file an opposition is within fourteen days of the notice.

        On August 28, 2024, Creditors Joshua Gray ("Gray"), U.S.A. Fanter ("Fanter"), and the Commonwealth of the Northern Mariana Islands (together, the "Creditors") and the Debtor (together, the "Parties"), by and through their counsel, filed a stipulation requesting an extension of the briefing deadlines regarding the Motion. (ECF No. 206.) Specifically, the Parties requested that the Creditors' deadline to file an opposition be extended to August 31, 2024 (ChST), in order to provide them additional time to prepare their oppositions as well as to coordinate their oppositions to avoid duplicative arguments and potentially file a single, joint opposition. The Parties then requested that the Debtor's deadline to file a reply be extended to September 7, 2024 (ChST).

GOOD CAUSE BEING SHOWN, the Court hereby GRANTS the stipulation between the Parties. Accordingly, the Creditors shall file any opposition to the Motion on or before August 31, 2024 (ChST) and the Debtor shall file any reply brief on or before September 7, 2024 (ChST). No other deadlines shall be affected by this order.

IT IS SO ORDERED this 30th day of August 2024.

_____
RAMONA V. MANGLONA
Chief Judge