F I L E D
 Clerk
 District Court
SEP 11 2024
for the Northern Mariana Islands
By_____JP_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS
# BANKRUPTCY DIVISION

| | |
|---|---|
| In re:<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>      Debtor and<br>      Debtor-in-Possession. | Case No. 1:24-bk-00002<br>Chapter 11<br><br>**ORDER GRANTING IN PART EMERGENCY MOTION TO SHORTEN TIME ON DEBTOR'S APPLICATION TO EMPLOY KEEN-SUMMIT CAPITAL PARTNERS LLC AS REAL ESTATE BROKERS** |

Before the Court is Imperial Pacific International's (CNMI), LLC, Debtor and Debtor-in-Possession (the "Debtor's") Emergency Motion to Shorten Time on the Debtor's Application to Employ Keen-Summit Capital Partners LLC as Real Estate Brokers. (ECF No. 224.) The Debtor's Application to Employ Keen-Summit Capital Partners LLC as Real Estate Brokers was filed on September 6, 2024 ("Debtor's Application," ECF No. 222). For the following reasons, the motion to shorten time is GRANTED in part, pursuant to Local Rule ("LR") 7.1(f) and Local Bankruptcy Rule ("LBR") 9006–1(b).

LBR 9013–1(a) and LR 7.1(c)(1) provide that a motion will be heard on the first Thursday not less than thirty-four (34) days after the motion is filed. Therefore, the Debtor's Application should be calendared for a hearing no sooner than October 10, 2024.

However, a separate motion for the approval of a Bid Procedure for the sale of substantially all of the Debtor's assets ("Bid Procedures Motion," ECF No. 182) is currently set for September 19, 2024. Debtor submits that cause exists for the expedited hearing of the Debtor's Application because the $10 million offer that is the subject of the Bid Procedures

Motion expires on December 31, 2024. Debtor proposes all responses be due no later than September 17, 2024 (11 days after the Application filing), waives filing a reply, and proposes to schedule a hearing date for September 19, 2024 (two days after all responses are due). Since the Debtor's Application was filed, the U.S. Trustee has filed a limited objection to the Application. (ECF No. 225.)

Having considered the emergency motion, the court grants it in part. The court notes that pursuant to LR 7.1(f)(3)(D), the motion to shorten time must include a request to continue the hearing if the request leaves less than 7 days between the last filing date and the hearing date. Here, Debtor's proposal would result in responses filed two days prior to the September 19 hearing and the lack of a reply by the movant. For these reasons, the court grants the motion in part, denies it in part, and orders the following:

1. The deadline for parties to file responses to the Debtor's Application to Employ Keen-Summit Capital Partners LLC as Real Estate Brokers (ECF Nos. 222–222-1) is shortened to September 17, 2024 at 5:00 p.m.
2. The Debtor's reply shall be filed no later than September 19, 2024 by 5:00 p.m.
3. **The hearing on the Debtor's Application to Employ Keen-Summit Capital Partners LLC is hereby scheduled for September 26, 2024 at 8:30 a.m.**
4. The Debtor shall serve Notice of Hearing upon all parties that receive ECF notice.

IT IS SO ORDERED this 11th day of September, 2024.

_____
RAMONA V. MANGLONA
Chief Judge