CHOI & ITO
Attorneys at Law
CHUCK C. CHOI
ALLISON A. ITO
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Fax: (808) 566-6900
Email: cchoi@hibklaw.com; aito@hibklaw.com

MCDONALD LAW OFFICE
CHARLES H. MCDONALD II (F0494)
2nd Floor ICC, Room 203
Gualo Rai, Saipan, MP 96950
Telephone: (671) 588-8866
Facsimile: (671) 472-9616
E-Mail: charles@mcdonald.law

Attorneys for Imperial Pacific International, LLC,
Debtor and Debtor-in-Possession

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHEN MARIANA ISLANDS**
**BANKRUPTCY DIVISION**

| | |
|---|---|
| In re<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 24-00002<br>Chapter 11<br><br>**DEBTOR'S MOTION TO APPEAR VIA VIDEO CONFERENCE**<br><br>**Date: September 19, 2024**<br>**Time: 8:30 A.M.**<br>**Judge: Ramona V. Manglona** |

**COMES NOW,** Debtor and Debtor-in-Possession Imperial Pacific International (CNMI), LLC, by and through its undersigned counsel, and requests for an order from the Court to allow Attorney Charles H. McDonald II to appear via Video Conference at the Motion Hearing scheduled for September 19, 2024, at 8:30 a.m.

In re Imperial Pacific International (CNMI) LLC
Bankruptcy Case No. BK-24-00002
DEBTOR'S MOTION TO APPEAR VIA VIDEO CONFERENCE

Attorney McDonald has a hearing in the District Court of Guam on September 18, 2024 and he may not return to the CNMI prior to the hearing on September 19, 2024. Therefore, Debtor seeks an order authorizing its counsel to appear by video for the September 19, 2024 hearing.

Respectfully submitted this 12th day of September, 2024.

/s/ Charles H. McDonald II
CHARLES H. MCDONALD II (F0494)
Attorney for Debtor and
Debtor-in-Possession

In re Imperial Pacific International (CNMI) LLC
Bankruptcy Case No. BK-24-00002
DEBTOR'S MOTION TO APPEAR VIA VIDEO CONFERENCE

# **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed on September 12, 2024, with service requested to all parties of record in the CM/ECF system.

DATED this 12th day of September, 2024.

*/s/ Charles H. McDonald II*
CHARLES H. MCDONALD II (F0494)
Attorney for Debtor and
Debtor-in-Possession