F I L E D
Clerk
District Court
SEP 16 2024
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
BANKRUPTCY DIVISION

| | |
|---|---|
| In re:<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>        Debtor and<br>        Debtor-in-Possession. | Case No. 1:24-bk-00002<br>Chapter 11<br><br>**ORDER TO SHOW CAUSE AGAINST THIRD-PARTY WITNESS LOI LAM SIT** |

Before the Court is the Petition of Creditors Joshua Gray and the Commonwealth of the Northern Mariana Islands (together, the "Movants") for an Order to Show Cause requiring Mr. Loi Lam Sit to explain why he should not be held in contempt for failing to comply with their Fed. R. Civ. P. 45 subpoenas (the "Subpoenas"). (The "Petition," ECF No. 236.) The Petition is supported by a Memorandum of Law (ECF No. 236-1) and the Declaration of Aaron Halegua, to which numerous exhibits are attached (ECF No. 236-2).

FOR GOOD CAUSE SHOWN, Mr. Loi Lam Sit is ORDERED to show cause in writing, no later than **Wednesday, September 18, 2024 at 12:00 p.m. (ChST),** why this Court should not enter an Order:

1. Finding Mr. Sit in civil contempt under Fed. R. Civ. P. 45(g) for failure to comply with the Subpoenas;

2. Ordering Mr. Sit to appear for a deposition in accordance with the Subpoenas;

3. Ordering Mr. Sit to produce all documents requested by the Subpoenas within twenty-four (24) hours; and

4. Ordering any other relief that the Court deems proper.

The Movants are ordered to serve a copy of this Order and all papers related to their Petition on Mr. Sit through email to Mr. Joey P. San Nicolas, counsel of record for Mr. Sit in this bankruptcy proceeding, and are further ordered to call Mr. San Nicolas' personal and office phone numbers to notify him about the Order. The Movants shall file a proof of service with the court.

The Movants may file a reply to Mr. Sit's submission by **Friday, September 20, 2024** at 12:00 p.m. (ChST) that shall not exceed five (5) pages. An order to show cause hearing is hereby set for **Tuesday, September 24, 2024 at 8:30 a.m.** Mr. Sit is ordered to appear.

IT IS SO ORDERED this 16th day of September, 2024.

/s/ Ramona V. Manglona
RAMONA V. MANGLONA
Chief Judge