F I L E D
 Clerk
 District Court
SEP 16 2024
for the Northern Mariana Islands
By_____ JP _____
 (Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS
# BANKRUPTCY DIVISION

In re:

IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,

    Debtor and
    Debtor-in-Possession.

Case No. 1:24-bk-00002
Chapter 11

**ORDER CONTINUING HEARING ON DEBTOR'S MOTION TO APPROVE BID PROCEDURES FOR THE SALE OF IPI'S ASSETS AND DEBTOR'S APPLICATION TO EMPLOY KEEN-SUMMIT**

    Before the Court is the Motion of Creditors Joshua Gray, the Law Office of Michael W. Dotts, LLC, the Commonwealth of the Northern Mariana Islands, and the Official Committee of Unsecured Creditors (collectively, the "Movants") to continue to October 4, 2024 the hearings on: 1) the Debtor's Motion to approve bid procedures for the sale of substantially all of the Debtor's assets ("Bid Procedures Motion," ECF No. 182), currently scheduled for September 19, 2024 and 2) the Debtor's Application to employ Keen-Summit Capital Partners LLC as real estate brokers ("Keen-Summit Application," ECF No. 222), currently scheduled for September 26, 2024. ("Motion for Continuances," ECF No. 237.) Pursuant to Local Rule 7.1(f) and Local Bankruptcy Rule 9006-1(b), and for the reasons stated in the Movants' Motion for Continuances, the Court GRANTS the Motion for Continuances in part and orders the following:

    (1) The hearing on the Bid Procedures Motion scheduled for September 19, 2024 is adjourned;

    (2) The hearing on the Joint Motion of the Debtor and the Official Committee of

Unsecured Creditors for an Order (2) Approving Proof of Claim Form and (3) Approving Form and Manner of Notice ("Proof of Claim Form and Notice Motion," ECF No. 181), scheduled for September 19, 2024, is adjourned;

(3) The hearing on the Keen-Summit Application scheduled for September 26, 2024 is adjourned;

(4) On or before September 19, 2024, the Debtor shall submit an updated term sheet (replacing ECF No. 182, Ex. A) that states the terms for which it is seeking approval;

(5) On or before September 23, 2024, any objections to either the Bid Procedures Motion and updated term sheet or the Keen-Summit Application must be submitted;[1]

(6) On or before September 26, 2024, the Debtor shall file any reply; and

(7) The hearing on the Bid Procedures Motion, Proof of Claim Form and Notice Motion, and Keen-Summit Application shall be heard on **Tuesday, October 1, 2024 at 8:30 a.m.**

IT IS SO ORDERED this 16th day of September, 2024.

RAMONA V. MANGLONA
Chief Judge

---

[1] This order modifies the expedited deadline for oppositions to the Keen-Summit Application that was previously granted at the request of the Debtor. (ECF No. 228.)