*Filer's Name, Address, Phone, Fax, Email:*

CHOI & ITO, Attorneys at Law
Chuck C. Choi; Allison A. Ito
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813
Tel: (808) 533-1877; Fax: (808) 566-6900
Email: cchoi@hibklaw.com; aito@hibklaw.com



UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

hib_2016-1a (12/09)

| | | |
|---|---|---|
| Debtor: IMPERIAL PACIFIC INTERNATIONAL (CNMI), INC. | | Case No.: **24-00002** |
| Joint Debtor: (if any) | | Chapter: **11** |

**COMPENSATION SUMMARY SHEET**   ☑ Interim   ☐ Final   **1st** (1st, 2nd, etc.)   Related Docket No.: (if application filed separately)

| | |
|---|---|
| Applicant: | Choi & Ito, Attorneys at Law |
| Capacity: | Bankruptcy Counsel for Debtor |
| Date of order authorizing employment: | June 28, 2024 (effective as of April 19, 2024) |
| Period for this request (e.g. 1/1/09 -12/31/09): | 04/18/2024 - 10/31/2024 |

| | | | |
|---|---|---|---|
| Amount rec'd prepetition: | $ 61,407.30 | Client trust acct balance: | $ 38,592.70 |
| Previous amounts awarded by court: | | Fees: $ 0.00 | Expenses: $ 0.00 |
| Previous amounts received: | | Fees: $ 102,931.90 | Expenses: $ 838.94 |
| Amount of this request (inclusive of any excise taxes): | | Fees: $ 248,492.06 | Expenses: $ 2,182.93 |

Availability of funds – Applicant believes that there are sufficient funds to pay this request and all other accrued and anticipated administrative expenses:   ☑ Yes   ☐ No

| Name of Professional | Position | Hourly rate | Hours | Fees |
|---|---|---|---|---|
| Chuck C. Choi, Esq. | Partner | $450.00 | 317.60 | $142,920.00 |
| Allison A. Ito, Esq. | Partner | $300.00 | 305.40 | $91,620.00 |
| Jennifer Lee Czerwinski | Paralegal | $100.00 | 5.00 | $500.00 |
| Clayrissa C. Souza | Paralegal | $100.00 | 22.70 | $2,270.00 |
| | | | | |
| | | | | |
| | | TOTAL | 650.70 | $237,310.00 |

*[Attach additional sheets as needed.]*

Dated: November 6, 2024    /s/ Chuck C. Choi
                                              Applicant    Print name if original signature