| Filer's Name, Address, Phone, Fax, Email: | | |
|---|---|---|
| MICHAEL CHEN LAW OFFICES<br>7330 Edna Ave<br>Las Vegas, NV 89117<br>Pro Hac Vice<br>Special Litigation Counsel for Debtor and Debtor-in-possession | <br>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>1132 Bishop Street, Suite 250<br>Honolulu, Hawaii 96813 | |
| | | hib_2016-1a (12/09) |

| Debtor: | IMPERIAL PACIFIC INTERNATIONAL (CNMI), INC. | Case No.: **24-00002** |
|---|---|---|
| Joint Debtor:<br>(if any) | | Chapter: **11** |

| **COMPENSATION SUMMARY SHEET** | ☑ Interim<br>☐ Final | **1st**<br>(1st, 2nd, etc.) | Related Docket No.:<br>(if application filed separately) |
|---|---|---|---|
| Applicant: | Michael Chen Law Offices | | |
| Capacity: | Special Litigation Counsel for Debtor | | |

| Date of order authorizing employment: | June 28, 2024  (effective as of April 19, 2024) | | |
|---|---|---|---|
| Period for this request (e.g. 1/1/09 -12/31/09): | 04/19/2024 - 10/31/2024 | | |
| Amount rec'd prepetition: | $ 229,277.00 | Client trust acct balance: | $ 43,020.40 |
| Previous amounts awarded by court: | | Fees: $ 0.00 | Expenses: $ 0.00 |
| Previous amounts received: | | Fees: $ 10,368.00 | Expenses: $ 45.60 |
| Amount of this request (inclusive of any excise taxes): | | Fees: $ 57,680.00 | Expenses: $ 45.60 |
| Availability of funds – Applicant believes that there are sufficient funds to pay this request and all other accrued and anticipated administrative expenses: | | | ☑ Yes  ☐ No |

| Name of Professional | Position | Hourly rate | Hours | Fees |
|---|---|---|---|---|
| Michael Chen, Esq. | Partner | $350.00 | 164.80 | $57,680.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL | 164.80 | $57,680.00 |

*[Attach additional sheets as needed.]*

Dated: November 6, 2024         /s/ Michael Chen
                                Applicant        Print name if original signature