| *Filer's Name, Address, Phone, Fax, Email:* | |
|---|---|
| Aram Ordubegian (admitted pro hac vice) <br> Christopher K.S. Wong (admitted pro hac vice) <br> ARENTFOX SCHIFF LLP <br> 555 West Fifth Street, 48th Floor <br> Los Angeles, CA  90013-1065 <br> Telephone: 213.629.7400 <br> Facsimile: 213.629.7401 <br> aram.ordubegian@afslaw.com <br> christopher.wong@afslaw.com |  <br> UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF HAWAII <br> 1132 Bishop Street, Suite 250 <br> Honolulu, Hawaii 96813 |

hib_2016-1a  (12/09)

| | | | |
|---|---|---|---|
| *Debtor:* | IMPERIAL PACIFIC INTERNATIONAL (CNMI) LLC | *Case No.:* | **24-00002** |
| *Joint Debtor:* <br> (if any) | | *Chapter:* | **11** |

**COMPENSATION SUMMARY SHEET**  ☑ Interim  ☐ Final   1st (1st, 2nd, etc.)   *Related Docket No.:* (if application filed separately)

| | |
|---|---|
| *Applicant:* | ArentFox Schiff LLP |
| *Capacity:* | General Bankruptcy Counsel to the Official Committee of General Unsecured Creditors |
| *Date of order authorizing employment:* | July 8, 2024 (effective as of May 16, 2024) |
| *Period for this request (e.g. 1/1/09 -12/31/09):* | 5/16/2024 - 9/30/2024 |

| | | | |
|---|---|---|---|
| *Amount rec'd prepetition:* | $ 0.00 | *Client trust acct balance:* | $ 0.00 |
| *Previous amounts awarded by court:* | | Fees: $ 0.00 | Expenses: $ 0.00 |
| *Previous amounts received:* | | Fees: $ 159,927.60 | Expenses: $ 626.30 |
| *Amount of this request (inclusive of any excise taxes):* | | Fees: $ 376,202.50 | Expenses: $ 626.30 |

Availability of funds – Applicant believes that there are sufficient funds to pay this request and all other accrued and anticipated administrative expenses:   ☑ Yes  ☐ No

| Name of Professional | Position | Hourly rate | Hours | Fees |
|---|---|---|---|---|
| Aram Ordubegian | Partner | 950.00 | 53.20 | 50,540.00 |
| Annie Y. Stoops | Associate | 700.00 | 2.80 | 1,960.00 |
| Christopher K.S. Wong | Associate | 675.00 | 237.20 | 160,110.00 |
| Sophia R. Wang | Associate | 495.00 | 280.80 | 138,996.00 |
| Yvonne Li | Paralegal | 295.00 | 74.80 | 22,066.00 |
| Kevin Chen | Project Assistant | 6.40 | 195.00 | 1,248.00 |
| Mia Ferguson | Project Assistant | 5.50 | 195.00 | 1,072.50 |
| Daniel Hayes | Admin - Library | 0.70 | 300.00 | 210.00 |

*[Attach additional sheets as needed.]*

Dated: November 6, 2024       /s/ Aram Ordubegian
              Applicant            Print name if original signature