*Filer's Name, Address, Phone, Fax, Email:*

Keith Chambers II (F0528)
CHAMBERS LAW LLC
Marianas Business Plaza, Suite 409
PMB 919 Box 10000
Saipan, MP 96950
Telephone: 670.234.9005/06
Facsimile: 670.235.9007
keith.chambers@chamberslawcnmi.com



UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

hib_2016-1a  (12/09)

| | | |
|---|---|---|
| *Debtor:* IMPERIAL PACIFIC INTERNATIONAL (CNMI) LLC | | *Case No.:* **24-00002** |
| *Joint Debtor:* (if any) | | *Chapter:* **11** |

**COMPENSATION SUMMARY SHEET**    ☑ Interim  ☐ Final    1st (1st, 2nd, etc.)    *Related Docket No.:* (if application filed separately)

| | |
|---|---|
| *Applicant:* | Chambers Law LLC |
| *Capacity:* | Local Counsel to the Official Committee of General Unsecured Creditors |
| *Date of order authorizing employment:* | July 8, 2024 (effective as of May 24, 2024) |
| *Period for this request (e.g. 1/1/09 -12/31/09):* | 5/24/2024 - 9/30/2024 |

| | | | |
|---|---|---|---|
| *Amount rec'd prepetition:* | $ 0.00 | *Client trust acct balance:* | $ 0.00 |
| *Previous amounts awarded by court:* | Fees: $ 0.00 | | Expenses: $ 0.00 |
| *Previous amounts received:* | Fees: $ 0.00 | | Expenses: $ 0.00 |
| *Amount of this request (inclusive of any excise taxes):* | Fees: $ 3,575.00 | | Expenses: $ 0.00 |

Availability of funds – Applicant believes that there are sufficient funds to pay this request and all other accrued and anticipated administrative expenses:    ☑ Yes  ☐ No

| Name of Professional | Position | Hourly rate | Hours | Fees |
|---|---|---|---|---|
| Keith Chambers II | Attorney | 275.00 | 13.0 | 3,575.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

[Attach additional sheets as needed.]

Dated: November 7, 2024    /s/ Keith Chambers II
Applicant    Print name if original signature