Aram Ordubegian (admitted *pro hac vice*)
Christopher K.S. Wong (admitted *pro hac vice*)
**ARENTFOX SCHIFF LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:     213.629.7400
Facsimile:      213.629.7401
aram.ordubegian@afslaw.com
christopher.wong@afslaw.com

Keith Chambers II (F0528)
**CHAMBERS LAW LLC**
Marianas Business Plaza, Suite 409
PMB 919 Box 10000
Saipan, MP 96950
Telephone:     670.234.9005/06
Facsimile:      670.235.9007
keith.chambers@chamberslawcnmi.com

Attorneys for the Official Committee
of General Unsecured Creditors

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN MARIANA ISLANDS**

**BANKRUPTCY DIVISION**

| | |
|---|---|
| In re:<br><br>**IMPERIAL PACIFIC INTERNATIONAL (CNMI) LLC,**<br><br>Debtor and Debtor in Possession. | Case No. 1:24-bk-00002<br><br>Chapter 11<br><br>**AMENDED NOTICE OF HEARING ON INTERIM APPLICATIONS FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Hearing Date, Time and Location (ChST):<br>Date:         December 13, 2024<br>Time:        9:00 a.m.<br>Location:   3rd Floor Courtroom 1671<br>                  Gualo Rai Rd., Gualo Rai<br>                  Saipan, MP 96950<br><br>Judge:       Hon. Robert J. Faris |

AFSDOCS:300691412.1

**TO THE HONORABLE ROBERT J. FARIS, UNITED STATES BANKRUPTCY JUDGE; AND ALL INTERESTED PARTIES:**

**NOTICE IS HEREBY GIVEN** that a hearing (the "Hearing") to consider the following applications for interim allowance and payment of compensation and reimbursement of expenses of certain estate professionals employed in the above captioned bankruptcy case [Dkt. Nos. 294, 295, 296, 302] (the "Applications" and each individually, an "Application") shall be held before the designated presiding judge, Honorable Robert J. Faris, on December 13, 2024, at 9:00 a.m. ChST at the United States District Court for the Northern Mariana Islands, 1671 Gualo Rai Road, Gualo Rai, Saipan, MP 96950.

| Applicant | Fees | Expenses | Total |
|---|---|---|---|
| Choi & Ito<br>Debtor's Bankruptcy Counsel<br>Period: 4/20/2024 through 10/31/2024 | $248,492.06<br>(including $1,182.06 in Hawaii general excise tax) | $2,182.93 | $231,218.58 |
| Michael Chen Law Office<br>Debtor's Special Counsel<br>Period: 4/20/2024 through10/31/2024 | $57,680.00 | $45.60 | $57,725.60 |
| ArentFox Schiff LLP<br>Committee's Bankruptcy Counsel<br>Period: 5/16/24 through 9/30/24 | $376,202.50 | $626.30 | $376,828.80 |
| Chambers Law LLC<br>Committee's Local Counsel<br>Period: 5/24/24 through 9/30/24 | $3,574.50 | $0.00 | $3,574.50 |

**PLEASE TAKE FURTHER NOTICE** that the Applications are on file with the Court and are available for inspection and copying at the office of the Clerk of the Court during normal business hours. Copies of the Applications can also be obtained by making a request in writing to:

ArentFox Schiff LLP
Attn: Christopher K.S. Wong
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
christopher.wong@afslaw.com

AFSDOCS:300691412.1

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Applications(s) must be in the form required by Local Rule 7.1 and must be filed with the Court and served upon counsel to the Debtor and Committee, and upon the Office of the United States Trustee, no later than fourteen (14) days after the service of this amended notice.  An opposition that is untimely filed may be disregarded by the Court and stricken from the record.  Failure to timely file an opposition may be deemed an admission that the Application(s) is meritorious.  If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application(s) and may enter an order granting that relief.

Dated: November 7, 2024

Respectfully submitted,

**ARENTFOX SCHIFF LLP**

By: */s/ Aram Ordubegian*
Aram Ordubegian
Christopher K.S. Wong
General Bankruptcy Attorneys for Official Committee of General Unsecured Creditors

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2024, I caused the forgoing document to be filed with the Clerk of Court for the United States District Court for the Northern Mariana Islands, Bankruptcy Division, using the CM/ECF System. A true and correct copy of the said pleading has been served on all counsel of record via the Court's CM/ECF System.

Executed this 7th day of November, 2024.

                                      */s/ Aram Ordubegian*
                                      ARAM ORDUBEGIAN

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES

AFSDOCS:300691412.1