VINCENT J. SEMAN
SEMAN LAW OFFICES, LLC
P.O. Box 10001 PMB 168
Saipan, MP 96950
Telephone: (670) 323-2115
E-mail: vjseman@semanlaw.com

ATTORNEY FOR: *Creditor Saipan Stevedore Company, Inc.*

F I L E D
Clerk
District Court
NOV 12 2024
for the Northern Mariana Islands
By_____*JP*_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS
# BANKRUPTCY DIVISION

| | |
|---|---|
| IN RE IMPERIAL PACIFIC INTERNATIONAL (CNMI) LLC,<br><br>**Debtor and Debtor in Possession,** | CASE NO. 24-BK-00002<br>CHAPTER 11<br><br>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE<br><br>Judge: Hon. Ramona V. Manglona |

Please take notice that in accordance with Fed R. Bank. P. 9010(b) the undersigned enters an appearance in this case on behalf of creditor Saipan Stevedore Company, Inc. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

SEMAN LAW OFFICES, LLC
P.O. Box 10001 PMB 168
Saipan, MP 96950
Telephone: (670) 323-2115
E-mail: vjseman@semanlaw.com

• All notices entered pursuant to Fed. R. Bankr. P. 2002.

• All documents and pleadings of any nature.

1    Dated this November 11, 2024.           Respectfully submitted,

/s/ _____
VINCENT J. SEMAN, Esq.
Attorney for Saipan Stevedore Company, Inc.