IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
BANKRUPTCY DIVISION

| | |
|---|---|
| In re:<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>  Debtor and Debtor in Possession. | Case No. 24-BK-00002<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Robert J. Faris |

I, Angela Nguyen, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtor in the above-captioned case.

On November 12, 2024, at my direction and under my supervision, employees of Verita caused to be served the following documents via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Claims Bar Date in Chapter 11 Case** [substantially in the form of Exhibit 2 to Docket No. 181]
- [Customized] **Modified Official Form 410 Proof of Claim** [substantially in the form of Exhibit 1 to Docket No. 181]

*(Continued on Next Page)*

1

- **Order Granting Joint Motion of Debtor and the Official Committee of General Unsecured Creditors for Order (1) Extending Claims Bar Date; (2) Approving Proof of Claim Form; and (3) Approving Form and Manner of Notice** [Docket No. 277]

Dated: November 15, 2024

*/s/ Angela Nguyen*
Angela Nguyen
Verita
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Supplemental Creditor Matrix**
**Served via First Class Mail**

| CreditorName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Darwin Domingo | 260 Buckingham Ave | | Riverview | NB | E1B 2N8 | Canada |
| Jayson Glean | 103-688 Alexander St. | | Vancouver | BC | V6A 1C9 | Canada |
| Kirk Javier Dagudog | PO Box 506570 | | Saipan | MP | 96950 | |
| Loren Adam | PO BOX 10003, PMB 596 | | Saipan | MP | 96950 | |
| Lovely Janine Macaranas | 2123 Honey Drive 88 | | San Diego | CA | 92139 | |
| Maricel V. Magbanua | PO BOX 10003 PMB 596 | | Saipan | MP | 96950 | |
| Mary Grace Saldo | PO BOX 505954 | CK | Saipan | MP | 96950 | |