OFFICE OF THE UNITED STATES TRUSTEE

TIFFANY L. CARROLL
Acting United States Trustee
CURTIS CHING            3931
Assistant United States Trustee
NEIL VERBRUGGE  7478
Trial Attorney
300 Ala Moana Boulevard, Room 4108
Honolulu, Hawaii   96850
Telephone:   (808) 522-8155
Email:   ustpregion15.hi.ecf@usdoj.gov
Email:   Neil.Verbrugge@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
BANKRUPTCY DIVISION**

| | |
|---|---|
| In re<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>　　　　Debtor and<br>　　　　Debtor-in-Possession. | Case No. 24-00002<br>(Chapter 11)<br><br>Hearing:<br>Date:   December 13, 2024<br>Time:   9:00 a.m. (ChST)<br>Judge:   Hon. Robert J. Faris<br><br>[Related Docket Entry:   Dkt. #296] |

**UNITED STATES TRUSTEE'S STATEMENT OF CONSENSUAL REDUCTION IN FEES WITH REGARD FIRST INTERIM FEE APPLICATION OF ARENTFOX SCHIFF LLP, GENERAL BANKRUPTCY COUNSEL TO THE OFFICIAL COMMITTEE OF GENERAL UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 16, 2024 THROUGH SEPTEMBER 30, 2024**

The United States Trustee, by and through counsel, hereby submits this Statement of

Consensual Reduction in Fees ("Statement") with regard to the First Interim Fee Application of

ArentFox Schiff LLC, General Bankruptcy Counsel to the Official Committee of General

Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the

1

Period from May 16, 2024 through September 30, 2024 ("First Interim Fee Application"). ArentFox Schiff LLC ("AFS") seeks an award of compensation in the amount of $376,828.80 (comprised of $376,202.50 in fees and $626.30 expenses). The United States Trustee has authority and standing to make this statement since its responsibilities include, among other things, supervising "the administration of cases … under Chapter 11" of the Bankruptcy Code. 28 U.S.C. § 586(a)(3). Pursuant to 28 U.S.C. §586(a)(3)(A), the United States Trustee has the duty and authority to file comments regarding fee applications.

In support, the United States Trustee respectfully represents as follows:

1. The fee applicant bears the burden of proof to show entitlement to the requested fees under 11 U.S.C. § 330. *See In re Eliapo*, 298 B.R. 392, 402 (B.A.P. 9th Cir. 2003), *rev'd in part on other grounds*, 468 F.3d 592 (9th Cir. 2006); *In re Ginji Corp.*, 117 B.R. 983, 990 (Bankr. D. Nev. 1990) ("[t]he applicant … has the burden of proof to show the reasonableness of the fees sought").

2. Interim fee awards are always subject to reexamination during a bankruptcy case. *See In re Strand*, 375 F.3d 854, 858 (9th Cir. 2004).

3. The United States Trustee has reached an agreement with the Applicant to resolve the United States Trustee's concerns regarding Applicant's First Interim Fee Application prior to the above-captioned hearing.

4. Applicant has consented to a voluntary reduction of $11,507.00 in legal fees as follows:

| Objection Basis | Hours | Fees |
|---|---|---|
| 1. Fee Statements (mthly) | 17.3 | 7,633.50 |
| 2. Administrative Tasks | 5.7 | 1,913.50 |
| 3. Transitory Billing | 2.8 | 1,960.00 |
| **TOTAL** | **25.80** | **11,507.00** |

5. Additionally, Applicant has agreed to file a pleading (stipulation or supplemental declaration) that sets forth the time entries consensually reduced.

6. With this reduction of $11,507 in fees, the United States Trustee does not oppose the Applicant's First Interim Fee Application.

DATE: Honolulu, Hawaii, November 20, 2024.

                                    Tiffany L. Carroll
                                    Acting United States Trustee

                                  By <u>/s/ NEIL VERBRUGGE</u>
                                    Trial Attorney