Bruce Berline
LAW OFFICE OF BRUCE BERLINE, LLC
Security Title Building
Isa Drive, Capitol Hill
PO Box 5682 CHRB
Saipan, MP 96950
Tel.: (670) 233-3663
Fax: (670) 233-5262
Email: bberline@gmail.com

Aaron Halegua
AARON HALEGUA, PLLC
524 Broadway, 11th Floor
New York, New York 10012
Tel.: (646) 854-9061
Email: ah@aaronhalegua.com

John-Patrick M. Fritz
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034
Tel: (310) 229-3395
Email: jpf@lnbyg.com

Attorneys for Joshua Gray

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
BANKRUPTCY DIVISION**

| | |
|---|---|
| In re<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>        Debtor and<br>        Debtor-in-Possession. | Case No. 1:24-bk-00002<br><br>**MOTION BY JUDGMENT CREDITORS JOSHUA GRAY AND U.S.A. FANTER TO DISTRIBUTE PROCEEDS FROM AUCTION OF IPI'S VEHICLES**<br><br>Hearing Date: January 31, 2025<br>Hearing Time: 9:00 a.m. ChST<br>Judge: Hon. Robert J. Faris |

Secured judgment creditors Joshua Gray ("Gray") and U.S.A. Fanter ("Fanter") (together, the "Movants") respectfully move this Court to authorize the distribution of the remaining proceeds from the sale of 11 vehicles (the "Vehicles") belonging to the debtor Imperial Pacific International (CNMI), LLC (the "Debtor"). The Court has already approved a distribution of commissions and costs to the limited receiver Clear Management Ltd. ("Clear"), who auctioned the Vehicles, and $267,627.16 in sale proceeds remain in the escrow account of Clear's attorney. (*See* ECF No. 265). Movants request that the Court authorize that $167,627.16 of these funds be distributed to Fanter and $100,000.00 to Gray.

The relevant parties have all executed a Stipulation in Support of Judgment Creditors Joshua Gray and U.S.A. Fanter's Motion to Distribute Proceeds from Auction of IPI's Vehicles (the "Stipulation"), dated December 13, 2024, which is attached as **Exhibit A** (hereinafter, the "Stipulation"). In particular, the Debtor, the Official Committee of General Unsecured Creditors (the "Committee"), and the other secured creditors in the case—the Commonwealth of the Northern Mariana Islands (the "CNMI") and The Law Office of Michael W. Dotts, LLC ("Dotts")—have consented to the distribution proposed by the Movants. (Stipulation ¶ 8).

**BACKGROUND**

On April 19, 2024 (the "Petition Date"), the Debtor filed a voluntary petition under chapter 11 of the Bankruptcy Code with this Court. Prior to the Petition Date, judgment creditors Gray, Fanter and Dotts each obtained a judgment against the Debtor.

On November 30, 2022, the U.S. District Court for the Northern Mariana Islands (the "District Court") entered a judgment against the Debtor in favor of Fanter in the amount of $226,127.05 plus post-judgment interest. Thereafter, the District Court issued Fanter a Writ of Execution against the Debtor's motor vehicles and heavy equipment, which was properly served on the Debtor by the U.S.

Marshals. The District Court then appointed Clear Management Ltd. ("Clear") as a limited receiver to auction that property. (Stipulation ¶ 3).

On May 31, 2023, the District Court entered judgment in favor of Gray against the Debtor in the amount of $5,686,182.20 plus pre-judgment interest, post-judgment interest, and attorneys' fees and costs. Gray then obtained a Writ of Execution against six enumerated categories of the Debtor's personal property, including the Debtor's motor vehicles. Gray properly served the Writ of Execution on the Debtor via the U.S. Marshals. (Stipulation ¶ 4).

Prior to the Petition Date, Clear had already conducted an online auction to sell 11 of the Debtor's vehicles and even received payment from some of the winning bidders. Although the completion of the sales was initially stayed upon the filing of the Petition, upon the stipulation of the Debtor, the Committee, and secured creditors (ECF Nos. 148, 156), the Court later authorized Clear to complete the sale. (ECF No. 189). The Vehicles were sold at auction for a total of $375,500.00. (ECF No. 216). The Court then approved the distribution of $107,872.84 of commissions and costs to Clear and its attorney. (ECF No. 265). Accordingly, $267,627.16 remains in the escrow account of Clear's attorney. (*Id.*).

**ARGUMENT**

In light of the fact that the Movants are secured judgment creditors with a security interest in the Vehicles, and the fact that all relevant parties have executed the Stipulation, the Movants respectfully request that Clear be authorized to distribute the remaining proceeds from the Vehicle sale Fanter and Gray in accordance with the Stipulation. To the extent that it is necessary to lift the automatic stay in order to grant this Motion and distribute the remaining funds from the vehicle sale, the Movants also request that the Court grant such relief under Section 362 of the Bankruptcy Code for this purpose—to which the parties have also stipulated. (Stipulation ¶ 9).

