Bruce Berline
LAW OFFICE OF BRUCE BERLINE, LLC
Security Title Building
Isa Drive, Capitol Hill
PO Box 5682 CHRB
Saipan, MP 96950
Tel.: (670) 233-3663
Fax: (670) 233-5262
Email: bberline@gmail.com

Aaron Halegua
AARON HALEGUA, PLLC
524 Broadway, 11th Floor
New York, New York 10012
Tel.: (646) 854-9061
Email: ah@aaronhalegua.com

John-Patrick M. Fritz
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034
Tel: (310) 229-3395
Email: jpf@lnbyg.com

Attorneys for Joshua Gray

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS
### BANKRUPTCY DIVISION

| | |
|---|---|
| In re<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 1:24-bk-00002<br><br>**NOTICE OF HEARING ON MOTION BY JUDGMENT CREDITORS JOSHUA GRAY AND U.S.A. FANTER TO DISTRIBUTE PROCEEDS FROM THE AUCTION OF IPI'S VEHICLES**<br><br>Hearing Date: January 31, 2025<br>Hearing Time: 9:00 a.m. ChST<br>Judge: Hon. Robert J. Faris |

**PLEASE TAKE NOTICE** that a hearing on the Motion by Judgment Creditors Joshua Gray and U.S.A. Fanter to Distribute Proceeds from the Auction of IPI's Vehicles (ECF No. 327 (the "Motion")) will come before the Honorable Robert J. Faris on January 31, 2025, at 9:00 a.m. ChST, in the Courtroom located at the United States District Court for the Northern Mariana Islands, 1671 Gualo Rai Road, Gualo Rai, Saipan, MP 96950.

The Motion and all supporting documents may be obtained from the undersigned counsel or inspected at the office of the Clerk of the Court during normal business hours. The Motion requests that the Court enter an Order permitting the distribution of the remaining proceeds from the sale of the Debtor Imperial Pacific International (CNMI), LLC's vehicles to secured judgment creditors Joshua Gray and U.S.A. Fanter pursuant to a stipulation.

Attendance by creditors and other parties in interest is welcome, but not required.

**Any opposition to the Motion must be filed with the Court via the ECF system on or before December 30, 2024 (the "Objection Deadline"). If an opposition or response to the Motion is not received by the Objection Deadline, the Court may treat such failure as a waiver of the right to oppose the Motion and may grant the relief requested therein.**

Any reply to any opposition or response to the Motion must be filed with the Court on or before January 6, 2025.

Dated: December 16, 2024
       Saipan, CNMI

                      /s/ *Aaron Halegua*
                      AARON HALEGUA
                      BRUCE BERLINE
                      JOHN-PATRICK M. FRITZ

                      Attorneys for Joshua Gray