Aram Ordubegian (admitted *pro hac vice*)
Christopher K.S. Wong (admitted *pro hac vice*)
**ARENTFOX SCHIFF LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone:   213.629.7400
Facsimile:    213.629.7401
aram.ordubegian@afslaw.com
christopher.wong@afslaw.com

Keith Chambers II (F0528)
**CHAMBERS LAW LLC**
Marianas Business Plaza, Suite 409
PMB 919 Box 10000
Saipan, MP 96950
Telephone:   670.234.9005/06
Facsimile:    670.235.9007
keith.chambers@chamberslawcnmi.com

Attorneys for the Official Committee
of General Unsecured Creditors

F I L E D
Clerk
District Court

DEC 17 2024

for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

# BANKRUPTCY DIVISION

In re:

**IMPERIAL PACIFIC INTERNATIONAL (CNMI) LLC,**

    Debtor and Debtor in Possession.

Case No. 1:24-bk-00002

Chapter 11

**ORDER APPROVING FIRST INTERIM FEE APPLICATION OF ARENTFOX SCHIFF LLP, GENERAL BANKRUPTCY COUNSEL TO THE OFFICIAL COMMITTEE OF GENERAL UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 16, 2024 THROUGH SEPTEMBER 30, 2024**

Hearing Date, Time and Location (ChST):
Date:         December 13, 2024
Time:        9:00 a.m.
Location:   3rd Floor Courtroom1671
                   Gualo Rai Rd., Gualo Rai
                   Saipan, MP 96950

Judge:       Hon. Robert J. Faris

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES

AFSDOCS:300294711.4

**IN THIS DISTRICT, AT THE NORTHERN MARIANA ISLANDS, ON THE DATE INDICATED BELOW:**

A hearing was scheduled for December 13, 2024, at 9:00 a.m. (ChST) on the *First Interim Fee Application of ArentFox Schiff LLP, General Bankruptcy Counsel to the Official Committee of General Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 16, 2024 through September 30, 2024* [ECF No. 296] (the "Application") filed by ArentFox Schiff LLP ("AFS"), as bankruptcy counsel to the Official Committee of General Unsecured Creditors (the "Committee") of Imperial Pacific International (CNMI), LLC, the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case. All appearances were noted on the record. On November 23, 2024, a stipulation between AFS and the Office of the United States Trustee (the "UST") was filed, whereby AFS agreed to reduce its request for allowance of fees by $11,507.00 [ECF No. 313] (the "Stipulation"). The Court having reviewed and considered the Application, the Stipulation, and other related documents, with no other person or entity having filed any opposition to the Application, and finding that notice of the Application was adequate and appropriate under the circumstances and no other notice need be given; and sufficient cause having been shown therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **APPROVED** on an interim basis in the adjusted amount under the Stipulation.

2. AFS is allowed $364,695.50 in fees and $626.30 in actual and necessary expenses for a total of $365,321.80 for the period from May 16, 2024 through September 30, 2024; and

//
//
//
//
//
//
//

3. The Debtor is authorized and directed to pay AFS the amounts awarded under this Order, less any amounts previously paid pursuant to Monthly Fee Statements.

SO ORDERED.



/s/ Robert J. Faris
United States Bankruptcy Judge
Dated: 12/16/2024