F I L E D
Clerk
District Court

JAN 08 2025

for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
BANKRUPTCY DIVISION**

In re

IMPERIAL PACIFIC INTERNATIONAL
(CNMI), LLC,

            Debtor and
            Debtor-in-Possession.

Case No. 1:24-bk-00002

**ORDER GRANTING MOTION BY
JUDGMENT CREDITORS JOSHUA GRAY
AND U.S.A. FANTER TO DISTRIBUTE
PROCEEDS FROM AUCTION OF IPI'S
VEHICLES AND VACATING HEARING**

Hearing Date: January 31, 2025
Hearing Time: 9:00 a.m. ChST
Judge: Hon. Robert J. Faris

On December 13, 2024, secured judgment creditors Joshua Gray and U.S.A. Fanter filed a Motion to Distribute Proceeds from the Auction of IPI's Vehicles. (ECF No. 327 (the "Motion")).[1] The Motion requests that the $267,627.16 in sale proceeds that remain from the sale of the Debtor's motor vehicles be distributed to Gray and Fanter, who have a security interest in that property. The Motion was supported by a Stipulation executed by the Debtor, the Committee, the CNMI, the Movants, and other secured creditors, who agreed with the proposed distribution and to lift the automatic stay to the extent necessary to make those distributions. (*Id.* at 6–9).

A Notice of Hearing was filed that set a hearing date of January 31, 2025, and directed that any objections or opposition must be filed on or before December 30, 2024. (ECF No. 329). A Certificate of Service for the Motion and Notice of Hearing was also filed. (ECF No. 330). As of December 30, 2024, no objections or opposition to the Motion as filed on ECF.

---

[1] Unless otherwise noted, the defined terms used herein have the same meaning as in the Motion.

On January 3, 2025, Aaron Halegua, counsel for Joshua Gray, filed a Declaration and Request for Entry of an Order, pursuant to Local Bankruptcy Rule 9013-1(c)(3), stating that no party had filed a timely opposition and therefore requesting that the Motion be granted and the hearing be vacated. (ECF No. 335).

Accordingly, GOOD CAUSE BEING SHOWN, the Court hereby GRANTS the Motion to Distribute Proceeds from the Auction of IPI's Vehicles. The $267,627.16 in sale proceeds shall be distributed from the escrow account of Clear's attorney to Gray and Fanter in the amounts of $100,000.00 and $167,627.16, respectively, within seven (7) days of this Order. The hearing on this Motion set for January 31, 2025, is hereby VACATED. However, the status conference set for that day shall still proceed.

**SO ORDERED.**



**/s/ Robert J. Faris**
**United States Bankruptcy Judge**
Dated: **01/08/2025**