**SAN NICOLAS LAW OFFICE, LLC**
JOEY P. SAN NICOLAS, ESQ (F-0342)
3813 Mestisa Ave. Dandan Village, Saipan
P.O. Box 505335
Saipan, MP 96950
Telephone: (670) 288-1073
Mobile:  (670) 287-1973
Email:  jpsn@sannicolaslaw.net

**TSUGAWA LAU & MUZZI**
CHRISTOPHER J. MUZZI      6939
Admitted Pro Hac Vice
Harbor Court
55 Merchant Street, Suite 3000
Honolulu, Hawaii  96813
Telephone No.: (808) 531-0490
Email:  cmuzzi@hilaw.us

Attorneys for Loi Lam Sit

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
BANKRUPTCY DIVISION**

| | |
|---|---|
| In re | Case No.: 1:bk-24-0002 |
| IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, | ENTRY OF APPEARANCE OF CO-COUNSEL |
| Debtor and Debtor-In Possession | |

**<u>ENTRY OF APPEARANCE OF CO-COUNSEL</u>**

PLEASE TAKE NOTICE that CHRISTOPHER J. MUZZI, hereby enters an appearance as co-counsel for Loi Lam Sit and requests service of all pleadings and other papers.  I am admitted or otherwise authorized to practice in this court.

50229/1/111091

DATED: Honolulu, Hawaii, February 3, 2025.

/s/ Christopher J. Muzzi
Attorney for Loi Lam Sit

50229/1/111091