Bruce Berline
LAW OFFICE OF BRUCE BERLINE, LLC
Security Title Building
Isa Drive, Capitol Hill
PO Box 5682 CHRB
Saipan, MP 96950
Tel.: (670) 233-3663
Fax: (670) 233-5262
Email: bberline@gmail.com

Aaron Halegua
AARON HALEGUA, PLLC
524 Broadway, 11th Floor
New York, New York 10012
Tel.: (646) 854-9061
Email: ah@aaronhalegua.com

John-Patrick M. Fritz
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034
Tel: (310) 229-3395
Email: jpf@lnbyg.com

Attorneys for Joshua Gray

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**
**BANKRUPTCY DIVISION**

| | |
|---|---|
| In re<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>        Debtor and<br>        Debtor-in-Possession. | Case No. 1:24-bk-00002<br><br>**STIPULATION TO EXTEND BRIEFING DEADLINES ON JOINT MOTION OF DEBTOR AND OFFICIAL COMMITTEE OF GENERAL UNSECURED CREDITORS FOR ORDER (I) APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363, SUBJECT TO OVERBIDS; AND (II) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND CURE AMOUNTS ASSOCIATED THEREWITH** |

Hearing Date: March 25, 2025
Hearing Time: 9:00 a.m. (ChSt)
Judge: Hon. Robert J. Faris

Secured creditors Joshua Gray ("Gray"), the Commonwealth of the Northern Mariana Islands (the "CNMI") (together, the "Secured Creditors"), the Official Committee of General Unsecured Creditors (the "Committee"), and the debtor and debtor in possession Imperial Pacific International (CNMI), LLC (the "Debtor") (together, the "Parties"), through their counsel, hereby stipulate and agree:

1. The deadline for Gray and the CNMI to file a response or objection, if any, to the *Joint Motion of Debtor and Official Committee of General Unsecured Creditors for Order (I) Approving the Sale of Substantially All of the Debtor's Assets Free and Clear of All Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. § 363, Subject to Overbids; and (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Cure Amounts Associated Therewith* (the "Motion") [ECF 367], shall be extended from March 5, 2025, at 6:00 p.m. (ChSt), to March 11, 2025, at 11:59 p.m. (ChST).

2. The deadline for the Debtor and Committee to file a reply to the Secured Creditors' responses and objections (if any) to the Motion shall be March 18, 2025, at 11:59 p.m. (ChST).

3. The hearing on the Sale Motion shall remain on March 25, 2025, at 9:00 a.m. (ChST), or such later and further date as is convenient with the Court's schedule if rescheduled by the Court.

Dated: February 28, 2025

SIGNATURES:

__/s/_____
Aaron Halegua
Bruce Berline
John-Patrick M. Fritz
*Attorneys for Judgment Creditor Gray*


__/s/_____
J. Robert Glass, Jr.
*Attorney for the CNMI*


__/s/_____
Aram Ordubegian
*Attorney for the Official Committee of General Unsecured Creditors*


__/s/_____
Chuck Choi
*Attorney for the Imperial Pacific International (CNMI), LLC*