**Joey P. San Nicolas**
Attorney-at-Law
San Nicolas Law Office, LLC
3813 Mestisa Ave. Dandan Village
P.O. Box 505335
Saipan, MP 96950
Tel: (670) 288-1073
Email: jpsn@sannicolaslaw.net

Attorney for Loi Lam Sit

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS
# BANKRUPTCY DIVISION

| | |
|---|---|
| In re<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>　　　　　Debtor and<br>　　　　　Debtor-in-Possession | Case No. 1:24-bk-00002<br><br>**MOTION TO EXCUSE LOCAL COUNSEL JOEY P. SAN NICOLAS AND ALLOW PRO HAC VICE COUNSEL CHRISTOPHER J. MUZZI TO APPEAR WITHOUT LOCAL COUNSEL**<br><br>Date:　August 21, 2025<br>Time:　9:00 a.m.<br>Judge: Hon. Robert J. Faris |

COMES NOW, the undersigned local counsel, JOEY P. SAN NICOLAS, Esq., on behalf of his client, Loi Lam Sit, to request an order from the Court to allow counsel to be excused from the status conference set for August 21, 2025 at 9:00 a.m. before Judge Robert J. Faris and allow *Pro Hac Vice* counsel, Christopher J. Muzzi, Esq., to appear without local counsel.

It is respectfully submitted that good cause exists for the requested order on the grounds that undersigned Counsel is scheduled to appear at a hearing at the CNMI Superior Court at the same date and time as the status conference in this case. Mr. Muzzi is intimately aware of the issues before this Court and will be present at the hearing via video teleconference.

Respectfully submitted this 15th day of August, 2025.

*/s/Joey P. San Nicoloas*
Joey P. San Nicolas
*Attorney for Loi Lam Sit*