Aram Ordubegian (admitted *pro hac vice*)
Christopher K.S. Wong (admitted *pro hac vice*)
**ARENTFOX SCHIFF LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:      213.629.7400
Facsimile:      213.629.7401
aram.ordubegian@afslaw.com
christopher.wong@afslaw.com

Keith Chambers II (F0528)
**CHAMBERS LAW LLC**
Marianas Business Plaza, Suite 409
PMB 919 Box 10000
Saipan, MP 96950
Telephone:      670.234.9005/06
Facsimile:      670.235.9007
keith.chambers@chamberslawcnmi.com

Attorneys for the Official Committee
of General Unsecured Creditors

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

### BANKRUPTCY DIVISION

| | |
|---|---|
| In re:<br><br>**IMPERIAL PACIFIC INTERNATIONAL (CNMI) LLC,**<br><br>Debtor and Debtor in Possession. | Case No. 1:24-bk-00002<br><br>Chapter 11<br><br>**FIRST AND FINAL FEE APPLICATION OF INTREPID INVESTMENT BANKERS LLC, INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF GENERAL UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2024 THROUGH SEPTEMBER 30, 2025; DECLARATION OF CARL COMSTOCK IN SUPPORT THEREOF**<br><br>Hearing Date, Time and Location (ChST):<br>Date:        December 5, 2025<br>Time:        9:00 a.m.<br>Location:   3rd Floor Courtroom1671<br>              Gualo Rai Rd., Gualo Rai<br>              Saipan, MP 96950<br><br>Judge:       Hon. Robert J. Faris |

AFSDOCS:304146385.1

**TO THE HONORABLE ROBERT J. FARIS, UNITED STATES BANKRUPTCY JUDGE; AND ALL INTERESTED PARTIES:**

Intrepid Investment Bankers LLC ("Intrepid") hereby applies (the "Application") to this Court for an order allowing, $1,160,036.49 as broken down below, for compensation for services rendered and expenses incurred as investment banker to the Official Committee of General Unsecured Creditors (the "Committee") of Imperial Pacific International (CNMI), LLC, the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case for the fee period from October 1, 2024 through and including September 30, 2025 (the "Fee Period").

|  | Fees | Expenses | Total |
|---|---|---|---|
| **Total to be Allowed on a Final Basis for Period 10/1/24 – 9/30/25** | $1,154,792.50 | $5,243.99 | $1,160,036.49 |
| **Amount Previously Paid Per Intrepid Retention Order** | $50,000.00 | $0.00 | $50,000.00 |
| **Total to be Paid on a Final Basis** | $1,104,792.50 | $5,243.99 | $1,110,036.49 |

The Court has entered no prior orders allowing Intrepid compensation or reimbursement of expenses in this chapter 11 case. Pursuant to the procedures established by the Intrepid Retention Order, Intrepid has provided fee statements for the period of October 1, 2024 to September 30, 2025. Intrepid has received a total of $50,000.00 consisting of 4.50% of the fees and 0% of expenses incurred from October 1, 2024 through September 30, 2025. Thus, by way of this Application, Intrepid requests allowance of $1,154,792.50 in fees and $5,243.99 in costs on an incurred during the Fee Period.

Except as set forth herein, Intrepid has received or been promised no compensation for the services it rendered or the expenses that it incurred during the Fee Period. Furthermore, neither Intrepid nor any member of Intrepid has any agreement or understanding of any kind to divide, pay over, or share any portion of the fees to be awarded to Intrepid with any other investment bankers except as among members and associates at Intrepid.

Intrepid reserves its right to supplement this Application at any time before or at the hearing on this Application.

In support of this Application, Intrepid concurrently submits the declaration of Carl Comstock (the "Comstock Declaration"), and respectfully represents as follows:

## I.

## <u>INTRODUCTION</u>

Intrepid submits this Application pursuant to Section 330 of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the United States District Court for the Northern Mariana Islands, the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, 20 C.F.R. Pt. 58, Appendix A* (" U.S. Trustee's Guidelines"), and the *Order Approving Application of the Official Committee of General Unsecured Creditors for authority to Employ Intrepid Investment Bankers Effective as of September 24, 2024 Pursuant to 11 U.S.C. § 328 and 1103* [ECF No. 276] (the "Intrepid Retention Order").

Since its retention, Intrepid rendered services to the Committee as requested and as appropriate in furtherance of the interests of estate and unsecured creditors.  In this case, Debtor filed a "free-fall" Chapter 11 case without any pre-arranged exit strategy.  On September 23, 2024, the Committee filed the Application to Employ Intrepid Investment Bankers [ECF No. 251], which was approved by the Court on October 5, 2025 to market the Debtor as a casino/hotel business to maximize the value of the estate's assets.

Once formally retained, Intrepid immediately began preparing marketing materials and staging a data room to market the Debtors' assets. In connection with the sale process, Intrepid contacted nearly 100 parties. Of these parties, 7 executed non-disclosure agreements and received confidential information in connection with the transaction. As a result of the outreach process, two interested parties participated in the auction which resulted in a winning bid from a qualified overbidder of $12,950,000. As demonstrated herein, Intrepid has been instrumental in marketing the Debtor's assets and maximizing the value of the estate's assets.

## II.

## BACKGROUND

**A.**    **General Background**

On April 19, 2024 (the "Petition Date"), Debtor commenced this bankruptcy case (the "Case") by filing a voluntary petition under chapter 11 of title 11 of the U.S. Code (the "Bankruptcy Code"). Debtor is continuing to manage its property as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. Debtor is a limited liability company organized under the laws of the CNMI. Debtor obtained its exclusive casino license (the "Casino License") for the island of Saipan and opened its operations in 2014. Debtor's casino is primarily situated on property leased from the CNMI Department of Public Land (the "DPL"). The COVID-19 Pandemic forced the closure of the Debtor's operations in March 2020. In April 2021, Debtor's Casino License was suspended by the Commonwealth Casino Commission (the "CCC") for nonpayment of fees and other alleged monetary defaults.

Debtor's primary real estate assets include (1) a hotel building currently under construction with a casino, (2) a leasehold interest in approximately 19,204 square meters of land leased from the DPL under Lease Agreement No. LA-15-002S (the "Leasehold Property"), and (3) Debtor's ownership interest in Imperial Pacific Properties, LLC, which holds a leasehold interest in eight lots adjacent to the Leasehold Property.

**B.**    **Intrepid Retention, Services, and Compensation**

On May 14, 2024, the Office of the United States Trustee appointed three (3) members to the Committee pursuant to Section 1102 of the Bankruptcy Code. ECF No. 54. On September 23, 2024, the Committee filed its application to employ Intrepid as investment banker for the Committee [ECF No. 251]. On October 5, 2024, the Court entered its order [ECF No. 276] granting the application and approving Intrepid's employment as investment banker to the Committee, effective as of September 22, 2024. The Intrepid Retention Order approved the Fee and Expense Structure as set forth in that certain engagement agreement dated September 22, 2024 (the "Intrepid Engagement Agreement").

The Intrepid Retention Order authorized Intrepid to be compensated for the following

services (the "Intrepid Services") in these Chapter 11 cases.

1. Assist the Committee in analyzing the Debtor's business, properties, financial conditions, and prospects in connection with a Sale;

2. Prepare and distribute due diligence information in connection with a Sale (as supplemented or amended from time to time, the ("Information");

3. Identify and solicit potential acquirors, financing sources or partners for a Sale;

4. Assist in the determination of the form, structure, terms, and pricing of a Sale, including the development of bid procedures;

5. Assist the Committee on tactics and strategies for negotiating with potential counterparties and stakeholders, and if requested by the Committee, participate in such negotiations;

6. Advise the Committee on the timing, nature and terms of new securities, other consideration, or other inducements to be offered pursuant to a Sale;

7. Render financial advice to the Committee and participate in meetings or negotiations with stakeholders and/or outside agencies or appropriate parties in connection with a Sale;

8. Attend meetings of the Committee's professionals and its members with respect to matters on which Intrepid has been engaged to advise the Committee;

9. Provide oral and written testimony, as necessary, with respect to matters on which Intrepid has been engaged to advise the Committee in any proceedings before the Bankruptcy Court (as defined in Exhibit A of the Intrepid Engagement Agreement); and

10. Provide other investment banking services as may be mutually agreed by Intrepid and the Committee.

The Intrepid Retention Order also approved Intrepid's compensation structure, which is summarized below:

a. An earned upon receipt and non-refundable initial fee (the "Initial Fee") payable upon signing of this Engagement Agreement and entry of a Bankruptcy Court order approving Intrepid's retention equal to $50,000; and

b. In addition, Intrepid shall be compensated on a rates and hours basis using the rates set forth in Exhibit C. Intrepid shall record hours in increments of 0.25 and will provide summary

1    level descriptions consistent with historical practices of investment banks in bankruptcy

2    proceedings; and

3    c.   A non-refundable sale fee (a "Sale Fee") payable upon the consummation of any Sale equal

4         to:

5             i.    Aggregate Consideration of less than $5,000,000: $500,000

6             ii.   Aggregate Consideration of $5,000,001 to $10,000,000: $750,000

7             iii.  Aggregate Consideration of $10,000,001 to $15,000,000: $1,000,000

8             iv.   Aggregate Consideration of $15,000,001 to $20,000,000: $1,250,000

9             v.    Aggregate Consideration of $20,000,001 to $25,000,000: $1,500,000

10            vi.   Aggregate Consideration in excess of $25,000,000: $1,500,000 plus 5.0% of all

11                  proceeds in excess of $25,000,000

12            vii.  In the event of a Sale effectuated through a plan of reorganization, the Sale Fee shall

13                  be $2,000,000

14   d.   The Debtor has filed a motion to approve bid procedures and designating Loi Lam Sit

15        ("Sit") as the stalking horse bidder at a purchase price of $10,000,000 [Dkt. No. 182] and

16        an application to employ Keen-Summit Capital Partners LLC ("Keen-Summit") as the

17        estate's real estate broker [Dkt Nos. 222]. Intrepid acknowledges and agrees that it shall not

18        be entitled to a Sale Fee in the event that a sale is consummated with Sit, at the stalking

19        horse bid of $10,000,00. In the event that a Sale is consummated with a third party that is

20        solicited or introduced by Keen-Summit, Intrepid's Sale Fee shall be limited to $250,000.

