| *Filer's Name, Address, Phone, Fax, Email:* | |
|---|---|
| Aram Ordubegian (admitted pro hac vice) <br> Christopher K.S. Wong (admitted pro hac vice) <br> ARENTFOX SCHIFF LLP <br> 555 West Fifth Street, 48th Floor <br> Los Angeles, CA  90013-1065 <br> Telephone: 213.629.7400 <br> Facsimile: 213.629.7401 <br> aram.ordubegian@afslaw.com <br> christopher.wong@afslaw.com |  <br> **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF HAWAII** <br> 1132 Bishop Street, Suite 250 <br> Honolulu, Hawaii 96813 |

hib_2016-1a  (12/09)

| *Debtor:* IMPERIAL PACIFIC INTERNATIONAL (CNMI) LLC | *Case No.:* **24-00002** |
|---|---|
| *Joint Debtor:* (if any) | *Chapter:* **11** |

| **COMPENSATION SUMMARY SHEET** | ☐ Interim <br> ☑ Final  (1st, 2nd, etc.) | *Related Docket No.:* (if application filed separately) |
|---|---|---|

| *Applicant:* | Intrepid Investment Bankers LLC |
|---|---|
| *Capacity:* | Investment Banker to the Official Committee of General Unsecured Creditors |

| *Date of order authorizing employment:* | October 5, 2024 (effective as of 9/22/2024) |
|---|---|
| *Period for this request (e.g. 1/1/09 -12/31/09):* | 10/01/2024 - 9/30/2025 |

| *Amount rec'd prepetition:* | $ 0.00 | *Client trust acct balance:* | $ 0.00 |
|---|---|---|---|
| *Previous amounts awarded by court:* | *Fees:* $ 0.00 | | *Expenses:* $ 0.00 |
| *Previous amounts received:* | *Fees:* $ 50,000 | | *Expenses:* $ |
| *Amount of this request (inclusive of any excise taxes):* | *Fees:* $ 1,104,792.50 | | *Expenses:* $ 5,243.99 |

Availability of funds – Applicant believes that there are sufficient funds to pay this request and all other accrued and anticipated administrative expenses:  ☑ Yes  ☐ No

| Name of Professional | Position | Hourly rate | Hours | Fees |
|---|---|---|---|---|
| Lorie Beers | Managing Director | 1,000.00 | 35.3 | 35,300.00 |
| Carl Comstock | Director | 750.00 | 46.2 | 34,650.00 |
| Lucy Yang | Associate | 400.00 | 45.7 | 18,280.00 |
| Jacob Grover | Analyst | 250.00 | 66.25 | 16,562.50 |

*[Attach additional sheets as needed.]*

Dated: October 30, 2025                         /s/ Carl Comstock
                                                              Applicant     Print name if original signature