1   Aram Ordubegian (admitted *pro hac vice*)
    Christopher K.S. Wong (admitted *pro hac vice*)
2   **ARENTFOX SCHIFF LLP**
    555 South Flower Street, 43rd Floor
3   Los Angeles, CA  90071
    Telephone:    213.629.7400
4   Facsimile:    213.629.7401
    aram.ordubegian@afslaw.com
5   christopher.wong@afslaw.com

6   Keith Chambers II (F0528)
    **CHAMBERS LAW LLC**
7   Marianas Business Plaza, Suite 409
    PMB 919 Box 10000
8   Saipan, MP 96950
    Telephone:    670.234.9005/06
9   Facsimile:    670.235.9007
    keith.chambers@chamberslawcnmi.com
10
    Attorneys for the Official Committee
11  of General Unsecured Creditors

12              **IN THE UNITED STATES DISTRICT COURT**

13              **FOR THE NORTHERN MARIANA ISLANDS**

14                     **BANKRUPTCY DIVISION**

15
    In re:                              | Case No. 1:24-bk-00002
16
    **IMPERIAL PACIFIC**                  | Chapter 11
17  **INTERNATIONAL (CNMI) LLC,**
                                         | **SECOND INTERIM FEE APPLICATION**
18                                        **OF ARENTFOX SCHIFF LLP, GENERAL**
            Debtor and Debtor in Possession. | **BANKRUPTCY COUNSEL TO THE**
19                                        **OFFICIAL COMMITTEE OF GENERAL**
                                         **UNSECURED CREDITORS, FOR**
20                                        **ALLOWANCE OF COMPENSATION AND**
                                         **REIMBURSEMENT OF EXPENSES FOR**
21                                        **THE PERIOD FROM OCTOBER 1, 2024**
                                         **THROUGH SEPTEMBER 30, 2025;**
22                                        **DECLARATION OF ARAM ORDUBEGIAN**
                                         **IN SUPPORT THEREOF**
23
                                         Hearing Date, Time and Location (ChST):
24                                        Date:        December 5, 2025
                                         Time:        9:00 a.m.
25                                        Location:    3rd Floor Courtroom1671
                                                      Gualo Rai Rd., Gualo Rai
26                                                     Saipan, MP 96950
27                                        Judge:       Hon. Robert J. Faris
28

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGEELS

AFSDOCS:301804890.4

**TO THE HONORABLE ROBERT J. FARIS, UNITED STATES BANKRUPTCY JUDGE; AND ALL INTERESTED PARTIES:**

ArentFox Schiff LLP ("AFS" or the "Firm") hereby applies (the "Application") to this Court for an order allowing, on an interim basis, $427,345.80 as broken down below, for compensation for services rendered and expenses incurred as bankruptcy counsel to the Official Committee of General Unsecured Creditors (the "Committee") of Imperial Pacific International (CNMI), LLC, the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case for the fee period from October 1, 2024 through and including September 30, 2025 (the "Fee Period").

|  | Fees | Expenses | Total |
|---|---|---|---|
| **Total to be Allowed on an Interim Basis for Period 10/1/24 – 9/30/25** | $426,160.50 | $1,185.30 | $427,345.80 |
| **Amount Previously Paid Per Interim Compensation Order** | $0.00 | $0.00 | $0.00 |
| **Total to be Paid on an Interim Basis** | $426,160.50 | $1,185.30 | $427,345.80 |

AFS filed one prior interim fee application on November 7, 2024 for the periods from May 16, 2024 through and including September 30, 2024, which requested the approval of interim compensation of fees in an amount of $376,202.50 and reimbursement of expenses in an amount of $626.30 [ECF No. 296] (the "First Interim Application"). The First Interim Application was granted by a Court order entered on December 17, 2024, allowing $364,695.50[1] in fees and $626.30 in expenses [ECF No. 331]. AFS has now been paid in an amount of $282,927.60, with unpaid balance of allowed fees in an amount of $81,767.90.

Pursuant to the procedures established by the Compensation Procedure Order, AFS has submitted three monthly fee statements for October 2024, November 2024, and December 2024 to Debtor and the OUST. There were no objections to these monthly fee statements. However, AFS has not received any compensation from the monthly fee statements in this Fee Period. Thus, by

---

[1] Pursuant to the stipulation between the OUST and AFS, AFS agreed to reduce its fees in the First Interim Application by $11,507.00, for a total allowance of fees in the amount of $364,695.50 [ECF No. 313].

way of this Application, AFS requests an allowance of $426,160.50 in fees and $1,185.30 in costs on an interim basis incurred during the Fee Period.

AFS received no retainer in connection with representing the Committee in this case. Except as set forth herein, AFS has received or been promised no compensation for the services it rendered or the expenses that it incurred during the Fee Period.  Furthermore, neither AFS nor any member of AFS has any agreement or understanding of any kind to divide, pay over, or share any portion of the fees to be awarded to AFS with any other attorney except among members and associates at AFS.

The blended hourly rate charged by AFS professionals for services rendered during the Fee Period is $632.10.  Additionally, AFS has voluntarily written off and/or no-charged $9,739.5 in fees during the Fee Period in the exercise of its billing discretion.  AFS reserves its right to supplement this Application at any time before or at the hearing on this Application.

In support of this Application, AFS concurrently submits the declaration of Aram Ordubegian (the "Ordubegian Declaration"), and respectfully represents as follows:

## I.

## <u>INTRODUCTION</u>

AFS submits this Application pursuant to Section 330 of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the United States District Court for the Northern Mariana Islands, the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, 20 C.F.R. Pt. 58, Appendix A* (" U.S. Trustee's Guidelines"), and the *Order Establishing Interim Fee Application and Expense Reimbursement Procedures on a Final Basis* [ECF No. 149] (the "Compensation Procedure Order").

AFS has rendered services to the Committee as requested and as appropriate in furtherance to the interests of unsecured creditors.  Since the previous fee application, AFS and the Committee have navigated significant challenges, primarily relating to the sale of the Debtor's assets, including the joint efforts with the Debtor in preparing the bidding procedures and sale motion, and negotiating with secured creditors, administrative creditors, and unsecured creditor to resolve their

disputes with the Debtor to effectuate and close the sale to maximize the value of the estate.

The diverse and intricate issues presented in this case, coupled with the necessity for swift action to advance the interest of creditors and the Committee's objectives, have demanded a proactive and hands-on approach from AFS professionals.  In delivering these services, AFS has represented the Committee with diligence and efficiency, providing expert guidance on a broad spectrum of complex issues.  These efforts have been pivotal in ensuring that the Debtor's valuable assets undergo thorough market testing through an open and well-publicized auction, identifying a viable stalking horse bidder, and all the while, negotiating a settlement with key secured creditors to provide recovery to the estate.  As evidenced throughout this process, AFS has played a crucial role in addressing concerns from assertive and contentious creditors, acting as a balancing force against the Debtor and its insiders, and advancing the chapter 11 case to optimize recoveries for general unsecured creditors.

## II.

## BACKGROUND

### A.    General Background

On April 19, 2024 (the "Petition Date"), Debtor commenced this bankruptcy case (the "Case") by filing a voluntary petition under chapter 11 of title 11 of the U.S. Code (the "Bankruptcy Code").  Debtor is continuing to manage its property as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.  Debtor is a limited liability company organized under the laws of the Commonwealth of the Northern Mariana Islands ("CNMI").  Debtor obtained its exclusive casino license (the "Casino License") for the island of Saipan and opened its operations in 2014.  Debtor's casino is primarily situated on property leased from the CNMI Department of Public Land (the "DPL").  The COVID-19 Pandemic forced the closure of the Debtor's operations in March 2020.  In April 2021, Debtor's Casino License was suspended by the Commonwealth Casino Commission (the "CCC") for nonpayment of fees and other alleged monetary defaults.

Debtor's primary real estate assets include (1) a hotel building currently under construction with a casino, (2) a leasehold interest in approximately 19,204 square meters of land leased from

the DPL under Lease Agreement No. LA-15-002S (the "DPL Lease"), and (3) Debtor's ownership interest in Imperial Pacific Properties, LLC, which holds a leasehold interest in eight lots adjacent to the leasehold property.

**B.      Employment of AFS as Counsel for the Committee**

On May 14, 2024, the OUST appointed three (3) members to the Committee pursuant to Section 1102 of the Bankruptcy Code [ECF No. 54].  On or about May 16, 2024, the Committee selected AFS as its general bankruptcy counsel.  On June 15, 2024, the Committee filed its application to employ AFS as general bankruptcy counsel for the Committee [ECF No. 115].  On July 8, 2024, the Court entered its order granting the application and approving AFS's employment as general bankruptcy counsel to the Committee, effective as of May 16, 2024 [ECF No. 162].

**C.      The Status of the Estate Administration and the Committee's Involvement**

At the start of the Fee Period, the Debtor, the Committee, and the newly retained investment banker, Intrepid Investment Bankers LLC ("Intrepid"), prepared comprehensive marketing materials to facilitate a fair sale process for buyers to conduct due diligence and ensure a competitive marketing environment for the Debtor's assets.  The efforts were concentrated on attracting qualified buyers, particularly in the gaming, gambling, and hospitality industries, as well as distressed investors, by emphasizing the business's value and opportunities.  The marketing efforts included contacting nearly 100 potential interested buyers in Southeast Asia, Oceania, the United States, and around the world.  The Committee aimed to maximize the returns from the casino-hotel assets for the benefit to the general unsecured creditors.

Shortly into the Fee Period, on October 19, 2024, Chief Judge Ramona V. Manglona recused herself pursuant to 28 U.S.C. § 455(b)(5)(i), and Chief Bankruptcy Judge Robert J. Faris from the District of Hawaii was assigned to oversee this case.  At the following status conference on November 6, 2024, the Committee and the Debtor appraised the Court as the status of the case.

Next, the Committee and the Debtor worked together to prepare a stipulation to establish bidding procedures for the sale of Debtor's assets, designate a stalking horse bidder, schedule an auction and sale hearing, and establish assumption and assignment procedures [ECF No. 338] ("Joint Bidding Procedures").  The Court approved the Joint Bidding Procedures [ECF No. 340]

on January 8, 2025.  The DIP lender, Loi Lam Sit, was designated as the Stalking Horse Bidder. On February 14, 2025, the Committee and the Debtor were able to file a joint sale motion (the "Sale Motion") [ECF No. 367] which sought approval for the sale of substantially all of the Debtor's assets to Loi Lam Sit for $12,500,000.00, plus an additional $2,500,000.00 if the Casino License is assigned to the buyer under certain conditions, subject to overbid.

At the auction, held on February 26, 2205, the Debtor's assets were sold to Team King Investment (CNMI) LLC ("Team King") for $12,950,000.00 (the "Purchase Price").  Under the terms set forth in the Asset Purchase Agreement ("APA") entered into by Team King and the Debtor [ECF No. 427], Team King holds an option to acquire an exclusive casino license for the island of Saipan for an additional payment of $2,500,000.00 to the Debtor.

On March 11, 2025, creditors the Commonwealth of the Northern Mariana Islands (the "Commonwealth") and Joshua Gray ("Gray"), respectively, filed its oppositions to the Sale Motion. [ECF Nos. 388 and 390].  On April 23, 2025, the Debtor, the Committee, the Commonwealth, the CCC, Gray, U.S.A. Fanter Corporation, Ltd. ("Fanter"), and the Law Office of Michael W. Dotts ("Dotts") entered into a stipulation to resolve the disputes regarding the Sale Motion [ECF. No. 428] (the "Sale Stipulation") wherein the Commonwealth, Gray, Fanter, and the CCC agreed to settle their claims.  The parties stipulated that Gray, Dotts, and Fanter would amend their respective claims to assert general unsecured claims, which would then be deemed allowed upon receipt of no less than $1,500,000.00 in aggregate from the sale proceeds; the secured claim of CNMI Department of Finance, Division of Revenue and Taxation agreed to accept $5,000,000 in full satisfaction of its claim; and the CNMI Department of Finance, Division of Revenue and Taxation and the CCC agree to subordinate its claims.

On May 1, 2025, the Court entered its order approving the Sale Motion [ECF. No. 433] (the "Sale Order").  In the Sale Order, the Court approved the assumption and assignment of the DPL Lease for the Commonwealth to Team King.  On June 12, 2025, the Debtor reported that the Commonwealth had declined to execute an assignment of the DPL Lease to Team King, which must be recorded at closing, on the basis that Team King had not provided certain requested information to the Commonwealth; meanwhile, Team King had yet to fully fund escrow [ECF No.

441].  The Debtor further disclosed its lack of cash on hand, lapsing of its liability insurance, outstanding rent payments for the DPL lease, and outstanding wages to its hotel security personnel. With the Commonwealth and Team King at an impasse, the closing of the sale delayed, and the Debtor's liquidity issues, the Court issued an order to show cause as to why the case should not be dismissed [ECF No. 443].  In response, the Debtor was able to provide proof of its insurance policy covering up to May 10, 2026 [ECF No. 446].  The Committee also filed a response demonstrating that dismissal would not serve the best interests of the estate [ECF No. 448].  Further, at the July 24, 2025 status conference, the Committee argued that the Commonwealth be sanctioned for failure to assign the DPL lease..  At the July 24, 2025 status conference, the Court issued a renewed order to show cause as to why the case should not be dismissed [ECF No. 461].  The Court continued the status conference one final time to August 21, 2025.  As a result, the Commonwealth approved the assignment of the DPL lease the next day.  On August 11, 2025, the Debtor reported that the assumption and assignment of the DPL Lease was executed and recorded. However, Team King had yet to fund the escrow with the sale proceeds due to Team King's transfer of funds from Hong Kong to Saipan undergoing a regulatory identity verification process [ECF No. 463].

Ultimately, the sale was closed on August 20, 2025.  Team King paid the estate $12,950,000, with $6,500,000 from the sale proceeds released to satisfy and resolve the secured claims by Department of Revenue & Taxation of the Commonwealth, Gray, Dotts, and Fanter, which represents the majority of secured claims in this case.  The remaining proceeds of $6,441,436.25 and the excluded assets will be transferred to the liquidating trustee in accordance with the liquidation plan and the liquidating trust agreement, as may be approved by the Bankruptcy Court..

At the August 21, 2025 status conference, the Debtor notified all parties and the Court that the sale was successfully closed.  With the case winding down, currently, the Committee and the Debtor are working together to prepare a joint liquidation plan and disclosure statement, which they will file by October 31, 2025.

**D.    Reorganized Debtor's Cash on Hand**

On July 18, 2024, the Court entered a *Final Order Authorizing Debtor to Obtain*

*Postpetition Indebtedness* [ECF No. 173] (the "DIP Loan Order").  According to the DIP Loan Order, $950,000 shall be "carved out" and set aside for fees and expenses of professionals employed at the expense of the estate as set forth in the attached budget.  AFS has been informed and believes the Debtor holds approximately $6,350,000 in cash on behalf of the estate.

### III.

### QUALIFICATIONS OF AFS

AFS is a law firm that employs over 650 attorneys and maintains an office for the practice of law at 555 South Flower Street, 43rd Floor, Los Angeles, CA 90071, as well as offices in San Francisco, CA, Chicago, IL, Ann Arbor, MI, Boston, MA, New York, NY, and Washington, DC. AFS includes a financial restructuring and bankruptcy group with extensive and diverse experience in the areas of bankruptcy litigation, insolvency, reorganizations, liquidations, debtors' and creditor's rights.  AFS's bankruptcy attorneys often represent official committees of unsecured creditors in cases such as this case.

The AFS attorneys who were primarily responsible for providing bankruptcy counsel to the Committee were Aram Ordubegian, Christopher K.S. Wong, and Sophia R. Wang.  Other AFS attorneys and paraprofessionals rendered limited services on discreet matters requiring their specialized expertise or when the principal attorneys were unavailable.  The background and qualifications of all AFS attorneys and paralegals who rendered services to the Committee in connection with this chapter 11 case are summarized in the professional biographies attached as **Exhibit 5**.

The rates charged by AFS professionals are comparable to those charged by other experienced and skillful professionals with bankruptcy and non-bankruptcy practices.  Here, the blended hourly rate for AFS attorneys during the Fee Period was $665.41, and the blended hourly rate for all timekeepers during the Fee Period was $632.10.

To provide effective, efficient representation to the Committee, AFS allocated responsibilities among attorneys based upon each individual's comparative expertise and knowledge of particular aspects of this case and allocated work to attorneys with lower hourly rates whenever practical.  It is respectfully submitted that the services of AFS have been beneficial to

this Estate and creditors.   As a result of the broad range and years of experience of AFS's bankruptcy attorneys, services were rendered in an expeditious and efficient manner.

## IV.

## COMPENSATION REQUESTED

By way of this Application, AFS requests the Court enter an order on an interim basis: (a) allowing compensation to AFS of $427,345.80, representing $426,160.50 in services rendered and $1,185.30 in actual and necessary expenses incurred during the Fee Period; and (b) authorizing payment of $427,345.80, pursuant to this Application plus the outstanding balance of $81,767.90, pursuant to the First Interim Application, for a total payment of 509,113.70.

This is the Firm's second fee application for allowance of compensation and reimbursement of expenses.  The Court has entered one prior order allowing AFS compensation and reimbursement of expense in this case.  AFS received no retainer in connection with representing the Committee in this case.  Except as set forth above, AFS has received or been promised no compensation for the services that it rendered or the expenses that it incurred in this case.  Furthermore, neither AFS nor any member of AFS has any agreement or understanding of any kind to divide, pay over, or share any portion of the fees to be awarded to AFS with any other person or attorney except as among members and associates of AFS.

## V.

## SUMMARY OF EXHIBITS

In support of this Application, as required under the U.S. Trustee's Guidelines, AFS hereby submits Exhibits 1 through 5.

**Exhibit 1** is a summary, by activity category, of the services that AFS rendered during the Fee Period.

**Exhibit 2** is a complete, chronological, line-item listing – sorted by activity category – of the services that AFS rendered during the Fee Period.  Exhibit 2 includes the name of the professional who rendered the services, the date the services were rendered, the hours spent rendering the service, the total billed for the service, and a detailed description of the services.

**Exhibit 3** is a summary of fees by professional.  This summary sets forth the total fees

incurred by each timekeeper that worked on this case and sets forth each professional's hourly rate and the total amount billed by the professional throughout the duration of this case.

**Exhibit 4** summarizes, by date, the total reimbursable expenses that AFS incurred during the Fee Period.

**Exhibit 5** is a compilation of the professional biographies of the principal professionals that worked on the case that includes the professional education of each attorney and paraprofessional, the year of graduation, year admitted to practice and relevant and specialized experience in bankruptcy matters, where applicable.

## VI.

## SUMMARY OF SERVICES RENDERED

During the Fee Period, AFS advised the Committee on a regular basis with respect to numerous legal matters in connection with this chapter 11 bankruptcy case. AFS prepared various pleadings, responses, stipulations, and orders that were submitted to the Court for consideration and has worked closely with Debtor and the OUST to perform all reasonable and necessary professional services required of it. This case involved unique assets, including a casino-hotel under construction with a suspended casino license. It has presented complex and challenging legal issues as the case progressed. The Committee undertook significant efforts and work in collaborating with Debtor and related parties to develop a viable plan for the sale of the Debtor's assets. Specifically, AFS worked closely with the Committee and the Debtor to establish the bidding procedures, prepare the sale motion, and negotiate with creditors to resolve their disputes with the Debtor. AFS also collaborated with Intrepid to prepare due diligence and marketing materials for the auction to attract as many potential bidders as possible. With the sale of the Debtor's assets having closed, the Committee, along with the Debtor, can begin liquidating the Debtor's remaining assets and distribute the significant sale proceeds to creditors.

Throughout the Fee Period, AFS has worked with the Committee to ensure proper, efficient, and cost-effective representation of the Committee, balanced against the need to obtain specific relief and an ultimate resolution that will ensure the maximum recovery to the creditor body. It is for these efforts that AFS seeks allowance of compensation.

Describing in detail all of the many services that AFS provided to the Committee would be extremely time-consuming.  Accordingly, this section summarizes, by activity category, the more significant services that AFS provided to the Committee.  Because AFS categorizes its services in numbered categories that are similar to those recommended in the U.S. Trustee's Guidelines, the discussions in this Section are organized by category.[2]  The primary services rendered by AFS during the Fee Period are grouped in the categories set forth below.

### A.   Case Management and Operating Reports – 00002

In this category, AFS professionals recorded time reviewing the status reports and attending the status conferences.  AFS professionals held telephonic conferences with the Committee, the Debtor, and Intrepid to prepare for the status conferences.  AFS professionals provided updates to the Committee as to the status and progress of the case, and pending and potential issues in this Case.  Time was also spent by AFS professionals in addressing questions and concerns of the Committee.  Time was further incurred by reviewing the Debtor's monthly operating reports and ensuring the DIP payments were in compliance with the approved DIP budget.

The total fees incurred by AFS professionals in the Case Management and Operating Reports category during the Fee Period was $10,214.50 representing 17.3 hours of service in this category.

### B.   Creditor Inquiries

In this category, AFS professional recorded a small amount of time responding to questions from creditors regarding the status of the Case, the sale process, submission of proofs of claim, and claims against the Estate.

The total fees incurred by AFS professionals in the Creditor Inquiries category during the Fee Period was $2,314.50 representing 3.9 hours of service in this category.

### C.   Sale and Disposition of Assets – 00008

In this category, AFS professionals recorded the majority of their time in facilitating the sale of the Debtor's assets, which was the best course to maximize value for the Debtor's estate.

---

[2] Because some of the services rendered could reasonably be interpreted to fall under more than one billing category, different attorneys sometimes billed their services in the same in different categories.  In no event were any times entries for a single task by one attorney duplicated.

The estate faced several challenges in closing the sale, but AFS professionals were able to take point and guide the Debtor and the Committee through to the closing of the sale. As demonstrated herein, AFS professionals have been instrumental in marketing the Debtor's assets and maximizing the value of the estate's assets.

Additionally, throughout the sale process AFS professionals regularly updated the Committee so as to ensure that the Committee had a comprehensive understanding of the issues in the case and could make informed decisions on counsel's recommendations. Without this regular communication, the Committee and its counsel would be unable to effectively and efficiently represent the interests of the estate. Indeed, in communicating with the Committee and conducting meetings, AFS professionals worked to minimize the number of professionals involved without sacrificing the ability to provide effective representation.

      1.    <u>Bidding Procedures and Selection of Successful Bidder</u>

AFS professionals worked with the Debtor to establish the bidding procedures. It was critical that the sale needed to be consummated on an expedited basis, as the Debtor's financial condition did not allow for an unlimited post-petition sale process. As set forth in DIP Loan Order [ECF No. 173], the Court approved a total of $1.4 million for debtor-in-possession financing (the "DIP Loan"), with $950,000 carved out and set aside for fees and expenses of professionals employed at the expense of the estate. As the Debtor ceased operations and was no longer generating revenue, the DIP Loan became the sole financial resource available to address Debtor's liquidity needs and certain fundamental stabilizing expenses, such as utilities, insurance, payroll, and rent, as well as the professional fees incurred in this case.

Following discussions with the Committee and Debtor, AFS Professionals decided to present the bidding procedures to the Court through a stipulation between the Committee and the Debtor rather than as a motion. This expedited the Court's approval of the bidding procedures to 3 court days. AFS professionals engaged in signification negotiations with Debtor's DIP lender, Loi Lam Sit, who agreed to purchase the Debtor's assets for $12.5 million (not including the Casino License) and an additional $2.5 million if he was allowed to assume the Casino License with the CCC's consent, as well as serve as the stalking horse bidder. AFS professionals took lead in

drafting the stalking horse asset purchase agreement. AFS professionals also had meetings with the Commonwealth to consider the assignment and assumption of the DPL Lease and casino licenses.

In parallel, AFS professionals worked with Intrepid to craft comprehensive marketing materials, set up a virtual data room, and executed an extensive marketing process, which facilitated a transparent and equitable process for potential buyers to conduct due diligence on the Debtor's assets. Through these robust marketing efforts, Intrepid was able to contact nearly 100 potential interested buyers including casino operators and distressed investors in Southeast Asia, Oceania, the United States, and around the world. Of these parties, at least eight (8) remain active under non-disclosure agreements. Along with Intrepid, AFS professionals vetted the prospective bidders. Ultimately, it was Mr. Sit and Team King that qualified to participate at the auction, which resulted in a winning bid from Team King with a qualified overbidder of $12,950,000.

    2.   <u>Sale Motion</u>

AFS professionals filed the joint Sale Motion with the Debtor. The Commonwealth objected to the Sale Motion for lack of adequate assurance from Team King (the "Commonwealth Objection"). Gray also objected to the Sale Motion asserting that the lien amounts from the secured creditors' claims, including the Commonwealth, Gray, and Dotts, exceeded the total consideration of Team King's proposed purchase price, leaving Gray with a deficiency claim (the "Gray Objection"). AFS professionals reviewed the objections and drafted a reply that challenged the assertions in the Commonwealth Objection and Gray Objection. Following weeks of extensive negotiations, the Committee, the Debtor, the Commonwealth, Gray, Dotts, and Fanter reached a global resolution of their secured claims and have agreed to withdraw their objections to the Sale Motion. Through two stipulations, the parties agreed that (1) Gray, Dotts, and Fanter would amend their respective claims to assert general unsecured claims, which would be deemed allowed upon receipt of no less than $1,500,000.00 in aggregate from the sale proceeds; (2) the secured claim of CNMI Department of Finance, Division of Revenue and Taxation would accept $5,000,000 in full satisfaction of its claim; and (3) the CNMI Department of Finance, Division of Revenue and Taxation and the CCC would subordinate its claims. AFS professionals played a significant role

in the negotiations.  By settling many of the largest claims from secured creditors, this paved the way for the approval of the Sale Motion by the Court.

### 3. Closing of Sale and Court's OSCs

With the Sale Order entered, the final step was to close the sale transaction.  Through discussions with the Debtor, AFS professionals learned that the Commonwealth had declined to execute an assignment of the DPL Lease to Team King, which must be recorded at closing; meanwhile, Team King had not provided certain requested information to the Commonwealth and had yet to fully fund escrow.  The delay also caused harm to the Debtor, given its liquidity issues including its lack of cash on hand, lapsing of its liability insurance, outstanding rent payments for the DPL lease, and outstanding wages to its hotel security personnel.  At the Status Conference, the Court learned of the closing delays and issued the first order to show cause as to why the case should not be dismissed.  AFS professionals discussed this predicament with the Committee and Debtor's counsel and believed that the dismissal would be premature and unwarranted giving the gravity and severe consequences of the dismissal.  AFS professionals prepared a response arguing that dismissing the case would negate the considerable efforts made by the Committee, the Debtor, and all involved parties to achieve the asset sale and would deprive the general unsecured creditors of a potentially meaningful distribution on their claims.  AFS further stated in its response and at the Status Conference that any unreasonable hold-off in resolving disputes related to the assumption and assignment of the DPL Lease and unnecessary delays in closing the sale should be avoided and deemed sanctionable.  With the threat of sanctions, the Commonwealth agreed to assign the DPL Lease to Team King and the Court vacated its OSC.

AFS professionals prepared a second response to the Court's renewed order to show as to why the case should not be dismissed when Team King failed to fund the escrow with the sale proceeds due to Team King's transfer of funds from Hong Kong to Saipan undergoing a regulatory identity verification process.  AFS professionals represented that the Committee was optimistic that Team King's funds would clear the regulatory review in the near term after which the sale will promptly close thereafter.

The total fees incurred by AFS professionals in the Claim Administration and category

1    during the Fee Period was $304,260.50 representing 449.1 hours of service in this category.

2    **D.**    <u>**Claim Administration and Objections – 00010**</u>

In this category, AFS professionals recorded time spent finalizing the order establishing the claims bar date of December 2, 2024, finalizing the modified proof of claim form, and coordinating with the claims agent to provide notice to all creditors of the bar date and claim submission procedures.  Then, AFS professionals spent time reviewing and analyzing the claims that were filed against the Debtor's estate.  This entailed researching the validity and priority of certain claims, analyzing the largest 30 unsecured claims, secured claims, and priority claims to consider the sale proposals by secured creditors, and preparing a preliminary claims analysis for the Committee.

Lastly, AFS Professionals spent time assessing Saipan Stevedore's claim of compensation for administrative expenses incurred for the post-petition storage of Debtor's twenty-eight containers at Saipan Stevedore's storage facility.  AFS professionals prepared an analysis and recommendations for the Committee and Debtor to assist with resolving the dispute with Saipan Stevedore while also taking into consideration the closing of the sale of Debtor's assets and the obligations to secured creditors.  Following the closing of the sale, AFS had discussions with the Debtor, the Committee, Team King, and Saipan Stevedore to reach a settlement that allowed Saipan Stevedore's claim at a reduced amount.

