*Filer's Name, Address, Phone, Fax, Email:*

CHOI & ITO, Attorneys at Law
Chuck C. Choi; Allison A. Ito
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813
Tel: (808) 533-1877; Fax: (808) 566-6900
E-mail: cchoi@hibklaw.com; aito@hibklaw.com

Attorneys for Debtor and Debtor-in-Possession



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
**1132 Bishop Street, Suite 250**
**Honolulu, Hawaii  96813**

H3017-1b  (9/23)

| | |
|---|---|
| *Debtor:*   IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC | *Case No.:* **24-00002** |
| *Joint Debtor:*   *(if any)* | Chapter 11 |

**NOTICE OF HEARING ON DISCLOSURE STATEMENT**

*[File this notice promptly after filing the disclosure statement and plan, and at least 28 days prior to the hearing date.]*

**NOTICE IS HEREBY GIVEN:**

1.   A disclosure statement and a plan under chapter 11 of the Bankruptcy Code were filed on:

   Date: October 31, 2025      By: Debtor and the Official Committee of General Unsecured Creditors

2.   The hearing to consider approval of the disclosure statement will be conducted in the courtroom.

| | |
|---|---|
| United States District Court for the Northern Mariana Islands 1671 Gualo Rai Road, 3rd Floor Courtroom Gualo Rai, Saipan, MP 96950 | Date: **December 16, 2025**  Time: **9:00 a.m. (CHST)** |

3.   The deadline for filing a written objection to the disclosure statement (7 days before the hearing date):

**December 9, 2025**

   Objections must specify which portions of the disclosure statement are incomplete, misleading, erroneous, or otherwise objectionable.

4.   Persons with a PACER account may view the proposed disclosure statement and proposed plan online at http://ecf.nmib.uscourts.gov.   Requests for copies of these documents may be made to the plan proponent at the address in the upper left corner of this notice.  (If the disclosure statement is approved by the court and unless the court orders otherwise, the disclosure statement, plan, and notice of the deadline to accept or reject the plan will be sent to all creditors and equity security holders.)

Dated: November 15, 2025                    /s/ Allison A. Ito
                                             for Plan Proponent