**SAN NICOLAS LAW OFFICE, LLC**
JOEY P. SAN NICOLAS, ESQ (F-0342)
3813 Mestisa Ave. Dandan Village, Saipan
P.O. Box 505335
Saipan, MP 96950
Telephone: (670) 288-1073
Mobile:  (670) 287-1973
Email:  jpsn@sannicolaslaw.net

**TSUGAWA LAU & MUZZI LLLC**
CHRISTOPHER J. MUZZI      6939
Admitted Pro Hac Vice
Harbor Court
55 Merchant Street, Suite 3000
Honolulu, Hawaii  96813
Telephone No.: (808) 531-0490
Email:  cmuzzi@hilaw.us

Attorneys for LOI LAM SIT

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
BANKRUPTCY DIVISION**

| | |
|---|---|
| In re<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>         Debtor and Debtor-In Possession | Case No.: 1:bk-24-0002 |

**STALKING HORSE BIDDER AND DEBTOR IN POSSESSION LENDER LOI LAM SIT'S JOINDER IN THE UNITED STATES TRUSTEE'S OBJECTION TO INTREPID INVESTMENT BANKERS LLC'S <u>APPLICATION FOR COMPENSATION</u>**

Stalking Horse Bidder and Debtor in Possession Lender LOI LAM SIT ("Mr. Sit"), by and through his undersigned counsel, hereby joins in the United States Trustee's Objection to Intrepid Investment Bankers LLC's Application for Compensation, filed November 19, 2025 as docket no. 500.

In addition to the reasons stated by the United States Trustee, Intrepid's requested compensation is unreasonable, because, if allowed, the net to the Debtor's estate is between $550,000 and $750,000 (depending on if Mr. Sit's breakup fee is allowed) **less** that if Intrepid determined Mr. Sit to have been the high bidder.

Specifically, if Mr. Sit's $12,500,000 bid were accepted, Intrepid would not earn a "Sale Fee" and the Debtor would receive the entire $12,500,000. However, Intrepid declared $12,950,000 bid of Team King Investment (CNMI), LLC to be the high bid. With Mr. Sit's ability to move for payment of his breakup fee of $200,000 and Intrepid's "Sale Fee" of $1,000,000, the net to the estate would only be between $11,750,000 and $11,950,000, substantially less than under Mr. Sit's bid.

Under the circumstances, the Sale Fee is unreasonable and should not be allowed and Intrepid's compensation should not be allowed in an amount exceeding $104,792.509.

DATED: Honolulu, Hawaii, November 18, 2025.

/s/ Christopher J. Muzzi
CHRISTOPHER J. MUZZI
JOEY P. SAN NICOLAS
Attorneys for LOI LAM SIT