Aram Ordubegian (admitted *pro hac vice*)
Christopher K.S. Wong (admitted *pro hac vice*)
**ARENTFOX SCHIFF LLP**
555 South Flower Street, 43rd Floor
Los Angeles, CA  90071
Telephone:   213.629.7400
Facsimile:    213.629.7401
aram.ordubegian@afslaw.com
christopher.wong@afslaw.com

Keith Chambers II (F0528)
**CHAMBERS LAW LLC**
Marianas Business Plaza, Suite 409
PMB 919 Box 10000
Saipan, MP 96950
Telephone:    670.234.9005/06
Facsimile:     670.235.9007
keith.chambers@chamberslawcnmi.com

Attorneys for the Official Committee
of General Unsecured Creditors

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

# BANKRUPTCY DIVISION

| | |
|---|---|
| In re: | Case No. 1:24-bk-00002 |
| **IMPERIAL PACIFIC INTERNATIONAL (CNMI) LLC,** | Chapter 11 |
| | **DECLARATION OF MICHAEL E. SALZMAN IN SUPPORT OF:** |
| Debtor and Debtor in Possession. | **SECOND INTERIM FEE APPLICATION OF CHAMBERS LAW LLC, LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF GENERAL UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2024 THROUGH SEPTEMBER 30, 2025** |
| | Hearing Date, Time and Location (ChST):<br>Date:      December 5, 2025<br>Time:      9:00 a.m.<br>Location:  3rd Floor Courtroom 1671<br>              Gualo Rai Rd., Gualo Rai<br>              Saipan, MP 96950 |
| | Judge:     Hon. Robert J. Faris |

### DECLARATION OF MICHAEL E. SALZMAN

I, Michael E. Salzman, under penalty of perjury, declare as follows:

1. I am an individual over the age of twenty-one (21), an attorney admitted to practice in New York, and the general counsel of Hughes Hubbard & Reed LLP ("Hughes Hubbard"), which is a duly appointed member and Chair of the Official Committee of Unsecured Creditors in the Imperial Pacific International (CNMI), LLC bankruptcy case (the "Committee"). I submit this declaration (the "Declaration") in support of the *Second Interim Fee Application of Chambers Law LLC, Local Counsel to the Official Committee of General Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2024 through September 30, 2025* (the "Application"). All capitalized terms used herein shall have the meanings ascribed to them in the Application, unless otherwise defined.

2. The facts set forth in this Declaration are based upon Hughes Hubbard's extensive knowledge of bankruptcy proceedings, my and other attorneys at Hughes Hubbard's review of the relevant documents, information provided to me or verified by Chambers Law LLC, and the

ARENTFOX SCHIFF LLP   AFSDOCS:304300662.3                     - 2 -

personal opinions of me and other attorneys at Hughes Hubbard based upon our experience, knowledge, and information provided to us. I am authorized to submit this Declaration on behalf of Hughes Hubbard as Chair of the Committee, and, if called upon to testify, I would testify competently to the facts set forth herein.

3. On or about May 14, 2024, the Office of the United States Trustee formed the Committee. On or about May 21, 2024, the Committee retained Chambers Law LLC (the "Firm") to represent the Committee as local counsel.

4. During the Fee Period, the Firm provided services to the Committee. As Committee Chair, Hughes Hubbard is satisfied with the services that the Firm has provided, and believes that the Firm has assisted the Committee and the estate with respect to this case.

5. In its capacity as Chair of the Committee, Hughes Hubbard reviewed the Application and the related billing statements for payment of fees and reimbursement of expenses for the Firm, and has no objection to the fees and expenses requested in the Application. Therefore, Hughes Hubbard, in its capacity as Chair of the Committee, supports interim allowance and payment of the amounts set forth in the Application.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of November 2025, at New York, New York.

MICHAEL E. SALZMAN

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, I caused the forgoing document to be filed with the Clerk of Court for the United States District Court for the Northern Mariana Islands, Bankruptcy Division, using the CM/ECF System. A true and correct copy of the said pleading has been served on all counsel of record via the Court's CM/ECF System.

Executed this 21th day of November, 2025.

*/s/ Christopher K. S. Wong*
CHRISTOPHER K. S. WONG

ArentFox Schiff LLP

- 3 -

AFSDOCS:303421624.1