Jeffrey N. Pomerantz (*Pro hac vice* forthcoming)
Jeffrey W. Dulberg (*Pro hac vice* forthcoming)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone:   310/277-6910
Facsimile:   310/201-0760
Email: jdulberg@pszjlaw.com

Attorneys for Intrepid Investment Bankers, LLC

F I L E D
Clerk
District Court

NOV 26 2025

for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

# BANKRUPTCY DIVISION

| | |
|---|---|
| In re:<br><br>**IMPERIAL PACIFIC<br>INTERNATIONAL (CNMI) LLC,**<br><br>Debtor and Debtor in Possession. | Case No. 1:24-bk-00002<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR LIMITED WAIVER OF LOCAL COUNSEL REQUIREMENT**<br><br>[Relates to Docket Nos. 508 and 509]<br><br><u>Hearing Date, Time and Location (ChST)</u>:<br>Date:        December 5, 2025<br>Time:       9:00 a.m.<br>Location:  3rd Floor Courtroom1671<br>                 Gualo Rai Rd., Gualo Rai<br>                 Saipan, MP 96950<br><br>Judge:     Hon. Robert J. Faris |

For good cause shown by the Declaration of Jeffrey W. Dulberg (ECF No. 508), the Motion for Limited Waiver of Local Counsel Requirement (ECF No. 508) filed by Pachulski Stang Ziehl & Jones LLP ("PSZJ"), Counsel for Intrepid Investment Bankers, LLC ("**Intrepid**"), is hereby GRANTED. The Court therefore ORDERS as follows:

4926-1982-9884.3 42341.00001                                       1

1. For the limited purpose of filing Intrepid's *Reply to United States Trustee's Objection to First and Final Fee Application of Intrepid Investment Bankers LLC, Investment Banker to the Official Committee of General Unsecured Creditors, For Allowance of Compensation and Reimbursement of Expenses for the Period From October 1, 2024 Through September 30, 2025; Declaration of Carl R. Comstock in Support Thereof*, and appearing at the December 5, 2025, hearing with respect thereto, the requirements of LR 83.5(e) (Pro Hac Vice) and LR 83.5(f)(Local Counsel for Pro Hac Vice Applicants) are temporarily WAIVED as to the following PSZJ attorneys: Jeffrey N. Pomerantz and Jeffrey W. Dulberg.

2. Attorneys Jeffrey N. Pomerantz and Jeffrey W. Dulberg of PSZJ may appear for Intrepid at the December 5, 2025 hearing via teleconference, and shall contact the Clerk's office for further instructions.

3. PSZJ shall not be required to associate with local counsel or file *pro hac vice* applications to the extent PSZJ's representation of Intrepid concludes at the close of the December 5, 2025 hearing or any continued hearing with respect thereto.



SO ORDERED.

/s/ Robert J. Faris
United States Bankruptcy Judge
Dated: 11/25/2025

4926-1982-9884.3 42341.00001