IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
BANKRUPTCY DIVISION

| | |
|---|---|
| In re: | Case No. 24-BK-00002 |
| IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, | Chapter 11 |
| Debtor and Debtor in Possession. | **SUPPLEMENTAL CERTIFICATE OF SERVICE** |
| | Judge: Hon. Robert J. Faris |

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtor in the above-captioned case.

On November 13, 2025, at my direction and under my supervision, employees of Verita caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Hearing on Interim and Final Applications for Allowance of Fees and Reimbursement of Expenses** [Docket No. 488]

Dated: November 25, 2025

*/s/ Heather Fellows*
Heather Fellows
Verita
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

1

# Exhibit A

**Exhibit A**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| Charlene Terry | 2003 Holt St Apt C | Rolla | MO | 65401-4792 |