Respectfully submitted,

\_\_/s/_____
Aaron Halegua
Bruce Berline
John-Patrick M. Fritz
*Attorneys for Joshua Gray*

\_\_/s/_____
Colin Thompson
*Attorney for U.S.A. Fanter*

# Exhibit A

Bruce Berline
LAW OFFICE OF BRUCE BERLINE, LLC
Security Title Building
Isa Drive, Capitol Hill
PO Box 5682 CHRB
Saipan, MP 96950
Tel.: (670) 233-3663
Fax: (670) 233-5262
Email: bberline@gmail.com

Aaron Halegua
AARON HALEGUA, PLLC
524 Broadway, 11th Floor
New York, New York 10012
Tel.: (646) 854-9061
Email: ah@aaronhalegua.com

John-Patrick M. Fritz
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034
Tel: (310) 229-3395
Email: jpf@lnbyg.com

Attorneys for Joshua Gray

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
BANKRUPTCY DIVISION**

| | |
|---|---|
| In re<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>       Debtor and<br>       Debtor-in-Possession. | Case No. 1:24-bk-00002<br><br>**STIPULATION IN SUPPORT OF JUDGMENT CREDITORS JOSHUA GRAY AND U.S.A. FANTER'S MOTION TO DISTRIBUTE PROCEEDS FROM AUCTION OF IPI'S VEHICLES**<br><br>Hearing Date: n/a<br>Hearing Time: n/a<br>Judge: Hon. Robert J. Faris |

Secured creditors Joshua Gray ("Gray"), U.S.A. Fanter ("Fanter"), The Law Office of Michael W. Dotts, LLC ("Dotts"), and the Commonwealth of the Northern Mariana Islands (the "CNMI") (together, the "Secured Creditors"),[1] the Official Committee of General Unsecured Creditors (the "Committee"), and the debtor and debtor in possession Imperial Pacific International (CNMI), LLC (the "Debtor") (together, the "Parties"), through their counsel, hereby stipulate and agree:

1. On April 19, 2024 (the "Petition Date"), the Debtor filed a voluntary petition under chapter 11 of the Bankruptcy Code with this Court.

2. Prior to the Petition Date, judgment creditors Gray, Fanter and Dotts each obtained a judgment against the Debtor.

3. On November 30, 2022, the U.S. District Court for the Northern Mariana Islands (the "District Court") entered a judgment against the Debtor in favor of Fanter in the amount of $226,127.05 plus post-judgment interest. Thereafter, the District Court issued Fanter a Writ of Execution against the Debtor's motor vehicles and heavy equipment, which was properly served on the Debtor by the U.S. Marshals. The District Court then appointed Clear Management Ltd. ("Clear") as a limited receiver to auction that property.

4. On May 31, 2023, the District Court entered judgment in favor of Gray against the Debtor in the amount of $5,686,182.20 plus pre-judgment interest, post-judgment interest, and attorneys' fees and costs. Gray then obtained a Writ of Execution against six enumerated categories of the Debtor's personal property, including the Debtor's motor vehicles. Gray properly served the Writ of Execution on the Debtor via the U.S. Marshals.

5. Prior to the Petition Date, Clear had already conducted an online auction to sell 11 of the Debtor's vehicles and even received payment from some of the winning bidders.

---

[1] A proof of claim has been filed by each of the Secured Creditors: Gray (Claim 15); Fanter (Claim 31); Dotts (Claim 13); and the CNMI (Claim 26).

6. Although the Debtor's bankruptcy petition initially stayed the sale of the vehicles, based upon a Stipulation filed by Gray, Fanter, Dotts, the CNMI, and the Committee, the Court then ordered that the stay should be lifted so that Clear may complete the sale of the 11 vehicles. (ECF No. 189).

7. Clear sold the 11 vehicles for a total of $375,500.00. The Court then approved the distribution of $107,872.84 of commissions and costs to Clear and its attorney. Accordingly, $267,627.16 remains in the escrow account of Clear's attorney. (ECF No. 265).

8. The Parties have agreed that the remaining funds should be distributed as follows: $167,627.16 paid to Fanter and $100,000.00 paid to Gray towards the satisfaction of their judgments.

9. To the extent that it is necessary to lift the automatic stay in order to make the distribution contemplated by this Stipulation, the Parties support granting limited relief from the automatic stay under Section 362 of the Bankruptcy Code for such purpose.

Dated: December 13, 2024

SIGNATURES:

\_\_/s/_____
Aaron Halegua
Bruce Berline
John-Patrick M. Fritz
*Attorneys for Judgment Creditor Gray*


\_\_/s/_____
Colin Thompson
*Attorney for Judgment Creditor Fanter*


\_\_/s/_____
Michael Dotts
*Attorney for Judgment Creditor Michael Dotts*

\_\_/s/_____
J. Robert Glass, Jr.
*Attorney for the CNMI*

\_\_/s/_____
Aram Ordubegian
*Attorney for the Official Committee of General Unsecured Creditors*

\_\_/s/_____
Chuck Choi
*Attorney for the Imperial Pacific International (CNMI), LLC*