21   e.   The Committee and Intrepid acknowledge and agree that more than one fee may be payable

22        to Intrepid under section C.1, in connection with any single Sale or series of Sales, it being

23        understood and agreed that if more than one fee becomes so payable to Intrepid, each such

24        fee shall be paid to Intrepid.

25   f.   For the avoidance of doubt, the Initial Fee and any hourly fees, shall not be credited against

26        any Sale Fee as defined herein.

27   **C.    <u>The Status of the Estate Administration and the Committee's Involvement</u>**

28        In this case, Debtor filed a "free-fall" Chapter 11 case, entering bankruptcy proceedings

without any pre-arranged exit strategy or plan for reorganization. This lack of foresight presented significant challenges as the case progressed. The Committee and Intrepid, where feasible, worked closely with Debtor and key parties to negotiate a viable exit strategy and oversee the estate's administration, ensuring its value was maximized.

The Debtor's initial exit strategy involved reinstating its casino license and resuming operations, forming a plan based on this premise. However, approximately two months into the case, it became clear that Debtor could not reach an agreement with the CNMI to renew the casino license and restart operations. Consequently, the CNMI filed a motion to convert the case to Chapter 7, citing the ongoing depletion of the estate and the absence of a reasonable likelihood of rehabilitation [ECF No. 129] (the "Conversion Motion"). The OUST recognized conversion did not benefit creditors and was therefore not appropriate but cited its concern over the Debtor's failure to maintain insurance and suggested dismissal of the case. Recognizing that the Debtor's original exit strategy was no longer feasible, the Committee worked diligently and collaboratively with Debtor to reassess and modify the exit plan. As a result, Debtor agreed to initiate a comprehensive sale process for its business and assets, ensuring the Committee's involvement at every stage, including selecting and retaining a qualified investment banker, setting up bidding procedures, reviewing and selecting bids, and finalizing the sale. With the significant progress, it was premature to convert or dismiss the case. Consequently, the Court denied the Conversion Motion.

Additionally, before the hearing for the Conversion Motion, Debtor filed its motion seeking approval of bid procedures for sale of substantially all of the Debtor's assets [ECF No. 194] (the "Bid Procedures Motion"). This was another heavily contested matter. Several creditors and the Committee filed oppositions. The Committee requested the Court to deny the Bid Procedures Motion, contending that an insider was designated as the stalking horse bidder without the Debtor's business being properly marketed and appraised; and the Debtor's business was proposed to be sold as real property in a piecemeal manner, rather than as a holistic business.

In conjunction with the Bid Procedures Motion, Debtor submitted an employment application to retain Keen-Summit Capital Partners LLC as a real estate broker [ECF No. 222] (the "Keen-Summit Application"). On the other hand, the Committee believed Debtor should first be

marketed as a holistic business, and thus, filed an employment application to engage Intrepid as an investment banker [ECF No. 251] (the "Intrepid Application").  Multiple oppositions were filed by the OUST and creditors to the Keen-Summit Application and the Intrepid Application.

The Committee engaged in detailed negotiations with Debtor, the OUST, and related parties to address and resolve the multifaceted disputes involved in the Bid Procedures Motion and the employment applications.  The Committee also submitted comprehensive and in-depth briefings to the Court, demonstrating a nuanced and strategic approach in navigating the challenging landscape of the case.  After these extensive briefings and nearly four hours of hearing, the Court denied the Bid Procedures Motion, approved the Intrepid Application, and placed a stay on the Keen-Summit Application.

Intrepid marketed the assets to potential buyers globally.  Throughout the process, the Debtor, the Committee, and Intrepid prepared comprehensive marketing materials to facilitate a fair process for buyers to conduct due diligence and ensure a competitive marketing environment. Intrepid's outreach strategy leveraged our extensive, global network of professionals and industry expertise to identify and contact potential buyers. Intrepid identified potential buyers who could derive strategic value from the acquisition of the Debtor's assets. Intrepid tailored its communications to highlight the unique opportunities presented by the assets, ensuring that each potential buyer received detailed and relevant information to facilitate informed decision-making. The efforts were concentrated on attracting qualified buyers, particularly in the gaming, gambling, and hospitality industries, by emphasizing the business's value and opportunities.  The Committee aimed to maximize the returns from the casino-hotel assets for all stakeholders involved.

**III.**

**QUALIFICATIONS OF INTREPID**

Intrepid is an investment bank that provides M&A advisory, buy-side target search, capital advisory, and special situations advisory services to entrepreneur and family-owned companies, private equity sponsors, and major corporations, through dedicated teams with over four decades of deep industry sector experience. Intrepid is the advisory arm of Mitsubishi UFJ Financial Group, one of the largest financial organizations in the world. Intrepid is headquartered in Los Angeles,

ARENTFOX SCHIFF LLP

AFSDOCS:304146385.1

California, with offices in New York, Chicago, Charlotte, and San Francisco.

Intrepid has a dedicated restructuring investment banking group with extensive experience advising corporations, creditors' committees and other constituents in complex situations involving underperforming or unsuitably capitalized businesses facing difficult financing conditions, liquidity crises, out of court restructurings, and bankruptcy proceedings.

Intrepid has been involved as advisors with respect to financial restructurings, raising of capital, mergers, acquisitions, divestitures and other advisory assignments. Its financial restructuring professionals apply expert technical, analytical and negotiating skills to structure transactions and resolve situations in which multiple stakeholders frequently have conflicting interests and objectives. Its senior level professionals provide hands-on advice throughout the process from the initial planning of the restructuring strategy through the negotiation and execution of each transaction.

Intrepid professionals have been involved with several significant bankruptcy proceedings, representing both debtors and other constituencies. Intrepid professionals have significant experience in marketing distressed businesses and have consummated numerous distressed sales transactions, including those pursuant to Bankruptcy Code Section 363.

Intrepid's professionals have served as investment bankers and financial advisors in numerous chapter 11 cases, including but not limited to: *In re Amyris, Inc.*, No. 23-11131 (Bankr. D. Del. Aug. 9, 2023); *In re Tritek Int'l Inc.*, No. 23-10520 (TMH) (Bankr. D. Del. June 8, 2023); *In re Watsonville Hosp. Corp.*, No. 21-51477 (Bankr. N.D. Cal. Dec. 5, 2021); *In re Aluminum Shapes*, LLC, No. 21-16520 (JNP) (Bankr. D.N.J. Oct. 8, 2021); *In re Garrett Motion Inc.*, No. 20-12212 (Bankr. S.D.N.Y. Feb. 5, 2021); *In re Carla's Pasta, Inc.*, No. 21-20111 (Bankr. D. Conn. Mar. 22, 2021); *In re Mishti Holdings, LLC*, No. 19-11813 (CSS) (Bankr. D. Del. Dec. 16, 2019); *In re Sienna Biopharmaceuticals, Inc.*, No. 19-12051 (MFW) (Bankr. D. Del. Oct. 15, 2019).

Accordingly, Intrepid and the professionals it employs are well qualified to represent the Committee in the matters for which Intrepid is proposed to be employed.

ARENTFOX SCHIFF LLP

AFSDOCS:304146385.1

**IV.**

**COMPENSATION REQUESTED**

**A.      Compensation Received to Date**

The Intrepid Retention Order, entered by the Court on October 5, 2024, details the compensation to be paid to Intrepid for services rendered as part of the transaction process. It is not the general practice of investment banking firms to keep detailed time records similar to those customarily kept by attorneys. Intrepid's restructuring professionals, when formally retained in chapter 11 cases, and when required by local rules, do, and in the Case will, keep time records in increments of 0.25 hour describing their daily activities and the identity of persons who performed such tasks.

Pursuant to the procedures established by the Compensation Procedure Order, Intrepid requests compensation and reimbursement, as follows:

| Period Covered | Date Filed | Amount Billed | Amount Paid | Holdback |
|---|---|---|---|---|
| October 1, 2025 – September 30, 2025 | [October 30, 2025] | $1,160,036.49 | $50,000 | $0.00 |
| **Total** | | $1,160,036.49 | $50,000 | $0.00 |

Intrepid has received a total of $50,000.00 consisting of 4.50% of the fees and 0% of expenses incurred from October 1, 2024 through September 30, 2025.  To date, an amount of $1,110,036.49 remains outstanding from the Debtor in accordance with the Intrepid Retention Order.

**B.      Compensation Requested for the Fee Period**

By way of this Application, Intrepid requests the Court enter an order on a final basis: (a) allowing compensation to Intrepid of $1,160,036.49, representing (i) Initial Fee of $50,000.00; (ii) Hourly Fees of $104,792.50; (iii) the Sale Fee of $1,000,000.00 (as sale proceeds fell between $10,000,001 and $15,000,000); and (iv) reimbursable expenses of $5,243.99 incurred during the Fee Period; and (b) authorizing payment of the unpaid balance of such amounts, $1,110,036.49,

pursuant to this Application.