The total fees incurred by AFS professionals in the Claim Administration and category during the Fee Period was $32,065.50 representing 51.2 hours of service in this category.

20    **E.**    <u>**Professional Retention – 00013**</u>

In this category, AFS professionals recorded time spent finalizing the retention terms and the proposed order granting the employment of Intrepid.  AFS professionals also spent time reviewing the employment application for Debtor's special litigation counsel, KCL & Partners, researching the Debtor's Hong Kong proceedings and the nature of the cases, as well as reviewing Debtor's litigation financing agreement.  Additionally, AFS professionals incurred time preparing a supplement disclosure in support of AFS's employment in accordance with the terms of AFS's employment application.

The total fees incurred by AFS professionals in the Professional Retention category during

the Fee Period was $7,715.00 representing 13.3 hours of service in this category.

**F.      Fee Applications – 00014**

In this category, AFS professionals recorded time spent preparing its first interim fee application and supporting declarations, and assisting local counsel, Chambers Law LLC, in preparing its first interim fee application.  AFS professionals coordinated with the other retained professionals in this case to have the applications heard together before the Court and provided an omnibus notice of compensation to creditors.  AFS professionals worked with the OUST regarding the latter's objections to certain AFS's fees.  AFS professionals were able to come to an agreement with the OUST regarding a reduced amount of fees allowed for AFS.  Then, AFS professionals prepared for and attended the interim fee application hearing, wherein the Court granted AFS's fees and expenses, and prepared the order authorizing AFS's compensation.

Additionally, AFS professionals drafted and submitted monthly fee statements from October through December 2024 for evaluation and approval by the Debtor and OUST. Throughout the Fee Period, AFS examined and adjusted time entries to ensure adherence to the Local Bankruptcy Rules and the U.S. Trustee's Guidelines.  Following the closing of the sale, AFS professional began preparing its second interim fee application.

The total fees incurred by AFS professionals in this category during the Fee Period was $54,351.50 representing 117.20 hours of service.

**G.      Disclosure Statement and Plan Matters and Solicitation – 00016**

In this category, AFS professionals recorded time spent strategizing and planning an outline of the joint liquidating plan with the Debtor.  AFS professionals worked closely with the Committee and Debtor's counsel on the terms of the plan and outstanding case issues.  AFS professionals reviewed and analyzed the secured creditor's proposed distribution plan with respect to payments to unsecured creditors and prepared an analysis and recommendations for the Committee's review.

The total fees incurred by AFS professionals in the Disclosure Statement and Plan Matters and Solicitation category during the Fee Period was $7,129.00 representing 10.1 hours of service.

**H.      Automatic Stay and Section 362 and 363 Matters – 00019**

In this category, AFS professionals recorded time spent reviewing and assessing creditor

Saipan Stevedore's relief from stay motion to allow an administrative expense claim of post-petition storage and insurance costs of the Debtor's twenty-eight containers. AFS professionals strategized with the Debtor to oppose the relief from stay motion, prepared a joinder to the Debtor's opposition, and attended the hearing.

Additionally, AFS professionals reviewed secured creditors Gray and Fanter's draft motion to authorize the distribution of the proceeds from the sale of the Debtor's gaming equipment and to lift the stay. AFS professionals prepared a summary and recommendations to the Committee regarding a stipulation for secured creditors' proposal to distribute the proceeds.

The total fees incurred by AFS professionals in the Automatic Stay and Section 362 and 363 Matters category during the Fee Period was $8,110.00 representing 12.1 hours of service.

## VII.

## SUMMARY OF COSTS AND EXPENSES

AFS has incurred out-of-pocket disbursements during the Fee Period broken down into categories of charges itemized in **Exhibit 4**. Each charge incurred by AFS was necessary and was incurred as a direct result of AFS's representation of the Committee.

The requested expenses incurred during the Fee Period total $1,185.30 and represent the actual and necessary costs and expenses incurred by AFS in connection with its representation of the Committee.

## VIII.

## STATUTORY BASIS FOR COMPENSATION

The statutory predicates for the relief sought herein are 11 U.S.C. Sections 330 and 331, as supplemented by Federal Rule of Bankruptcy Procedure 2016. AFS seeks compensation for actual, necessary professional services rendered and reimbursement of reasonable expenses incurred on behalf of the Committee during the Fee Period.

Section 330(a)(1) of the Bankruptcy Code allows for the following: (A) reasonable compensation for actual, necessary services rendered by [an] attorney and by any paraprofessional person employed by such [attorney]; and (B) reimbursement for actual, necessary expenses.

Section 330(a)(3)(A) of the Bankruptcy Code provides that,

> [i]n determining the amount of reasonable compensation to be awarded . . . the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under [Title 11]; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title [11].[3]

Congress intended that bankruptcy attorneys be compensated at the market rate for comparable services in non-bankruptcy cases. *See In re Ames Dep't Stores, Inc.,* 76 F.3d 66, 71 (2d Cir. 1996) (*citing In re UNR Indus., Inc.,* 986 F.2d 207, 208–09 (7th Cir. 1993). The policy of 11 U.S.C. Section 330 is to ensure that qualified attorneys will "not be deterred from taking bankruptcy cases due to a failure to pay adequate compensation." *Id.* at 210.

The Court's examination of the reasonableness of services rendered must be conducted in an "objective manner, based upon what services a reasonable lawyer or legal firm would have performed . . . ." *Ames Dep't Stores,* 76 F.3d at 72 (*citing In re Matter of Taxman Clothing Co.,* 49 F.3d 310, 315 (7th Cir. 1995).

AFS believes that its billing rates in this chapter 11 case, which reflect AFS's customary billing rates, are "reasonable billing rates" for purposes of this Court's determination of the "reasonableness" of the fees for services rendered. AFS's customary billing rates were disclosed in the retention papers and approved by this Court.

The rates charged by AFS professionals are reasonable and are consistent with customary rates charged by similar law firms. Indeed, it is submitted that the rates charged are less than many national firms providing similar services. If the case was not a case under the Bankruptcy Code, AFS would charge and expect to receive, on a current basis, an amount at least equal to the amounts requested herein for professional services.

---

[3] 11 U.S.C. § 330(a)(3).

## IX.

## CONCLUSION

In accordance with 11 U.S.C. Section 330, the Firm submits that the amounts requested herein are fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  The Firm further submits that pursuant to the criteria normally examined in bankruptcy cases, and based upon the factors considered in accordance with 11 U.S.C. Section 330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the results achieved provide more than sufficient justification for approval of the compensation sought by the Firm.

**WHEREFORE**, the Firm respectfully requests that the Court enter an order on an interim basis: (a) allowing compensation to the Firm of $427,345.80 representing $426,160.50 in services rendered and $1,185.30 in actual and necessary expenses incurred during the Fee Period; and (b) authorizing the Debtor to pay, at this time, $427,345.80, pursuant to the compensation in this Application plus the outstanding balance of $81,767.90, pursuant to the compensation in the First Interim Application, for a total payment of 509,113.70 to the Firm for services rendered to the Committee.

Dated: October 30, 2025                         Respectfully submitted,

**ARENTFOX SCHIFF LLP**


By:  */s/ Aram Ordubegian*
Aram Ordubegian
Christopher K.S. Wong
General Bankruptcy Attorneys for Official
Committee of General Unsecured
Creditors

## DECLARATION OF ARAM ORDUBEGIAN

I, Aram Ordubegian, declare that:

1.      I am a partner of the firm ArentFox Schiff LLP ("AFS"), a law firm that employs approximately 650 attorneys and maintains an office for the practice of law at 555 South Flower Street. Fifth Street, 43rd Floor, Los Angeles, CA 90071 as well as offices in San Francisco, CA, Chicago, IL, Ann Arbor, MI, Boston, MA, New York, NY, and Washington, DC.

2.      AFS is the general bankruptcy counsel to the Committee.  I submit this Declaration in support of the *Second Interim Fee Application of ArentFox Schiff LLP, General Bankruptcy Counsel to the Official Committee of General Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2024 through September 30, 2025* (the "Application").4

3.      I am fully familiar with the facts hereinafter stated, and I am authorized to and hereby make this declaration (the "Declaration") on behalf of AFS.  The information contained in this Declaration is of my personal knowledge or is derived from discussions with my partners or my review of the files in this case.

4.      I have reviewed the Application.   The factual allegations in support of the Application are set forth in Sections II and VI and are incorporated herein by this reference.  I have reviewed these facts and, upon such review, such factual recitations are true and correct to the best of my knowledge, information and belief.

5.      The amounts being requested are billed at rates no less favorable than those customarily employed by the applicant and generally accepted by the applicant's non-bankruptcy clients.

6.      I am familiar with the Guidelines of the Office of the United States Trustee.  To my best knowledge, information, and belief, the Application conforms to the U.S. Trustee's Guidelines, the Local Bankruptcy Rule 2016-1, and any order of the Court, except as specifically noted herein.

7.      Having represented official committees of unsecured creditors, debtors, and other

---

4 Any capitalized term not otherwise defined herein shall have the mean ascribed to it from the Application.

1    parties in interest in Chapter 11 cases for many years, I know the importance of establishing

2    measures to monitor and reduce professional fees.  I undertook responsibility for supervising all

3    work that was done in this case, and I was directly involved only in those matters where senior-

4    level involvement was warranted.

5            8.     As the billing attorney in this case, I carefully reviewed each AFS monthly bill and

6    carefully evaluated each and every billing entry.  I made downwards adjustments to our bills in the

7    exercise of my billing judgment.

8            9.     Attached hereto as **Exhibit 1** is a summary, by activity category, of the services that

9    AFS rendered during the Fee Period.

10         10.    Attached hereto as **Exhibit 2** is a complete, chronological, line-item listing – sorted

11   by activity category – of the services that AFS rendered during the Fee Period.  Exhibit 2 includes

12   the name of the professional who rendered the services, the date the services were rendered, the

13   hours spent rendering the service, the total billed for the service, and a detailed description of the

14   services.

15         11.    Attached hereto as **Exhibit 3** is a summary of fees by professional.  This summary

16   sets forth the total fees incurred by each timekeeper that worked on this case and sets forth each

17   professional's hourly rate and the total amount billed by the professional during the Fee Period.

18         12.    Attached hereto **Exhibit 4** is a summary of the total reimbursable expenses that AFS

19   incurred during the Fee Period.

20         13.    Attached hereto as **Exhibit 5** is a compilation of the professional biographies of each

21   attorney that worked on the case that includes the professional education of each attorney and

22   paraprofessional, the year of graduation, year admitted to practice and relevant and specialized

23   experience in bankruptcy matters, where applicable.

24         I declare under penalty of perjury under the laws of the United States that the foregoing is

25   true and correct.

26         Executed this Thursday, October 30, 2025, at Los Angeles, CA.

27                         */s/ Aram Ordubegian*

                           Aram Ordubegian

28

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES

# EXHIBIT 1



| Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number | 2469617 |
| International (CNMI), LLC bankruptcy estate | Invoice Date | 10/30/2025 |
| No address | Client Number | 046005 |
| Saipan, MP, CA | | |

For Professional Services Rendered Through September 30, 2025

| No | Reference | Hours | Total |
|----|-----------|-------|-------|
| 00000 | General | 0.00 | 1,185.30 |
| 00002 | Case Management and Operating Reports | 17.30 | 10,214.50 |
| 00007 | Creditor Inquiries | 3.90 | 2,314.50 |
| 00008 | Sale and Disposition of Assets | 449.10 | 304,260.50 |
| 00010 | Claims Administration and Objections | 51.20 | 32,065.50 |
| 00013 | Professional Retention | 13.30 | 7,715.00 |
| 00014 | Fee Applications | 117.20 | 54,351.50 |
| 00016 | Disclosure Statement and Plan Matters and Solicitation | 10.10 | 7,129.00 |
| 00019 | Automatic Stay and Section 362 and 363 Matters | 12.10 | 8,110.00 |
| | **Totals** | **674.20** | **427,345.80** |

Taxpayer Identification Number:                    Due Upon Receipt

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

# EXHIBIT 2

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
| 00002 | Case Management and Operating Reports | Page 4 |

October 30, 2025

For Professional Services Rendered:  September 30, 2025

Re: Case Management and Operating Reports

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 10/01/24 | Yvonne Li | Review of transcript request form and local procedures to submit request. | 0.40 | 118.00 |
| 10/01/24 | Yvonne Li | Prepare and file transcript request form. | 1.20 | 354.00 |
| 10/04/24 | Yvonne Li | Confer with C Wong (.1) and M Ferguson re transcript order (.2) | 0.30 | 88.50 |
| 10/07/24 | Yvonne Li | Review of estimated costs for transcript; confer with C Wong and M Ferguson. | 0.20 | 59.00 |
| 10/28/24 | Sophia R. Wang | Correspondence with Debtor re MORs for August and September. | 0.10 | 49.50 |
| 10/30/24 | Sophia R. Wang | Review case docket and calendar the status conferences set by Judge Faris. | 0.10 | 49.50 |
| 10/31/24 | Sophia R. Wang | Review Debtor's August MOR. | 0.30 | 148.50 |
| 10/31/24 | Yvonne Li | Confer with S Wang re upcoming status conference in light of reassignment of judge. | 0.10 | 29.50 |
| 10/31/24 | Yvonne Li | Check docket and judge's calendar; call with the clerk to confirm whether upcoming status conference is moving forward. | 0.30 | 88.50 |
| 10/31/24 | Yvonne Li | Follow up with S Wong re status conference. | 0.10 | 29.50 |
| 11/01/24 | Sophia R. Wang | Call with Courtroom Deputy for Judge Faris regarding appearances of K. Coleman; correspondence with the Committee re the same (.1). | 0.40 | 198.00 |
| 11/01/24 | Sophia R. Wang | Correspondence regarding appearances of Intrepid professionals for 11/6 status conference. | 0.20 | 99.00 |
| 11/02/24 | Sophia R. Wang | Email to the chambers re appearances for K. Coleman and Intrepid professionals for Nov. 6 status conference. | 0.30 | 148.50 |
| 11/03/24 | Sophia R. Wang | Draft motion and proposed order re local counsel's excusal from appearances from the status conference and video | 1.90 | 940.50 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
|---|---|---|
| 00002 | Case Management and Operating Reports | Page 5 |
| October 30, 2025 | | |

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| | | conference appearances as an alternative (1.7); correspondence with local counsel re the same (.2). | | |
| 11/04/24 | Christopher K.S. Wong | Phone call with S Wang re issues prior to status conference before Judge Faris. | 0.20 | 135.00 |
| 11/05/24 | Aram Ordubegian | Attend status conference. | 0.60 | 570.00 |
| 11/05/24 | Christopher K.S. Wong | Review monthly operating reports and pleadings in preparation for call with Committee and Intrepid in preparation for status conference before Judge Faris. | 0.70 | 472.50 |
| 11/05/24 | Christopher K.S. Wong | Call with Committee and Intrepid in preparation for status conference before Judge Faris. | 0.50 | 337.50 |
| 11/05/24 | Christopher K.S. Wong | Attend status conference before Judge Faris. | 0.60 | 405.00 |
| 11/05/24 | Christopher K.S. Wong | Review approved DIP budget and confer with S Wang re Debtor's monthly operating reports and compliance with budget, and evaluate need for further or replacement DIP loan. | 0.90 | 607.50 |
| 11/05/24 | Sophia R. Wang | Confer with A. Ordubegian re 11/6 status conference. | 0.10 | 49.50 |
| 11/05/24 | Sophia R. Wang | Review and analyze DIP budget and MORs re DIP lender's payments to the estate. | 0.80 | 396.00 |
| 11/19/24 | Christopher K.S. Wong | Prepare case status update to Committee members. | 0.80 | 540.00 |
| 12/06/24 | Christopher K.S. Wong | Confer with S Wang re monthly operating reports for September and October, and distributions and expenses per DIP budget. | 0.40 | 270.00 |
| 12/10/24 | Christopher K.S. Wong | Review notes, bid procedures, case docket and MORs in preparation for call with Debtor re upcoming status conference. | 0.80 | 540.00 |
| 12/10/24 | Christopher K.S. Wong | Meeting with Debtor re upcoming status conference. | 0.50 | 337.50 |
| 12/11/24 | Christopher K.S. Wong | Phone call with A Ordubegian in preparation for status conference. | 0.20 | 135.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
| 00002 | Case Management and Operating Reports | Page 6 |
| October 30, 2025 | | |

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 12/11/24 | Christopher K.S. Wong | Respond to Committee chair inquiries re status conference. | 0.40 | 270.00 |
| 12/12/24 | Aram Ordubegian | Attend chapter 11 status conference. | 0.70 | 665.00 |
| 12/12/24 | Christopher K.S. Wong | Review pre-status conference statement filed by the Debtor [.1]; review summary to committee [.1] | 0.20 | 135.00 |
| 12/12/24 | Christopher K.S. Wong | Confer with A Ordubegian re status conference issues to raise. | 0.20 | 135.00 |
| 12/12/24 | Christopher K.S. Wong | Attend status conference [.7]; post-status conference meeting with A Ordubegian [.3] | 0.90 | 607.50 |
| 01/28/25 | Yvonne Li | Review of judge's calendar re continued hearings and status conferences; call with C. Wong re upcoming status conference. | 0.20 | 64.00 |
| 01/28/25 | Yvonne Li | Call the court to request Zoom details for upcoming status conference. | 0.10 | 32.00 |
| 01/29/25 | Yvonne Li | Confer with C Wong re upcoming hearing; call the court to request Zoom information for hearing. | 0.20 | 64.00 |
| 04/02/25 | Christopher K.S. Wong | Review update from S Wang re monthly operating reports, budget remaining in DIP financing, and strategize in connection with sale motion and closing. | 0.60 | 468.00 |
| 04/21/25 | Yvonne Li | Review of judge's calendar re continued hearings. | 0.10 | 32.00 |
| 09/15/25 | Christopher K.S. Wong | Exchange emails with legal team re case status and discussions with Debtor/Committee members re upcoming deadlines. | 0.70 | 546.00 |
| | | **Fee Total** | **17.30** | **$10,214.50** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| Aram Ordubegian | 1.30 | 950.00 | 1,235.00 |
| Christopher K.S. Wong | 1.30 | 780.00 | 1,014.00 |
| Christopher K.S. Wong | 7.30 | 675.00 | 4,927.50 |
| Sophia R. Wang | 4.20 | 495.00 | 2,079.00 |
| Yvonne Li | 0.60 | 320.00 | 192.00 |

ArentFox Schiff LLP
Attorneys at Law

| | | | |
|---|---|---|---|
| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | | Invoice Number 2469617 |
| 00002 | Case Management and Operating Reports | | Page 7 |

October 30, 2025

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Yvonne Li | 2.60 | 295.00 | 767.00 |
| **Timekeeper Summary Total** | **17.30** | | **10,214.50** |

| | |
|---|---|
| Current Fees | $10,214.50 |
| **Subtotal For This Matter** | $10,214.50 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
| 00007 | Creditor Inquiries | Page 8 |

October 30, 2025

For Professional Services Rendered:  September 30, 2025

Re: Creditor Inquiries

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 12/09/24 | Sophia R. Wang | Response inquiries from Creditor Corrado Modica for submitting POC (.3); correspondence with claims agent re the same (.2). | 0.50 | 247.50 |
| 12/16/24 | Christopher K.S. Wong | Review Genc plaintiffs related pleading and proof of claim, non-bk litigation in preparation for call with counsel for Genc plaintiffs. | 0.80 | 540.00 |
| 12/16/24 | Christopher K.S. Wong | Call with counsel for Genc plaintiffs [.5]; follow up strategy call with S Wang [.2] | 0.70 | 472.50 |
| 12/16/24 | Sophia R. Wang | Meeting with R. Miller (counsel for creditor) re sale process. | 0.40 | 198.00 |
| 12/16/24 | Sophia R. Wang | Prepare for meeting with creditor counsel, R. Miller. | 0.40 | 198.00 |
| 12/18/24 | Sophia R. Wang | Meeting with A. Guon (counsel for creditor) re sale process. | 0.30 | 148.50 |
| 12/18/24 | Sophia R. Wang | Prepare the meeting with creditor counsel A. Guon. | 0.40 | 198.00 |
| 05/06/25 | Christopher K.S. Wong | Respond to R Miller inquiry re sale proceeds and status of post-sale issues. | 0.40 | 312.00 |
| | | **Fee Total** | **3.90** | **$2,314.50** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Christopher K.S. Wong | 0.40 | 780.00 | 312.00 |
| Christopher K.S. Wong | 1.50 | 675.00 | 1,012.50 |
| Sophia R. Wang | 2.00 | 495.00 | 990.00 |
| **Timekeeper Summary Total** | **3.90** | | **2,314.50** |

| | | |
|---|---|---|
| Current Fees | | $2,314.50 |
| **Subtotal For This Matter** | | $2,314.50 |

ArentFox Schiff LLP
Attorneys at Law

| | | | | |
|---|---|---|---|---|
| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | | | Invoice Number 2469617 |
| 00008 | Sale and Disposition of Assets | | | Page 9 |
| October 30, 2025 | | | | |

For Professional Services Rendered:  September 30, 2025

Re: Sale and Disposition of Assets

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 10/01/24 | Aram Ordubegian | Call with Committee re update on hearing on bid procedures, claims deadline, employment applications. | 0.30 | 285.00 |
| 10/01/24 | Christopher K.S. Wong | Revise update and recommendation to Committee members re results of hearing on 10/1 on bid procedures and retention applications. | 0.40 | 270.00 |
| 10/01/24 | Christopher K.S. Wong | Confer with Intrepid, Debtor, KCC/Verita regarding next steps in marketing and sale process. | 0.70 | 472.50 |
| 10/01/24 | Sophia R. Wang | Strategize and analyze the next steps with the denial of Debtor's proposed bid procedures. | 0.40 | 198.00 |
| 10/01/24 | Sophia R. Wang | Draft, revise and finalize the case update report to the Committee on the new development of the sale process and next steps. | 0.90 | 445.50 |
| 10/02/24 | Aram Ordubegian | Call with Investment Banker and Debtor's counsel re marketing of assets. | 0.70 | 665.00 |
| 10/02/24 | Christopher K.S. Wong | Meeting with Debtor and Intrepid re initial steps in marketing estate assets [.7]; follow up strategy call with A Ordubegian [.2]; exchange emails with key creditors re communications with Intrepid [.5] | 1.40 | 945.00 |
| 10/02/24 | Sophia R. Wang | Attend meeting with Debtor and Intrepid to discuss marketing and sale process. | 0.70 | 346.50 |
| 10/03/24 | Christopher K.S. Wong | Review notes re initial meeting with Commonwealth and Casino Commission, backgrounds in non-bankruptcy litigation, in preparation for meeting with same and Intrepid re sale and deal points. | 0.80 | 540.00 |
| 10/03/24 | Christopher K.S. Wong | Meeting with Intrepid and Commonwealth re marketing and sale process. | 0.60 | 405.00 |
| 10/03/24 | Sophia R. Wang | Attend meeting with Intrepid and CNMI discussing marketing and due diligence. | 0.60 | 297.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
|---|---|---|
| 00008 | Sale and Disposition of Assets | Page 10 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 10/04/24 | Christopher K.S. Wong | Prepare analysis and recommendation to Committee re counter proposal to secured creditors re sale of vehicles and distribution of proceeds. | 1.30 | 877.50 |
| 10/04/24 | Sophia R. Wang | Review Intrepid's due diligence list. | 0.20 | 99.00 |
| 10/05/24 | Sophia R. Wang | Review the order re Intrepid application. | 0.10 | 49.50 |
| 10/07/24 | Christopher K.S. Wong | Review due diligence list prepared by Intrepid and respond to C Comstad inquiries re same. | 0.90 | 607.50 |
| 10/07/24 | Sophia R. Wang | Review the transcripts regarding bid procedures motion and applications for Intrepid and Keen-Summit (.5); correspondence with the committee re the same (.1). | 0.60 | 297.00 |
| 10/09/24 | Christopher K.S. Wong | Respond to Gray and Fanter inquiry re payment of proceeds from first vehicle sale | 0.40 | 270.00 |
| 10/15/24 | Christopher K.S. Wong | Review materials and documents sent by Debtor in response to due diligence request. | 0.80 | 540.00 |
| 10/20/24 | Christopher K.S. Wong | Review memorandum of decisions re denial of bid procedures. | 0.30 | 202.50 |
| 10/21/24 | Christopher K.S. Wong | Review and revise form NDA from Intrepid. | 0.60 | 405.00 |
| 10/23/24 | Sophia R. Wang | Review and revise the NDA. | 0.80 | 396.00 |
| 10/25/24 | Christopher K.S. Wong | Review marketing materials and representations made therein by Intrepid; confer with Intrepid and Debtor re same. | 0.70 | 472.50 |
| 10/25/24 | Sophia R. Wang | Review and analyze the draft marketing materials. | 1.20 | 594.00 |
| 10/30/24 | Christopher K.S. Wong | Review notes, docket and due diligence and marketing materials in preparation for call with Debtor and Intrepid.[6] meeting re same [.5] | 1.10 | 742.50 |
| 10/30/24 | Sophia R. Wang | Review marketing materials and correspondence re the same. | 0.30 | 148.50 |
| 10/31/24 | Sophia R. Wang | Review comments to NDA and parameter chart. | 0.40 | 198.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
| 00008 | Sale and Disposition of Assets | Page 11 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 11/01/24 | Christopher K.S. Wong | Review Intrepid proposal re data room, agreement with vendor, and updated NDA from interested buyer. | 0.90 | 607.50 |
| 11/05/24 | Aram Ordubegian | Attend call with Committee and investment banker in preparation for status conference re sale process. | 0.50 | 475.00 |
| 11/05/24 | Aram Ordubegian | Attend call with Debtor's counsel re same. | 0.30 | 285.00 |
| 11/06/24 | Christopher K.S. Wong | Respond to Intrepid inquiries re bid procedures. | 0.30 | 202.50 |
| 11/06/24 | Sophia R. Wang | Review data room service agreement (.2) | 0.20 | 99.00 |
| 11/06/24 | Sophia R. Wang | Correspondence with the Committee for approval of the data room agreement. | 0.30 | 148.50 |
| 11/06/24 | Sophia R. Wang | Confer with K.S. Wong re data room service (.1); correspondence with Verita re the same (.2). | 0.30 | 148.50 |
| 11/07/24 | Christopher K.S. Wong | Meeting with Intrepid re revised bid procedures motion.[.3]; meeting with S Wang re drafting of bid procedures, hearing date for motion, and designation of stalking horse bid, review bid procedures terms and outline key terms [1.0] | 1.30 | 877.50 |
| 11/08/24 | Christopher K.S. Wong | Prepare outline for bid procedures. | 0.40 | 270.00 |
| 11/08/24 | Sophia R. Wang | Correspondence re setting up data room. | 0.30 | 148.50 |
| 11/12/24 | Christopher K.S. Wong | Review final marketing materials for interested buyers, and confer with Intrepid re overview of anticipated timeline for stalking horse bids, overbids, auction and closing. | 0.70 | 472.50 |
| 11/12/24 | Sophia R. Wang | Meeting with Intrepid and Verita regarding setup of data room (.2); Update the Committee re the same (.1). | 0.30 | 148.50 |
| 11/12/24 | Sophia R. Wang | Confer with the Debtor regarding data room setup. | 0.20 | 99.00 |
| 11/12/24 | Sophia R. Wang | Confer with K.S. Wong re preparing bidding procedure motion (.1); review correspondence re the same (.2). | 0.30 | 148.50 |
| 11/12/24 | Sophia R. Wang | Review related documents in preparation of bidding procedures motion. | 1.40 | 693.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
| | International (CNMI), LLC bankruptcy estate | |
| 00008 | Sale and Disposition of Assets | Page 12 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|------------|-----------|-------|-------|
| 11/13/24 | Christopher K.S. Wong | Confer with S Wang re bid procedures strategies and incorporation of consultation parties rights. | 0.30 | 202.50 |
| 11/13/24 | Sophia R. Wang | Draft bidding procedures and strategize the timeline for sale hearing. | 2.40 | 1,188.00 |
| 11/13/24 | Sophia R. Wang | Review the marketing materials provided by Intrepid. | 0.40 | 198.00 |
| 11/15/24 | Sophia R. Wang | Review and analyze the vehicle proceeds distribution stipulation. | 0.40 | 198.00 |
| 11/18/24 | Christopher K.S. Wong | Review and evaluate per schedules and disclosures DAC Management's offer to purchase debt against Chinese national patrons of IPI. | 0.70 | 472.50 |
| 11/18/24 | Sophia R. Wang | Draft analysis and recommendations re purchase offer from DAC Management (.7); confer with K.S. Wong re the same (.1). | 0.80 | 396.00 |
| 11/18/24 | Sophia R. Wang | Review and analyze the purchase offer from DAC Management. | 0.30 | 148.50 |
| 11/18/24 | Sophia R. Wang | Draft analysis and recommendations to the Committee re Gray and Fanter's distribution stipulation. | 0.50 | 247.50 |
| 11/19/24 | Sophia R. Wang | Draft and finalize bidding procedures. | 3.60 | 1,782.00 |
| 11/20/24 | Christopher K.S. Wong | Review and revise bidding procedures. | 1.30 | 877.50 |
| 11/20/24 | Sophia R. Wang | Finalize the first draft of the bidding procedures. | 0.60 | 297.00 |
| 11/22/24 | Sophia R. Wang | Correspondence re sale of debtor's litigation claims. | 0.20 | 99.00 |
| 11/23/24 | Aram Ordubegian | Attend call with Debtor's counsel re bid procedures motion and related sale matters. | 0.50 | 475.00 |
| 11/24/24 | Christopher K.S. Wong | Final draft of bid procedures. | 2.40 | 1,620.00 |
| 11/25/24 | Christopher K.S. Wong | Meeting with K Freeman re bid procedures and local rule requirements. | 0.50 | 337.50 |
| 11/25/24 | Christopher K.S. Wong | Final review and revisions to bid procedures. | 0.80 | 540.00 |
| 12/02/24 | Christopher K.S. Wong | Prepare cover email and explanation to Intrepid and committee members re sale and bidding procedures and process. | 0.70 | 472.50 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
| 00008 | Sale and Disposition of Assets | Page 13 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 12/02/24 | Christopher K.S. Wong | Phone call with exchange emails with Committee chair re provisions of bid procedures. | 0.20 | 135.00 |
| 12/03/24 | Sophia R. Wang | Review edits to the bidding procedures. | 0.40 | 198.00 |
| 12/04/24 | Christopher K.S. Wong | Review bid procedures, correspondences with committee members, and docket in preparation for meeting with Committee members and Intrepid. | 0.80 | 540.00 |
| 12/04/24 | Christopher K.S. Wong | Meeting with Committee members and Intrepid re bid procedures. | 0.30 | 202.50 |
| 12/04/24 | Sophia R. Wang | Meeting with Intrepid and Committee regarding bidding procedures. | 0.30 | 148.50 |
| 12/06/24 | Sophia R. Wang | Review the updated bidding procedure in preparation to draft the motion for bidding procedures. | 0.80 | 396.00 |
| 12/09/24 | Christopher K.S. Wong | Final revisions re bid procedures per Committee and Intrepid comments | 1.40 | 945.00 |
| 12/09/24 | Sophia R. Wang | Call with Debtor's counsel re available budget for marketing and sale process. | 0.20 | 99.00 |
| 12/09/24 | Sophia R. Wang | Draft the motion for approving the bidding procedures and assumption/assignment procedures. | 4.60 | 2,277.00 |
| 12/09/24 | Sophia R. Wang | Legal research regarding legal standards for bidding protection and contract assumption/assignment. | 1.80 | 891.00 |
| 12/10/24 | Sophia R. Wang | Continue drafting motion for bidding procedures. | 5.40 | 2,673.00 |
| 12/10/24 | Sophia R. Wang | Meeting with Intrepid and Debtor's counsel in preparation of the upcoming status conference. | 0.30 | 148.50 |
| 12/10/24 | Sophia R. Wang | Review, revise and finalize the first draft of the motion for bidding procedures. | 2.60 | 1,287.00 |
| 12/10/24 | Sophia R. Wang | Notice the Chambers re appearances of Intrepid for the status conference. | 0.10 | 49.50 |
| 12/11/24 | Sophia R. Wang | Update the Committee re the progress with the bidding procedures motion and marketing process and the issue with DIP payments. | 0.80 | 396.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
| | International (CNMI), LLC bankruptcy estate | |
| 00008 | Sale and Disposition of Assets | Page 14 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 12/11/24 | Sophia R. Wang | Draft the proposed order granting the bidding procedures motion. | 2.60 | 1,287.00 |
| 12/11/24 | Sophia R. Wang | Draft, review and revise the sale notice referenced in the bidding procedures. | 0.80 | 396.00 |
| 12/11/24 | Sophia R. Wang | Draft, review and revise the assumption/assignment notice referenced in the bidding procedures. | 0.80 | 396.00 |
| 12/12/24 | Aram Ordubegian | Call from Debtor's counsel regarding sale and marketing matters. | 0.30 | 285.00 |
| 12/12/24 | Christopher K.S. Wong | Meeting with S Wang re motion to approve bid procedures and order shortening time. | 0.30 | 202.50 |
| 12/12/24 | Sophia R. Wang | Review the status report filed by the Debtor (.2); confer with the Committee re the same (.1). | 0.30 | 148.50 |
| 12/12/24 | Sophia R. Wang | Prepare for the status conference. | 0.60 | 297.00 |
| 12/12/24 | Sophia R. Wang | Attend the status conference. | 0.70 | 346.50 |
| 12/12/24 | Sophia R. Wang | Review the Court's minutes on the status conference. | 0.20 | 99.00 |
| 12/12/24 | Sophia R. Wang | Update the Committee with status conference and Court's ruling on fee applications. | 0.80 | 396.00 |
| 12/12/24 | Sophia R. Wang | Revise the bidding procedures motion and proposed order. | 1.10 | 544.50 |
| 12/16/24 | Christopher K.S. Wong | Confer with debtor and Intrepid re ruling from Judge Faris re bid procedures, and structure of order setting forth stipulated bid procedures. | 0.70 | 472.50 |
| 12/16/24 | Christopher K.S. Wong | Review and revise notice of cure costs and notice of sale in connection with bid procedures. | 0.90 | 607.50 |
| 12/16/24 | Sophia R. Wang | Review Gray & Fanter Motion re distribution of auction proceeds (.5); confer with K.S. Wong re the same (.1). | 0.60 | 297.00 |
| 12/17/24 | Sophia R. Wang | Draft analysis and recommendations to the Committee re Gray/Fanter motion for distribution of sale proceeds from auction of certain vehicles. | 0.60 | 297.00 |