This is Intrepid's first and final fee application for allowance of compensation and reimbursement of expenses. The Court has entered no prior orders allowing Intrepid compensation and reimbursement of expense in this case, and Intrepid received a $50,000 retainer in connection with representing the Committee in this case. Except as set forth above, Intrepid has received or been promised no compensation for the services that it rendered or the expenses that it incurred in this case. Furthermore, neither Intrepid nor any member of Intrepid has any agreement or understanding of any kind to divide, pay over, or share any portion of the fees to be awarded to Intrepid with any other person or investment banker except as among members and associates of Intrepid.

**V.**

**<u>SUMMARY OF EXHIBITS</u>**

In support of this Application, as required under the U.S. Trustee's Guidelines, Intrepid hereby submits Exhibits 1 through 5.

**Exhibit 1** is a summary, by activity category, of the services that Intrepid rendered during the Fee Period.

**Exhibit 2** is a complete, chronological, line-item summarizing the services that Intrepid rendered during the Fee Period. Exhibit 2 includes the name of the professional who rendered the services, the date the services were rendered, the hours spent rendering the service, and a description of the services.

**Exhibit 3** is a summary of fees by professional. This summary sets forth the total fees incurred by each timekeeper that worked on this case and sets forth each professional's hourly rate and the total amount billed by the professional throughout the duration of this case.

**Exhibit 4** is a summary of hours by professional. This summary sets forth the total number of hours incurred by each timekeeper that worked on this case.

**Exhibit 5** summarizes the total reimbursable expenses that Intrepid incurred during the Fee Period.

ARENTFOX SCHIFF LLP

AFSDOCS:304146385.1

## VI.

## <u>SUMMARY OF SERVICES RENDERED</u>

Since September 2024, Intrepid has assisted the Debtor and the Committee to diligently craft comprehensive marketing materials and set up a data room. Intrepid has executed a strategic and extensive marketing campaign, aimed at identifying and engaging potential buyers for the Assets and facilitating a transparent and equitable process for potential buyers to conduct due diligence on the Assets.

Intrepid's marketing efforts have been global in scope. Specifically, Intrepid's robust marketing efforts have included contacting nearly 100 potential interested buyers including casino operators and distressed investors in Southeast Asia, Oceania, the United States, and around the world.

Intrepid's outreach strategy involved leveraging our extensive network and industry expertise to identify and contact potential buyers who could derive strategic value from the acquisition. Intrepid tailored its communications to highlight the unique opportunities presented by the assets, ensuring that each potential buyer received detailed and relevant information to facilitate informed decision-making.

## VII.

## <u>SUMMARY OF COSTS AND EXPENSES</u>

Intrepid has incurred out-of-pocket disbursements during the Fee Period broken down into categories of charges itemized in **Exhibit 5**. Each charge incurred by Intrepid was necessary and was incurred as a direct result of Intrepid's representation of the Committee.

The requested expenses incurred during the Fee Period total $5,243.99 and represents the actual and necessary costs and expenses incurred by Intrepid in connection with its representation of the Committee.

## VIII.

## <u>STATUTORY BASIS FOR COMPENSATION</u>

The statutory predicates for the relief sought herein are 11 U.S.C. Sections 328 and 1103, as supplemented by Federal Rule of Bankruptcy Procedure 2016. Intrepid seeks compensation for

ARENTFOX SCHIFF LLP

AFSDOCS:304146385.1

actual, necessary professional services rendered and reimbursement of reasonable expenses incurred on behalf of the Committee during the Fee Period.

Intrepid believes that its billing rates in this chapter 11 case, which reflect Intrepid's customary billing rates, are "reasonable billing rates" for purposes of this Court's determination of the "reasonableness" of the fees for services rendered. Intrepid's customary billing rates were disclosed in the retention papers and approved by this Court.

The rates charged by Intrepid professionals are reasonable and are consistent with customary rates charged by similar investment banks.  If the case was not a case under the Bankruptcy Code, Intrepid would charge and expect to receive, on a current basis, an amount at least equal to the amounts requested herein for professional services.

## IX.

## **CONCLUSION**

In accordance with 11 U.S.C. Section 328, Intrepid submits that the amounts requested herein are fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Intrepid further submits that pursuant to the criteria normally examined in bankruptcy cases, and based upon the factors considered in accordance with 11 U.S.C. Section 328 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the results achieved provide more than sufficient justification for approval of the compensation sought by the Firm.

**WHEREFORE**, the Firm respectfully requests that the Court enter an order on a final basis: (a) allowing compensation to the Firm of $1,160,036.49, representing $1,154,792.50 in services rendered and $5,243.99 in actual and necessary expenses incurred during the Fee Period; and (b) authorizing and directing the Debtor to make payment (by wire or ACH) to the Firm in the amount of $1,110,036.49, within ten (10) business days of the entry of the order approving this Application, for services rendered to the Committee.

ARENTFOX SCHIFF LLP

AFSDOCS:304146385.1

1

Dated: October 30, 2025

Respectfully submitted,

2

**INTREPID INVESTMENT BANKERS LLC**

3

4

By: */s/ Carl Comstock*

5

Carl Comstock
Director

6

Investment Bankers for Official
Committee of General Unsecured

7

Creditors

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ARENTFOX SCHIFF LLP

AFSDOCS:304146385.1

### DECLARATION OF CARL COMSTOCK

I, Carl Comstock, declare that:

1.    I am a Director of the Intrepid Investment Bankers LLC ("Intrepid"), an investment bank that employs approximately 100 investment bankers and maintains an office for the practice of investment banking at 1221 Avenue of the Americas, 9th Floor, New York, NY 10020, as well as offices in Los Angeles, CA, San Francisco, CA, Chicago, IL, and Charlotte, NC.

2.    Intrepid is the investment banker to the Committee.  I submit this Declaration in support of the *First and Final Fee Application of Intrepid Investment Bankers LLC, Investment Banker to the Official Committee of General Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2024 through September 30, 2025* (the "Fee Application").

3.    I am fully familiar with the facts hereinafter stated, and I am authorized to and hereby make this declaration (the "Declaration") on behalf of Intrepid.  The information contained in this Declaration is of my personal knowledge or is derived from discussions with my partners or my review of the files in this case.

4.    I have reviewed the Fee Application.  The factual allegations in support of the Fee Application are set forth in Sections I and IV of the Fee Application and are incorporated herein by this reference.  I have reviewed these facts and, upon such review, such factual recitations are true and correct to the best of my knowledge, information and belief.

5.    The amounts being requested are billed at rates no less favorable than those customarily employed by the applicant and generally accepted by the applicant's non-bankruptcy clients.

6.    I am familiar with the Guidelines of the Office of the United States Trustee.  To my best knowledge, information, and belief, the Fee Application conforms to the U.S. Trustee's Guidelines, the Local Bankruptcy Rule 2016-1, and any order of the Court, except as specifically noted herein.

7.    Having represented official committees of unsecured creditors and other parties in interest in Chapter 11 cases for many years, I know the importance of establishing measures to

ARENTFOX SCHIFF LLP

AFSDOCS:304146385.1

monitor and reduce professional fees.  I undertook responsibility for supervising all work that was done in this case, and I was directly involved only in those matters where senior-level involvement was warranted.

8.      Attached hereto as **Exhibit 1** is a summary, by activity category, of the services that Intrepid rendered during the Fee Period.

9.      Attached hereto as **Exhibit 2** is a complete, chronological, line-item summarizing the services that Intrepid rendered during the Fee Period.  Exhibit 2 includes the name of the professional who rendered the services, the date the services were rendered, the hours spent rendering the service, and a description of the services.

10.     Attached hereto as **Exhibit 3** is a summary of fees by professional.  This summary sets forth the total fees incurred by each timekeeper that worked on this case and sets forth each professional's hourly rate and the total amount billed by the professional throughout the duration of this case.

11.     Attached hereto **Exhibit 4** is a summary of hours by professional. This summary sets forth the total number of hours incurred by each timekeeper that worked on this case.

12.     Attached hereto as **Exhibit 5** summarizes the total reimbursable expenses that Intrepid incurred during the Fee Period.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this Thursday, October 30, 2025, at New York, NY.

*/s/ Carl Comstock*
Carl Comstock

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 30, 2025, I caused the forgoing documents to be filed with the Clerk of Court for the United States District Court for the Northern Mariana Islands, Bankruptcy Division, using the CM/ECF System. A true and correct copy of the said pleadings and all attachments thereto have been served on all counsel of record via the Court's CM/ECF System.

Executed this 30th day of October, 2025.