ArentFox Schiff LLP
Attorneys at Law

| | | | | |
|---|---|---|---|---|
| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | | | Invoice Number 2469617 |
| | International (CNMI), LLC bankruptcy estate | | | |
| 00008 | Sale and Disposition of Assets | | | Page 15 |
| October 30, 2025 | | | | |

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 12/18/24 | Christopher K.S. Wong | Review DAC offer letter [.2]; Meeting with counsel for DAC Management [.3], confer with S Wang and Intrepid re same [.3] | 0.80 | 540.00 |
| 12/18/24 | Christopher K.S. Wong | Meeting with Debtor's counsel re stipulated bid procedures order. | 0.40 | 270.00 |
| 12/18/24 | Christopher K.S. Wong | Phone call with S Wang to strategize re revised stipulated bid procedures order. | 0.30 | 202.50 |
| 12/19/24 | Aram Ordubegian | Attend call with Debtor's counsel re stipulation for bid procedures and motion filed by creditor re personal property assets. | 0.50 | 475.00 |
| 12/19/24 | Christopher K.S. Wong | Exchange emails and strategize with Intrepid re 28 storage containers and proposal from storage facility's counsel. | 0.60 | 405.00 |
| 12/19/24 | Sophia R. Wang | Draft stipulation for bidding procedures and assumption/assignment procedures. | 2.10 | 1,039.50 |
| 12/19/24 | Sophia R. Wang | Research and review POC filed by Stevedore re IPI containers. | 0.30 | 148.50 |
| 12/19/24 | Sophia R. Wang | Update the sales notice and assumption/assignment notice. | 0.40 | 198.00 |
| 12/19/24 | Sophia R. Wang | Draft order approving the bidding procedures. | 0.80 | 396.00 |
| 12/20/24 | Christopher K.S. Wong | Initial review of stipulated bidding procedures and confer with S Wang re same. | 0.40 | 270.00 |
| 12/20/24 | Sophia R. Wang | Confer with K.S. Wong re revision of the bidding procedures and proposed orders (.2); strategize the content of the stipulation and order re the same (.4). | 0.60 | 297.00 |
| 12/21/24 | Christopher K.S. Wong | Revise update to Committee re December 13th status conference and status of marketing and sale, and review transcript re same. | 0.40 | 270.00 |
| 12/21/24 | Sophia R. Wang | Revise the stipulation re bidding procedures and related notices. | 2.80 | 1,386.00 |
| 12/21/24 | Sophia R. Wang | Review the hearing transcript for 12-13 status conference. | 0.40 | 198.00 |
| 12/21/24 | Sophia R. Wang | Draft summary of Mr. Beers' presentation at the 12-13 status conference. | 0.50 | 247.50 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
|---|---|---|
| 00008 | Sale and Disposition of Assets | Page 16 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 12/22/24 | Sophia R. Wang | Update the Committee with the hearing transcript and Ms. Beers' presentation at the 12-13 status conference. | 0.10 | 49.50 |
| 12/23/24 | Aram Ordubegian | Conference with Debtor's counsel re bid and sale matters. | 0.60 | 570.00 |
| 12/23/24 | Christopher K.S. Wong | Meeting with Debtor's counsel re revised bidding procedures stipulation and order. | 0.60 | 405.00 |
| 12/23/24 | Sophia R. Wang | Finalize the draft of stipulation re bidding procedures and proposed order (.5); confer with Debtor's counsel re the same (.3). | 0.80 | 396.00 |
| 12/23/24 | Sophia R. Wang | Correspondence with the Committee re the status of marketing and sale process. | 0.20 | 99.00 |
| 12/24/24 | Sophia R. Wang | Correspondence discussing extension of POC deadline for certain creditors. | 0.20 | 99.00 |
| 12/24/24 | Sophia R. Wang | Confer with the Committee re the status of filing stipulation on bidding procedures. | 0.20 | 99.00 |
| 12/26/24 | Aram Ordubegian | Call with Debtor's counsel re bid procedures matters. | 0.50 | 475.00 |
| 12/26/24 | Christopher K.S. Wong | Meeting with Debtor's counsel re stipulated bid procedures per Court request. | 0.50 | 337.50 |
| 12/27/24 | Sophia R. Wang | Review stipulation re distribution of gaming equipment proceeds. | 0.40 | 198.00 |
| 12/27/24 | Sophia R. Wang | Review the underlying District Court case docket and documents to understand Fanter's proposed distribution of gaming equipment proceeds based on District Court orders. | 2.40 | 1,188.00 |
| 12/29/24 | Christopher K.S. Wong | Receipt and review of Debtor's comments to bid procedures stipulation and revise and revert re same [1.2]; exchange emails and negotiations with Debtor counsel re stalking horse dates and deadlines, and sale and overbid related deadlines [.6] | 1.80 | 1,215.00 |
| 12/29/24 | Sophia R. Wang | Review and analyze Debtor's counsel's comments on bidding procedures. | 0.60 | 297.00 |
| 12/30/24 | Aram Ordubegian | Strategy and planning with legal team re revisions requested by Debtor to bid procedures stipulation. | 0.50 | 475.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
|---|---|---|
| | International (CNMI), LLC bankruptcy estate | |
| 00008 | Sale and Disposition of Assets | Page 17 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 12/30/24 | Christopher K.S. Wong | Meeting with Debtor counsel re stalking horse dates and deadlines, and sale and overbid related deadlines [.5]; follow up call with S Wang [.2] | 0.70 | 472.50 |
| 12/30/24 | Sophia R. Wang | Update the stipulation and bidding procedures to incorporate Debtor counsel's edits and comments. | 2.80 | 1,386.00 |
| 12/30/24 | Sophia R. Wang | Analyze Fanter proposed distribution of gaming equipment proceeds including the general unsecured creditors to receive distribution. | 2.60 | 1,287.00 |
| 12/30/24 | Sophia R. Wang | Confer with K.S. Wong and A. Halegua re the stipulation re distribution of gaming equipment proceeds. | 0.40 | 198.00 |
| 12/30/24 | Sophia R. Wang | Meeting with Debtor counsel re finalizing and submitting bidding procedures. | 0.40 | 198.00 |
| 12/31/24 | Christopher K.S. Wong | Meeting S Wang re revisions to stipulation. | 0.40 | 270.00 |
| 12/31/24 | Sophia R. Wang | Confer with K.S. Wong to finalize the stipulation re bidding procedures. | 0.50 | 247.50 |
| 12/31/24 | Sophia R. Wang | Correspondence with Debtor counsel re revised stipulation and bidding procedures. | 0.20 | 99.00 |
| 12/31/24 | Sophia R. Wang | Update the Committee with the revised bidding procedures. | 0.40 | 198.00 |
| 01/02/25 | Christopher K.S. Wong | Review committee and Intrepid comments to bid procedures in preparation for call with Intrepid and Debtor [.5]; call with Intrepid [.2]; call with Debtor [.4]; call with S Wang [.2] | 1.30 | 1,014.00 |
| 01/02/25 | Christopher K.S. Wong | Review title reports re DPL and IPI lease in connection with sale of all estate assets and structuring bid procedures. | 0.80 | 624.00 |
| 01/02/25 | Sophia R. Wang | Meeting with Debtor counsel re APA agreement and 363 sale analysis. | 0.50 | 285.00 |
| 01/02/25 | Sophia R. Wang | Review and incorporate the Committee's edits to the bidding procedures. | 0.20 | 114.00 |
| 01/03/25 | Christopher K.S. Wong | Final review and revisions to bid procedures stipulation, order, and notices. | 0.70 | 546.00 |
| 01/03/25 | Sophia R. Wang | Revise the bidding procedure to incorporate Intrepid's edits. | 0.40 | 228.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
| | International (CNMI), LLC bankruptcy estate | |
| 00008 | Sale and Disposition of Assets | Page 18 |

October 30, 2025

---

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 01/03/25 | Sophia R. Wang | Review and finalize the stipulation re bidding procedures, proposed order, sale notice and assumption notice. | 1.80 | 1,026.00 |
| 01/03/25 | Sophia R. Wang | Prepare the bidding procedures stipulation and related documents for filing (.4); confer with Y. Li re the same (.3). | 0.70 | 399.00 |
| 01/03/25 | Yvonne Li | Prepare stipulation for bidding procedures and related order for filing. | 1.20 | 384.00 |
| 01/05/25 | Sophia R. Wang | Draft analysis and response re Fanter's proposed distribution of gaming equipment proceeds (.5); confer with K.S. Wong re the same (.1). | 0.60 | 342.00 |
| 01/06/25 | Aram Ordubegian | Review e-mails from investment banker re status of potential buyers and conference with Committee chair re same and next steps. | 0.50 | 512.50 |
| 01/06/25 | Christopher K.S. Wong | Phone call with S Wang re bid procedures and order [.2]; outline stalking horse APA terms for drafting APA [.9] | 1.10 | 858.00 |
| 01/06/25 | Sophia R. Wang | Confer with K.S. Wong re drafting stalking horse APA. | 0.20 | 114.00 |
| 01/07/25 | Aram Ordubegian | Attend call with Committee re sale process and all related matters [.3]; call with C Choi [.3]; post-call planning with legal team re requested next steps [.1]. | 0.70 | 717.50 |
| 01/07/25 | Christopher K.S. Wong | Meeting with Committee re status update on sale and bid procedures, stalking horse agreement [.3]; confer with S Wang and C Choi re stalking horse agreement terms [.3]. | 0.60 | 468.00 |
| 01/07/25 | Sophia R. Wang | Meeting with the Committee re sale status and progress. | 0.30 | 171.00 |
| 01/07/25 | Sophia R. Wang | Review the revised stipulation re distribution of gaming equipment proceeds. | 0.30 | 171.00 |
| 01/07/25 | Sophia R. Wang | Update the bidding procedures dates and deadlines. | 0.30 | 171.00 |
| 01/08/25 | Aram Ordubegian | E-mails with Debtor's counsel re sale process and all related matters. | 0.20 | 205.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
| | International (CNMI), LLC bankruptcy estate | |
| 00008 | Sale and Disposition of Assets | Page 19 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 01/08/25 | Christopher K.S. Wong | Respond to Debtor inquiry re assumption notice. | 0.30 | 234.00 |
| 01/08/25 | Sophia R. Wang | Review pleadings and documents and structure the key provisions of the stalking horse APA. | 0.80 | 456.00 |
| 01/08/25 | Sophia R. Wang | Draft the Stalking Horse APA. | 2.80 | 1,596.00 |
| 01/08/25 | Sophia R. Wang | Continue drafting the stalking horse APA. | 2.10 | 1,197.00 |
| 01/09/25 | Aram Ordubegian | E-mails with legal team and investment banker re various sale process and bidding matters. | 0.20 | 205.00 |
| 01/09/25 | Christopher K.S. Wong | Phone call with Debtor's counsel re cure notice and list of contracts and leases to be assumed [.2]; confer with S Wang and review notices re same [.2] | 0.40 | 312.00 |
| 01/09/25 | Christopher K.S. Wong | Meeting with R Glass re bid procedures and DPL lease, casino license. | 0.20 | 156.00 |
| 01/09/25 | Sophia R. Wang | Continue drafting the stalking horse APA. | 4.60 | 2,622.00 |
| 01/09/25 | Sophia R. Wang | Review and revise the Stalking Horse APA. | 1.90 | 1,083.00 |
| 01/10/25 | Aram Ordubegian | Review and revise template asset purchase agreement for potential bidders. | 0.70 | 717.50 |
| 01/10/25 | Christopher K.S. Wong | Review and revise asset purchase agreement. | 2.40 | 1,872.00 |
| 01/10/25 | Christopher K.S. Wong | Final review and revisions to asset purchase agreement. | 1.20 | 936.00 |
| 01/10/25 | Christopher K.S. Wong | Phone call with Debtor's counsel re assumption notice [.1]; prepare the finalize assumption notice and sale notices re same [.3] | 0.40 | 312.00 |
| 01/10/25 | Sophia R. Wang | Revise the Sale Notice and Cure Notice for service (.6); confer with K.S. Wong re the same (.2). | 0.80 | 456.00 |
| 01/10/25 | Sophia R. Wang | Correspondence with Debtor's counsel re service of Sale Notice and Cure Notice (.2); correspondence with Y. Li and Verita re the same (.3). | 0.50 | 285.00 |
| 01/10/25 | Sophia R. Wang | Review and finalize the first draft of the stalking horse APA. | 1.10 | 627.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
|---|---|---|
| 00008 | Sale and Disposition of Assets | Page 20 |

October 30, 2025

---

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 01/10/25 | Sophia R. Wang | Review and analyze the revisions to the APA. | 0.80 | 456.00 |
| 01/10/25 | Sophia R. Wang | Review and finalize the Sale Notice and Assumption Notice. | 0.50 | 285.00 |
| 01/10/25 | Yvonne Li | Exchange emails with Verita re service of Sale Notice and a Notice of Assumption and Assignment to all creditors. | 0.20 | 64.00 |
| 01/10/25 | Yvonne Li | Prepare creditor's copy of Sale Notice and a Notice of Assumption and Assignment and send to Verita for distribution to creditors. | 0.40 | 128.00 |
| 01/11/25 | Aram Ordubegian | Deal with various parties seeking information re potential bidding. | 0.20 | 205.00 |
| 01/13/25 | Aram Ordubegian | Call from Debtor's counsel re sale matters and potential bidders. | 0.50 | 512.50 |
| 01/13/25 | Christopher K.S. Wong | Respond to A Ordubegian inquiries and finalize asset purchase agreement and review stalking horse term sheet [.9]; exchange emails with Debtor's counsel re same [.3]; meeting with S Wang re ancillary documents and APA [.4] | 1.60 | 1,248.00 |
| 01/13/25 | Sophia R. Wang | Confer with K.S. Wong re revisions to the APA. | 0.40 | 228.00 |
| 01/13/25 | Sophia R. Wang | Review and analyze Mr. Sit's revised term sheet for asset purchase. | 0.80 | 456.00 |
| 01/14/25 | Aram Ordubegian | E-mail exchanges with Committee and investment banker re bidders and template asset purchase agreement. | 0.20 | 205.00 |
| 01/14/25 | Aram Ordubegian | Review edits to APA from Mr. Sit; conferences with legal team re next steps.+ | 0.40 | 410.00 |
| 01/14/25 | Christopher K.S. Wong | Review revised term sheet with stalking horse comments [.3]; phone call with A Ordubegian [.2]; phone call with C Choi re negotiation with stalking horse bidder [.2] | 0.70 | 546.00 |
| 01/14/25 | Christopher K.S. Wong | Update stalking horse asset purchase agreement for overbidder bid and purchase terms; exchange emails with Intrepid re same. | 0.80 | 624.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
| 00008 | Sale and Disposition of Assets | Page 21 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 01/14/25 | Sophia R. Wang | Review correspondence re map of IPP and DPL leases. | 0.10 | 57.00 |
| 01/16/25 | Aram Ordubegian | Conferences with Debtor's counsel and later Committee members re potential stalking horse bidders. | 0.80 | 820.00 |
| 01/16/25 | Christopher K.S. Wong | Review final executed term sheet and confer with internal team and Intrepid re stalking horse designation and next steps. | 0.90 | 702.00 |
| 01/16/25 | Sophia R. Wang | Correspondence re executing term sheet and designating stalking horse bidder. | 0.40 | 228.00 |
| 01/17/25 | Aram Ordubegian | Conferences with Debtor's counsel and legal team re bids and designations of stalking horse bidder. | 0.60 | 615.00 |
| 01/17/25 | Christopher K.S. Wong | Phone calls with C Choi and Intrepid re designation of stalking horse bidder | 0.30 | 234.00 |
| 01/20/25 | Sophia R. Wang | Review and analyze the revised stipulation re distribution of gaming equipment auction proceeds to certain secured creditors. | 0.40 | 228.00 |
| 01/20/25 | Sophia R. Wang | Review and analyze the secured claims involved in the revised distribution stipulation re gaming equipment auction proceeds. | 0.90 | 513.00 |
| 01/21/25 | Aram Ordubegian | Calls with Debtor's counsel and investment banker re stalking horse bidder decision and related matters. | 0.90 | 922.50 |
| 01/21/25 | Christopher K.S. Wong | Review bid procedures and APA, and prepare for call with Intrepid and Debtor re stalking horse designation [.8]; call re same [.9] | 1.70 | 1,326.00 |
| 01/21/25 | Sophia R. Wang | Review the requirements for qualified bids and analyze the missing requirements for Mr. Sit. | 0.80 | 456.00 |
| 01/23/25 | Aram Ordubegian | Planning with C. Wong re designation of stalking horse bidder and economic wherewithal information from bidders and next steps. | 0.30 | 307.50 |
| 01/23/25 | Christopher K.S. Wong | Review NDA revisions and comments from overbidder | 0.40 | 312.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
| 00008 | Sale and Disposition of Assets | Page 22 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 01/24/25 | Christopher K.S. Wong | Exchange emails with prospective bidder re bid terms and NDA process. | 0.60 | 468.00 |
| 01/27/25 | Christopher K.S. Wong | Review and exchange emails with Debtor's counsel re stalking horse comments to APA. | 0.70 | 546.00 |
| 01/27/25 | Christopher K.S. Wong | Respond to potential buyer inquires and revise NDA re same. | 0.70 | 546.00 |
| 01/27/25 | Sophia R. Wang | Confer with K.S. Wong re issues with Gray proposed distribution stipulation for gaming equipment proceeds. | 0.20 | 114.00 |
| 01/27/25 | Sophia R. Wang | Strategize and analyze solutions re issues with Gray proposed distribution stipulation for gaming equipment proceeds. | 0.60 | 342.00 |
| 01/27/25 | Sophia R. Wang | Add comments and proposed provisions to Gray proposed distribution stipulation for gaming equipment proceeds. | 0.80 | 456.00 |
| 01/27/25 | Sophia R. Wang | Respond to Debtor on its KCL retention and litigation funding for the HK action with comments. | 0.60 | 342.00 |
| 01/28/25 | Aram Ordubegian | Strategy and planning with C. Wong and S. Wang re status of designation of stalking horse bidder and sale matters and prepare for call with Committee and investment banker. | 0.40 | 410.00 |
| 01/28/25 | Christopher K.S. Wong | Phone call with Gray bankruptcy counsel re status of sale and NDA [.1]; meeting with Debtor's counsel and exchange of emails re stalking horse issues [.4]; prepare summary and update to Committee re same in preparation for hearing [.6] | 1.10 | 858.00 |
| 01/28/25 | Christopher K.S. Wong | Prepare outline in preparation for oral argument of status conference on sale process. | 2.20 | 1,716.00 |
| 01/28/25 | Christopher K.S. Wong | Review revised stalking horse APA and comments from Mr. Sit [.6]; confer with Debtor's counsel re same [.2] | 0.80 | 624.00 |
| 01/29/25 | Christopher K.S. Wong | Review proof of funds documents and finalized APA. | 0.40 | 312.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
| | International (CNMI), LLC bankruptcy estate | |
| 00008 | Sale and Disposition of Assets | Page 23 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 01/29/25 | Christopher K.S. Wong | Review notice of stalking horse designation and confer with Intrepid and Debtor re same. | 0.40 | 312.00 |
| 01/30/25 | Aram Ordubegian | Conference with Committee and Investment Banker re APA and sale process. | 0.50 | 512.50 |
| 01/30/25 | Christopher K.S. Wong | Review notes, latest pleadings and court calendar in preparation for call with Committee ahead of status conference on sale progress [.8]; call with Committee re same [.4] | 1.20 | 936.00 |
| 01/30/25 | Christopher K.S. Wong | Review outline and prepare for oral argument at status conference on sale progress. | 1.10 | 858.00 |
| 01/30/25 | Christopher K.S. Wong | Phone call with C Choi ahead of status conference on sale progress [.3]; attend status conference on sale [.5]; follow up call with S Wang [.3] | 1.10 | 858.00 |
| 01/30/25 | Sophia R. Wang | Call with K.S. Wong discussing the matters to be covered at the 1/31 hearings. | 0.30 | 171.00 |
| 01/30/25 | Sophia R. Wang | Attend the 1/31 status conference. | 0.50 | 285.00 |
| 01/30/25 | Sophia R. Wang | Call with K.S. Wong re next steps. | 0.30 | 171.00 |
| 01/31/25 | Christopher K.S. Wong | Meeting with A Ordubegian re case status and strategies post-approval of stalking horse designation. | 0.30 | 234.00 |
| 01/31/25 | Christopher K.S. Wong | Confer with Intrepid and Debtor's counsel re additional proof of funds from Ultra. | 0.30 | 234.00 |
| 01/31/25 | Christopher K.S. Wong | Review and revise summary and recommendation to committee re sale status hearing. | 0.30 | 234.00 |
| 01/31/25 | Sophia R. Wang | Review court minute entry re 1/31 status conference. | 0.20 | 114.00 |
| 01/31/25 | Sophia R. Wang | Draft summary of the 1/31 status conference and analysis of next steps to update the committee. | 1.20 | 684.00 |
| 01/31/25 | Sophia R. Wang | Revise and finalize the update email to the Committee. | 0.30 | 171.00 |
| 01/31/25 | Sophia R. Wang | Correspondence re confirming Mr. Sit's funding. | 0.20 | 114.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
| 00008 | Sale and Disposition of Assets | Page 24 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 02/03/25 | Aram Ordubegian | Strategy and planning with C. Wong re motion for sale and requests from Debtor. | 0.20 | 205.00 |
| 02/03/25 | Christopher K.S. Wong | Confer with C Choi, A Ordubegian and S Wang re sale motion and deadlines [.2]; prepare outline for sale motion re same [.6] | 0.80 | 624.00 |
| 02/04/25 | Sophia R. Wang | Confer with K.S. Wong re drafting sale motion. | 0.30 | 171.00 |
| 02/05/25 | Christopher K.S. Wong | Respond to inquiries from Committee re sale motion, update from Intrepid re overbidders, and confer with Debtor's counsel re sale motion outline. | 0.80 | 624.00 |
| 02/06/25 | Sophia R. Wang | Strategize and structure the sale motion. | 0.80 | 456.00 |
| 02/06/25 | Sophia R. Wang | Draft the sale motion. | 4.80 | 2,736.00 |
| 02/06/25 | Sophia R. Wang | Review Proofs of claims re secured claims. | 0.70 | 399.00 |
| 02/07/25 | Sophia R. Wang | Legal research regarding CNMI law regarding foreclosure eliminating junior liens. | 1.80 | 1,026.00 |
| 02/07/25 | Sophia R. Wang | Continue drafting the sale motion. | 5.40 | 3,078.00 |
| 02/07/25 | Sophia R. Wang | Review, revise and finalize the first draft of the sale motion. | 2.80 | 1,596.00 |
| 02/07/25 | Yvonne Li | Assist with preparation of sale motion. | 0.70 | 224.00 |
| 02/10/25 | Aram Ordubegian | Review and revise sale motion. | 2.10 | 2,152.50 |
| 02/10/25 | Christopher K.S. Wong | Review and revise sale motion, and declarations of H Chi and L Sit in support. | 2.60 | 2,028.00 |
| 02/10/25 | Christopher K.S. Wong | Review notes, pleadings in preparation for call with stalking horse financial institution representation [.5]; call re same [.2] | 0.70 | 546.00 |
| 02/10/25 | Sophia R. Wang | Revise and finalize the sale motion draft. | 1.20 | 684.00 |
| 02/10/25 | Sophia R. Wang | Revise and incorporate K.S. Wong's comments to the sale motion. | 2.20 | 1,254.00 |
| 02/10/25 | Sophia R. Wang | Correspondence with the Committee and the Debtor's counsel re comments for the sale motion. | 0.30 | 171.00 |
| 02/10/25 | Sophia R. Wang | Review and analyze the RFS motion filed by Saipan Stevedore. | 1.60 | 912.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
| | International (CNMI), LLC bankruptcy estate | |
| 00008 | Sale and Disposition of Assets | Page 25 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 02/11/25 | Aram Ordubegian | Deal with various revised designation of stalking horse bidder matters and conferences with Committee re same. | 0.80 | 820.00 |
| 02/11/25 | Christopher K.S. Wong | Prepare revised notice of designation of stalking horse, post-discussions with stalking horse lender [.2]; confer with Debtor counsel re same [.2] | 0.40 | 312.00 |
| 02/11/25 | Christopher K.S. Wong | Phone call with A Ordubegian re sale strategies and sale motion status. | 0.30 | 234.00 |
| 02/11/25 | Christopher K.S. Wong | Final review and revisions to draft amended APA re stalking horse bidder. | 1.30 | 1,014.00 |
| 02/11/25 | Sophia R. Wang | Correspondence with the Committee and Intrepid re revisions to the sale motion. | 0.30 | 171.00 |
| 02/11/25 | Sophia R. Wang | Update the APA with the new escrow agent information and the assumed contracts. | 0.60 | 342.00 |
| 02/11/25 | Sophia R. Wang | Draft amended designation notice re amended APA. | 1.40 | 798.00 |
| 02/11/25 | Sophia R. Wang | Review correspondence re Mr. Sit's verification of funds. | 0.30 | 171.00 |
| 02/11/25 | Sophia R. Wang | Revise the sale motion to incorporate the Committee's comments. | 0.80 | 456.00 |
| 02/11/25 | Sophia R. Wang | Draft declaration of C. Comstock in support of the sale motion. | 0.70 | 399.00 |
| 02/12/25 | Aram Ordubegian | Call with Committee Chair re edits to proposed sale motion and related declaration. | 0.30 | 307.50 |
| 02/12/25 | Aram Ordubegian | Strategy and planning with legal team re same. | 0.30 | 307.50 |
| 02/12/25 | Aram Ordubegian | Conference with investment banker re over-bidders and related auction matters. | 0.40 | 410.00 |
| 02/12/25 | Aram Ordubegian | E-mail exchanges with Debtor's counsel re potential over-bidders and next steps in obtaining counsel. | 0.20 | 205.00 |
| 02/12/25 | Christopher K.S. Wong | Review and revise revised notice of designation and APA [.4]; confer with S Wang re same [.5]; confer with Intrepid re marketing efforts and declaration in support of sale motion [.3] | 1.20 | 936.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
| | International (CNMI), LLC bankruptcy estate | |
| 00008 | Sale and Disposition of Assets | Page 26 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 02/12/25 | Christopher K.S. Wong | Phone calls with S Wang and A Ordubegian re sale motion. | 0.30 | 234.00 |
| 02/12/25 | Sophia R. Wang | Review, revise and finalize the draft sale motion and supporting documents. | 1.80 | 1,026.00 |
| 02/12/25 | Sophia R. Wang | Revise and finalize the amended APA and revised designation notice. | 0.40 | 228.00 |
| 02/12/25 | Sophia R. Wang | Draft analysis and recommendations to the Committee re Saipan Stevedore's RFS motion. | 0.80 | 456.00 |
| 02/12/25 | Sophia R. Wang | Calls with Debtor's counsel re revision of sale motion. | 0.40 | 228.00 |
| 02/12/25 | Sophia R. Wang | Correspondence with the Committee and Intrepid re finalizing the draft sale motion. | 0.40 | 228.00 |
| 02/12/25 | Sophia R. Wang | Correspondence with the Committee re Mr. Sit's proof of fund. | 0.40 | 228.00 |
| 02/13/25 | Christopher K.S. Wong | Meeting with Committee chair and S Wang re sale motion [.2]; final review of sale motion and declarations re same [.5]. | 0.70 | 546.00 |
| 02/13/25 | Christopher K.S. Wong | Confer with Debtor's counsel, meeting with S Wang, finalize sale motion re same, and review title report. | 1.10 | 858.00 |
| 02/13/25 | Sophia R. Wang | Correspondence with debtor's counsel re revisions to the sale motion. | 0.40 | 228.00 |
| 02/14/25 | Aram Ordubegian | Finalize all sale related pleadings and conferences with parties and investment banker re same. | 3.70 | 3,792.50 |
| 02/14/25 | Christopher K.S. Wong | Review and revise notice of hearing re sale motion. | 0.40 | 312.00 |
| 02/14/25 | Christopher K.S. Wong | Phone calls with S Wang re compliance with bid procedures order and sale notices. | 0.20 | 156.00 |
| 02/14/25 | Sophia R. Wang | Draft notice of sale motion. | 1.10 | 627.00 |
| 02/14/25 | Sophia R. Wang | Research local rules re notice of sale motion. | 0.20 | 114.00 |
| 02/14/25 | Sophia R. Wang | Correspondence re service of the sale motion notice. | 0.30 | 171.00 |
| 02/14/25 | Sophia R. Wang | Correspondence with K.S. Wong and Debtor's counsel re revision and finalization of sale motion notice. | 0.30 | 171.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
|---|---|---|
| | International (CNMI), LLC bankruptcy estate | |
| 00008 | Sale and Disposition of Assets | Page 27 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 02/17/25 | Christopher K.S. Wong | Review procedures for auction, notice of designation language and revised APA deadline. | 0.70 | 546.00 |
| 02/18/25 | Christopher K.S. Wong | Exchange emails with Debtor's counsel re overbidder, administrative expenses, and secured debt load. | 0.60 | 468.00 |
| 02/18/25 | Sophia R. Wang | Summarize and analyze the professional fees already incurred in this case. | 1.60 | 912.00 |
| 02/20/25 | Aram Ordubegian | Calls with Debtor's counsel re bid qualifications and related matters for expected auction. | 0.50 | 512.50 |
| 02/20/25 | Aram Ordubegian | Call with Committee Chair re same. | 0.30 | 307.50 |
| 02/20/25 | Aram Ordubegian | Finalize vetting of bidders and qualifications of same with investment banker and legal team. | 2.30 | 2,357.50 |
| 02/20/25 | Christopher K.S. Wong | Call with C Comstad re bidding status. | 0.20 | 156.00 |
| 02/20/25 | Christopher K.S. Wong | Call with C Comstad [.2]; meeting with C Choi re overbids [.3]; review overbid packet from overbidder [.7] | 1.20 | 936.00 |
| 02/20/25 | Christopher K.S. Wong | Review e-mail objection from R Glass and counter proposal re language to sale order. | 0.80 | 624.00 |
| 02/20/25 | Christopher K.S. Wong | Revie sale motion, secured creditor proposal for distribution of proceeds and claims register in preparation for call with Gray counsel [.8]; call re same [.5] | 1.30 | 1,014.00 |
| 02/20/25 | Sophia R. Wang | Review and analyze the submitted overbids. | 1.40 | 798.00 |
| 02/21/25 | Aram Ordubegian | E-mails with Committee and later meeting with Committee re vetting of bidders and qualifications of same and next steps at auction. | 2.30 | 2,357.50 |
| 02/21/25 | Aram Ordubegian | Conference with Debtor's counsel and legal team re same. | 0.50 | 512.50 |
| 02/21/25 | Christopher K.S. Wong | Review bids, APAs redlines to each, and evaluate credit bid requirements in preparation for call with Intrepid and Debtor re same.[1.2]; call re same [.6]; call with A Ordubegian and C Choi [.4] | 2.20 | 1,716.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
| | International (CNMI), LLC bankruptcy estate | |
| 00008 | Sale and Disposition of Assets | Page 28 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 02/21/25 | Sophia R. Wang | Meeting with IPI counsel and Intrepid re submitted bids. | 0.60 | 342.00 |
| 02/22/25 | Aram Ordubegian | Review and revise updated designation notice and conferences with investment banker re same. | 0.20 | 205.00 |
| 02/22/25 | Christopher K.S. Wong | Review and revise auction correspondences to bidders; exchange emails re overbid issues. | 0.60 | 468.00 |
| 02/24/25 | Aram Ordubegian | E-mail exchanges with investment banker and Committee members re auction procedures and qualified bidders. | 0.20 | 205.00 |
| 02/24/25 | Aram Ordubegian | Review Helagua offer and conferences with legal team and Committee Chair re same and next steps. | 0.40 | 410.00 |
| 02/24/25 | Christopher K.S. Wong | Review revised proposal from secured creditors re sale proceeds [.2]; confer with insurance team re same [.2] | 0.40 | 312.00 |
| 02/24/25 | Sophia R. Wang | Review sale procedurals, bids and related documents in preparation of the auction sale. | 0.60 | 342.00 |
| 02/25/25 | Aram Ordubegian | Calls with Debtor's counsel and later investment banker re upcoming auction. | 0.40 | 410.00 |
| 02/25/25 | Aram Ordubegian | Various conferences with parties at auction prior to auction; attend auction; post-auction discussions with Debtor's counsel, investment banker, and Committee re outcome and required next steps for closing and to avoid further disruption of process. | 6.20 | 6,355.00 |
| 02/25/25 | Christopher K.S. Wong | Phone calls with Debtor's counsel [.2]; call with Gray bankruptcy counsel [.1]; review auction procedures, bid packages, exchange emails with Intrepid, and prepare for auction [.6]; attend auction [.4] | 1.30 | 1,014.00 |
| 02/25/25 | Sophia R. Wang | Attend the auction sale. | 0.60 | 342.00 |
| 02/25/25 | Sophia R. Wang | Correspondence re preparing notice of auction results. | 0.20 | 114.00 |
| 02/25/25 | Sophia R. Wang | Correspondence re the auction results and next steps. | 0.40 | 228.00 |
| 02/25/25 | Sophia R. Wang | Draft the notice of auction results. | 0.40 | 228.00 |