/s/ *Aram Ordubegian*
ARAM ORDUBEGIAN

AFSDOCS:304146385.1

# EXHIBIT 1

**Summary of Hours by Task Code**

| Task code | Task Description | Total Hours |
|---|---|---|
| 1 | Sale Process | 139.25 |
| 2 | Intrepid Internal Coordination | - |
| 3 | Coordination with the Debtors or Debtors' Professionals | 7.90 |
| 4 | Court Hearings | 16.00 |
| 5 | Bankruptcy Filings, Document Review, and Other Court M | 15.20 |
| 6 | Administrative | 5.35 |
| 7 | Travel Time (Working Travel Only) | - |
| 8 | Engagement with Creditors / Creditors Committee | 9.75 |
| **Total** | | 193.45 |

EXHIBIT 2

**Lorie Beers**
*Managing Director*

| Date | Hours | Task Code | Task Description | Detail |
|---|---|---|---|---|
| 10/2/24 | 0.75 | 3 | Coordination with the Debtors or Debtors' Professionals | Kickoff call with UCC and Debtor professionals |
| 10/2/24 | 0.25 | 1 | Sale Process | Review of dataroom materials |
| 10/2/24 | 0.10 | 8 | Engagement with Creditors / Creditors Committee | Coordination of meetings with CNMI and CCC |
| 10/2/24 | 0.50 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of filings for retention |
| 10/3/24 | 0.30 | 1 | Sale Process | Review of dataroom materials |
| 10/3/24 | 0.75 | 8 | Engagement with Creditors / Creditors Committee | Kickoff call with CNMI and CCC |
| 10/3/24 | 0.20 | 1 | Sale Process | Preparation of data request list |
| 10/3/24 | 0.20 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of filings for retention |
| 10/5/24 | 0.50 | 1 | Sale Process | Review of potential buyers list |
| 10/11/24 | 0.40 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of casino license documents |
| 10/14/24 | 0.25 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of lease information |
| 10/14/24 | 0.50 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of diligence information received from Debtor's counsel |
| 10/15/24 | 1.40 | 1 | Sale Process | Review of sale marketing materials |
| 10/16/24 | 0.25 | 1 | Sale Process | Review of potential buyers list |
| 10/18/24 | 0.10 | 3 | Coordination with the Debtors or Debtors' Professionals | Correspondence with Debtor's professionals |
| 10/22/24 | 0.60 | 1 | Sale Process | Review of marketing materials draft |
| 10/23/24 | 1.00 | 1 | Sale Process | Review of staged dataroom |
| 10/25/24 | 0.50 | 1 | Sale Process | Review of marketing materials draft |
| 10/30/24 | 0.50 | 3 | Coordination with the Debtors or Debtors' Professionals | Catch up call with Debtor's counsel |
| 10/30/24 | 0.25 | 1 | Sale Process | Review of historical financials |
| 10/31/24 | 1.00 | 8 | Engagement with Creditors / Creditors Committee | Call with secured creditor group |
| 11/4/24 | 0.50 | 4 | Court Hearings | Internal prep for status conference |
| 11/5/24 | 0.25 | 1 | Sale Process | Marketing outreach launch |
| 11/5/24 | 0.50 | 4 | Court Hearings | Prep call for status conference |
| 11/5/24 | 0.50 | 1 | Sale Process | Correspondence with interested buyers |
| 11/5/24 | 1.00 | 4 | Court Hearings | Status conference |
| 11/7/24 | 0.50 | 8 | Engagement with Creditors / Creditors Committee | Call with committee counsel re: bid procedures |
| 11/7/24 | 0.75 | 1 | Sale Process | Review of marketing materials draft |
| 11/7/24 | 0.30 | 1 | Sale Process | Correspondence with Debtor's professionals regarding diligence materials |
| 11/10/24 | 0.10 | 6 | Administrative | Time and expense management |
| 11/13/24 | 0.20 | 1 | Sale Process | Correspondence with potential bidder |
| 11/14/24 | 0.10 | 1 | Sale Process | Correspondence with potential bidder |
| 11/19/24 | 0.25 | 1 | Sale Process | Follow up with prospective buyers |
| 11/22/24 | 0.75 | 1 | Sale Process | Marketing status update with Debtor's professionals |
| 11/25/24 | 0.50 | 1 | Sale Process | Call with potential buyer of litigation claims |
| 12/2/24 | 1.75 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of bid procedures draft |
| 12/4/24 | 0.50 | 8 | Engagement with Creditors / Creditors Committee | Call with committee counsel and committee re: bid procedures |
| 12/9/24 | 0.20 | 1 | Sale Process | Correspondence with bidder regarding sale of personal property |
| 12/9/24 | 0.60 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of bid procedures draft |
| 12/10/24 | 1.00 | 1 | Sale Process | Call with potential alternative DIP provider |
| 12/10/24 | 0.50 | 4 | Court Hearings | Prep call for status conference |
| 12/12/24 | 1.00 | 4 | Court Hearings | Status conference |
| 12/15/24 | 1.00 | 1 | Sale Process | Correspondence with construction companies re: structural engineering review |
| 12/23/24 | 0.60 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of bid procedures stipulation |
| 1/2/25 | 0.30 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of bid procedures stipulation |
| 1/7/25 | 0.30 | 1 | Sale Process | Correspondence with potential bidder |
| 1/10/25 | 0.20 | 1 | Sale Process | Correspondence with potential bidder |
| 1/12/25 | 0.10 | 6 | Administrative | Time and expense management |
| 1/14/25 | 1.20 | 1 | Sale Process | Review of stalking horse form APA |
| 1/16/25 | 0.50 | 1 | Sale Process | Review of stalking horse bidder term sheet |
| 1/17/25 | 0.40 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of potential litigation funding |
| 1/21/25 | 0.50 | 3 | Coordination with the Debtors or Debtors' Professionals | Catch up call with Debtor's counsel re: stalking horse bids |
| 1/24/25 | 0.50 | 1 | Sale Process | Correspondence with potential bidder |
| 1/27/25 | 1.20 | 1 | Sale Process | Review of stalking horse bidder APA |
| 1/29/25 | 0.10 | 1 | Sale Process | Review of bidder proof of funds |
| 1/29/25 | 0.20 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of stalking horse designation |
| 1/30/25 | 1.00 | 4 | Court Hearings | Status conference |
| 1/31/25 | 0.20 | 1 | Sale Process | Review of bidder financial wherewithal |
| 2/5/25 | 0.10 | 1 | Sale Process | Correspondence with potential bidder |
| 2/10/25 | 0.20 | 1 | Sale Process | Correspondence with potential bidder |
| 2/12/25 | 0.10 | 1 | Sale Process | Review of revised bidder financial wherewithal |
| 2/13/25 | 0.25 | 1 | Sale Process | Distribution of wire instructions to prospective bidders |
| 2/14/25 | 0.10 | 6 | Administrative | Time and expense management |
| 2/17/25 | 0.10 | 1 | Sale Process | Correspondence with potential bidder counsel |
| 2/20/25 | 1.10 | 1 | Sale Process | Review of overbids |
| 2/20/25 | 0.10 | 8 | Engagement with Creditors / Creditors Committee | Call with committee counsel re: overbids |
| 2/21/25 | 0.50 | 3 | Coordination with the Debtors or Debtors' Professionals | Catch up call with Debtor's counsel re: bid deadline |
| 2/24/25 | 0.25 | 1 | Sale Process | Correspondence with bidders re: auction |
| 2/24/25 | 1.50 | 1 | Sale Process | Review of auction procedures and preparation of script |
| 2/25/25 | 0.75 | 1 | Sale Process | Auction prep |
| 2/25/25 | 0.50 | 1 | Sale Process | Auction |

**Lorie Beers**
*Managing Director*

| Date | Hours | Task Code | Task Description | Detail |
|------|-------|-----------|-----------------|--------|
| 2/26/25 | 0.10 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of successful bidder designation |

**Carl Comstock**
*Director*

| Date | Hours | Task Code | Task Description | Detail |
|------|-------|-----------|-----------------|--------|
| 10/2/24 | 0.75 | 3 | Coordination with the Debtors or Debtors' Professionals | Kickoff call with UCC and Debtor professionals |
| 10/2/24 | 1.00 | 1 | Sale Process | Review of dataroom materials |
| 10/2/24 | 0.10 | 8 | Engagement with Creditors / Creditors Committee | Coordination of meetings with CNMI and CCC |
| 10/2/24 | 0.10 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of filings for retention |
| 10/3/24 | 1.00 | 1 | Sale Process | Review of dataroom materials |
| 10/3/24 | 0.75 | 8 | Engagement with Creditors / Creditors Committee | Kickoff call with CNMI and CCC |
| 10/3/24 | 0.50 | 1 | Sale Process | Preparation of data request list |
| 10/3/24 | 0.10 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of filings for retention |
| 10/5/24 | 0.50 | 1 | Sale Process | Review of potential buyers list |
| 10/11/24 | 1.50 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of casino license documents |
| 10/14/24 | 1.00 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of lease information |
| 10/14/24 | 0.25 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of diligence information received from Debtor's counsel |
| 10/15/24 | 1.25 | 1 | Sale Process | Review of sale marketing materials |
| 10/15/24 | 0.25 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of lease assignment information |
| 10/16/24 | 0.25 | 1 | Sale Process | Review of potential buyers list |
| 10/18/24 | 1.00 | 3 | Coordination with the Debtors or Debtors' Professionals | Correspondence with Debtor's professionals |
| 10/21/24 | 0.25 | 1 | Sale Process | Review of form NDA |
| 10/22/24 | 0.75 | 1 | Sale Process | Review of marketing materials draft |
| 10/23/24 | 2.25 | 1 | Sale Process | Review of staged dataroom |
| 10/24/24 | 0.10 | 1 | Sale Process | Review of form NDA |
| 10/25/24 | 0.50 | 1 | Sale Process | Review of marketing materials draft |
| 10/28/24 | 0.25 | 8 | Engagement with Creditors / Creditors Committee | Review and discussion of personal property assets |
| 10/28/24 | 0.10 | 8 | Engagement with Creditors / Creditors Committee | Review and discussion of personal property assets |
| 10/30/24 | 0.50 | 3 | Coordination with the Debtors or Debtors' Professionals | Catch up call with Debtor's counsel |
| 10/30/24 | 0.25 | 1 | Sale Process | Review of historical financials |
| 10/31/24 | 1.00 | 8 | Engagement with Creditors / Creditors Committee | Call with secured creditor group |
| 11/1/24 | 0.25 | 1 | Sale Process | Review of site images and dataroom material |
| 11/4/24 | 0.50 | 4 | Court Hearings | Internal prep for status conference |
| 11/5/24 | 2.50 | 1 | Sale Process | Marketing outreach launch |
| 11/5/24 | 0.50 | 4 | Court Hearings | Prep call for status conference |
| 11/5/24 | 0.75 | 1 | Sale Process | Correspondence with interested buyers |
| 11/5/24 | 1.00 | 4 | Court Hearings | Status conference |
| 11/7/24 | 0.50 | 8 | Engagement with Creditors / Creditors Committee | Call with committee counsel re: bid procedures |
| 11/7/24 | 0.50 | 1 | Sale Process | Review of marketing materials draft |
| 11/7/24 | 0.10 | 1 | Sale Process | Correspondence with Debtor's professionals regarding diligence materials |
| 11/9/02 | 0.10 | 1 | Sale Process | Review of prospective buyer NDA |
| 11/13/24 | 0.10 | 1 | Sale Process | Correspondence with potential bidder |
| 11/14/24 | 0.25 | 1 | Sale Process | Correspondence with potential bidder |
| 11/14/24 | 0.10 | 1 | Sale Process | Correspondence with potential bidder |
| 11/19/24 | 0.50 | 1 | Sale Process | Follow up with prospective buyers |
| 11/22/24 | 0.75 | 1 | Sale Process | Marketing status update with Debtor's professionals |
| 11/25/24 | 0.50 | 1 | Sale Process | Call with potential buyer of litigation claims |
| 11/26/24 | 0.10 | 1 | Sale Process | Outreach to potential buyers of gambling debts |
| 12/1/24 | 0.10 | 6 | Administrative | Time and expense management |
| 12/2/24 | 1.50 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of bid procedures draft |
| 12/4/24 | 0.50 | 8 | Engagement with Creditors / Creditors Committee | Call with committee counsel and committee re: bid procedures |
| 12/9/24 | 1.00 | 1 | Sale Process | Correspondence with bidder regarding sale of personal property |
| 12/9/24 | 0.40 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of bid procedures draft |
| 12/10/24 | 1.00 | 1 | Sale Process | Call with potential alternative DIP provider |
| 12/10/24 | 0.50 | 4 | Court Hearings | Prep call for status conference |
| 12/12/24 | 1.00 | 4 | Court Hearings | Status conference |
| 12/15/24 | 1.00 | 1 | Sale Process | Correspondence with construction companies re: structural engineering re |
| 12/19/24 | 0.50 | 1 | Sale Process | Discussion and review of shipping containers |
| 12/23/24 | 1.25 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of bid procedures stipulation |
| 12/26/24 | 0.20 | 1 | Sale Process | Correspondence with construction companies re: structural engineering re |
| 1/2/25 | 0.30 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of bid procedures stipulation |
| 1/7/25 | 0.20 | 1 | Sale Process | Correspondence with potential bidder |
| 1/7/25 | 0.10 | 1 | Sale Process | Correspondence with potential bidder |
| 1/8/25 | 0.10 | 1 | Sale Process | Correspondence with potential bidder |
| 1/10/25 | 0.10 | 1 | Sale Process | Correspondence with potential bidder |
| 1/14/25 | 1.20 | 1 | Sale Process | Review of stalking horse form APA |
| 1/16/25 | 0.40 | 1 | Sale Process | Review of stalking horse bidder term sheet |
| 1/17/25 | 0.20 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of potential litigation funding |
| 1/21/25 | 0.50 | 3 | Coordination with the Debtors or Debtors' Professionals | Catch up call with Debtor's counsel re: stalking horse bids |
| 1/22/25 | 0.10 | 6 | Administrative | Time and expense management |