ArentFox Schiff LLP
Attorneys at Law

| | | |
|---|---|---|
| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
| 00008 | Sale and Disposition of Assets | Page 29 |
| October 30, 2025 | | |

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 02/26/25 | Aram Ordubegian | Call with secured creditors re post-auction matters and potential plan options. | 0.50 | 512.50 |
| 02/26/25 | Christopher K.S. Wong | Attend meeting with secured creditors | 0.50 | 390.00 |
| 02/26/25 | Christopher K.S. Wong | Revise notice of auction results. | 0.20 | 156.00 |
| 02/26/25 | Sophia R. Wang | Confer with Debtor's counsel re finalizing the notice of auction results. | 0.20 | 114.00 |
| 02/26/25 | Yvonne Li | Confer with S Wang re auction. | 0.20 | 64.00 |
| 02/27/25 | Sophia R. Wang | Finalize and confer with Y. Li for service of the auction results. | 0.40 | 228.00 |
| 02/27/25 | Yvonne Li | Finalize, file notice of successful bidder; coordinate with Verita to serve notice to creditor matrix. | 1.30 | 416.00 |
| 02/28/25 | Aram Ordubegian | Review and revise auction outcome notice. | 0.10 | 102.50 |
| 02/28/25 | Christopher K.S. Wong | Respond to Committee inquiries re auction results and breakup fee payments, review Ninth Circuit authority re same [1.3]; confer with C Comstad re gambling debts bidder [.3] | 1.60 | 1,248.00 |
| 02/28/25 | Christopher K.S. Wong | Confer with and comment on stipulation with secured creditors re opposition deadline. | 0.20 | 156.00 |
| 03/03/25 | Christopher K.S. Wong | Review revised letter re proposal for settlement, sale objection from Gray, and lien and claim issues. | 0.70 | 546.00 |
| 03/03/25 | Sophia R. Wang | Review and analyze A. Halegua's letter re distribution. | 1.60 | 912.00 |
| 03/03/25 | Sophia R. Wang | Review and analyze A. Halegua's proposal for distribution of proceeds. | 0.60 | 342.00 |
| 03/04/25 | Aram Ordubegian | Review objection to sale letter and conferences with legal team re scope and extent of secured creditors' liens and methods to restrict same for closing. | 0.70 | 717.50 |
| 03/04/25 | Sophia R. Wang | Confer with K.S. Wong re Creditors' settlement proposal. | 0.60 | 342.00 |
| 03/04/25 | Sophia R. Wang | Review documents and analyze creditors' settlement proposal. | 0.70 | 399.00 |
| 03/05/25 | Christopher K.S. Wong | Phone call with JP Fritz [.1]; review breakdown of secured claim from A Ito | 2.10 | 1,638.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
| | International (CNMI), LLC bankruptcy estate | |
| 00008 | Sale and Disposition of Assets | Page 30 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| | | [.3]; confer with legal team re revised proposal from secured creditors [.4]; review Commonwealth claim [.5]; review and revise summary and update to Committee re recommendation re same [.8] | | |
| 03/06/25 | Sophia R. Wang | Correspondence for meeting re auction results and sale motion. | 0.30 | 171.00 |
| 03/07/25 | Aram Ordubegian | Conference with Committee re secured creditors' proposal re sale and plan options (0.3); strategy and planning with C. Wong re same and preparation for call with Debtor's counsel and secured creditors (0.2); conference with Debtor's counsel re same (0.2); conference with secured creditors' re same (0.9). | 1.60 | 1,640.00 |
| 03/07/25 | Christopher K.S. Wong | Meeting with C Comstad re DAC Management bid and prospective sale objection issues. | 0.20 | 156.00 |
| 03/07/25 | Christopher K.S. Wong | Meeting with S Wang and A Ordubegian re claims pool for secured and priority creditors in preparation for call with Committee [.6]; review claims pool and analysis re same [.8]; call with Committee [.3]; follow up call with S Wang and A Ordubegian [.2]; post-committee call with Debtor's counsel and in preparation for call re proposal with secured creditors [.2]; call with secured creditors re proposal [.9]. | 3.00 | 2,340.00 |
| 03/07/25 | Sophia R. Wang | Meeting with the Committee re sale and auction results. | 0.30 | 171.00 |
| 03/07/25 | Sophia R. Wang | Follow-up call with A. Ordubegian and K.S. Wong re sale resolution. | 0.20 | 114.00 |
| 03/07/25 | Sophia R. Wang | Meeting with counsel for Gray and CNMI re sale resolution. | 0.90 | 513.00 |
| 03/07/25 | Sophia R. Wang | Correspondence with IPI counsel re filing relies re sale motion. | 0.30 | 171.00 |
| 03/07/25 | Sophia R. Wang | Legal research issues raised by Gray and CNMI in preparation for drafting reply to their sale objections. | 1.40 | 798.00 |
| 03/10/25 | Aram Ordubegian | Strategy and planning with legal team re depositions from secured creditors, reply | 0.20 | 205.00 |

ArentFox Schiff LLP
Attorneys at Law

| | | | | |
|---|---|---|---|---|
| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | | Invoice Number 2469617 | |
| 00008 | Sale and Disposition of Assets | | Page 31 | |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| | | papers to opposition to sale, and protecting rights of unsecured creditors. | | |
| 03/10/25 | Christopher K.S. Wong | Review notices of depositions and request for documents to debtor, winning bidder, and principal [.4]; phone call with Debtor's counsel [.5]; review and revise summary and recommendation to Committee [.7] | 1.60 | 1,248.00 |
| 03/10/25 | Christopher K.S. Wong | Exchange emails with Debtor's counsel re good faith findings and sale order. | 0.60 | 468.00 |
| 03/10/25 | Christopher K.S. Wong | Meeting with A Ordubegian re deposition notices | 0.20 | 156.00 |
| 03/10/25 | Christopher K.S. Wong | Meeting with S Wang re reply outline re sale motion. | 0.30 | 234.00 |
| 03/10/25 | Sophia R. Wang | Review and analyze the subpoena for Team King and IPI. | 0.70 | 399.00 |
| 03/10/25 | Sophia R. Wang | Draft update and analysis to the Committee regarding the discussion with Gray and CNMI and their subpoena. | 0.60 | 342.00 |
| 03/10/25 | Sophia R. Wang | Correspondence re next steps in response to Gray and CNMI's subpoena. | 0.30 | 171.00 |
| 03/10/25 | Sophia R. Wang | Review documents and strategize arguments for reply to Gray and CNMI's opposition to the sale. | 1.20 | 684.00 |
| 03/11/25 | Aram Ordubegian | Review and annotate opposition papers to sale motion. | 0.70 | 717.50 |
| 03/11/25 | Christopher K.S. Wong | Review sale oppositions and declarations re same [.7]; confer with Committee and legal team re same [.4] | 1.10 | 858.00 |
| 03/11/25 | Sophia R. Wang | Correspondence re Gray and CNMI's opposition to sale motion. | 0.40 | 228.00 |
| 03/12/25 | Aram Ordubegian | Deal with requested continuance of sale motion and confer with Committee Chair. | 0.10 | 102.50 |
| 03/12/25 | Christopher K.S. Wong | Review motion to quash subpoenas from Team King and motion to shorten time. | 0.40 | 312.00 |
| 03/12/25 | Sophia R. Wang | Review and analyze Gray and CNMI's oppositions to the sale motion. | 2.80 | 1,596.00 |
| 03/12/25 | Sophia R. Wang | Legal research re case law in response to Gray and CNMI's arguments. | 1.90 | 1,083.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
| 00008 | Sale and Disposition of Assets | Page 32 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 03/13/25 | Aram Ordubegian | Strategy and planning with C. Wong in preparation for Committee and later secured creditor calls re potential objections to sale motion. | 0.50 | 512.50 |
| 03/13/25 | Aram Ordubegian | Attend Committee call re same and reply to oppositions. | 0.50 | 512.50 |
| 03/13/25 | Christopher K.S. Wong | Meeting with S Wang to strategize reply re: sale motion. | 0.80 | 624.00 |
| 03/13/25 | Christopher K.S. Wong | Meeting with A Ordubegian in preparation for sale discussions re Committee [.5]; meeting with Committee re reply to sale issues [.5]; exchange emails with Debtor's counsel re extension of time re reply, sale hearing and closing deadline [.3] | 1.30 | 1,014.00 |
| 03/13/25 | Christopher K.S. Wong | Meeting with S Wang re 363(f) issues and penalty portions of liens, 363(f)(5) concerns raised by Committee. | 0.90 | 702.00 |
| 03/13/25 | Christopher K.S. Wong | Review stipulation from A Halegua and confer with Debtor re same. | 0.20 | 156.00 |
| 03/13/25 | Sophia R. Wang | Confer with K.S. Wong re preparing reply to sale oppositions. | 0.80 | 456.00 |
| 03/13/25 | Sophia R. Wang | Correspondence re Gray and CNMI's sale oppositions. | 0.40 | 228.00 |
| 03/13/25 | Sophia R. Wang | Draft reply to Gray and CNMI's oppositions to sale motion. | 3.60 | 2,052.00 |
| 03/13/25 | Sophia R. Wang | Further legal research re issues raised by Gray and CNMI re sale motion. | 1.40 | 798.00 |
| 03/14/25 | Christopher K.S. Wong | Exchange emails with secured creditors and debtor re sale hearing and discovery deadlines [.6]; phone call with courtroom deputy re same [.1] | 0.70 | 546.00 |
| 03/14/25 | Christopher K.S. Wong | Review secured creditor revised settlement proposal [.5]; phone call with Debtor's counsel re same [.2] | 0.70 | 546.00 |
| 03/14/25 | Christopher K.S. Wong | Phone call with A Halegua re secured creditor proposal. | 0.20 | 156.00 |
| 03/14/25 | Sophia R. Wang | Correspondence with Team King and Gray and CNMI to finalizing stipulation re extension of deadlines re sale hearing. | 0.40 | 228.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
| | International (CNMI), LLC bankruptcy estate | |
| 00008 | Sale and Disposition of Assets | Page 33 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 03/14/25 | Sophia R. Wang | Correspondence re Team King's deposition. | 0.30 | 171.00 |
| 03/16/25 | Christopher K.S. Wong | Respond to Committee member inquiry re sale hearing preparations. | 0.40 | 312.00 |
| 03/17/25 | Aram Ordubegian | Calls from Debtor's counsel proposed settlement terms offered by objectors to sale motion and next steps. | 0.60 | 615.00 |
| 03/17/25 | Christopher K.S. Wong | Confer with S Wang re reply arguments and strategies. | 0.30 | 234.00 |
| 03/17/25 | Sophia R. Wang | Draft reply to Gray and CNMI's sale oppositions. | 1.10 | 627.00 |
| 03/18/25 | Aram Ordubegian | Calls from Debtor's counsel and later discussions with legal team re proposed settlement terms offered by objectors to sale motion and next steps. | 0.50 | 512.50 |
| 03/18/25 | Christopher K.S. Wong | Meeting with A Ordubeigan [.3]; meeting with S Wang [.3]; review term sheet from secured creditor re resolution of sale objection [.2]; review Jevic issue and counter points to proposal, and prepare summary and recommendation to client [2.8]; | 3.60 | 2,808.00 |
| 03/18/25 | Christopher K.S. Wong | phone call with C Choi [.2]; review documentation provided by Debtor re GT Building Systems and James Whang claims in context of sale motion [.7]; phone call with Gray bankruptcy counsel [.4]; phone call with A Ordubeigan re same [.1] finalize summary and recommendation of revised proposal for Committee consideration [.7] | 2.10 | 1,638.00 |
| 03/18/25 | Sophia R. Wang | Draft reply to Gray and CNMI's sale oppositions. | 5.20 | 2,964.00 |
| 03/18/25 | Sophia R. Wang | Legal research re case law ISO arguments in response to Gray and CNMI's sale oppositions. | 2.40 | 1,368.00 |
| 03/19/25 | Aram Ordubegian | Various conferences with legal team re Committee re proposed settlement terms offered by objectors to sale motion. | 0.60 | 615.00 |
| 03/19/25 | Christopher K.S. Wong | Review notice of deposition of Intrepid and correspondence related thereto [.2]; | 0.60 | 468.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
| 00008 | Sale and Disposition of Assets | Page 34 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| | | strategize with legal team and Intrepid re motion to quash [.4] | | |
| 03/19/25 | Christopher K.S. Wong | Review and revise omnibus reply re sale motion. | 2.40 | 1,872.00 |
| 03/19/25 | Christopher K.S. Wong | Finalize analysis and recommendation of proposal from secured creditors [.4]; exchange emails with Committee re same [.2] | 0.60 | 468.00 |
| 03/19/25 | Sophia R. Wang | Draft reply to CNMI and Gray's sale oppositions. | 4.80 | 2,736.00 |
| 03/19/25 | Sophia R. Wang | Revise and finalize the first draft of reply to Gray and CNMI's sale oppositions. | 2.80 | 1,596.00 |
| 03/19/25 | Yvonne Li | Review of local rules and confer with S Wang re filing of reply and motion to exceed page limit. | 0.20 | 64.00 |
| 03/19/25 | Yvonne Li | Finalize and file motion to exceed page limit; lodge proposed order, and call to notify chambers of filing. | 1.60 | 512.00 |
| 03/20/25 | Aram Ordubegian | Review and revise reply papers re oppositions to sale motion. | 2.20 | 2,255.00 |
| 03/20/25 | Aram Ordubegian | Call from creditor Gray's counsel re potential settlement of sale objections. | 0.30 | 307.50 |
| 03/20/25 | Christopher K.S. Wong | Review local rules and motion to quash procedures re various depositions served by secured creditors in relation to sale motion [.7]; phone call with C Comstock re same [.2] | 0.90 | 702.00 |
| 03/20/25 | Christopher K.S. Wong | Phone call with A Ordubegian re claims analysis and projected recovery under secured creditor proposal [.2]; respond to Committee inquires re proposal re same [.9] | 1.10 | 858.00 |
| 03/20/25 | Christopher K.S. Wong | Further revisions and finalize reply to sale motion per Committee comments [1.3]; phone call with A Ordubegian re same [.1] | 1.40 | 1,092.00 |
| 03/20/25 | Christopher K.S. Wong | Review response filed by Mr. Sit. | 0.20 | 156.00 |
| 03/20/25 | Sophia R. Wang | Revise and incorporate revisions and comments from the committee. | 2.60 | 1,482.00 |
| 03/20/25 | Sophia R. Wang | Further review and revise the reply to incorporate K.S. Wong's edits. | 1.80 | 1,026.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
|---|---|---|
| 00008 | Sale and Disposition of Assets | Page 35 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 03/20/25 | Sophia R. Wang | Correspondence with Debtor re reply to CNMI and Gray's sale oppositions. | 0.30 | 171.00 |
| 03/20/25 | Sophia R. Wang | Correspondence with the Committee re finalizing the reply to Gray and CNMI's sale oppositions. | 0.30 | 171.00 |
| 03/20/25 | Sophia R. Wang | Finalize, prepare and review the reply to Gray and CNMI's sale oppositions for submission. | 0.80 | 456.00 |
| 03/20/25 | Sophia R. Wang | Confer with Y. Li for finalizing and filing the reply to CNMI and Gray's sale oppositions. | 0.30 | 171.00 |
| 03/20/25 | Yvonne Li | Review of order granting motion to exceed page limit on reply. | 0.10 | 32.00 |
| 03/20/25 | Yvonne Li | Prepare omnibus reply to J Grey and CNMI's opposition to sale motion for filing. | 1.70 | 544.00 |
| 03/21/25 | Christopher K.S. Wong | Review debtor's reply re sale motion. | 0.40 | 312.00 |
| 03/23/25 | Christopher K.S. Wong | Finalize response to Committee inquiries and recommendation re revised proposal, projected recovery under different scenarios and carveout v. freeflow distribution of proceeds | 2.10 | 1,638.00 |
| 03/23/25 | Christopher K.S. Wong | Review stipulation from Debtor re resolution of sale objections. | 0.30 | 234.00 |
| 03/24/25 | Aram Ordubegian | Strategy and planning with C. Wong (0.3) and later C. Choi (0.2) re proposed settlement with secured creditors. | 0.50 | 512.50 |
| 03/24/25 | Christopher K.S. Wong | Respond to Committee inquiries re waterfall analysis and projected recovery, and Team King alleged breach of APA and entitlement to good faith deposit. | 1.30 | 1,014.00 |
| 03/24/25 | Christopher K.S. Wong | Meeting with C Choi re revised proposal and waterfall analysis [.3]; meeting with A Ordubegian re same [.1] | 0.40 | 312.00 |
| 03/25/25 | Aram Ordubegian | Committee conference call re proposed settlement with secured creditors; pre- and post-call discussion with Committee Chair re agenda for same. | 0.80 | 820.00 |
| 03/25/25 | Christopher K.S. Wong | Review notes, correspondences with Committee, proposal from Debtor in preparation for call with Committee on | 1.20 | 936.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
| | International (CNMI), LLC bankruptcy estate | |
| 00008 | Sale and Disposition of Assets | Page 36 |