**Carl Comstock**
*Director*

| Date | Hours | Task Code | Task Description | Detail |
|------|-------|-----------|-----------------|--------|
| 1/24/25 | 0.20 | 1 | Sale Process | Correspondance with potential bidder |
| 1/27/25 | 1.20 | 1 | Sale Process | Review of stalking horse bidder APA |
| 1/28/25 | 0.10 | 1 | Sale Process | Correspondance with potential bidder |
| 1/29/25 | 0.10 | 1 | Sale Process | Review of bidder proof of funds |
| 1/29/25 | 0.20 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of stalking horse designation |
| 1/30/25 | 1.00 | 4 | Court Hearings | Status conference |
| 1/31/25 | 0.10 | 1 | Sale Process | Review of bidder financial wherewithal |
| 2/4/25 | 0.10 | 1 | Sale Process | Correspondance with potential bidder |
| 2/5/25 | 0.10 | 1 | Sale Process | Correspondance with potential bidder |
| 2/11/25 | 0.20 | 1 | Sale Process | Correspondance with potential bidder |
| 2/12/25 | 0.10 | 1 | Sale Process | Review of revised bidder financial wherewithal |
| 2/13/25 | 0.25 | 1 | Sale Process | Distribtuion of wire instructions to prospective bidders |
| 2/17/25 | 0.10 | 1 | Sale Process | Correspondance with potential bidder counsel |
| 2/20/25 | 1.30 | 1 | Sale Process | Review of overbids |
| 2/20/25 | 0.10 | 8 | Engagement with Creditors / Creditors Committee | Call with committee counsel re: overbids |
| 2/21/25 | 0.50 | 3 | Coordination with the Debtors or Debtors' Professionals | Catch up call with Debtor's counsel re: bid deadline |
| 2/24/25 | 0.25 | 1 | Sale Process | Correspondance with bidders re: auction |
| 2/24/25 | 1.10 | 1 | Sale Process | Review of auction procedures and preparation of script |
| 2/25/25 | 0.10 | 3 | Coordination with the Debtors or Debtors' Professionals | Catch up call with Debtor's counsel re: auction |
| 2/25/25 | 0.75 | 1 | Sale Process | Auction prep |
| 2/25/25 | 0.50 | 1 | Sale Process | Auction |
| 2/26/25 | 0.10 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of successful bidder designation |
| 2/27/25 | 0.10 | 6 | Administrative | Time and expense management |

**Lucy Yang**
*Associate*

| Date | Hours | Task Code | Task Description | Detail |
|------|-------|-----------|-----------------|--------|
| 10/9/24 | 1.50 | 1 | Sale Process | Buyer list development and review |
| 10/10/24 | 4.00 | 1 | Sale Process | Buyer list development and review |
| 10/14/25 | 1.00 | 1 | Sale Process | Review of information from Debtor's counsel |
| 10/15/24 | 3.00 | 1 | Sale Process | Drafting of marketing materials |
| 10/17/24 | 2.25 | 1 | Sale Process | Drafting of marketing materials |
| 10/21/24 | 3.50 | 1 | Sale Process | Drafting of marketing materials |
| 10/22/24 | 2.50 | 1 | Sale Process | Drafting of marketing materials |
| 10/22/24 | 2.25 | 1 | Sale Process | Review of marketing materials |
| 10/23/24 | 2.00 | 1 | Sale Process | Review of VDR stage |
| 10/24/24 | 0.50 | 1 | Sale Process | NDA distribution |
| 10/25/24 | 1.25 | 1 | Sale Process | Marketing material updates and review |
| 10/30/24 | 0.50 | 1 | Sale Process | NDA Matrix |
| 10/31/24 | 1.00 | 8 | Engagement with Creditors / Creditors Committee | Working professionals connect |
| 10/31/24 | 0.50 | 6 | Administrative | Time and expenses |
| 11/4/24 | 3.50 | 1 | Sale Process | Outreach review & marketing materials |
| 11/5/24 | 0.75 | 1 | Sale Process | NDA negotiations |
| 11/5/24 | 1.00 | 1 | Sale Process | Buyer outreach |
| 11/5/24 | 1.00 | 4 | Court Hearings | Status conference attendance |
| 11/6/24 | 0.50 | 1 | Sale Process | Buyer correspondence & tracking |
| 11/7/24 | 0.25 | 1 | Sale Process | Buyer outreach |
| 11/7/24 | 0.50 | 1 | Sale Process | Marketing material updates and review |
| 11/7/24 | 0.50 | 8 | Engagement with Creditors / Creditors Committee | Bid procedures huddle |
| 11/9/24 | 1.25 | 1 | Sale Process | NDA markup |
| 11/12/24 | 0.15 | 1 | Sale Process | VDR intro |
| 11/12/24 | 0.15 | 1 | Sale Process | VDR review |
| 11/13/24 | 0.50 | 1 | Sale Process | Marketing material distribution |
| 11/19/24 | 2.00 | 1 | Sale Process | Follow ups |
| 12/2/25 | 0.50 | 6 | Administrative | Time and expenses |
| 12/10/24 | 0.50 | 4 | Court Hearings | Prep call for status conference |
| 12/12/24 | 1.00 | 4 | Court Hearings | Status conference attendance |
| 1/21/25 | 0.50 | 3 | Coordination with the Debtors or Debtors' Professionals | Catch up call with Debtor's counsel re: stalking horse bids |
| 1/24/25 | 0.10 | 1 | Sale Process | Correspondance with potential bidder |
| 1/28/25 | 0.10 | 1 | Sale Process | Correspondance with potential bidder |
| 1/30/25 | 1.00 | 4 | Court Hearings | Status conference attendance |
| 2/11/25 | 0.10 | 1 | Sale Process | Correspondance with potential bidder |
| 2/21/25 | 0.50 | 3 | Coordination with the Debtors or Debtors' Professionals | Catch up call with Debtor's counsel re: bid deadline |
| 2/23/25 | 0.50 | 1 | Sale Process | Auction Script draft |
| 2/25/25 | 0.10 | 3 | Coordination with the Debtors or Debtors' Professionals | Catch up call with Debtor's counsel re: auction |
| 2/25/25 | 0.50 | 1 | Sale Process | Auction |
| 2/26/25 | 0.50 | 6 | Administrative | Time and expenses |
| 3/12/25 | 2.00 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Preparation of fee application |