October 30, 2025

---

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| | | revised secured creditor proposal [.9]; meeting with Committee [.3] | | |
| 03/25/25 | Christopher K.S. Wong | Meeting with JP Fritz re secured creditor proposal [.5]; exchange emails with Debtor and secured creditors re same [.1]; meeting with Debtor's counsel, secured creditor's counsel re waterfall analysis and revised proposal terms [.8] | 1.40 | 1,092.00 |
| 03/25/25 | Sophia R. Wang | Correspondence re Gray and CNMI's sale opposition and subpoena. | 0.40 | 228.00 |
| 03/26/25 | Aram Ordubegian | Consider latest global settlement proposal from secured creditors. | 0.20 | 205.00 |
| 03/26/25 | Christopher K.S. Wong | Review and revise stipulation for approval of revised proposal by secured creditors [1.3]; confer with Debtor's counsel and Gray counsel re remaining liens and priority claims, and review documents re same [.3]. | 1.60 | 1,248.00 |
| 03/26/25 | Christopher K.S. Wong | Meeting with A Ordubegian re revised proposal and counter re CNMI claims.[.3]; evaluate and respond to secured creditors re same [.5] | 0.80 | 624.00 |
| 03/26/25 | Sophia R. Wang | Call with IPI counsel re bidding results. | 0.20 | 114.00 |
| 03/26/25 | Sophia R. Wang | Correspondence re auction results. | 0.30 | 171.00 |
| 03/28/25 | Aram Ordubegian | Strategy and planning with C. Wong re latest request to extend sale date and impact on global settlement discussions. | 0.20 | 205.00 |
| 03/28/25 | Christopher K.S. Wong | Finalize stipulation re sale objection and treatment of secured claims [1.2]; confer with A Ordubegian re same [.2] | 1.40 | 1,092.00 |
| 03/28/25 | Christopher K.S. Wong | Meeting with A Ordubegian re stipulation re sale objections. | 0.20 | 156.00 |
| 03/31/25 | Christopher K.S. Wong | Review and revise stipulation to continue hearing and briefing deadlines. | 0.20 | 156.00 |
| 03/31/25 | Sophia R. Wang | Draft and finalize stipulation re extension of sale hearing date and related deadlines. | 0.60 | 342.00 |
| 03/31/25 | Sophia R. Wang | draft order approving the stipulation re extension of sale hearing date. | 0.30 | 171.00 |
| 03/31/25 | Sophia R. Wang | Correspondence re stipulation for extension of sale hearing date. | 0.40 | 228.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
| | International (CNMI), LLC bankruptcy estate | |
| 00008 | Sale and Disposition of Assets | Page 37 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 03/31/25 | Sophia R. Wang | Call with Team King counsel re its review and approval of the stipulation. | 0.20 | 114.00 |
| 03/31/25 | Sophia R. Wang | Prepare and finalize the stipulation and order for submission. | 0.40 | 228.00 |
| 03/31/25 | Yvonne Li | Finalize stipulation to adjourn sale hearing for filing and lodge corresponding order. | 1.20 | 384.00 |
| 04/01/25 | Aram Ordubegian | E-mails with Committee re status of settlement discussions. | 0.10 | 102.50 |
| 04/01/25 | Christopher K.S. Wong | Prepare status update and respond to inquiries from Committee re stipulation resolving sale objections [.4]; revise stipulation re same for counter offers to CNMI and other secured creditors [.5] | 0.90 | 702.00 |
| 04/01/25 | Sophia R. Wang | Correspondence re RFS motion and settlement re asset sale. | 0.30 | 171.00 |
| 04/02/25 | Christopher K.S. Wong | Respond to A Halegua inquiries re stipulation and treatment of CNMI claim. | 0.40 | 312.00 |
| 04/03/25 | Aram Ordubegian | E-mails with investment banker re potential new bidder post-auction and next steps. | 0.10 | 102.50 |
| 04/03/25 | Christopher K.S. Wong | Review redline revisions and comments from secured creditors on stipulation re sale objections [.2]; confer with legal team and Intrepid re new potential bidder [.2] | 0.40 | 312.00 |
| 04/04/25 | Sophia R. Wang | Review correspondence re settlement re sale motion. | 0.40 | 228.00 |
| 04/07/25 | Aram Ordubegian | Strategy and planning with C. Wong re potential new buyers referred from CNMI and next steps. | 0.20 | 205.00 |
| 04/07/25 | Sophia R. Wang | Review updated settlement terms and correspondence re development in asset sale development. | 0.60 | 342.00 |
| 04/08/25 | Aram Ordubegian | Review amended stipulation from secured creditors in case of higher bids. | 0.20 | 205.00 |
| 04/08/25 | Aram Ordubegian | Strategy and planning with C. Wong re reducing CNMI claim to make sale work. | 0.20 | 205.00 |
| 04/08/25 | Christopher K.S. Wong | Review stipulation edits from CNMI re proposal to reduce claim; prepare update to Committee re same. | 1.20 | 936.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
| 00008 | Sale and Disposition of Assets | Page 38 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 04/08/25 | Sophia R. Wang | Review correspondence re new bid. | 0.40 | 228.00 |
| 04/09/25 | Aram Ordubegian | Strategy and planning with C. Wong re claims analysis matters to resolute sale oppositions. | 0.30 | 307.50 |
| 04/09/25 | Christopher K.S. Wong | Review claims analysis, stipulation, and comments from secured creditors in preparation for negotiation call with CNMI. | 1.70 | 1,326.00 |
| 04/09/25 | Christopher K.S. Wong | Negotiation call with CNMI counsel. | 0.40 | 312.00 |
| 04/09/25 | Christopher K.S. Wong | Meeting with C Choi re stipulation and carveout objection. | 0.40 | 312.00 |
| 04/10/25 | Aram Ordubegian | Conference with C. Wong and revise memo to Committee re all pending matters with settlement and potential new buyers. | 0.40 | 410.00 |
| 04/10/25 | Christopher K.S. Wong | Prepare substantive update on carveout, reduction of CNMI unsecured claim, and breakup fee removal as part of stipulation to resolve sale objections. | 2.10 | 1,638.00 |
| 04/10/25 | Sophia R. Wang | Review and revise the stipulation re settlement for sale motion. | 0.80 | 456.00 |
| 04/10/25 | Sophia R. Wang | Correspondence re settlement terms re sale motion. | 0.30 | 171.00 |
| 04/11/25 | Christopher K.S. Wong | Exchange emails and revise stipulation regarding breakup fee and other admin reductions, and CNMI subordination. | 0.60 | 468.00 |
| 04/11/25 | Sophia R. Wang | Review updates on additional bids. | 0.20 | 114.00 |
| 04/14/25 | Christopher K.S. Wong | Respond to secured creditors re extension of time [.1]; respond to Committee inquiries re buyer payments under Team King bid [.3] | 0.40 | 312.00 |
| 04/14/25 | Sophia R. Wang | Review the stipulation to extend supplemental objection deadline. | 0.20 | 114.00 |
| 04/15/25 | Aram Ordubegian | Call from Debtor's counsel re sale matters with agreed upon decrease in CNMI unsecured debt. | 0.30 | 307.50 |
| 04/16/25 | Aram Ordubegian | Call with JP Fritz re remaining sale objection resolution steps. | 0.30 | 307.50 |
| 04/17/25 | Christopher K.S. Wong | Review stipulation extending deadline re briefing on sale motion and respond to secured creditors re same. | 0.20 | 156.00 |

ArentFox Schiff LLP
Attorneys at Law

| | | | | |
|---|---|---|---|---|
| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | | | Invoice Number 2469617 |
| 00008 | Sale and Disposition of Assets | | | Page 39 |
| October 30, 2025 | | | | |

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 04/17/25 | Christopher K.S. Wong | Review notes and claims analysis in preparation for meeting with Committee. | 0.70 | 546.00 |
| 04/18/25 | Aram Ordubegian | Prepare for Committee discussion re global settlement re sale oppositions. | 0.20 | 205.00 |
| 04/18/25 | Christopher K.S. Wong | Attend Committee call re sale stipulation [.3]; strategy call with S Wang and committee minutes [.2]; call with A Halegua re breakup fee [.2]; call with Debtor's counsel re breakup fee [.2]; revise and finalize stipulation re same [1.0] | 1.90 | 1,482.00 |
| 04/18/25 | Sophia R. Wang | Meeting with Committee and Intrepid re resolution of sale objections. | 0.30 | 171.00 |
| 04/18/25 | Sophia R. Wang | Confer with K.S. Wong re finalizing the stipulation re asset sale. | 0.20 | 114.00 |
| 04/21/25 | Aram Ordubegian | Strategy and planning with C. Wong re final edits from secured creditors re global settlement. | 0.20 | 205.00 |
| 04/21/25 | Christopher K.S. Wong | Review Gray comments to stipulation and respond re same. [.2]; call with A Halegua re same [.1] | 0.30 | 234.00 |
| 04/21/25 | Sophia R. Wang | Review the updated stipulation re sale motion. | 0.30 | 171.00 |
| 04/21/25 | Sophia R. Wang | Correspondence with the Committee re the updated stipulation re sale motion. | 0.40 | 228.00 |
| 04/22/25 | Aram Ordubegian | Deal with and resolve latest issues re CNMI opposition re sale motion. | 0.40 | 410.00 |
| 04/22/25 | Christopher K.S. Wong | Review proposed revisions and exchange emails with secured creditors re stipulation to resolve sale objection. | 0.80 | 624.00 |
| 04/22/25 | Christopher K.S. Wong | Review and revise stipulation re distribution of gaming proceeds. | 0.40 | 312.00 |
| 04/22/25 | Christopher K.S. Wong | Meeting with CNMI counsel and Gray counsel re catchup payments under casino license. | 0.40 | 312.00 |
| 04/22/25 | Christopher K.S. Wong | Revise stipulation re DRT payment post call with R Glass. | 0.70 | 546.00 |
| 04/22/25 | Sophia R. Wang | Review and analyze Gray and CNMI's changes to the equipment proceeds distribution stipulation. | 0.40 | 228.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
| | International (CNMI), LLC bankruptcy estate | |
| 00008 | Sale and Disposition of Assets | Page 40 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 04/22/25 | Sophia R. Wang | Review Gray and CNMI's edits to stipulation re sale motion. | 0.30 | 171.00 |
| 04/22/25 | Sophia R. Wang | Analyze the changed terms of the equipment proceeds distribution stipulation (.4); confer with K.S. Wong re the same (.2). | 0.60 | 342.00 |
| 04/23/25 | Christopher K.S. Wong | Exchange emails with secured creditors, debtor, re Team King bid and filing of APA, filing of stipulation re sale objections. | 0.60 | 468.00 |
| 04/23/25 | Christopher K.S. Wong | Meeting with A Ordubegian re sale hearing. | 0.30 | 234.00 |
| 04/23/25 | Christopher K.S. Wong | Final review of APA and notice of filing re same, confer with Debtor's counsel re oral argument at sale hearing. | 0.30 | 234.00 |
| 04/23/25 | Christopher K.S. Wong | Confer with C Choi re Team King APA provision re breakup fees and review notice of submission of redline re same. | 0.20 | 156.00 |
| 04/23/25 | Sophia R. Wang | Finalize the stipulation resolving sale objections (.4); correspondence re the same (.2). | 0.60 | 342.00 |
| 04/23/25 | Sophia R. Wang | Prepare the stipulation for submission (.2); confer with K.S. Wong and Y. Li re the same (.2). | 0.40 | 228.00 |
| 04/23/25 | Sophia R. Wang | Review pleadings in preparation for the sale hearing and Saipan Stevedore RFS motion. | 0.80 | 456.00 |
| 04/23/25 | Yvonne Li | Edit, finalize, and file stipulation resolving objections to sale motion. | 1.30 | 416.00 |
| 04/24/25 | Sophia R. Wang | Prepare the pleading binders for the sale hearing (.5); confer with C. Dake re the same (.3). | 0.80 | 456.00 |
| 04/24/25 | Sophia R. Wang | Confer with K.S. Wong re preparing the sale order. | 0.20 | 114.00 |
| 04/25/25 | Sophia R. Wang | Discuss with K.S. Wong re drafting the sale order. | 0.20 | 114.00 |
| 04/25/25 | Sophia R. Wang | Draft the sale order approving the sale motion and stipulation. | 1.90 | 1,083.00 |
| 04/25/25 | Sophia R. Wang | Review, revise and finalize first draft of the sale order approving the sale motion and stipulation. | 0.80 | 456.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
| | International (CNMI), LLC bankruptcy estate | |
| 00008 | Sale and Disposition of Assets | Page 41 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|------------|-----------|-------|-------|
| 04/25/25 | Yvonne Li | Assist S Wang with sale order. | 0.20 | 64.00 |
| 04/26/25 | Christopher K.S. Wong | Review and revise sale order. | 2.10 | 1,638.00 |
| 04/26/25 | Sophia R. Wang | Incorporate K.S. Wong edits and comments to the sale order. | 0.70 | 399.00 |
| 04/27/25 | Aram Ordubegian | Review and revised sale order. | 0.30 | 307.50 |
| 04/27/25 | Sophia R. Wang | Prepare and review pleadings for the sale hearing. | 0.40 | 228.00 |
| 04/28/25 | Aram Ordubegian | Attend sale hearing; pre- and post-hearing conferences with various parties re pending issues and closing. | 1.30 | 1,332.50 |
| 04/28/25 | Christopher K.S. Wong | Review notes, pleadings, outline for hearing in preparation for oral argument on sale hearing. | 2.40 | 1,872.00 |
| 04/28/25 | Christopher K.S. Wong | Phone call with C Choi re sale hearing. | 0.60 | 468.00 |
| 04/28/25 | Christopher K.S. Wong | Attend sale hearing. | 0.40 | 312.00 |
| 04/28/25 | Christopher K.S. Wong | Post-sale meeting with S Wang re next steps and timeline for sale order deadlines, closing issues, and deposit [.4]; phone call with C Choi re sale order [.2] | 0.60 | 468.00 |
| 04/28/25 | Christopher K.S. Wong | Revise summary and recommendation to Committee re sale motion approval and next steps. | 0.20 | 156.00 |
| 04/28/25 | Sophia R. Wang | Prepare the hearing on the sale motion and stipulation. | 0.80 | 456.00 |
| 04/28/25 | Sophia R. Wang | Attend the hearing on the sale motion and related stipulation and Stevedore's RFS motion. | 0.50 | 285.00 |
| 04/28/25 | Sophia R. Wang | Draft a summary of the sale hearing to provide update to the Committee (.7); correspondence with K.S. Wang re the same (.4); correspondence with the Committee re the same (.1). | 1.20 | 684.00 |
| 04/28/25 | Sophia R. Wang | Review the Court's minute entry for the sale hearing. | 0.20 | 114.00 |
| 04/29/25 | Christopher K.S. Wong | Exchange emails with parties re sale order language and lodging. | 0.20 | 156.00 |
| 04/29/25 | Sophia R. Wang | Confer with K.S. Wong re revision of sale order. | 0.30 | 171.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
|---|---|---|
| | International (CNMI), LLC bankruptcy estate | |
| 00008 | Sale and Disposition of Assets | Page 42 |
| October 30, 2025 | | |

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 05/01/25 | Christopher K.S. Wong | Review entered sale order, Team King APA, and update Committee re same. | 0.60 | 468.00 |
| 05/05/25 | Sophia R. Wang | Confer with K.S. Wong re drafting a summary of key events and deadlines for closing the sale. | 0.20 | 114.00 |
| 05/05/25 | Sophia R. Wang | Review the APA and sale procedures in preparation for summarizing the closing milestones and deadlines. | 0.70 | 399.00 |
| 05/14/25 | Aram Ordubegian | Strategy and planning with Committee Chair and investment banker re stalking horse bidders demand for release of deposit. | 0.20 | 205.00 |
| 05/15/25 | Christopher K.S. Wong | Review demand from stalking horse bidder and stalking horse APA [.5]; phone meeting with C Choi re same [.3] | 0.80 | 624.00 |
| 05/15/25 | Christopher K.S. Wong | Meeting with Debtor's counsel re closing issues.[.4]; review correspondence re DPL lease and proposed assignment in response to Debtor's questions, efforts to obtain construction bond, and DPL issues [.4] | 0.80 | 624.00 |
| 05/28/25 | Christopher K.S. Wong | Phone call with C Choi re sale closing issues with DPL lease. | 0.20 | 156.00 |
| 05/29/25 | Christopher K.S. Wong | Review sale order, DPL lease and amendment, notes from C Choi, and prepare update and recommendation to Committee re closing dispute with DPL. | 2.40 | 1,872.00 |
| 05/29/25 | Christopher K.S. Wong | Exchange emails with C Choi re closing issues in preparation for meeting on 6/2. | 0.30 | 234.00 |
| 05/29/25 | Christopher K.S. Wong | Exchange emails with Intrepid and Debtor re bond issue. | 0.40 | 312.00 |
| 05/29/25 | Sophia R. Wang | Confer with K.S. Wong re Debtor's lease agreement with DPL. | 0.20 | 114.00 |
| 05/30/25 | Christopher K.S. Wong | Respond to Committee inquiries re closing issues, lease and completion bond. | 1.40 | 1,092.00 |
| 06/02/25 | Christopher K.S. Wong | Phone call with Margolin, exchange emails with debtor and Intrepid with bond issues. | 0.30 | 234.00 |
| 06/03/25 | Christopher K.S. Wong | Review DPL response re adequate assurance, review sale order, and strategize with Debtor re same. | 0.60 | 468.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
| | International (CNMI), LLC bankruptcy estate | |
| 00008 | Sale and Disposition of Assets | Page 43 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 06/03/25 | Christopher K.S. Wong | Review notes, APA and sale order in preparation for meeting with DPL counsel, debtor counsel and counsel for Gray [.7]; meeting with C Choi [.3]; meeting with DPL counsel, debtor counsel and counsel for Gray [.6]; post-call meeting with A Halegua and C Choi re post-closing steps regarding escrow and lease issues [.5]. | 2.10 | 1,638.00 |
| 06/09/25 | Christopher K.S. Wong | Respond to Committee inquiries re sale closing, status conference, and Team King responses to DPL requests. | 0.60 | 468.00 |
| 06/09/25 | Christopher K.S. Wong | Meeting with Debtor and secured creditor. | 0.60 | 468.00 |
| 06/10/25 | Aram Ordubegian | Strategy and planning with C. Wong re status of closing and outline for status conference report. | 0.20 | 205.00 |
| 06/10/25 | Christopher K.S. Wong | Call with A Ordubegian in preparation for status conference [.2]; draft email to Debtor re status report [.7]; prepare outline in preparation for oral argument at status conference [1.0] | 1.90 | 1,482.00 |
| 06/10/25 | Sophia R. Wang | Review the status report and related correspondence re the sale closing status. | 0.20 | 114.00 |
| 06/11/25 | Christopher K.S. Wong | Review and confer with Debtor's counsel re status conference and status report. | 0.30 | 234.00 |
| 06/12/25 | Christopher K.S. Wong | Review pleadings, sale order, APA, notes in preparation for oral argument on status conference [.7]; phone call with C Choi re same [,2] attend status conference [,4] | 1.30 | 1,014.00 |
| 06/12/25 | Sophia R. Wang | Confer with K.S. Wong re the status conference. | 0.30 | 171.00 |
| 06/12/25 | Sophia R. Wang | Review the Court's minutes entry and OSC and analyze next steps. | 0.40 | 228.00 |
| 06/13/25 | Christopher K.S. Wong | Prepare update and recommendation re post-sale status conference and OSC to Committee [.6]; exchange emails with counsel for buyer and counsel for debtor re same [.2] | 0.80 | 624.00 |
| 06/18/25 | Christopher K.S. Wong | Review notice of submission of insurance and policies [.4]; prepare update to committee [.1]; confer with Debtor and secured creditor re closing issues [.2] | 0.70 | 546.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
|--------|------------------------------------------------------------------|------------------------|
|        | International (CNMI), LLC bankruptcy estate                       |                        |
| 00008  | Sale and Disposition of Assets                                   | Page 44                |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 06/23/25 | Christopher K.S. Wong | Phone call with J Margolin [.1]; review and revise statement re OSC hearing [.5] | 0.60 | 468.00 |
| 06/23/25 | Christopher K.S. Wong | Review UST's response re order to show cause re dismissal of case [.4]; confer with Debtor re same [.2]; revise committee response re same [.4] | 1.00 | 780.00 |
| 06/23/25 | Christopher K.S. Wong | Attend call with Debtor's counsel and Gray's counsel re OSC hearing and sale closing issues [.5]; review OSC response from Debtor [.2] | 0.70 | 546.00 |
| 06/23/25 | Sophia R. Wang | Review and analyze the UST's response to the OSC hearing. | 0.60 | 342.00 |
| 06/23/25 | Sophia R. Wang | Confer with K.S. Wong re filing a response to the OSC hearing. | 0.30 | 171.00 |
| 06/23/25 | Sophia R. Wang | Review Debtor's case status report, response to the OSC and MORs in reparation of drafting response to the OSC. | 0.60 | 342.00 |
| 06/23/25 | Sophia R. Wang | Draft, revise and finalize the draft response to the OSC. | 0.90 | 513.00 |
| 06/25/25 | Christopher K.S. Wong | Review summary and recommendation to Committee re responses to OSC hearing. | 0.60 | 468.00 |
| 06/25/25 | Sophia R. Wang | Draft summary and analysis of Debtor's and UST's filings re OSC hearing. | 0.60 | 342.00 |
| 06/26/25 | Christopher K.S. Wong | Respond to Committee inquiries re sale progress and OSC hearing. [.2] phone call with Debtor's counsel and counsel for Team King and CNMI [.2]; prepare for hearing re same [.4] | 0.80 | 624.00 |
| 06/26/25 | Christopher K.S. Wong | Review notes, prepare outline, review responses to OSC, and sale documents, in preparation for hearing on oral argument re OSC hearing. | 1.20 | 936.00 |
| 06/26/25 | Christopher K.S. Wong | Attend OSC hearing [.2]; review and revise update to Committee [.4] | 0.60 | 468.00 |
| 06/26/25 | Sophia R. Wang | Confer with K.S. Wong and sent a summary and update for parties' filings re the OSC hearing. | 0.20 | 114.00 |
| 06/26/25 | Sophia R. Wang | Confer with K.S. Wong to discuss the OSC hearing. | 0.20 | 114.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
|---|---|---|
| 00008 | Sale and Disposition of Assets | Page 45 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 06/26/25 | Sophia R. Wang | Attend the OSC hearing to discuss the recent development and closing of the sale. | 0.20 | 114.00 |
| 06/26/25 | Sophia R. Wang | Draft summary of the OSC hearing and assessment of the sale closing progress to the Committee. | 0.40 | 228.00 |
| 07/09/25 | Christopher K.S. Wong | Exchange emails with Debtor and review correspondences re assignment of lease issues [.2]; exchange emails with Committee member re updates on closing [.2] | 0.40 | 312.00 |
| 07/14/25 | Christopher K.S. Wong | Review assignment of lease and exchange emails with C Choi re status of closing. | 0.30 | 234.00 |
| 07/15/25 | Aram Ordubegian | E-mail exchanges with buyer and Debtor's counsel re sale closing matters. | 0.20 | 205.00 |
| 07/15/25 | Christopher K.S. Wong | Review draft status report and correspondences between DPL and Team King. | 0.30 | 234.00 |
| 07/15/25 | Sophia R. Wang | Review the correspondence re lease assignment and the final version of the lease assignment. | 0.60 | 342.00 |
| 07/15/25 | Sophia R. Wang | Review and revise the joint status report. | 0.40 | 228.00 |
| 07/15/25 | Sophia R. Wang | Confer with Committee re finalizing the joint status report. | 0.30 | 171.00 |
| 07/15/25 | Sophia R. Wang | Correspondence with Debtor re revision of the joint status report. | 0.30 | 171.00 |
| 07/16/25 | Sophia R. Wang | Correspondence with Debtor's counsel to finalize the joint status report. | 0.40 | 228.00 |
| 07/16/25 | Sophia R. Wang | Review the revision and final draft of the joint status report for filing. | 0.30 | 171.00 |
| 07/21/25 | Aram Ordubegian | Strategy and planning with C. Wong re status of lease transfer and impacts on closing in preparation for continued status conference re sale. | 0.40 | 410.00 |
| 07/21/25 | Christopher K.S. Wong | Review correspondences and prepare for hearing on status conference re closing of sale [.2]; meeting with A Ordubegin re same [.4] | 0.60 | 468.00 |

ArentFox Schiff LLP
Attorneys at Law

| | | | | |
|---|---|---|---|---|
| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | | | Invoice Number 2469617 |
| | International (CNMI), LLC bankruptcy estate | | | |
| 00008 | Sale and Disposition of Assets | | | Page 46 |
| October 30, 2025 | | | | |

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 07/22/25 | Christopher K.S. Wong | Review conditional non-objection letter from DPL, confer with Debtor in preparation for status conference. | 0.90 | 702.00 |
| 07/22/25 | Sophia R. Wang | Discuss sale status and search court's tentative ruling re upcoming OSC hearing. | 0.20 | 114.00 |
| 07/23/25 | Aram Ordubegian | Pre- and Post-hearing e-mails with estate professionals re outcomes of status conference re sale and next steps. | 0.30 | 307.50 |
| 07/23/25 | Christopher K.S. Wong | Review sale order, APA, and sale motion, and conditional approval letter, status reports, and prepare for status conference and oral argument re same. | 1.20 | 936.00 |
| 07/23/25 | Christopher K.S. Wong | Attend status conference on sale closing [.7]; confer with A Ordubegian and S Wang re recommendation for sanctions motion for Committee [.4]; review and revise update to committee re same [.3] | 1.40 | 1,092.00 |
| 07/23/25 | Sophia R. Wang | Review correspondence and court filings including the Debtor's supplement to the status report re status of the sale closing. | 0.30 | 171.00 |
| 07/23/25 | Sophia R. Wang | Attend the status conference re the issues with the sale closing. | 0.70 | 399.00 |
| 07/23/25 | Sophia R. Wang | Confer with K.S. Wong re summarizing the key points of the status conference. | 0.20 | 114.00 |
| 07/23/25 | Sophia R. Wang | Review the Court's minutes order re the status conference. | 0.10 | 57.00 |
| 07/23/25 | Sophia R. Wang | Draft the summary and analysis of the status conference and next steps. | 0.40 | 228.00 |
| 07/23/25 | Sophia R. Wang | Revise and finalize the status conference summary. | 0.10 | 57.00 |
| 07/23/25 | Sophia R. Wang | Correspondence with K.S. Wong and the Committee re the status conference. | 0.10 | 57.00 |
| 07/25/25 | Christopher K.S. Wong | Review assignment of lease, exchange emails with debtor re closing steps post-execution of assignment. | 0.40 | 312.00 |
| 08/05/25 | Christopher K.S. Wong | Respond to inquiries from Committee chair re proposed next steps post-closing. | 0.40 | 312.00 |
| 08/06/25 | Aram Ordubegian | Emails re signing and closing and strategy and planning with C.Wong re post sale distributions to creditors. | 0.50 | 512.50 |

ArentFox Schiff LLP
Attorneys at Law

046005    Official Committee of Unsecured Creditors of the Imperial Pacific    Invoice Number 2469617
International (CNMI), LLC bankruptcy estate
00008    Sale and Disposition of Assets    Page 47
October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 08/06/25 | Christopher K.S. Wong | Exchange emails with buyer counsel re escrow funding, and prepare update to committee. | 0.40 | 312.00 |
| 08/12/25 | Aram Ordubegian | E-mail exchanges with Debtor's counsel re lease assignment and sale closing matters. | 0.10 | 102.50 |
| 08/12/25 | Christopher K.S. Wong | Review status report from Debtor and confer with committee and Debtor's counsel re escrow issues. | 0.60 | 468.00 |
| 08/12/25 | Sophia R. Wang | Review IPI's statue report. | 0.10 | 57.00 |
| 08/12/25 | Sophia R. Wang | Correspondence with K. Chambers and K.S. Wong re filing the motion to excuse appearances. | 0.20 | 114.00 |
| 08/12/25 | Sophia R. Wang | Review and finalize the motion to excuse appearances for August 21 hearing. | 0.30 | 171.00 |
| 08/12/25 | Sophia R. Wang | Review and finalize order granting motion to excuse appearances for August 21 hearing. | 0.10 | 57.00 |
| 08/12/25 | Sophia R. Wang | Confer with Y. Li and C. Dark for submitting the motion to excuse appearances and order. | 0.20 | 114.00 |
| 08/12/25 | Sophia R. Wang | Review and prepare the filing and lodgment of the motion to excuse appearance and order. | 0.20 | 114.00 |
| 08/12/25 | Yvonne Li | Finalize motion to excuse appearance of local counsel at hearing. | 0.60 | 192.00 |
| 08/13/25 | Christopher K.S. Wong | Review and revise draft status report. | 0.30 | 234.00 |
| 08/13/25 | Sophia R. Wang | Discuss with K.S. Wong re filing of statement in response to Debtor's status report. | 0.30 | 171.00 |
| 08/13/25 | Sophia R. Wang | Draft statement in response to Debtor's status report. | 0.60 | 342.00 |
| 08/13/25 | Sophia R. Wang | Revise and finalize the statement to incorporate K.S. Wong's edits. | 0.20 | 114.00 |
| 08/13/25 | Sophia R. Wang | Correspondence with Committee re the statement. | 0.10 | 57.00 |
| 08/13/25 | Sophia R. Wang | Correspondence with Debtor's counsel re the statement. | 0.10 | 57.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
|---|---|---|
| | International (CNMI), LLC bankruptcy estate | |
| 00008 | Sale and Disposition of Assets | Page 48 |