**Jacob Grover**
*Analyst*

| Date | Hours | Task Code | Task Description | Detail |
|------|-------|-----------|-----------------|--------|
| 10/1/24 | 2.00 | 1 | Sale Process | Preparation for marketing outreach |
| 10/1/24 | 0.75 | 6 | Administrative | Disinterestedness test coordination |
| 10/2/24 | 4.25 | 1 | Sale Process | Preparation of potential buyers list |
| 10/2/24 | 1.25 | 1 | Sale Process | Preparation of data request list |
| 10/3/24 | 0.75 | 8 | Engagement with Creditors / Creditors Committee | Kickoff call with CNMI and CCC |
| 10/3/24 | 1.25 | 1 | Sale Process | Preparation of data request list |
| 10/4/24 | 2.00 | 1 | Sale Process | Preparation of dataroom materials |
| 10/4/24 | 2.25 | 1 | Sale Process | Preparation of potential buyers list |
| 10/5/24 | 0.50 | 6 | Administrative | Time and expense management |
| 10/5/24 | 2.00 | 1 | Sale Process | Drafting of marketing materials |
| 10/6/24 | 2.25 | 1 | Sale Process | Drafting of marketing materials |
| 10/7/24 | 2.75 | 1 | Sale Process | Preparation of potential buyers list |
| 10/8/24 | 2.75 | 1 | Sale Process | Drafting of marketing materials |
| 10/9/24 | 2.00 | 1 | Sale Process | Preparation of potential buyers list |
| 10/10/24 | 1.50 | 1 | Sale Process | Review of diligence information received from Debtor's counsel |
| 10/10/24 | 4.50 | 1 | Sale Process | Buyer list development and review |
| 10/11/24 | 2.00 | 1 | Sale Process | Drafting of marketing materials |
| 10/15/24 | 2.25 | 1 | Sale Process | Drafting of marketing materials |
| 10/17/24 | 3.50 | 1 | Sale Process | VDR preperation |
| 10/18/24 | 2.50 | 1 | Sale Process | Drafting of marketing materials |
| 10/18/24 | 1.50 | 1 | Sale Process | Review of marketing materials |
| 10/23/24 | 2.50 | 1 | Sale Process | Outreach coordination |
| 10/25/24 | 2.00 | 1 | Sale Process | Marketing material updates |
| 10/27/25 | 2.50 | 1 | Sale Process | Outreach coordination |
| 10/30/24 | 0.50 | 3 | Coordination with the Debtors or Debtors' Professionals | IIB / HIBK connect |
| 10/31/24 | 0.50 | 6 | Administrative | Time and expense management |
| 10/31/24 | 1.00 | 8 | Engagement with Creditors / Creditors Committee | Working professionals connect |
| 11/4/24 | 2.25 | 1 | Sale Process | Outreach coordination |
| 11/5/24 | 1.00 | 1 | Sale Process | Buyer outreach tracking |
| 11/5/24 | 1.00 | 4 | Court Hearings | Status conference attendance |
| 11/7/24 | 0.75 | 1 | Sale Process | Marketing material updates and review |
| 11/7/24 | 0.25 | 8 | Engagement with Creditors / Creditors Committee | Bid procedures huddle |
| 11/12/24 | 0.15 | 1 | Sale Process | VDR set up call |
| 11/12/24 | 0.50 | 1 | Sale Process | VDR staging |
| 11/13/24 | 1.00 | 1 | Sale Process | Outreach coordination |
| 11/15/24 | 0.50 | 6 | Administrative | Time and expense management |
| 11/22/24 | 0.75 | 1 | Sale Process | Marketing status update with Debtor's professionals |
| 12/10/24 | 0.50 | 4 | Court Hearings | Prep call for status conference |
| 12/12/24 | 1.00 | 4 | Court Hearings | Status conference attendance |
| 12/13/24 | 0.50 | 6 | Administrative | Time and expense management |
| 1/30/25 | 1.00 | 4 | Court Hearings | Status conference attendance |
| 2/21/25 | 0.50 | 3 | Coordination with the Debtors or Debtors' Professionals | Catch up call with Debtor's counsel re: bid deadline |
| 2/25/25 | 0.10 | 3 | Coordination with the Debtors or Debtors' Professionals | Catch up call with Debtor's counsel re: auction |
| 2/25/25 | 0.50 | 1 | Sale Process | Auction |
| 2/27/25 | 0.50 | 6 | Administrative | Time and expense management |

# EXHIBIT 3

**Summary of Fees by Professional**

| Professional | Position | Hourly Rate | Total Fees |
|---|---|---|---|
| Lorie Beers | Managing Director | $1,000.00 | $35,300.00 |
| Carl Comstock | Director | $750.00 | $34,650.00 |
| Lucy Yang | Associate | $400.00 | $18,280.00 |
| Jacob Grover | Analyst | $250.00 | $16,562.50 |
| **Total** | | | $104,792.50 |

EXHIBIT 4

**Lorie Beers**
*Managing Director*

| Date | Hours | Task Code | Task Description | Detail |
|------|-------|-----------|------------------|--------|
| 10/2/24 | 0.75 | 3 | Coordination with the Debtors or Debtors' Professionals | Kickoff call with UCC and Debtor professionals |
| 10/2/24 | 0.25 | 1 | Sale Process | Review of dataroom materials |
| 10/2/24 | 0.10 | 8 | Engagement with Creditors / Creditors Committee | Coordination of meetings with CNMI and CCC |
| 10/2/24 | 0.50 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of filings for retention |
| 10/3/24 | 0.30 | 1 | Sale Process | Review of dataroom materials |
| 10/3/24 | 0.75 | 8 | Engagement with Creditors / Creditors Committee | Kickoff call with CNMI and CCC |
| 10/3/24 | 0.10 | 1 | Sale Process | Preparation of data request list |
| 10/3/24 | 0.20 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of filings for retention |
| 10/5/24 | 0.50 | 1 | Sale Process | Review of potential buyers list |
| 10/11/24 | 0.40 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of casino license documents |
| 10/14/24 | 0.25 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of lease information |
| 10/14/24 | 0.50 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of diligence information received from Debtor's counsel |
| 10/15/24 | 1.40 | 1 | Sale Process | Review of sale marketing materials |
| 10/16/24 | 0.25 | 1 | Sale Process | Review of potential buyers list |
| 10/18/24 | 0.10 | 3 | Coordination with the Debtors or Debtors' Professionals | Correspondence with Debtor's professionals |
| 10/22/24 | 0.60 | 1 | Sale Process | Review of marketing materials draft |
| 10/23/24 | 1.00 | 1 | Sale Process | Review of staged dataroom |
| 10/25/24 | 0.50 | 1 | Sale Process | Review of marketing materials draft |
| 10/30/24 | 0.50 | 3 | Coordination with the Debtors or Debtors' Professionals | Catch up call with Debtor's counsel |
| 10/30/24 | 0.25 | 1 | Sale Process | Review of historical financials |
| 10/31/24 | 1.00 | 8 | Engagement with Creditors / Creditors Committee | Call with secured creditor group |
| 11/4/24 | 0.50 | 4 | Court Hearings | Internal prep for status conference |
| 11/5/24 | 0.25 | 1 | Sale Process | Marketing outreach launch |
| 11/5/24 | 0.50 | 4 | Court Hearings | Prep call for status conference |
| 11/5/24 | 0.20 | 1 | Sale Process | Correspondence with interested buyers |
| 11/5/24 | 1.00 | 4 | Court Hearings | Status conference |
| 11/7/24 | 0.50 | 8 | Engagement with Creditors / Creditors Committee | Call with committee counsel re: bid procedures |
| 11/7/24 | 0.75 | 1 | Sale Process | Review of marketing materials draft |
| 11/7/24 | 0.30 | 1 | Sale Process | Correspondence with Debtor's professionals regarding diligence materials |
| 11/10/24 | 0.10 | 6 | Administrative | Time and expense management |
| 11/13/24 | 0.20 | 1 | Sale Process | Correspondence with potential bidder |
| 11/14/24 | 0.10 | 1 | Sale Process | Correspondence with potential bidder |
| 11/19/24 | 0.25 | 1 | Sale Process | Follow up with prospective buyers |
| 11/22/24 | 0.75 | 1 | Sale Process | Marketing status update with Debtor's professionals |
| 11/25/24 | 0.50 | 1 | Sale Process | Call with potential buyer of litigation claims |
| 12/2/24 | 1.75 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of bid procedures draft |
| 12/4/24 | 0.50 | 8 | Engagement with Creditors / Creditors Committee | Call with committee counsel and committee re: bid procedures |
| 12/9/24 | 0.20 | 1 | Sale Process | Correspondence with bidder regarding sale of personal property |
| 12/9/24 | 0.60 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of bid procedures draft |
| 12/10/24 | 1.00 | 1 | Sale Process | Call with potential alternative DIP provider |
| 12/10/24 | 0.50 | 4 | Court Hearings | Prep call for status conference |
| 12/12/24 | 1.00 | 4 | Court Hearings | Status conference |
| 12/15/24 | 1.00 | 1 | Sale Process | Correspondence with construction companies re: structural engineering review |
| 12/23/24 | 0.60 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of bid procedures stipulation |
| 1/2/25 | 0.30 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of bid procedures stipulation |
| 1/7/25 | 0.30 | 1 | Sale Process | Correspondence with potential bidder |
| 1/10/25 | 0.20 | 1 | Sale Process | Correspondence with potential bidder |
| 1/12/25 | 0.10 | 6 | Administrative | Time and expense management |
| 1/14/25 | 1.20 | 1 | Sale Process | Review of stalking horse form APA |
| 1/16/25 | 0.50 | 1 | Sale Process | Review of stalking horse bidder term sheet |
| 1/17/25 | 0.40 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of potential litigation funding |
| 1/21/25 | 0.50 | 3 | Coordination with the Debtors or Debtors' Professionals | Catch up call with Debtor's counsel re: stalking horse bids |
| 1/24/25 | 0.20 | 1 | Sale Process | Correspondence with potential bidder |
| 1/27/25 | 1.20 | 1 | Sale Process | Review of stalking horse bidder APA |
| 1/29/25 | 0.10 | 1 | Sale Process | Review of bidder proof of funds |
| 1/29/25 | 0.20 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of stalking horse designation |
| 1/30/25 | 1.00 | 4 | Court Hearings | Status conference |
| 1/31/25 | 0.20 | 1 | Sale Process | Review of bidder financial wherewithal |
| 2/5/25 | 0.10 | 1 | Sale Process | Correspondence with potential bidder |
| 2/10/25 | 0.20 | 1 | Sale Process | Correspondence with potential bidder |
| 2/12/25 | 0.10 | 1 | Sale Process | Review of revised bidder financial wherewithal |
| 2/13/25 | 0.25 | 1 | Sale Process | Distribution of wire instructions to prospective bidders |
| 2/14/25 | 0.10 | 6 | Administrative | Time and expense management |
| 2/17/25 | 0.10 | 1 | Sale Process | Correspondence with potential bidder counsel |
| 2/20/25 | 1.10 | 1 | Sale Process | Review of overbids |
| 2/20/25 | 0.10 | 8 | Engagement with Creditors / Creditors Committee | Call with committee counsel re: overbids |
| 2/21/25 | 0.50 | 3 | Coordination with the Debtors or Debtors' Professionals | Catch up call with Debtor's counsel re: bid deadline |
| 2/24/25 | 0.25 | 1 | Sale Process | Correspondence with bidders re: auction |
| 2/24/25 | 1.50 | 1 | Sale Process | Review of auction procedures and preparation of script |
| 2/25/25 | 0.75 | 1 | Sale Process | Auction prep |
| 2/25/25 | 0.50 | 1 | Sale Process | Auction |