October 30, 2025

---

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 08/13/25 | Sophia R. Wang | Confer with K.S. Wong re review of the statement. | 0.10 | 57.00 |
| 08/14/25 | Sophia R. Wang | Confer with K.S. Wong re Committee's edits to the statement. | 0.10 | 57.00 |
| 08/14/25 | Sophia R. Wang | Review and incorporate Committee's edits to finalize the statement. | 0.20 | 114.00 |
| 08/14/25 | Sophia R. Wang | Confer with C. Dark for filing the statement. | 0.10 | 57.00 |
| 08/14/25 | Yvonne Li | Finalize committee's statement in response to debtor's pre-status conference report for filing. | 0.80 | 256.00 |
| 08/15/25 | Sophia R. Wang | Review IPI's response to Court's renewed OSC. | 0.20 | 114.00 |
| 08/15/25 | Sophia R. Wang | Summarize and update Committee regarding IPI's response to the renewed OSC. | 0.40 | 228.00 |
| 08/19/25 | Christopher K.S. Wong | Exchange emails with secured creditors re funding of sale proceeds. | 0.30 | 234.00 |
| 08/20/25 | Aram Ordubegian | Strategy and planning with Committee chair re status conference hearing and post-sale closing matters, including plan of reorganization. | 0.30 | 307.50 |
| 08/20/25 | Christopher K.S. Wong | Review correspondences, closing statement, and status reports in preparation for oral argument at 8/20 hearing [1.2]; attend hearing [.5]; discussions with S Wang re liquidating plan terms and post-sale closing issues [.4] | 2.10 | 1,638.00 |
| 08/20/25 | Sophia R. Wang | Attend the hearings re asset sale closing and other matters. | 0.50 | 285.00 |
| 08/20/25 | Sophia R. Wang | Confer with K.S. Wong re update client of the hearing and next steps. | 0.20 | 114.00 |
| 08/20/25 | Sophia R. Wang | Summarize the 8/21 hearing and the next steps to update the Committee. | 0.60 | 342.00 |
| 08/21/25 | Christopher K.S. Wong | Confer with Debtor's counsel re liquidating plan terms. | 0.30 | 234.00 |
| 08/21/25 | Sophia R. Wang | Update the Committee re case status and next steps. | 0.10 | 57.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
|---|---|---|
| 00008 | Sale and Disposition of Assets | Page 49 |

October 30, 2025

---

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 08/29/25 | Aram Ordubegian | Strategy and planning with C. Wong re request from A. Helagua re potential unsecured creditor payment under plan and next steps. | 0.20 | 205.00 |
| | | **Fee Total** | **449.10** | **$304,260.50** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Aram Ordubegian | 46.10 | 1,025.00 | 47,252.50 |
| Aram Ordubegian | 4.70 | 950.00 | 4,465.00 |
| Christopher K.S. Wong | 142.80 | 780.00 | 111,384.00 |
| Christopher K.S. Wong | 31.80 | 675.00 | 21,465.00 |
| Sophia R. Wang | 146.80 | 570.00 | 83,676.00 |
| Sophia R. Wang | 65.20 | 495.00 | 32,274.00 |
| Yvonne Li | 11.70 | 320.00 | 3,744.00 |
| **Timekeeper Summary Total** | **449.10** | | **304,260.50** |

| | | |
|---|---|---|
| Current Fees | | $304,260.50 |
| **Subtotal For This Matter** | | $304,260.50 |

ArentFox Schiff LLP
Attorneys at Law

| | | |
|---|---|---|
| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
| 00010 | Claims Administration and Objections | Page 50 |
| October 30, 2025 | | |

For Professional Services Rendered:  September 30, 2025

Re: Claims Administration and Objections

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 10/01/24 | Christopher K.S. Wong | Respond re Verita/KCC form of proof of claim and e-claim filing information per Court ruling. | 0.40 | 270.00 |
| 10/01/24 | Christopher K.S. Wong | Review and revise order granting claims bar date and claim filing procedures motion, notice of claims bar date and procedures, and response to KCC/Verita inquiries re same. | 0.80 | 540.00 |
| 10/01/24 | Sophia R. Wang | Update and finalize the Notice of Claims Bar Date. | 0.60 | 297.00 |
| 10/01/24 | Sophia R. Wang | Review and finalize the proof of claim form. | 0.30 | 148.50 |
| 10/01/24 | Sophia R. Wang | Draft and revise order granting motion re claims bar date (.6); correspondence with K.S. Wong re the same (.1); correspondence with Debtor's counsel re the same (.1). | 0.80 | 396.00 |
| 10/01/24 | Yvonne Li | Review of modified proof of claim and provide comments to C Wong. | 0.40 | 118.00 |
| 10/02/24 | Yvonne Li | Edit modified proof of claim form. | 0.40 | 118.00 |
| 10/02/24 | Yvonne Li | Further revise modified proof of claim. | 0.40 | 118.00 |
| 10/02/24 | Yvonne Li | Review of order granting motion re bar date and prepare to lodge. | 0.20 | 59.00 |
| 10/03/24 | Sophia R. Wang | Prepare the order granting motion re claims bar date for submission (.1); confer with Y. Li re the same (.1). | 0.30 | 148.50 |
| 10/03/24 | Yvonne Li | Review (.3) and call with S Wang re order granting motion re claims bar date (.1). | 0.40 | 118.00 |
| 10/04/24 | Christopher K.S. Wong | Review and analysis re allowability and amount of Gray and Fanter Proofs of claim 19 and 22, in context of proposal to pay from first vehicle sale. | 1.20 | 810.00 |
| 10/04/24 | Sophia R. Wang | Review the POCs of J. Gray and Fanter (.4); analyze the Debtor's position in | 0.60 | 297.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
| --- | --- | --- |
| | International (CNMI), LLC bankruptcy estate | |
| 00010 | Claims Administration and Objections | Page 51 |
| October 30, 2025 | | |

| Date | Timekeeper | Narrative | Hours | Value |
| --- | --- | --- | --- | --- |
| | | distribution re Gray and Fanter's claims (.2). | | |
| 10/07/24 | Sophia R. Wang | Review order granting motion re claims bar date (.1); confer with Verita re service of bar date (.1); correspondence with the Committee re the same (.1). | 0.30 | 148.50 |
| 10/08/24 | Sophia R. Wang | Call with Verita regarding service of Bar Date Notice (.1); confer with Debtor's counsel re the same (.1). | 0.20 | 99.00 |
| 10/09/24 | Sophia R. Wang | Follow up with Debtor's counsel and Vertia for service of bar date notice. | 0.20 | 99.00 |
| 10/28/24 | Christopher K.S. Wong | Meeting with J Gray general and bankruptcy counsel [.5]; follow up call with S Wang re same in review of other secured proofs of claim [.2] | 0.70 | 472.50 |
| 10/28/24 | Sophia R. Wang | Meeting with K.S. Wong re secured proofs of claim. | 0.40 | 198.00 |
| 10/28/24 | Sophia R. Wang | Review and analyze proof of claims and related pleadings re secured claims. | 2.40 | 1,188.00 |
| 10/28/24 | Sophia R. Wang | Meeting with K.S. Wong re Fanter and Gray's secured claims. | 0.30 | 148.50 |
| 10/28/24 | Sophia R. Wang | Meeting with counsel for Fanter and Gray re distribution for their claims. | 0.50 | 247.50 |
| 10/28/24 | Sophia R. Wang | Confer with K.S. Wong re stipulation for proceeds distribution for Fanter and Gray's claims. | 0.20 | 99.00 |
| 12/04/24 | Christopher K.S. Wong | Review claims registrar post-claims bar date in preparation for meeting with Committee members; review largest proofs of claim from Commonwealth Treasurer, MCC International Saipan Ltd. Co,, Ozcan Genc, Hasan Gokce and King Gain Limited.[1.9]; prepare analysis and summary for Committee members re sale process and size and types of claims [.1.2] | 3.10 | 2,092.50 |
| 12/19/24 | Sophia R. Wang | Analyze creditor Saipan Stevedore's requests re IPI containers. | 0.40 | 198.00 |
| 12/24/24 | Christopher K.S. Wong | Review correspondence re casino patron claims and extension of time to file proofs of claim and strategize re same. | 0.30 | 202.50 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
|---|---|---|
| 00010 | Claims Administration and Objections | Page 52 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 12/24/24 | Sophia R. Wang | Review and analyze a list of potential additional claims related to the player front money report. | 0.60 | 297.00 |
| 12/24/24 | Sophia R. Wang | Strategize re the front money claims (.2); correspondence re the same (.2). | 0.40 | 198.00 |
| 02/11/25 | Aram Ordubegian | E-mails with Committee Chair re claims administration and injuries from creditors re same and next steps. | 0.20 | 205.00 |
| 02/17/25 | Sophia R. Wang | Summarize and draft analysis re professional fees accrued by committee. | 0.60 | 342.00 |
| 02/19/25 | Sophia R. Wang | Correspondence re claims analysis. | 0.60 | 342.00 |
| 02/26/25 | Sophia R. Wang | Confer with K.S. Wong re claims analysis. | 0.30 | 171.00 |
| 02/27/25 | Christopher K.S. Wong | Strategize with legal team re validity of liens [.3]; review legal standard in Ninth Circuit re same [.6] | 0.90 | 702.00 |
| 02/28/25 | Sophia R. Wang | Review and analyze the validity and priority of claims filed in this case. | 1.40 | 798.00 |
| 03/03/25 | Sophia R. Wang | Review and analyze proof of claims filed by creditors. | 0.80 | 456.00 |
| 03/04/25 | Christopher K.S. Wong | Meeting with debtor's counsel, Aram Ordubegian, S Wang re lien dispute [.4]; review lien documents and assess re subordination/avoidance [1.0] | 1.40 | 1,092.00 |
| 03/05/25 | Sophia R. Wang | Review and analyze the proof of claims in Verita webpage. | 1.60 | 912.00 |
| 03/05/25 | Sophia R. Wang | Review and analyze the updated proposal letter from Gray. | 0.80 | 456.00 |
| 03/05/25 | Sophia R. Wang | Draft the analysis and recommendations to the Committee re Gray's distribution proposal. | 0.90 | 513.00 |
| 03/05/25 | Sophia R. Wang | Revise and finalize the recommendation to the Committee re Gray's distribution proposal. | 0.40 | 228.00 |
| 03/05/25 | Sophia R. Wang | Review documents re analysis and calculations of the claims. | 0.40 | 228.00 |
| 03/06/25 | Christopher K.S. Wong | Review and analyze CNMI claim from Department of Labor, Department of Finance, Bureau of Environmental and | 1.30 | 1,014.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
|---|---|---|
| 00010 | Claims Administration and Objections | Page 53 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| | | Coastal Quality, in context of secured creditors proposal and sale motion. | | |
| 03/06/25 | Christopher K.S. Wong | Review claims register re secured proofs of claim and priority claims, evaluate sale proceeds and evaluation of secured creditors proposal. | 2.20 | 1,716.00 |
| 03/06/25 | Sophia R. Wang | Review and analyze the validity of the proof of claims. | 1.60 | 912.00 |
| 03/06/25 | Sophia R. Wang | Legal research re the validity of certain claims. | 1.20 | 684.00 |
| 03/07/25 | Sophia R. Wang | Legal research re validity and priority of certain claims. | 1.40 | 798.00 |
| 03/10/25 | Christopher K.S. Wong | Review proof of claim from and respond to creditor inquiry from Rich Surplus Ventures. | 0.40 | 312.00 |
| 03/17/25 | Sophia R. Wang | Review POCs and legal research re their validity and priority. | 2.20 | 1,254.00 |
| 03/21/25 | Christopher K.S. Wong | Review IRS and CNMI government claims, and analyze objectionable portions, in response to Committee inquiries. | 1.80 | 1,404.00 |
| 03/23/25 | Christopher K.S. Wong | Review claims of 30 largest unsecured creditors, and prepare preliminary claims analysis in response to Committee request and Debtor inquiries. | 3.20 | 2,496.00 |
| 03/26/25 | Sophia R. Wang | Review and research priority and amounts of certain claims. | 0.60 | 342.00 |
| 08/29/25 | Christopher K.S. Wong | Update client analysis and highlight disputed claims for creditors / prospective liquidating trustee. | 0.80 | 624.00 |
| 09/02/25 | Sophia R. Wang | Review Saipan Stevedore's declaration re its administrative claim. | 0.40 | 228.00 |
| 09/02/25 | Sophia R. Wang | Analyze potential issues with Stevedore's administrative claim. | 0.50 | 285.00 |
| 09/05/25 | Sophia R. Wang | Confer with K.S. Wong regarding Stevedore's administrative claim. | 0.30 | 171.00 |
| 09/07/25 | Sophia R. Wang | Analyze and strategize the arguments in support that Team King should cover certain storage fees to Stevedore. | 0.70 | 399.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
|---|---|---|
| 00010 | Claims Administration and Objections | Page 54 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 09/07/25 | Sophia R. Wang | Prepare the spreadsheet to analyze the amounts of Stevedore storage fees to be covered by Team King. | 0.40 | 228.00 |
| 09/07/25 | Sophia R. Wang | Draft analysis and recommendations for discussion with Debtor's counsel regarding Stevedore's administrative claim. | 0.80 | 456.00 |
| 09/09/25 | Sophia R. Wang | Draft analysis and assessment of Stevedore's administrative claim to the Committee. | 0.60 | 342.00 |
| 09/11/25 | Sophia R. Wang | Correspondence and discussion re gaming equipment auction proceeds distribution. | 0.20 | 114.00 |
| 09/15/25 | Christopher K.S. Wong | Review Stevedore claim and confer with Debtor re proposal to resolve informal admin claim objection. | 0.60 | 468.00 |
| 09/15/25 | Yvonne Li | Review of stipulation to extend deadline re admin claim expense. | 0.10 | 32.00 |
| 09/16/25 | Christopher K.S. Wong | Prepare settlement proposal to Saipan Stevedore. | 0.60 | 468.00 |
| 09/17/25 | Aram Ordubegian | Conferences with legal team re administrative claim settlement options. | 0.30 | 307.50 |
| 09/17/25 | Christopher K.S. Wong | Meeting with C Choi and exchange emails with Committee re Stevedore admin claim. | 0.30 | 234.00 |
| 09/18/25 | Christopher K.S. Wong | Exchange emails with Committee and prepare recommendation re Saipan Stevedore claim [.4]; review declaration, motion, claim analysis in preparation for negotiation with Saipan Stevedore and Debtor re same [.7]; negotiation call with Saipan Stevedore [.1]; review draft stipulation allowing claim re same [.2] | 1.40 | 1,092.00 |
| 09/18/25 | Sophia R. Wang | Review the stipulation with Saipan Stevedore. | 0.20 | 114.00 |
| | | **Fee Total** | **51.20** | **$32,065.50** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Aram Ordubegian | 0.50 | 1,025.00 | 512.50 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
| 00010 | Claims Administration and Objections | Page 55 |

October 30, 2025

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Christopher K.S. Wong | 14.90 | 780.00 | 11,622.00 |
| Christopher K.S. Wong | 6.50 | 675.00 | 4,387.50 |
| Sophia R. Wang | 18.90 | 570.00 | 10,773.00 |
| Sophia R. Wang | 8.50 | 495.00 | 4,207.50 |
| Yvonne Li | 0.10 | 320.00 | 32.00 |
| Yvonne Li | 1.80 | 295.00 | 531.00 |
| **Timekeeper Summary Total** | **51.20** | | **32,065.50** |

| | | |
|---|---|---|
| Current Fees | | $32,065.50 |
| **Subtotal For This Matter** | | $32,065.50 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
|---|---|---|
| 00013 | Professional Retention | Page 56 |
| October 30, 2025 | | |

For Professional Services Rendered:  September 30, 2025

Re: Professional Retention

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 10/01/24 | Christopher K.S. Wong | Phone call with C Comstad of Intrepid re retention terms and proposed order | 0.10 | 67.50 |
| 10/01/24 | Christopher K.S. Wong | Review Intrepid client addendum and confer with Debtor re access to data room and Debtor incorporation documents | 0.60 | 405.00 |
| 10/01/24 | Sophia R. Wang | Confer with K.S. Wong in preparing order and amended engagement letter for Intrepid application (.2); call with the UST re the same (.1). | 0.30 | 148.50 |
| 10/02/24 | Christopher K.S. Wong | Review order and engagement letter for lodgment post-hearing on retention of Intrepid as investment banker [.4] phone call with S Wang re same [3] | 0.70 | 472.50 |
| 10/03/24 | Christopher K.S. Wong | Confer with S Wang and C Comstad re UST's changes to indemnity language. | 0.30 | 202.50 |
| 10/05/24 | Christopher K.S. Wong | Review Court language revising proposed order re Intrepid retention; exchange emails with S Wang re same. | 0.20 | 135.00 |
| 01/16/25 | Christopher K.S. Wong | Review application to employ special counsel and application for shortened time [.4]; phone call and exchange emails with Debtor's counsel re same [.2] | 0.60 | 468.00 |
| 01/16/25 | Sophia R. Wang | Review and analyze the profession retention application and agreement for KCL-litigation special counsel. | 1.40 | 798.00 |
| 01/16/25 | Sophia R. Wang | Review and analyze the 364 motion and the litigation financing agreement for HK action. | 1.60 | 912.00 |
| 01/16/25 | Sophia R. Wang | Research regarding the nature and proceedings of the HK action. | 1.10 | 627.00 |
| 01/16/25 | Sophia R. Wang | Review the ex parte motion and order re hearing and deadlines for retention application and litigation financing motion (.5); calendar the deadline and hearing date re the same (.1). | 0.60 | 342.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
| | International (CNMI), LLC bankruptcy estate | |
| 00013 | Professional Retention | Page 57 |
| October 30, 2025 | | |

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 01/16/25 | Sophia R. Wang | Confer with Y. Li and K.S. Wong re preparing supplemental disclosure for AFS employment. | 0.20 | 114.00 |
| 01/16/25 | Yvonne Li | Call with C Wong and S Wang re supplemental disclosures to AFS employment (.2); prepare language for supplement (.1). | 0.30 | 96.00 |
| 01/17/25 | Sophia R. Wang | Draft summary and analysis of the KCL employment and financing motion including its impact on the ongoing asset sale. | 1.60 | 912.00 |
| 01/17/25 | Sophia R. Wang | Discuss with K.S. Wong re recommendations to the Committee on the KCL employment and financing motion. | 0.50 | 285.00 |
| 01/17/25 | Sophia R. Wang | Review, revise and finalize the analysis and recommendations on the KCL employment and litigation financing motion to the Committee. | 0.80 | 456.00 |
| 01/29/25 | Yvonne Li | Confer with C Wong re supplemental disclosures. | 0.10 | 32.00 |
| 01/30/25 | Christopher K.S. Wong | Meeting with S Wang re retention of KCL in preparation for oral argument at hearing [.2]; review pleadings re same [.5] | 0.70 | 546.00 |
| 02/04/25 | Christopher K.S. Wong | Review and revise supplement declaration re disclosures of connections per employment application. | 0.40 | 312.00 |
| 02/04/25 | Yvonne Li | Draft supplemental disclosure to AFS employment application. | 1.20 | 384.00 |
| | | **Fee Total** | **13.30** | **$7,715.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| Christopher K.S. Wong | 1.70 | 780.00 | 1,326.00 |
| Christopher K.S. Wong | 1.90 | 675.00 | 1,282.50 |
| Sophia R. Wang | 7.80 | 570.00 | 4,446.00 |
| Sophia R. Wang | 0.30 | 495.00 | 148.50 |
| Yvonne Li | 1.60 | 320.00 | 512.00 |

ArentFox Schiff LLP
Attorneys at Law

| | | |
|---|---|---|
| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
| 00013 | Professional Retention | Page 58 |
| October 30, 2025 | | |

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Timekeeper Summary Total** | **13.30** | | **7,715.00** |

| | | |
|---|---|---|
| | Current Fees | $7,715.00 |
| | **Subtotal For This Matter** | $7,715.00 |

ArentFox Schiff LLP
Attorneys at Law

| | | |
|---|---|---|
| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
| 00014 | Fee Applications | Page 59 |
| October 30, 2025 | | |

For Professional Services Rendered:  September 30, 2025

Re: Fee Applications

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 10/01/24 | Christopher K.S. Wong | Revise and finalize correspondence to Debtor re payment of monthly fee statements for August and September, and prescribe process for filing of first interim fee application. | 0.40 | 270.00 |
| 10/03/24 | Yvonne Li | Exchange emails with C Wong re first interim fee application. | 0.20 | 59.00 |
| 10/04/24 | Sophia R. Wang | Review invoices and documents in preparation for filing fee application. | 0.70 | 346.50 |
| 10/04/24 | Sophia R. Wang | Research and structure the contents of the fee application. | 0.80 | 396.00 |
| 10/04/24 | Yvonne Li | Send September invoice to C Wong for review. | 0.10 | 29.50 |
| 10/08/24 | Christopher K.S. Wong | Review September fee statements for filing. | 0.40 | 270.00 |
| 10/08/24 | Sophia R. Wang | Review invoices and pleadings and strategizing the tasks to emphasize in the fee application. | 1.90 | 940.50 |
| 10/08/24 | Sophia R. Wang | Draft the first interim fee application. | 2.30 | 1,138.50 |
| 10/15/24 | Christopher K.S. Wong | Confer with S Wang re strategies for fee application. | 0.30 | 202.50 |
| 10/16/24 | Christopher K.S. Wong | Respond to Committee chair inquiries re fee statements and procedures for interim fee application approval. | 0.20 | 135.00 |
| 10/18/24 | Mia Ferguson | Draft September Monthly Fee Statement | 0.80 | 156.00 |
| 10/18/24 | Yvonne Li | Follow up with A Ordubegian re finalizing September fee statement. | 0.10 | 29.50 |
| 10/18/24 | Yvonne Li | Exchange emails with S Wang re fee application. | 0.10 | 29.50 |
| 10/18/24 | Yvonne Li | Review and edit September fee statement. | 0.30 | 88.50 |
| 10/18/24 | Yvonne Li | Assist with finalizing and serving September fee statement. | 0.30 | 88.50 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
| | International (CNMI), LLC bankruptcy estate | |
| 00014 | Fee Applications | Page 60 |