**Lorie Beers**
*Managing Director*

| Date | Hours | Task Code | Task Description | Detail |
|------|-------|-----------|-----------------|--------|
| 2/26/25 | 0.10 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of successful bidder designation |

**Carl Comstock**
*Director*

| Date | Hours | Task Code | Task Description | Detail |
|---|---|---|---|---|
| 10/2/24 | 0.75 | 3 | Coordination with the Debtors or Debtors' Professionals | Kickoff call with UCC and Debtor professionals |
| 10/2/24 | 1.00 | 1 | Sale Process | Review of dataroom materials |
| 10/2/24 | 0.10 | 8 | Engagement with Creditors / Creditors Committee | Coordination of meetings with CNMI and CCC |
| 10/2/24 | 0.10 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of filings for retention |
| 10/3/24 | 1.00 | 1 | Sale Process | Review of dataroom materials |
| 10/3/24 | 0.75 | 8 | Engagement with Creditors / Creditors Committee | Kickoff call with CNMI and CCC |
| 10/3/24 | 0.50 | 1 | Sale Process | Preparation of data request list |
| 10/3/24 | 0.10 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of filings for retention |
| 10/5/24 | 0.50 | 1 | Sale Process | Review of potential buyers list |
| 10/11/24 | 1.50 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of casino license documents |
| 10/14/24 | 1.00 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of lease information |
| 10/14/24 | 0.25 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of diligence information received from Debtor's counsel |
| 10/15/24 | 1.25 | 1 | Sale Process | Review of sale marketing materials |
| 10/15/24 | 0.25 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of lease assignment information |
| 10/16/24 | 0.25 | 1 | Sale Process | Review of potential buyers list |
| 10/18/24 | 1.00 | 3 | Coordination with the Debtors or Debtors' Professionals | Correspondence with Debtor's professionals |
| 10/21/24 | 0.25 | 1 | Sale Process | Review of form NDA |
| 10/22/24 | 0.75 | 1 | Sale Process | Review of marketing materials draft |
| 10/23/24 | 2.25 | 1 | Sale Process | Review of staged dataroom |
| 10/24/24 | 0.10 | 1 | Sale Process | Review of form NDA |
| 10/25/24 | 0.50 | 1 | Sale Process | Review of marketing materials draft |
| 10/28/24 | 0.25 | 8 | Engagement with Creditors / Creditors Committee | Review and discussion of personal property assets |
| 10/28/24 | 0.10 | 8 | Engagement with Creditors / Creditors Committee | Review and discussion of personal property assets |
| 10/30/24 | 0.50 | 3 | Coordination with the Debtors or Debtors' Professionals | Catch up call with Debtor's counsel |
| 10/30/24 | 0.25 | 1 | Sale Process | Review of historical financials |
| 10/31/24 | 1.00 | 8 | Engagement with Creditors / Creditors Committee | Call with secured creditor group |
| 11/1/24 | 0.25 | 1 | Sale Process | Review of site images and dataroom material |
| 11/4/24 | 0.50 | 4 | Court Hearings | Internal prep for status conference |
| 11/5/24 | 2.50 | 1 | Sale Process | Marketing outreach launch |
| 11/5/24 | 0.50 | 4 | Court Hearings | Prep call for status conference |
| 11/5/24 | 0.75 | 1 | Sale Process | Correspondence with interested buyers |
| 11/5/24 | 1.00 | 4 | Court Hearings | Status conference |
| 11/7/24 | 0.50 | 8 | Engagement with Creditors / Creditors Committee | Call with committee counsel re: bid procedures |
| 11/7/24 | 0.50 | 1 | Sale Process | Review of marketing materials draft |
| 11/7/24 | 0.10 | 1 | Sale Process | Correspondence with Debtor's professionals regarding diligence materials |
| 11/9/02 | 0.10 | 1 | Sale Process | Review of prospective buyer NDA |
| 11/13/24 | 0.10 | 1 | Sale Process | Correspondence with potential bidder |
| 11/14/24 | 0.25 | 1 | Sale Process | Correspondence with potential bidder |
| 11/14/24 | 0.10 | 1 | Sale Process | Correspondence with potential bidder |
| 11/19/24 | 0.50 | 1 | Sale Process | Follow up with prospective buyers |
| 11/22/24 | 0.75 | 1 | Sale Process | Marketing status update with Debtor's professionals |
| 11/25/24 | 0.50 | 1 | Sale Process | Call with potential buyer of litigation claims |
| 11/26/24 | 0.10 | 1 | Sale Process | Outreach to potential buyers of gambling debts |
| 12/1/24 | 0.10 | 6 | Administrative | Time and expense management |
| 12/2/24 | 1.50 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of bid procedures draft |
| 12/4/24 | 0.50 | 8 | Engagement with Creditors / Creditors Committee | Call with committee counsel and committee re: bid procedures |
| 12/9/24 | 1.00 | 1 | Sale Process | Correspondence with bidder regarding sale of personal property |
| 12/9/24 | 0.40 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of bid procedures draft |
| 12/10/24 | 1.00 | 1 | Sale Process | Call with potential alternative DIP provider |
| 12/10/24 | 0.50 | 4 | Court Hearings | Prep call for status conference |
| 12/12/24 | 1.00 | 4 | Court Hearings | Status conference |
| 12/15/24 | 1.00 | 1 | Sale Process | Correspondence with construction companies re: structural engineering re |
| 12/19/24 | 0.50 | 1 | Sale Process | Discussion and review of shipping containers |
| 12/23/24 | 1.25 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of bid procedures stipulation |
| 12/26/24 | 0.20 | 1 | Sale Process | Correspondence with construction companies re: structural engineering re |
| 1/2/25 | 0.30 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of bid procedures stipulation |
| 1/7/25 | 0.20 | 1 | Sale Process | Correspondence with potential bidder |
| 1/7/25 | 0.10 | 1 | Sale Process | Correspondence with potential bidder |
| 1/8/25 | 0.10 | 1 | Sale Process | Correspondence with potential bidder |
| 1/10/25 | 0.10 | 1 | Sale Process | Correspondence with potential bidder |
| 1/14/25 | 1.20 | 1 | Sale Process | Review of stalking horse form APA |
| 1/16/25 | 0.40 | 1 | Sale Process | Review of stalking horse bidder term sheet |
| 1/17/25 | 0.20 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of potential litigation funding |
| 1/21/25 | 0.50 | 3 | Coordination with the Debtors or Debtors' Professionals | Catch up call with Debtor's counsel re: stalking horse bids |
| 1/22/25 | 0.10 | 6 | Administrative | Time and expense management |

28

**Carl Comstock**
*Director*

| Date | Hours | Task Code | Task Description | Detail |
|------|-------|-----------|-----------------|--------|
| 1/24/25 | 0.20 | 1 | Sale Process | Correspondance with potential bidder |
| 1/27/25 | 1.20 | 1 | Sale Process | Review of stalking horse bidder APA |
| 1/28/25 | 0.10 | 1 | Sale Process | Correspondance with potential bidder |
| 1/29/25 | 0.10 | 1 | Sale Process | Review of bidder proof of funds |
| 1/29/25 | 0.20 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of stalking horse designation |
| 1/30/25 | 1.00 | 4 | Court Hearings | Status conference |
| 1/31/25 | 0.10 | 1 | Sale Process | Review of bidder financial wherewithal |
| 2/4/25 | 0.10 | 1 | Sale Process | Correspondance with potential bidder |
| 2/5/25 | 0.10 | 1 | Sale Process | Correspondance with potential bidder |
| 2/11/25 | 0.20 | 1 | Sale Process | Correspondance with potential bidder |
| 2/12/25 | 0.10 | 1 | Sale Process | Review of revised bidder financial wherewithal |
| 2/13/25 | 0.25 | 1 | Sale Process | Distribtuion of wire instructions to prospective bidders |
| 2/17/25 | 0.10 | 1 | Sale Process | Correspondance with potential bidder counsel |
| 2/20/25 | 1.30 | 1 | Sale Process | Review of overbids |
| 2/20/25 | 0.10 | 8 | Engagement with Creditors / Creditors Committee | Call with committee counsel re: overbids |
| 2/21/25 | 0.50 | 3 | Coordination with the Debtors or Debtors' Professionals | Catch up call with Debtor's counsel re: bid deadline |
| 2/24/25 | 0.25 | 1 | Sale Process | Correspondance with bidders re: auction |
| 2/24/25 | 1.10 | 1 | Sale Process | Review of auction procedures and preparation of script |
| 2/25/25 | 0.10 | 3 | Coordination with the Debtors or Debtors' Professionals | Catch up call with Debtor's counsel re: auction |
| 2/25/25 | 0.75 | 1 | Sale Process | Auction prep |
| 2/25/25 | 0.50 | 1 | Sale Process | Auction |
| 2/26/25 | 0.10 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Review of successful bidder designation |
| 2/27/25 | 0.10 | 6 | Administrative | Time and expense management |