October 30, 2025

---

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 10/18/24 | Yvonne Li | Email local counsel re payment of approved fees. | 0.10 | 29.50 |
| 10/19/24 | Sophia R. Wang | Draft AFS first interim fee application. | 3.80 | 1,881.00 |
| 10/20/24 | Sophia R. Wang | Continue drafting AFS first interim fee application. | 3.20 | 1,584.00 |
| 10/21/24 | Sophia R. Wang | Continue drafting and finalize the first draft of the interim fee application. | 3.60 | 1,782.00 |
| 10/22/24 | Christopher K.S. Wong | Review and revise first interim fee application. | 1.20 | 810.00 |
| 10/23/24 | Sophia R. Wang | Correspondence with Debtor's counsel for filing interim fee application (.2); correspondence with K.S. Wong and Y. Li re the same (.2). | 0.40 | 198.00 |
| 10/24/24 | Sophia R. Wang | Revise the fee application to incorporate more detailed work done. | 1.60 | 792.00 |
| 10/25/24 | Sophia R. Wang | Review and reconcile the excel spreadsheet of billing statement with the submitted statements to the UST and Debtor (1.2); correspondence re the inconsistencies in amounts and statements (.4). | 1.60 | 792.00 |
| 10/25/24 | Sophia R. Wang | Review the fee application to address K.S. Wong's comments. | 2.70 | 1,336.50 |
| 10/25/24 | Sophia R. Wang | Confer with local counsel and Y. Li for preparing fee application. | 0.30 | 148.50 |
| 10/25/24 | Yvonne Li | Review of NMI and HI local rules compensation procedures; verify whether notice to professionals is required; confer with S Wong re timing of hearing for fee application. | 1.20 | 354.00 |
| 10/27/24 | Christopher K.S. Wong | Final review and revisions to fee application and declaration. | 0.40 | 270.00 |
| 10/27/24 | Yvonne Li | Call to the court to request hearing date for interim fee applications; provide update to S Wang. | 0.30 | 88.50 |
| 10/28/24 | Aram Ordubegian | Review and revise first interim fee application. | 0.30 | 285.00 |
| 10/28/24 | Sophia R. Wang | Update and finalize the interim fee application (.5); correspondence re the | 0.80 | 396.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
| | International (CNMI), LLC bankruptcy estate | |
| 00014 | Fee Applications | Page 61 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| | | same with K.S. Wong and A. Ordubegian (.3). | | |
| 10/28/24 | Sophia R. Wang | Draft notice to other professionals for filing interim fee applications (.5); correspondence with Y. Li re the same (.1). | 0.60 | 297.00 |
| 10/28/24 | Sophia R. Wang | Revise the notice to professionals for filing of interim fee applications. | 0.30 | 148.50 |
| 10/28/24 | Sophia R. Wang | Review employment orders re which professionals do need to file fee applications. | 0.30 | 148.50 |
| 10/28/24 | Yvonne Li | Call with courtroom deputy to obtain hearing for interim fee applications. | 0.20 | 59.00 |
| 10/28/24 | Yvonne Li | Confer with S Wang re hearing for interim fee applications. | 0.40 | 118.00 |
| 10/28/24 | Yvonne Li | Review of email notice to retained professionals, and respond S Wang with edits. | 0.20 | 59.00 |
| 10/30/24 | Sophia R. Wang | Assist local counsel for preparing and filing interim fee application. | 2.20 | 1,089.00 |
| 10/30/24 | Sophia R. Wang | Draft declaration of M. Salzman in support of AFS fee application. | 0.40 | 198.00 |
| 10/30/24 | Sophia R. Wang | Draft further notice to other professionals for filing fee applications (.3); confer with K.S. Wong and Y. Li re the same (.1). | 0.40 | 198.00 |
| 10/31/24 | Christopher K.S. Wong | Strategize with S Wang [.2] and final review and revisions of interim fee app, and declaration of chairperson of Committee for filing [.6] | 0.80 | 540.00 |
| 10/31/24 | Christopher K.S. Wong | Final review and revisions to chairperson declaration in support of fee app. | 0.20 | 135.00 |
| 10/31/24 | Sophia R. Wang | Review and revise the summary of fee spreadsheet (.5); correspondence with T. Smith re the same (.1). | 0.60 | 297.00 |
| 10/31/24 | Yvonne Li | Review of timeline for filing fee application; calendar relevant dates. | 0.10 | 29.50 |
| 11/01/24 | Sophia R. Wang | Revise M. Salzman's declaration ISO AFS fee application to incorporate K.S. Wong's comments. | 0.40 | 198.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
| | International (CNMI), LLC bankruptcy estate | |
| 00014 | Fee Applications | Page 62 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 11/01/24 | Sophia R. Wang | Correspondence with the Committee for filing AFS fee application. | 0.30 | 148.50 |
| 11/04/24 | Sophia R. Wang | Review the Committee's comments on the fee application. | 0.20 | 99.00 |
| 11/04/24 | Sophia R. Wang | Correspondence with other Committee members re finalizing the fee application. | 0.10 | 49.50 |
| 11/05/24 | Sophia R. Wang | Correspondence with the Committee re signature for supporting declaration of AFS fee application. | 0.10 | 49.50 |
| 11/05/24 | Sophia R. Wang | Correspondence with Y. LI re prepare AFS fee application for filing and draft notice of hearing. | 0.30 | 148.50 |
| 11/05/24 | Sophia R. Wang | Correspondence with Debtor's counsel re their requested fees and expenses to finalize the notice of hearing. | 0.20 | 99.00 |
| 11/05/24 | Yvonne Li | Prepare exhibits to AFS interim fee application. | 1.40 | 413.00 |
| 11/06/24 | Sophia R. Wang | Confer with Y. Li regarding the excel spreadsheet re AFS time entries. | 0.40 | 198.00 |
| 11/06/24 | Sophia R. Wang | Confer with Y. Li in preparation of Fee Summary Form required by local rules. | 0.20 | 99.00 |
| 11/06/24 | Sophia R. Wang | Prepare and review AFS fee application and exhibits for submission. | 0.60 | 297.00 |
| 11/06/24 | Yvonne Li | Continue preparing exhibits to fee application. | 1.60 | 472.00 |
| 11/06/24 | Yvonne Li | Draft notice of hearing for interim fee applications. | 0.80 | 236.00 |
| 11/06/24 | Yvonne Li | Finalize Salzman declaration for filing. | 0.60 | 177.00 |
| 11/06/24 | Yvonne Li | Confer with S Wang re filing of AFS fee application and status of fee application for local counsel. | 0.30 | 88.50 |
| 11/06/24 | Yvonne Li | Update and finalize notice of hearing for fee applications. | 0.30 | 88.50 |
| 11/06/24 | Yvonne Li | Call with debtor's counsel re filing of fee applications. | 0.10 | 29.50 |
| 11/06/24 | Yvonne Li | Prepare compensation summary sheet to be attached to fee application. | 0.40 | 118.00 |
| 11/06/24 | Yvonne Li | Call with court clerk re issue on filing fee application. | 0.40 | 118.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
| 00014 | Fee Applications | Page 63 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 11/06/24 | Yvonne Li | Review of debtor counsel and special counsel's filed fee applications. | 0.30 | 88.50 |
| 11/06/24 | Yvonne Li | Confer with accounting re total fees billed in case (.1); call with S. Wang re same (.3) | 0.40 | 118.00 |
| 11/06/24 | Yvonne Li | Edit fee application per comments from S Wang. | 0.60 | 177.00 |
| 11/06/24 | Yvonne Li | Finalize and file first interim fee application, Salzman declaration, and notice of hearing. | 0.80 | 236.00 |
| 11/07/24 | Mia Ferguson | Prepare and serve monthly fee statement for Chambers Law LLC | 1.00 | 195.00 |
| 11/07/24 | Sophia R. Wang | Revise M. Salzman's declaration ISO AFS Fee application (.4); correspondence with the Committee re the same (.2). | 0.60 | 297.00 |
| 11/07/24 | Sophia R. Wang | Draft M. Salzman's declaration ISO Chambers Law fee application. | 0.40 | 198.00 |
| 11/07/24 | Sophia R. Wang | Revise and finalize Chambers Law fee application for submission (1.1); correspondence with the Committee and Mr. Chambers re the same (.3). | 1.40 | 693.00 |
| 11/07/24 | Sophia R. Wang | Draft a motion to withdraw M. Salzman's original declaration re AFS fee application (.3); confer with Y. Li re the same (.1). | 0.40 | 198.00 |
| 11/07/24 | Yvonne Li | Call with Judge Faris' courtroom deputy to confirm hearing date for interim fee applications. | 0.20 | 59.00 |
| 11/07/24 | Yvonne Li | Confer with S Wang re hearing date and preparation of amended notice of hearing. | 0.20 | 59.00 |
| 11/07/24 | Yvonne Li | Exchange emails with claims agent to coordinate service of amended notice of hearing for interim fee applications. | 0.30 | 88.50 |
| 11/07/24 | Yvonne Li | Exchange emails with S Wang re preparing amended declaration in support of AFS fee application. | 0.20 | 59.00 |
| 11/07/24 | Yvonne Li | Draft amended notice of hearing to interim fee applications. | 0.40 | 118.00 |
| 11/07/24 | Yvonne Li | Finalize amended notice of hearing and send to claims agent for service. | 0.30 | 88.50 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
| 00014 | Fee Applications | Page 64 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 11/07/24 | Yvonne Li | Finalize amended Salzman declaration in support of AFS fee application for filing. | 0.30 | 88.50 |
| 11/07/24 | Yvonne Li | Prepare local counsel's first interim fee application and compile with exhibits for filing; prepare compensation summary sheet. | 1.40 | 413.00 |
| 11/07/24 | Yvonne Li | Finalize Salzman declaration in support of local counsel's fee application for filing. | 0.30 | 88.50 |
| 11/07/24 | Yvonne Li | Finalize and file via ECF the amended notice of hearing; amended Salzman declaration in support of AFS fee app; local counsel's fee application and accompanying Salzman declaration. | 0.70 | 206.50 |
| 11/07/24 | Yvonne Li | Review of August-September monthly fee statements for local counsel and approve for submission. | 0.20 | 59.00 |
| 11/17/24 | Christopher K.S. Wong | Review UST's response and objections to fee application. | 0.20 | 135.00 |
| 11/18/24 | Sophia R. Wang | Review the UST's objection to AFS fee statements. | 0.30 | 148.50 |
| 11/18/24 | Sophia R. Wang | Meeting with K.S Wong and Y. Li regarding the UST's comments on AFS fees. | 0.30 | 148.50 |
| 11/18/24 | Sophia R. Wang | Legal research re authority permitting time spent for fees application and statements preparation. | 1.60 | 792.00 |
| 11/18/24 | Yvonne Li | Meeting with C Wong and S Wang re UST objection to AFS fees. | 0.50 | 147.50 |
| 11/18/24 | Yvonne Li | Analysis of invoice entries objected to by UST. | 1.10 | 324.50 |
| 11/19/24 | Christopher K.S. Wong | Prepare response to UST re reduction of first interim fee application request. | 0.80 | 540.00 |
| 11/19/24 | Yvonne Li | Correspondences with C Wong and S Wang re UST's objection to fee application. | 0.40 | 118.00 |
| 11/19/24 | Yvonne Li | Review of October invoice for fee statement. | 0.10 | 29.50 |
| 11/20/24 | Christopher K.S. Wong | Phone call with N Verbrugge re stipulation to reduce fees [.1]; review template | 0.30 | 202.50 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
|---|---|---|
| | International (CNMI), LLC bankruptcy estate | |
| 00014 | Fee Applications | Page 65 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| | | stipulation language and OUST statement re same [.2] | | |
| 11/22/24 | Christopher K.S. Wong | Review and revise stipulation to reduce AFS fees. | 0.30 | 202.50 |
| 11/22/24 | Yvonne Li | Review and finalize stipulation between AFS and UST re interim fees for filing. | 0.80 | 236.00 |
| 12/11/24 | Yvonne Li | Call to court re appearance for fee application hearing. | 0.30 | 88.50 |
| 12/13/24 | Christopher K.S. Wong | Review and revise interim fee app orders for ArentFox and local counsel. | 0.20 | 135.00 |
| 12/13/24 | Sophia R. Wang | Draft the order granting AFS first fee application. | 0.60 | 297.00 |
| 12/13/24 | Sophia R. Wang | Draft order granting Chambers Law fee application. | 0.20 | 99.00 |
| 12/13/24 | Sophia R. Wang | Confer with K.S. Wong to finalize the orders granting AFS fee application and Chambers Law fee application. | 0.20 | 99.00 |
| 12/13/24 | Sophia R. Wang | Confer with Mr. Chambers for submitting the order granting his fee application. | 0.20 | 99.00 |
| 12/13/24 | Sophia R. Wang | Confer with A. Sookassians to submit the orders re AFS fee application and Chambers Law fee application. | 0.30 | 148.50 |
| 12/13/24 | Yvonne Li | Confer with A Sookassians re lodging of order approving AFS fee application. | 0.20 | 59.00 |
| 12/16/24 | Sophia R. Wang | Confer with M. Ferguson regarding the outstanding professional fees from IPI. | 0.30 | 148.50 |
| 12/17/24 | Sophia R. Wang | Review Court's order re AFS fee application and calculate the outstanding fees. | 0.40 | 198.00 |
| 01/03/25 | Yvonne Li | Follow up with C Wong re monthly fee statements. | 0.10 | 32.00 |
| 01/24/25 | Yvonne Li | Confer with C Wong preparation of fee application and review of October through December invoices. | 0.20 | 64.00 |
| 02/01/25 | Christopher K.S. Wong | Prepare exhibits to fee application re October, November and December fees and expenses. | 0.90 | 702.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
| | International (CNMI), LLC bankruptcy estate | |
| 00014 | Fee Applications | Page 66 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 02/05/25 | Christopher K.S. Wong | Meeting with Y Li, review interim fee procedures, and court rules re second interim fee application. | 0.40 | 312.00 |
| 02/05/25 | Yvonne Li | Call with C Wong re preparation of fee statements and fee applications. | 0.20 | 64.00 |
| 02/05/25 | Yvonne Li | Call and email Judge Faris' courtroom deputy to obtain hearing date for second interim fee applications for professionals. | 0.20 | 64.00 |
| 02/05/25 | Yvonne Li | Call to court to clarify hearing date for interim fee application, and follow up with F. Atalig. | 0.20 | 64.00 |
| 02/05/25 | Yvonne Li | Review of January invoice for fee application. | 0.10 | 32.00 |
| 02/05/25 | Yvonne Li | Email attorneys to confirm concurrent hearing on fee application with sale hearing and status conference on March 25. | 0.10 | 32.00 |
| 02/06/25 | Yvonne Li | Coordinate with C Wong and M Ferguson on preparation of fee statements (.3); further confer to M Ferguson re contents of fee statements (.2). | 0.50 | 160.00 |
| 02/07/25 | Christopher K.S. Wong | Review fee statements for October, November, December and January for filing. | 0.60 | 468.00 |
| 02/07/25 | Mia Ferguson | Draft, compile, and serve fee applications for October 2024, November 2024, and December 2024. | 4.20 | 882.00 |
| 02/07/25 | Yvonne Li | Review of October, November, and December fee statements (3); confer with M Ferguson re service of fee statements (.2). | 0.50 | 160.00 |
| 02/07/25 | Yvonne Li | Exchange emails with attorneys re hearing date for second interim fee application; give notice to local counsel. | 0.20 | 64.00 |
| 02/26/25 | Sophia R. Wang | Review and comment on the notice of professionals for filing of fee applications. | 0.40 | 228.00 |
| 02/26/25 | Yvonne Li | Follow up with S Wang re drafting of second interim fee application. | 0.10 | 32.00 |
| 02/26/25 | Yvonne Li | Confer with attorneys as to timing of second interim fee application hearing. | 0.10 | 32.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
| | International (CNMI), LLC bankruptcy estate | |
| 00014 | Fee Applications | Page 67 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 02/26/25 | Yvonne Li | Draft email to professionals to give notice of proposed hearing date for filing of second interim fee application. | 0.50 | 160.00 |
| 02/27/25 | Yvonne Li | Finalize notice to retained professionals re second interim fee applications, and send out. | 0.40 | 128.00 |
| 03/04/25 | Christopher K.S. Wong | Confer with Y Li and K Freeman re second interim fee application. | 0.30 | 234.00 |
| 03/04/25 | Kyle M. Freeman | Meeting with Y. Li regarding second fee application. | 0.80 | 432.00 |
| 03/04/25 | Kyle M. Freeman | Review previous fee application(s). | 0.50 | 270.00 |
| 03/04/25 | Kyle M. Freeman | Prepare invoice documents for review. | 0.30 | 162.00 |
| 03/04/25 | Kyle M. Freeman | Review AFS invoices Oct. 2024 through Feb. 2025. | 1.20 | 648.00 |
| 03/04/25 | Yvonne Li | Prepare draft of interim fee application and sent to Intrepid. | 0.30 | 96.00 |
| 03/04/25 | Yvonne Li | Compile and send files to K Freeman to draft second interim fee application. | 0.10 | 32.00 |
| 03/04/25 | Yvonne Li | Meeting with K Freeman re drafting of second interim fee application. | 0.40 | 128.00 |
| 03/04/25 | Yvonne Li | Follow up with accounting re February invoice. | 0.10 | 32.00 |
| 03/04/25 | Yvonne Li | Review of invoices and calculate outstanding balance of attorneys fees for second interim fee application. | 1.40 | 448.00 |
| 03/04/25 | Yvonne Li | Confer with S Wang (.2) and C Wong (.1) re fee owed from last three fee statements. | 0.30 | 96.00 |
| 03/05/25 | Kyle M. Freeman | Draft AFS second interim fee application. | 8.40 | 4,536.00 |
| 03/05/25 | Yvonne Li | Respond to questions from K Freeman re drafting of second interim fee application. | 0.30 | 96.00 |
| 03/06/25 | Kyle M. Freeman | Revise and draft AFS second interim fee application. | 6.20 | 3,348.00 |
| 03/07/25 | Christopher K.S. Wong | Review services rendered and entries for February, and requirements under interim fee procedures. | 0.40 | 312.00 |
| 03/07/25 | Christopher K.S. Wong | Review and revise second interim fee application. | 1.20 | 936.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
| | International (CNMI), LLC bankruptcy estate | |
| 00014 | Fee Applications | Page 68 |
| October 30, 2025 | | |

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 03/07/25 | Kyle M. Freeman | Revise and draft AFS second interim fee application. | 4.30 | 2,322.00 |
| 03/07/25 | Yvonne Li | Exchange emails with K Freeman re second interim fee application. | 0.20 | 64.00 |
| 03/07/25 | Yvonne Li | Request copy of February invoice for fee statement and send to C Wong and K Freeman. | 0.20 | 64.00 |
| 03/10/25 | Christopher K.S. Wong | Continue revising second interim fee application. | 0.80 | 624.00 |
| 03/10/25 | Yvonne Li | Respond to K Chambers re invoices for second interim fee period. | 0.10 | 32.00 |
| 03/10/25 | Yvonne Li | Follow up with C Wong re edits to February invoice. | 0.10 | 32.00 |
| 03/10/25 | Yvonne Li | Review of second interim fee application draft and confer with C Wong re edits. | 0.30 | 96.00 |
| 03/11/25 | Christopher K.S. Wong | Meeting with K Freeman re interim fee application. | 0.20 | 156.00 |
| 03/11/25 | Yvonne Li | Review of bills from K Chambers and exchange emails re payment of fees. | 0.30 | 96.00 |
| 03/11/25 | Yvonne Li | Exchange emails with K Freeman re drafting of fee application for local counsel. | 0.10 | 32.00 |
| 03/11/25 | Yvonne Li | Edit second interim fee application. | 0.40 | 128.00 |
| 03/12/25 | Yvonne Li | Exchange emails with K Freeman re edits to second interim fee application for local counsel. | 0.20 | 64.00 |
| 03/13/25 | Yvonne Li | Follow up with accounting re edits to February invoice. | 0.10 | 32.00 |
| 03/13/25 | Yvonne Li | Assist K Freeman with second interim fee application and calculations of total fees and hours. | 0.70 | 224.00 |
| 03/13/25 | Yvonne Li | Respond to questions from K Freeman re second interim fee application. | 0.30 | 96.00 |
| 03/14/25 | Yvonne Li | Respond to questions from K Freeman re interim fee application. | 0.40 | 128.00 |
| 03/17/25 | Christopher K.S. Wong | Respond to K Chambers re compensation procedures and interim fee application. | 0.60 | 468.00 |
| 03/17/25 | Christopher K.S. Wong | Respond to L Yang of Intrepid re compensation procedures and interim fee application. | 0.70 | 546.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
| | International (CNMI), LLC bankruptcy estate | |
| 00014 | Fee Applications | Page 69 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 03/19/25 | Yvonne Li | Call with C Wong re continuing hearing for fee applications. | 0.20 | 64.00 |
| 03/19/25 | Yvonne Li | Draft email to professionals re continuing hearing to interim fee applications. | 0.20 | 64.00 |
| 08/20/25 | Yvonne Li | Confer with S. Wang re fees for local counsel. | 0.10 | 32.00 |
| 08/22/25 | Christopher K.S. Wong | Confer with C Comstad of Intrepid re fee application procedures [.2]; confer with Y Li and S Wang re drafting of interim fee application [.3]; review local rules re same [.4] | 0.90 | 702.00 |
| 08/25/25 | Christopher K.S. Wong | Confer with Y Li re fee application. | 0.20 | 156.00 |
| 08/25/25 | Yvonne Li | Exchange emails with team re preparation of fee application. | 0.10 | 32.00 |
| 08/30/25 | Christopher K.S. Wong | Review billing summaries and narratives for fee application. | 1.60 | 1,248.00 |
| 09/09/25 | Yvonne Li | Review of proforma for fee application. | 0.70 | 224.00 |
| 09/12/25 | Sophia R. Wang | Correspondence and discussion re second interim fee application. | 0.30 | 171.00 |
| 09/15/25 | Yvonne Li | Continue review of proforma for fee application | 0.60 | 192.00 |
| 09/17/25 | Yvonne Li | Call and email chambers to request hearing date for interim fee applications. | 0.20 | 64.00 |
| 09/17/25 | Yvonne Li | Confer with S. Wang re fee application for local counsel. | 0.10 | 32.00 |
| 09/18/25 | Yvonne Li | Preapre outline for fee application. | 0.80 | 256.00 |
| 09/23/25 | Yvonne Li | Begin drafting backgroud section to fee application. | 1.70 | 544.00 |
| 09/26/25 | Sophia R. Wang | Discussions with local counsel regarding preparing second interim fee applications. | 0.30 | 171.00 |
| 09/30/25 | Yvonne Li | Continue drafting fee application. | 1.30 | 416.00 |
| | | **Fee Total** | **117.20** | **$54,351.50** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| Aram Ordubegian | 0.30 | 950.00 | 285.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
| 00014 | Fee Applications | Page 70 |

October 30, 2025

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Christopher K.S. Wong | 8.80 | 780.00 | 6,864.00 |
| Christopher K.S. Wong | 5.70 | 675.00 | 3,847.50 |
| Kyle M. Freeman | 21.70 | 540.00 | 11,718.00 |
| Sophia R. Wang | 1.00 | 570.00 | 570.00 |
| Sophia R. Wang | 38.50 | 495.00 | 19,057.50 |
| Yvonne Li | 15.70 | 320.00 | 5,024.00 |
| Yvonne Li | 19.50 | 295.00 | 5,752.50 |
| Mia Ferguson | 4.20 | 210.00 | 882.00 |
| Mia Ferguson | 1.80 | 195.00 | 351.00 |
| **Timekeeper Summary Total** | **117.20** | | **54,351.50** |

|  | | |
|---|---|---|
| Current Fees | | $54,351.50 |
| **Subtotal For This Matter** | | $54,351.50 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
| | International (CNMI), LLC bankruptcy estate | |
| 00016 | Disclosure Statement and Plan Matters and Solicitation | Page 71 |
| October 30, 2025 | | |

For Professional Services Rendered:  September 30, 2025

Re: Disclosure Statement and Plan Matters and Solicitation

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 02/28/25 | Aram Ordubegian | Call with JP Fritz re potential plan of reorganization post sale. | 0.40 | 410.00 |
| 03/03/25 | Aram Ordubegian | Review secured creditors' draft letter re potential plan term sheet. | 0.20 | 205.00 |
| 08/21/25 | Aram Ordubegian | Strategy and planning with Committee Chair re potential plan options. | 0.20 | 205.00 |
| 08/21/25 | Sophia R. Wang | Confer with K.S. Wong re preparing the chapter 11 plan and fee application. | 0.20 | 114.00 |
| 08/28/25 | Sophia R. Wang | Meeting with counsel for J. Gray re liquidation plan and payment treatment. | 0.40 | 228.00 |
| 08/29/25 | Christopher K.S. Wong | Prepare for [.3]; and attend call with Debtor re plan of liquidation [3]; post-meeting phone call with S Wang re drafting of joint chapter 11 plan [.2] | 1.30 | 1,014.00 |
| 08/29/25 | Christopher K.S. Wong | Prepare outline for liquidating plan. | 1.20 | 936.00 |
| 08/29/25 | Sophia R. Wang | Discussion with IPI counsel re joint liquidation plan. | 0.40 | 228.00 |
| 08/29/25 | Sophia R. Wang | Confer with K.S. Wong re drafting liquidation plan. | 0.20 | 114.00 |
| 09/04/25 | Aram Ordubegian | Call from M. Dundon, sent from A. Helagua, re plan matters. | 0.20 | 205.00 |
| 09/04/25 | Christopher K.S. Wong | Meeting with S Wang and S Reiger re drafting of plan and disclosure statement. | 0.60 | 468.00 |
| 09/04/25 | Christopher K.S. Wong | Exchange emails with Committee members re administrative expense claims, liquidating plan, and post-confirmation claim resolution process. | 0.40 | 312.00 |
| 09/04/25 | Shannon Rieger | Meeting with C. Wong and S. Wang re draft plan. | 0.50 | 285.00 |
| 09/04/25 | Sophia R. Wang | Discuss with K.S. Wong and S. Reiger regarding drafting the plan and disclosure statement. | 0.60 | 342.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
| 00016 | Disclosure Statement and Plan Matters and Solicitation | Page 72 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 09/10/25 | Aram Ordubegian | Call from Debtor's counsel re plan terms and projects required to be completed prior to plan formulation. | 0.40 | 410.00 |
| 09/16/25 | Sophia R. Wang | Review and analyze Gray's proposed distribution plan for the proceeds from the prepetition sale of the gaming equipment, and other stipulations related to payments to their claims. | 0.80 | 456.00 |
| 09/16/25 | Sophia R. Wang | Discuss with K.S. Wong regarding concerns with Gray proposed distribution plan. | 0.30 | 171.00 |
| 09/16/25 | Sophia R. Wang | Draft analysis and recommendations to the Committee regarding Gray's proposed distribution plan. | 0.70 | 399.00 |
| 09/17/25 | Sophia R. Wang | Conduct claims analysis including secured claims, administrative claims, and priority and unsecured claims. | 1.10 | 627.00 |
| | | **Fee Total** | **10.10** | **$7,129.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| Aram Ordubegian | 1.40 | 1,025.00 | 1,435.00 |
| Christopher K.S. Wong | 3.50 | 780.00 | 2,730.00 |
| Shannon Rieger | 0.50 | 570.00 | 285.00 |
| Sophia R. Wang | 4.70 | 570.00 | 2,679.00 |
| **Timekeeper Summary Total** | **10.10** | | **7,129.00** |

| | | |
|--|--|--|
| Current Fees | | $7,129.00 |
| **Subtotal For This Matter** | | $7,129.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
| | International (CNMI), LLC bankruptcy estate | |
| 00019 | Automatic Stay and Section 362 and 363 Matters | Page 73 |

October 30, 2025

For Professional Services Rendered:  September 30, 2025

Re: Automatic Stay and Section 362 and 363 Matters

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 11/14/24 | Christopher K.S. Wong | Review stipulation from secured creditors re distribution of proceeds [.2]; confer with legal team re recommendation to Committee [.4] | 0.60 | 405.00 |
| 11/18/24 | Christopher K.S. Wong | Confer with S Wang and strategize re impact on sale re stipulation from secured creditors re distribution of proceeds | 0.30 | 202.50 |
| 12/10/24 | Christopher K.S. Wong | Review Gray's motion to distribute gaming equipment funds. | 0.40 | 270.00 |
| 12/17/24 | Christopher K.S. Wong | Review and revise recommendation to Committee re secured creditor proposal to distribute proceeds and lift of stay. | 0.30 | 202.50 |
| 12/18/24 | Christopher K.S. Wong | Meeting with A Halegua re lift of stay re funds held by Clear and Judge Maglona order re pro rata distribution of proceeds by creditors in Fanter action. | 0.30 | 202.50 |
| 12/30/24 | Christopher K.S. Wong | Confer with S Wang and review response to Gray counsel re relief from stay re distribution of gaming equipment proceeds. | 0.20 | 135.00 |
| 01/06/25 | Christopher K.S. Wong | Phone call with A Halegua and review proposal re stipulation to distribute proceeds. | 0.20 | 156.00 |
| 01/17/25 | Christopher K.S. Wong | Review revised proposal from A Halegua re distribution of proceeds from personal property sale. | 0.40 | 312.00 |
| 01/21/25 | Christopher K.S. Wong | Confer with S Wang re Gray revised stipulation. | 0.20 | 156.00 |
| 01/23/25 | Christopher K.S. Wong | Phone call with bankruptcy counsel for Gray re stipulation to distribute proceeds. | 0.20 | 156.00 |
| 02/11/25 | Christopher K.S. Wong | Review motion for relief from stay re containers [.3]; phone call with secured creditor counsel [.1].phone call with Debtor's counsel [.2] | 0.60 | 468.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
| | International (CNMI), LLC bankruptcy estate | |
| 00019 | Automatic Stay and Section 362 and 363 Matters | Page 74 |

October 30, 2025

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 02/20/25 | Yvonne Li | Research response deadline for motion for relief from stay. | 0.20 | 64.00 |
| 03/03/25 | Aram Ordubegian | Call from Debtor's counsel re opposition to pending relief from stay motion and pending sale closing. | 0.20 | 205.00 |
| 03/03/25 | Christopher K.S. Wong | Review Debtor's opposition to relief from stay motion.[.4] confer with S Wang and A Ordubegian re joinder re same [.2] | 0.60 | 468.00 |
| 03/03/25 | Sophia R. Wang | Review Debtor's opposition to RFS motion by Saipan Stevedore. | 0.60 | 342.00 |
| 03/03/25 | Sophia R. Wang | Review correspondence re Debtor's opposition to RFS motion by Saipan Stevedore. | 0.20 | 114.00 |
| 03/03/25 | Sophia R. Wang | Draft joinder to the Debtor's opposition to RFS motion by Saipan Stevedore. | 0.30 | 171.00 |
| 03/04/25 | Yvonne Li | Finalize and file joinder to debtor's opposition of Creditor Saipan Stevedore's RFS motion. | 0.90 | 288.00 |
| 03/10/25 | Christopher K.S. Wong | Review Stevedore stipulation and order continuing hearing for filing and lodging. | 0.20 | 156.00 |
| 03/11/25 | Christopher K.S. Wong | Review notice of hearing and extension of deadlines re relief from stay request from Stevedores. | 0.20 | 156.00 |
| 03/12/25 | Aram Ordubegian | Numerous e-mails with Debtor's counsel re requested hearing date re pending relief from stay hearing. | 0.10 | 102.50 |
| 04/24/25 | Christopher K.S. Wong | Review Stevedore relief from stay motion, responses, and prepare outline for hearing thereon. | 1.10 | 858.00 |
| 04/28/25 | Christopher K.S. Wong | Review notes, pleadings, outline for hearing in preparation for oral argument on relief from stay motion by Steveadore. | 0.90 | 702.00 |
| 04/28/25 | Sophia R. Wang | Review and prepare materials in preparation for the hearing on Stevedore's RFS motion. | 0.80 | 456.00 |
| 08/12/25 | Yvonne Li | Assist C. Dark with filing of motion to excuse local counsel's appearance at RFS hearing. | 0.60 | 192.00 |

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific International (CNMI), LLC bankruptcy estate | Invoice Number 2469617 |
| 00019 | Automatic Stay and Section 362 and 363 Matters | Page 75 |
| October 30, 2025 | | |

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 09/05/25 | Christopher K.S. Wong | Review declaration from Stevedore and exchange emails with S Wang re apportionment of post-closing costs. | 0.40 | 312.00 |
| 09/11/25 | Christopher K.S. Wong | Review motion and stipulation to distribute clear sale proceeds. | 0.40 | 312.00 |
| 09/16/25 | Christopher K.S. Wong | Meeting with S Wang re strategies for responding to proposal to distribute Clear management funds. | 0.30 | 234.00 |
| 09/17/25 | Christopher K.S. Wong | Review recommendation to Committee re relief from stay request/ distribution to secured creditors from gaming equipment sale. | 0.40 | 312.00 |
| | | **Fee Total** | **12.10** | **$8,110.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Aram Ordubegian | 0.30 | 1,025.00 | 307.50 |
| Christopher K.S. Wong | 6.10 | 780.00 | 4,758.00 |
| Christopher K.S. Wong | 2.10 | 675.00 | 1,417.50 |
| Sophia R. Wang | 1.90 | 570.00 | 1,083.00 |
| Yvonne Li | 1.70 | 320.00 | 544.00 |
| **Timekeeper Summary Total** | **12.10** | | **8,110.00** |

| | | |
|---|---|---|
| Current Fees | | $8,110.00 |
| **Subtotal For This Matter** | | $8,110.00 |

# EXHIBIT 3

ArentFox Schiff LLP
Attorneys at Law

046005   Official Committee of Unsecured Creditors of the Imperial Pacific          Invoice Number 2469617
         International (CNMI), LLC bankruptcy estate

                                                                                                Page 2

October 30, 2025

---

### Time Summary

| Timekeeper | Rate | Hours | Value |
|---|---|---|---|
| Aram Ordubegian | 950.00 | 6.30 | 5,985.00 |
| Aram Ordubegian | 1,025.00 | 48.30 | 49,507.50 |
| Christopher K.S. Wong | 780.00 | 179.50 | 140,010.00 |
| Christopher K.S. Wong | 675.00 | 56.80 | 38,340.00 |
| Kyle M. Freeman | 540.00 | 21.70 | 11,718.00 |
| Shannon Rieger | 570.00 | 0.50 | 285.00 |
| Sophia R. Wang | 570.00 | 181.10 | 103,227.00 |
| Sophia R. Wang | 495.00 | 118.70 | 58,756.50 |
| Yvonne Li | 320.00 | 31.40 | 10,048.00 |
| Yvonne Li | 295.00 | 23.90 | 7,050.50 |
| Mia Ferguson | 210.00 | 4.20 | 882.00 |
| Mia Ferguson | 195.00 | 1.80 | 351.00 |
| **Totals** | | **674.20** | **426,160.50** |

EXHIBIT 4

ArentFox Schiff LLP
Attorneys at Law

| 046005 | Official Committee of Unsecured Creditors of the Imperial Pacific | Invoice Number 2469617 |
| | International (CNMI), LLC bankruptcy estate | |
| 00000 | General | Page 3 |

October 30, 2025

For Professional Services Rendered:  September 30, 2025

Re: General

**For Disbursements:**

| | | |
|---|---|---|
| 10/07/24 | J&J Court Transcribers, Inc. - Transcripts 2024-01664, 10/07/2024 Federal Court Daily on  10/1/2024 | 897.90 |
| 12/20/24 | Aram Ordubegian - Aram Ordubegian, Transcripts, Lunch meeting  post-hearing on Motion to Appoint Fee Examiner. | 160.60 |
| 03/05/25 | Pacer - Court: 00PCL Matter/User: 046005.00001kf | 0.20 |
| 03/06/25 | Pacer - Court: 00PCL Matter/User: 046005.00001kf | 0.10 |
| 03/06/25 | Pacer - Court: NMIBK Matter/User: 046005.00001kf | 14.80 |
| 03/07/25 | Pacer - Court: NMIBK Matter/User: 046005.00001kf | 3.10 |
| 03/07/25 | Pacer - Court: 00PCL Matter/User: 046005.00001kf | 0.10 |
| 03/08/25 | Pacer - Court: NMIBK Matter/User: 046005.00001kf | 5.40 |
| 03/12/25 | Pacer - Court: 00PCL Matter/User: 046005.00001KF | 0.10 |
| 03/12/25 | Pacer - Court: NMIBK Matter/User: 046005.00001KF | 23.80 |
| 03/13/25 | Pacer - Court: NMIBK Matter/User: 046005.00001KF | 9.00 |
| 03/13/25 | Pacer - Court: NMIBK Matter/User: 046005.00001kf | 18.20 |
| 03/14/25 | Pacer - Court: NMIBK Matter/User: 046005.00001kf | 15.60 |
| 03/17/25 | Pacer - Court: 00PCL Matter/User: 046005.00001kf | 0.20 |
| 03/18/25 | Pacer - Court: NMIBK Matter/User: 046005.00001kf | 7.70 |
| 03/19/25 | Pacer - Court: 00PCL Matter/User: 046005.00001kf | 0.10 |
| 03/20/25 | Pacer - Court: NMIBK Matter/User: 046005.00001kf | 5.60 |
| 03/24/25 | Pacer - Court: 00PCL Matter/User: 046005.00001kf | 0.60 |
| 03/24/25 | Pacer - Court: CACBK Matter/User: 046005.00001kf | 22.20 |
| **Disbursement Total** | | **1,185.30** |

| | |
|---|---|
| Current Disbursements | $1,185.30 |
| **Subtotal For This Matter** | $1,185.30 |

# EXHIBIT 5



ARENTFOX SCHIFF LLP
ATTORNEYS

# Aram Ordubegian

PARTNER

Aram is the Chair of the Firm's Cannabis Industry Practice Group and West Coast Team Leader of the Bankruptcy & Financial Restructuring Group.