29

**Lucy Yang**
*Associate*

| Date | Hours | Task Code | Task Description | Detail |
|------|-------|-----------|-----------------|--------|
| 10/9/24 | 1.50 | 1 | Sale Process | Buyer list development and review |
| 10/10/24 | 4.00 | 1 | Sale Process | Buyer list development and review |
| 10/14/25 | 1.00 | 1 | Sale Process | Review of information from Debtor's counsel |
| 10/15/24 | 3.00 | 1 | Sale Process | Drafting of marketing materials |
| 10/17/24 | 2.25 | 1 | Sale Process | Drafting of marketing materials |
| 10/21/24 | 3.50 | 1 | Sale Process | Drafting of marketing materials |
| 10/22/24 | 2.50 | 1 | Sale Process | Drafting of marketing materials |
| 10/22/24 | 2.25 | 1 | Sale Process | Review of marketing materials |
| 10/23/24 | 2.00 | 1 | Sale Process | Review of VDR stage |
| 10/24/24 | 0.50 | 1 | Sale Process | NDA distribution |
| 10/25/24 | 1.25 | 1 | Sale Process | Marketing material updates and review |
| 10/30/24 | 0.50 | 1 | Sale Process | NDA Matrix |
| 10/31/24 | 1.00 | 8 | Engagement with Creditors / Creditors Committee | Working professionals connect |
| 10/31/24 | 0.50 | 6 | Administrative | Time and expenses |
| 11/4/24 | 3.50 | 1 | Sale Process | Outreach review & marketing materials |
| 11/5/24 | 0.75 | 1 | Sale Process | NDA negotiations |
| 11/5/24 | 1.00 | 1 | Sale Process | Buyer outreach |
| 11/5/24 | 1.00 | 4 | Court Hearings | Status conference attendance |
| 11/6/24 | 0.50 | 1 | Sale Process | Buyer correspondence & tracking |
| 11/7/24 | 0.25 | 1 | Sale Process | Buyer outreach |
| 11/7/24 | 0.50 | 1 | Sale Process | Marketing material updates and review |
| 11/7/24 | 0.50 | 8 | Engagement with Creditors / Creditors Committee | Bid procedures huddle |
| 11/9/24 | 1.25 | 1 | Sale Process | NDA markup |
| 11/12/24 | 0.15 | 1 | Sale Process | VDR intro |
| 11/12/24 | 0.15 | 1 | Sale Process | VDR review |
| 11/13/24 | 0.50 | 1 | Sale Process | Marketing material distribution |
| 11/19/24 | 2.00 | 1 | Sale Process | Follow ups |
| 12/2/25 | 0.50 | 6 | Administrative | Time and expenses |
| 12/10/24 | 0.50 | 4 | Court Hearings | Prep call for status conference |
| 12/12/24 | 1.00 | 4 | Court Hearings | Status conference attendance |
| 1/21/25 | 0.50 | 3 | Coordination with the Debtors or Debtors' Professionals | Catch up call with Debtor's counsel re: stalking horse bids |
| 1/24/25 | 0.10 | 1 | Sale Process | Correspondance with potential bidder |
| 1/28/25 | 0.10 | 1 | Sale Process | Correspondance with potential bidder |
| 1/30/25 | 1.00 | 4 | Court Hearings | Status conference attendance |
| 2/11/25 | 0.10 | 1 | Sale Process | Correspondance with potential bidder |
| 2/21/25 | 0.50 | 3 | Coordination with the Debtors or Debtors' Professionals | Catch up call with Debtor's counsel re: bid deadline |
| 2/23/25 | 0.50 | 1 | Sale Process | Auction Script draft |
| 2/25/25 | 0.10 | 3 | Coordination with the Debtors or Debtors' Professionals | Catch up call with Debtor's counsel re: auction |
| 2/25/25 | 0.50 | 1 | Sale Process | Auction |
| 2/26/25 | 0.50 | 6 | Administrative | Time and expenses |
| 8/6/25 | 2.00 | 5 | Bankruptcy Filings, Document Review, and Other Court Matters | Preparation of fee application |

**Jacob Grover**
*Analyst*

| Date | Hours | Task Code | Task Description | Detail |
|---|---|---|---|---|
| 10/1/24 | 2.00 | 1 | Sale Process | Preparation for marketing outreach |
| 10/1/24 | 0.75 | 6 | Administrative | Disinterestedness test coordination |
| 10/2/24 | 4.25 | 1 | Sale Process | Preparation of potential buyers list |
| 10/2/24 | 1.25 | 1 | Sale Process | Preparation of data request list |
| 10/3/24 | 0.75 | 8 | Engagement with Creditors / Creditors Committee | Kickoff call with CNMI and CCC |
| 10/3/24 | 1.25 | 1 | Sale Process | Preparation of data request list |
| 10/4/24 | 2.00 | 1 | Sale Process | Preparation of dataroom materials |
| 10/4/24 | 2.25 | 1 | Sale Process | Preparation of potential buyers list |
| 10/5/24 | 0.50 | 6 | Administrative | Time and expense management |
| 10/5/24 | 2.00 | 1 | Sale Process | Drafting of marketing materials |
| 10/6/24 | 2.25 | 1 | Sale Process | Drafting of marketing materials |
| 10/7/24 | 2.75 | 1 | Sale Process | Preparation of potential buyers list |
| 10/8/24 | 2.75 | 1 | Sale Process | Drafting of marketing materials |
| 10/9/24 | 2.00 | 1 | Sale Process | Preparation of potential buyers list |
| 10/10/24 | 1.50 | 1 | Sale Process | Review of diligence information received from Debtor's counsel |
| 10/10/24 | 4.50 | 1 | Sale Process | Buyer list development and review |
| 10/11/24 | 2.00 | 1 | Sale Process | Drafting of marketing materials |
| 10/15/24 | 2.25 | 1 | Sale Process | Drafting of marketing materials |
| 10/17/24 | 3.50 | 1 | Sale Process | VDR preperation |
| 10/18/24 | 2.50 | 1 | Sale Process | Drafting of marketing materials |
| 10/18/24 | 1.50 | 1 | Sale Process | Review of marketing materials |
| 10/23/24 | 2.50 | 1 | Sale Process | Outreach coordination |
| 10/25/24 | 2.00 | 1 | Sale Process | Marketing material updates |
| 10/27/25 | 2.50 | 1 | Sale Process | Outreach coordination |
| 10/30/24 | 0.50 | 3 | Coordination with the Debtors or Debtors' Professionals | IIB / HIBK connect |
| 10/31/24 | 0.50 | 6 | Administrative | Time and expense management |
| 10/31/24 | 1.00 | 8 | Engagement with Creditors / Creditors Committee | Working professionals connect |
| 11/4/24 | 2.25 | 1 | Sale Process | Outreach coordination |
| 11/5/24 | 1.00 | 1 | Sale Process | Buyer outreach tracking |
| 11/5/24 | 1.00 | 4 | Court Hearings | Status conference attendance |
| 11/7/24 | 0.75 | 1 | Sale Process | Marketing material updates and review |
| 11/7/24 | 0.25 | 8 | Engagement with Creditors / Creditors Committee | Bid procedures huddle |
| 11/12/24 | 0.15 | 1 | Sale Process | VDR set up call |
| 11/12/24 | 0.50 | 1 | Sale Process | VDR staging |
| 11/13/24 | 1.00 | 1 | Sale Process | Outreach coordination |
| 11/15/24 | 0.50 | 6 | Administrative | Time and expense management |
| 11/22/24 | 0.75 | 1 | Sale Process | Marketing status update with Debtor's professionals |
| 12/10/24 | 0.50 | 4 | Court Hearings | Prep call for status conference |
| 12/12/24 | 1.00 | 4 | Court Hearings | Status conference attendance |
| 12/13/24 | 0.50 | 6 | Administrative | Time and expense management |
| 1/30/25 | 1.00 | 4 | Court Hearings | Status conference attendance |
| 2/21/25 | 0.50 | 3 | Coordination with the Debtors or Debtors' Professionals | Catch up call with Debtor's counsel re: bid deadline |
| 2/25/25 | 0.10 | 3 | Coordination with the Debtors or Debtors' Professionals | Catch up call with Debtor's counsel re: auction |
| 2/25/25 | 0.50 | 1 | Sale Process | Auction |
| 2/27/25 | 0.50 | 6 | Administrative | Time and expense management |

EXHIBIT 5

| Employee Name | Transaction Date | Vendor | Expense Type | Expense Purpose | Amount | Intrepid Projects |
|---|---|---|---|---|---|---|
| Jacob Grover | 12/10/2024 | Uber Eats | OT Meal | Overtime Meal Expense | $33.99 | Project Ocean |
| **Databases / Research** | | | | | **$5,210.00** | |
| **Total Expenses** | | | | | **$5,243.99** | |