## Industries

Cannabis

## Practices

Bankruptcy & Financial Restructuring

## Bar & Court Admissions

California

US Court of Appeals, 9th Circuit

US District Court, Central District of California

US Bankruptcy Courts, California

US District Court, California

## Education

Loyola Law School, Los Angeles, JD (American Jurisprudence Award for Advocacy; Moot Court Honors Program)

California State University, Northridge, BA, 1993

| Office | Phone | Email |
|---|---|---|
| Los Angeles | 213.629.7410 | Aram.Ordubegian@afslaw.com |
| San Francisco | 415.805.7940 | |

Aram has broad-based reorganization and bankruptcy litigation and appellate experience in a wide area of insolvency matters, from various perspectives, including: representation of businesses and high net-worth individuals facing financial distress, purchasers of assets, individual and corporate creditors, creditors' committees, trustees, and parties to out of court work-out transactions with debtors, before, during and after bankruptcies.

Aram has advised businesses in connection with debt restructuring, securitization, trust formation, acquisitions, divestitures, and wind-downs in connection with financially distressed assets, and has advised corporations, limited liability companies and partnerships on creditors' rights, governance, and control issues.

## Client Work

## Individual & Corporate Debtors

Aram has represented a variety of high-income individuals, including business executives and insiders of insolvent corporations, real estate developers, physicians, and entertainment and sports industry members, in their pre-bankruptcy "workout" negotiations with creditors. Aram also assists individuals in their Chapter 11 reorganization cases when the "workout" process has failed. The following corporate debtors have recently been represented:



– *In re Hi-Five Industries, LLC, In re One South Lake Street, LLC, and Wild Game Ng, LLC* – these consolidated Chapter 11 cases concern the reorganization of the Siena Hotel Casino & Spa located in Reno, Nevada. Representation included the operations of the businesses in Chapter 11, including post-petition financing and cash collateral matters, and the ultimate sale of the businesses at an auction.

– *In re S-King Estates, LLC* – a Chapter 11 case pending in the District of Utah wherein the debtor owned a well-recognized 53-acre "ski-in / ski-out" property. Representation included the successful confirmation of a "new equity" plan of reorganization and the restructuring of large secured creditor notes, trust deed, and personal guarantee.

– *In re Wall Street Mart, L.P.* – a large real estate Chapter 11 reorganization concerning the debtor's interest in several valuable ground leases. Representation includes a plan of reorganization and an adversary proceeding to avoid and recover as a fraudulent transfer a multimillion-dollar deed.

– *In re Citizen Smith, LLC* – successor insolvency and restructuring counsel for popular restaurant and nightclub located in Hollywood, California. Representation included rejection of existing agreement with operator of business, approval of post-petition debtor-in-possession financing and operating agreement, and limited liability company governance matters.

– *In re St. Patricks Day Lease, LLC* – counsel to Chapter 11 debtor with valuable commercial real property in Inglewood, California. Successfully prosecuted a sale of the real property and later litigated lien avoidance actions against a secured creditor to pay creditors in full and make a distribution to equity holders.

– *In re 3-Day Blinds, Inc.* – served as special labor and employment counsel to the Chapter 11 debtor-in-possession and protected the interests of employees of the company during business sale and transition periods.

– *In re Morpho Technologies, Inc.* – a technology company with valuable patent and intellectual property assets that were sold, allowing for a near 100% distribution to creditors.

– *In re USA eChambers* – a national chamber of commerce business endorsed by the federal government.

– *In re ABEX, Corporation & ABEX, LLC* – a gold bullion exchange business.

– *In re ABC Windows, Inc.* – manufacturer and installer of custom windows for residential homes.

– *In re Universal Unlimited Services, Inc.* – provider of skilled medical diagnostic technicians.

– *In re Xero Mobile, Inc.* – a mobile solutions startup company.



# Bankruptcy Litigation

Aram has bankruptcy litigation experience in a wide array of matters, including assumption and rejection battles for unexpired leases, executory contracts, personal services contracts, preference, and fraudulent transfer avoidance, and objection to discharge prosecution and defense work.

– *In re NGTV, Inc.* – counsel to Chapter 11 and Chapter 7 trustee for Internet content and production company. Analyze and recovery various tangible and intangible assets and sell estate assets.

– *In re Amir-Jahed* – lead trial counsel for trustee; obtained judgment at trial for avoidance and recovery of transfers of multimillion-dollar real property assets.

– *In re Victor Ortiz* – lead trial and appellate counsel for professional boxer; obtained declaratory judgment and injunction rejecting and terminating personal services contract.

– *In re Noodles, Inc.* – counsel to Chapter 7 trustee in avoidance and recovery of fraudulent transfers of restaurant-related assets to insiders of business.

– *In re Reliant Pictures, LLC* – counsel to Chapter 7 trustee; sold valuable intellectual property assets, including film rights and associated litigation rights.

– *In re Bornstein* – counsel to Chapter 11 trustee of individual debtor involved in the production and direction of feature films.

– Represent preference recovery defendants in various pending bankruptcy cases across the country, including in *In re Axium, In re Delphi, In re Placer Fire Equipment, Inc.,* and *In re North General Hospital.*

# Official Committee of Unsecured Creditors' Committee Representation

Aram represented creditors' committees from a variety of industries, including:

– *In re Scour, Inc.* – music file-sharing company like Napster; instrumental in sale of business for ultimate 100% distribution to all unsecured creditors.

– *In re Jill Kelly Productions, Inc.* – well-known adult movie production and distribution company; obtained reduction of secured lien on assets and sold movie titles at court auction to generate unexpected recovery for unsecured creditors; proposed and confirmed a plan of reorganization after prosecuting various litigation rights, including executory contract assumption and rejection matters.

– *In re InternetConnect, Inc., In re Flashcom, Inc.,* and *In re Fastpoint Communications, Inc.* – DSL companies for retail customers; aided in limiting scope and extent of secured liens and subsequent sale of businesses; lead counsel for recovery of avoidable insider and non-insider preference and fraudulent transfers.



– *In re Dilip Ram* – real estate developer with a large number of interests in various real property LLCs and "single purpose entities" and personal guaranty liability in the hundreds of millions of dollars. Drafted joint Chapter 11 disclosure statement and plan of reorganization with the debtor and resolved various tax-related matters to ensure a distribution to trade creditors.

– *In re Ethos Design, LLC / In re Lounge 22, Inc.* – represent joint creditors' committee for companies that design, manufacture, and sell or lease high-end furniture used in large events or conferences such as the Academy Awards and other such productions. Resolved various cash collateral usage issues with the companies' secured creditor to allow the businesses to continue operations for the benefit of creditors and subsequently aided in the sale of the businesses to maximize distributions for creditors.

– *In re Centerstone Diamonds, Inc. / In re Michael Beaudry, Inc.* – represent joint creditors' committee for "jeweler to the stars" in the restructuring of the design and retail sale companies. Monitored business operations to protect valuable inventory and conducted investigations regarding inter-company and other insiders transfers.

– *In re Broadcast Store, Inc.* – video equipment sale and rental company; aided in confirmation of a joint plan of reorganization.

– *In re Aesthetic Frame & Art Services, Inc.* – family-run framing company; investigated propriety of financial transactions by insiders of business.

– *In re Netter Digital Entertainment, Inc.* – technology company specializing in the movie industry; aided committee in the investigation of suspicious transactions among the insiders of the business.

– *In re Pull'R Holdings, LLC. and Maasdam Pow'R Pull, Inc.* – established hand tool manufacturer and distributor; successfully obtained unexpected "carve-out" for unsecured creditors from collateral of under-secured creditors.

– *In re Energy Development Corporation* and *In re Steven Harris* – oil producer in Huntington Beach, California; represented committee in operating Chapter 11 case and interface with Chapter 11 trustee to effectuate bankruptcy exit with favorable distribution for unsecured creditors.

## Secured Creditor Representation

Aram has substantial experience representing secured creditors, both senior and junior priority secured creditors, in liquidation and reorganization proceedings. He has represented a national bank in consumer bankruptcy cases to obtain relief from the automatic stay and in reorganization matters for the bank's commercial leasing subsidiary to protect collateral and related rights. Also, Aram has represented a large regional construction lender with $18 million at stake in its dispute with various mechanics' lien creditors stemming from a failed senior housing project now in an involuntary bankruptcy case as well as the senior secured creditor in an urban clothing and sports equipment retail business.

**ArentFox Schiff**

ARENTFOX SCHIFF LLP
ATTORNEYS

## Insolvency Counseling, Distressed Transaction, & "Workouts"

Aram has represented potential debtors and creditors in all stages of pre-bankruptcy, out of court workout transactions, including aiding in the restructuring of corporate capital and debt structures. These engagements have included a large furniture manufacturer, a busy overnight-type courier service, a multistate franchise of fast-food restaurants, and various distressed real estate developers.

## Bankruptcy Asset Acquisitions

Aram has represented asset purchasers, both "stalking horse" and over-bidders, to aid in their purchases of commercial and residential real estate, high-tech assets, corporate shells, and going concern assets from several bankruptcy courts across the country. This has included the documentation of the underlying transaction, participating in contested sale matters, and the presentation of alternative plans of reorganization to implement asset acquisition goals for clients.

## Reported Cases

– *In re Wrightwood Guest Ranch, LLC*, 896 F.3d 1109 (9th Cir. 2018); 585 B.R. 600 (C.D. Cal. 2018).

– *In re Imagine Fulfillment Services, LLC*, 489 B.R. 136 (C.D. Cal. 2013).

– *In re S-King Estates, LLC*, 2010 WL 4916577 (Bankr. Utah 2010).

– *Top Rank, Inc. v. Victor M. Ortiz (In re Ortiz),* 400 B.R. 755 (C.D. Cal. 2009).

– *In re Lincoln Hospital Medical Center, Inc.,* 234 Fed.Appx. 426 (9th Cir. 2007).

– *Investors Thrift v. Tam Ly Lam (In re Lam),* 192 F.3d 1309 (9th Cir. 1999).

## Previous Work

Prior to joining ArentFox Schiff in 2009, Aram was a partner at the "bankruptcy boutique" law firm of Weinstein, Weiss & Ordubegian, LLP of Los Angeles, California, where he practiced since 2000.  From 1996 to 2000, Mr. Ordubegian was an associate at the firm of Shapiro & Miles LLP (now Miles & Bauer LLP) of Costa Mesa, California, where he represented primarily secured creditors in bankruptcy cases.



# Professional Affiliations

Mr. Ordubegian is involved in a variety of professional organizations on regional, state, and national levels.

**American Bar Association**
Litigation Section, Commercial and Business Litigation Committee
Co-Chair, Bankruptcy Subcommittee, December 2010 – December 2012

Litigation Section, Bankruptcy and Insolvency Committee
Chair, *Twombly* Task Force, September 2010 – September 2011
Chair, Appellate Subcommittee, November 2008 – September 2010
Editor-in-Chief, *Bankruptcy Litigation Journal*, September 2009 – September 2010; Associate Editor, May 2007 – August 2009
Member, 2000 - present

**American Bankruptcy Institute**
Member, 2005 – present

***California Bankruptcy Journal***
Editor, 2007 – present

**Los Angeles Bankruptcy Forum**
Board of Directors, September 2008 – September 2011
Member, 2000 – present

**Los Angeles County Bar Association, Commercial Law & Bankruptcy Section**
Bankruptcy Committee, 2001 – present
Barristers Executive Committee, elected member 2001 – 2003
Member, 1996 – present

**Crescenta Valley Chamber of Commerce**
Board of Directors, 2006 – 2015; President 2015

**Crescenta Valley Town Council**
Elected councilmember, 2016; Vice-President 2019-present

**Personnel Commissioner, Glendale Unified School District**
Member, 2016 – present, Chair 2017 and 2020.

**Loyola Law School, Board of Governors**
Member, 2015-present

# Publications, Presentations & Recognitions

Aram has consistently been recognized by *Chambers USA* for Bankruptcy and Financial Restructuring, as well as *Best Lawyers in America* for Bankruptcy and Debtor Rights. He was also selected as one of the "20 Rising Stars Under 40" by the Armenian Bar Association.

Aram has consistently been recognized in the Southern California edition of *Super Lawyers* magazine in bankruptcy and financial restructuring since 2005. *Dow Jones Daily Bankruptcy Review* named Aram its "Mover of the Week" in July 2009. *The Wall Street Journal,* the flagship publication of Dow Jones, also published a profile of Aram in the newspaper's online "Bankruptcy Beat" that same week. In the profile, Aram discussed some of his more interesting cases (including his work representing a boxer in a dispute with Bob Arum's Top Rank and Oscar de la Hoya's Golden Boy Promotions) and ArentFox Schiff's bankruptcy practice on the west coast.

Mr. Ordubegian has spoken on numerous panels including:

- AIRA (Association of Insolvency & Restructuring Advisors) – 39th Annual Bankruptcy & Restructuring Conference, *Cannabis: The Highs and Lows of an Emerging Industry,* Panelist and Co-Author of materials, June 9, 2023, Newport Beach, California

- California Bankruptcy Forum – 35th Annual Conference, *Roll the Dice: Cannabis Restructuring and Receiverships,* Producer, May 20, 2023, La Quinta, California

- CRE Finance Council – CREFC Webinar Series, *Cannabis Workouts and Alternatives to Bankruptcy,* Panelist via webinar and co-author of materials, April 27, 2023

- Expert Webcast Roundtable, *Restructuring Alternatives in the Cannabis Industry,* Panelist via webinar and Co-Author of materials, April 20, 2023.

- TMA (Turnaround Managers Association) Northern California, *Red Flags: What's Driving Insolvency Issues in the Cannabis Space?,* Panelist, April 18, 2023, San Francisco, California

- Turnaround Management Association, *Red Flags: What's Driving Insolvency Issues in the Cannabis Space?*, Speaker, April 18, 2023

- Armenian Bar Association Young Lawyers Committee, *Growing Pains and the Future of Cannabis Law,* Webinar Panelist, August 19, 2021

- ArentFox Schiff Real Estate Practice Group Continuing Legal Education, *Real Estate Learning Session: The Interplay Between Bankruptcy and Real Estate,* Speaker, September 10, 2020, Los Angeles, California

- Insolvency Conference – California Bankruptcy Forum – 31st Annual, *Fly Me to the Moon: Are Bankruptcies and Receiverships Jointly Available to the Cannabis Industry?,* Panelist and co-author of material, May 17, 2019, Rancho Mirage, California.



– American Bankruptcy Institute – Rocky Mountain Bankruptcy Conference 2019, *Walk The Line: Pushing Lenders' Rights to The Limits*, Panelist and co-author of materials, January 24 and 25, 2019, Salt Lake City, Utah.

– American Bankruptcy Institute – Bankruptcy Battleground West 2018, *Perspectives on the Emerging Cannabis Industry*, Panelist and co-author of materials, March 6, 2018, Los Angeles, California.

– Commercial Law League of America - Part of the Commercial Bankruptcy Litigation  2015 Series, *Overview of Fraudulent Transfer Litigation*, Panelist, August 4, 2015

– Los Angeles County Bar Association – Commercial Law and Bankruptcy Section, *Chapter 11 Plan Confirmation Concerns*, Panelist and co-author of materials, February 19, 2015

– Is Your Facility on Track?  Issues Impacting Long Term Care Facilities: Avoiding Distress and Identifying Opportunities, *Hidden Opportunities: Capitalizing on Bankruptcy Sale*, Panelist and co-author of materials, July 22, 2014

– 2013 California Employment Law Webinar Series (Part 3), *Favorable Litigation Defense Strategies When Your Former Employee Plaintiff Files for Bankruptcy*, Panelist, January 25, 2013

– Insolvency Conference – California Bankruptcy Forum – 24th Annual, *Jurisdiction and Standing and the Stern v. Marshall Decision*, Co-Producer, May 19, 2012.

– Pepperdine Law School, Journal of Business, Entrepreneurship and the Law, *Chapter 11 Bankruptcy Reorganization: Averting Financial Calamity?*; Panelist and co-author of material, March 27, 2012

– Armenian Bar Association, *Practical Issues in Chapter 7 and Chapter 11 Bankruptcy Cases*; Panelist and author of material, Loyola Law School, November 27, 2011.

– Los Angeles Intellectual Property Law Association & San Diego Intellectual Property Law Association – Spring Seminar 2011, *Bankruptcy and Intellectual Property: Rights and Remedies*; Panelist and author of materials, June 3, 2011, Coronado, California.

– California Bankruptcy Forum – 23rd Annual Insolvency Conference, *In re Fremont General Corporation, A Case Study*; Panelist, May 20, 2011

– Southland Regional Association of Realtors, Inc., *Hot Topics in Commercial Real Estate Bankruptcies*; Presenter and author of materials, October 20, 2010

– Sterling Education Services, *Landlord – Tenant Law Update (Bankruptcy Considerations)*, Panelist and author of materials, June 17, 2010

– CLE International – Real Estate Restructuring, *Discrete Issues in a Distressed Transaction – Substantive Consolidation*, Co-presenter with Lisa Hill Fenning and co-author of materials, January 22, 2010

– Los Angeles County Bar Association, *Recent Bankruptcy Decisions in the Ninth Circuit: What You Need to Know*, Panelist and author of materials, November 17, 2009.



– American Bar Association – Annual Meeting, *Sales Free-and-Clear of Liens: Dissident Junior Liens, and More*, Co-presenter with Melissa Hinds and co-author of materials, July 31, 2009.

– Los Angeles Family Law Mediators, *Interplay Between Family Law and Bankruptcy Law*, Co-presenter with David R. Weinstein, May 27, 2008 and June 16, 2008

– Stevenson Real Estate, *Commercial Insolvency Issues*, Presenter and author of materials, April 29, 2008

– ReMax Optima, *Current Issues in Individual Chapter 11 and Developer Cases*; Presenter and author of materials, March 27, 2008

– Southland Regional Association of Realtors, Inc., *Understanding Bankruptcy and its Effect on Commercial Real Estate*; Keynote speaker at yearly meeting and author of materials, March 12, 2008

– Armenian American Real Estate Association, *Bankruptcy Law and its Effect on Real Estate Foreclosure & Short Sales*; Presenter and author of materials, March 6, 2008

– Los Angeles Bankruptcy Forum, *Optimal Strategies to Defend & Insulate Preferential Transfers from Avoidance*; Co-presenter with Greg Abrams and co-author of materials, October 22, 2007

– Bankruptcy Roundtable, *Representing Creditors' Committees under the Newly Revised Bankruptcy Code*; Presenter and author of materials, November 7, 2006

– Orange County Bar Association, *Secured Creditors' Issues Round-Up*; Panelist, January 2000

– California Trustee's Association, Los Angeles County Chapter, *Are You Feeling Sheepish about In re Lam?  The Effect of In re Lam on the Lending Community and Strategies to Overcome its Effect*; Keynote speaker at annual meeting, April 1998.

In addition to the articles listed below, Mr. Ordubegian has authored and contributed to numerous other articles relating to commercial litigation and bankruptcy law.

– California Bankruptcy Journal, "*Restructuring Your Retail Footprint Under Subchapter V*", Co-Author with Christopher K.S. Wong, 2022, Volume 36, Number 1

– California Bankruptcy Journal, Special Health Care Issue, Co-Editor with Ashley M. McDow, 2020, Volume 35, Number 3

– The Bankruptcy Strategist, "*Trustee Allowed to Reach Back 10 Years to Avoid a Fraudulent Transfer*", Co-author with Sevan Gorginian, January 2017, Volume 34, Number 3

– The Bankruptcy Strategist, "*Triggering Event Test*", Co-author with Douglas Flahaut, December 2014, Volume 32, Number 2

– California Bankruptcy Journal, *Bankruptcy Sales and Related Settlement of Controversies in the Ninth Circuit: The Trend of More Scrutiny Continues*, Co-author with Andy S. Kong, 2010, Volume 31, Number 1



– ArentFox Schiff Sports Alert, *Sports Clubs vs. Sports Leagues: Battleground Bankruptcy Court*, Co-author with M. Douglas Flahaut, August 2, 2010

– Bankruptcy Litigation Journal, *The Practice and Procedure of an Involuntary Bankruptcy Case*, Spring 2009, Vol. 15, No. 2

– Section of Litigation of the American Bar Association

– Bankruptcy & Insolvency Litigation Sub-committee, *Bankruptcy Buyer Beware*, Winter 2008

– California Bankruptcy Journal, *Intervention as a Tool in Bankruptcy Litigation*, 2008, Volume 29, Number 4; also republished in Bankruptcy Litigation Journal, Winter 2007, Vol. 14, No. 1

– Bankruptcy Litigation Journal (a publication of the Litigation Section of the American Bar Association), *Strategic Issues and Choices in Bankruptcy Appeals*, co-author with David R. Weinstein, Fall 2006

– California Bankruptcy Court Reporter, Daily Journal, *Chapter 13 After "Lam": A Little Value Goes A Long Way*, Vol. 3 No. 1, January 1999

– California Trustee's Association Journal, *Review of the Bankruptcy Foreclosure Scam Task Force Report*, Spring 1999

– Submit Express Newsletter, *Cybersquaters Beware! The Impact of the Anticybersquatting Consumer Protection Act*, December 15, 1999

– California Trustee's Association Journal, *Bankruptcy Court "Strips Off" Junior Lien on Debtor's Principle Residence*, Winter 1997/1998

– Vault Guide, *Bankruptcy Law Careers*, Mr. Ordubegian's legal practice was profiled, First Edition, 2001



ARENTFOX SCHIFF LLP
ATTORNEYS

# Christopher K.S. Wong

ASSOCIATE

Christopher is an Associate in the Bankruptcy & Financial Restructuring group.



## Practices & Industries

Bankruptcy & Financial Restructuring

Sports

## Bar & Court Admissions

California

US District Court, Central District of California

US District Court, Northern District of California

US District Court, Southern District of California

US District Court, Eastern District of California

## Education

University of California, Hastings College of the Law, JD

University of California, Los Angeles, BA (Political Science, International Relations)

| Office | Phone | Email |
|---|---|---|
| Los Angeles | 213.443.7512 | christopher.wong@afslaw.com |

Christopher specializes in business and financial restructuring matters and regularly advises companies in navigating the chapter 11 process and on related risks in corporate and debt financing transactions.  For those looking for opportunities in the distressed market, a substantial portion of his practice is dedicated to representing sellers, "Stalking Horse" bidders and over-bidders in Court-supervised Section 363 purchase and sale of assets.   Christopher's recent cases involve sales of going concern assets of an automotive driving experience company in Las Vegas, an open air shopping mall in Southern California, and intellectual property of a pharmaceutical company based in Northern California.

Relying on his experience in investigating companies in various industries, Christopher also focuses on sports-related investigations. He has participated in several compliance and corporate governance related investigations involving Olympic sports governing bodies.

## Previous Work

From 2015 until 2017, Christopher served as a judicial law clerk to the Honorable Maureen Tighe of the United States Bankruptcy Court for the Central District of California. Prior to this clerkship, Christopher served as a legal intern in the

**Smart In Your World**

**afslaw.com**



corporate in-house department for SunPower Corporation, a publicly traded renewable energy company. He also worked as a legal intern at the seventh largest law firm in China, AllBright Law Offices, in Shanghai, in their general commercial, corporate and M&A department.

## Professional Activities

Chris is a Board Member of The Boys & Girls Club of Venice.

He is also a member of the Small Business Reorganization Task Force of the United States Bankruptcy Court, Central District of California, with particular emphasis on outreach to Los Angeles-based businesses in minority communities.

During law school, Christopher served as the editor-in-chief of the *Hastings International and Comparative Law Review*. He also served as the vice president of the Asian Pacific American Law Student Association.

## Publications, Presentations & Recognitions

- *INSOL International*, "The Arcapita Bankruptcy: A Primer in Jurisdiction, International Comity, and the Presumption of Extraterritoriality", August 10, 2018 (co-author).

- American Bankruptcy Institute's "*Retail and Office Bankruptcy Landlord/Tenant Rights*" (editor).

- Third Circuit Sheds Light on Eligibility for Administrative Priority Under Section 503(b)(9), November 27, 2017 (co-author).

- San Fernando Valley Bar Association, "*Ninth Circuit Case Law*," November 17, 2016 (speaker).

- San Fernando Valley Bar Association, "*Technical Abandonment in Bankruptcy*," January 29, 2016 (speaker).

## Life Beyond the Law

Christopher is a Hong Kong native, fluent in Chinese Cantonese and conversational in Chinese Mandarin. Chris spends his free time exploring new restaurants, playing basketball, and cheering on his beloved Los Angeles Lakers.



ArentFox Schiff LLP
Attorneys

# Sophia R. Wang

ASSOCIATE

Sophia is an associate in ArentFox Schiff's Los Angeles Office.



## Practices

Bankruptcy & Financial Restructuring

## Languages

Mandarin Chinese

## Education

University of California, Irvine School of Law, JD, 2018

University of Missouri – Kansas City School of Law, LLM, 2013

Peking University Law School, LLM, 2012

Beijing International Studies University, BA, 2009

| Offices | Phone | Email |
|---|---|---|
| Los Angeles | 213.443.7577 | sophia.wang@afslaw.com |

Sophia represents debtors, creditors, trustees, businesses, and individuals in various bankruptcy and litigation proceedings.

Prior to joining ArentFox Schiff, Sophia served as a judicial clerk to the Hon. Magdalena Reyes Bordeaux, United States Bankruptcy Court, Central District of California, the Hon. Mark D. Houle, United States Bankruptcy Court, Central District of California, and the Hon. Catherine E. Bauer, United States Bankruptcy Court, Central District of California.

## Publications, Presentations & Recognitions

**Presentations**

— Panelist, "Career in Bankruptcy Law," Irvine, California (March 11, 2022)

## Boards, Memberships & Certifications

**Memberships**

— American Bankruptcy Institute

— International Women's Insolvency & Restructuring Confederation

— Asian Pacific American Bar Association

— Inland Empire Bankruptcy Forum

## Professional Activities

114

**Pro Bono Work**

Sophia volunteered for the Public Law Center of Orange County and the Bankruptcy Clinic to assist pro se debtors with bankruptcy filings.

## Life Beyond the Law

Outside of work, Sophia enjoys hiking, visiting national parks, and traveling.

### Bar Admissions

California

1

**CERTIFICATE OF SERVICE**

2       I hereby certify that on October 30, 2025, I caused the forgoing document to be filed with

3  the Clerk of Court for the United States District Court for the Northern Mariana Islands, Bankruptcy

4  Division, using the CM/ECF System. A true and correct copy of the said pleading and all

5  attachments thereto have been served on all counsel of record via the Court's CM/ECF System.

6       Executed this 30th day of October 2025.

7

8                            */s/ Aram Ordubegian*

9                            ARAM ORDUBEGIAN

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES

AFSDOCS:301804890.4