Bruce Berline
LAW OFFICE OF BRUCE BERLINE, LLC
Security Title Building
Isa Drive, Capitol Hill
PO Box 5682 CHRB
Saipan, MP 96950
Tel.: (670) 233-3663
Fax: (670) 233-5262
Email: bberline@gmail.com

Aaron Halegua
AARON HALEGUA, PLLC
524 Broadway, 11th Floor
New York, New York 10012
Tel.: (646) 854-9061
Email: ah@aaronhalegua.com

John-Patrick M. Fritz
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034
Tel: (310) 229-3395
Email: jpf@lnbyg.com

Attorneys for Joshua Gray

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
BANKRUPTCY DIVISION**

| | |
|---|---|
| In re<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>        Debtor and<br>        Debtor-in-Possession. | Case No. 1:24-bk-00002<br><br>**JOINDER IN THE UNITED STATES TRUSTEE'S OBJECTION TO INTREPID INVESTMENT BANKERS LLC'S FEE APPLICATION BY CREDITORS JOSHUA GRAY, U.S.A. FANTER, MICHAEL DOTTS, AND THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**<br><br>Hearing Date: December 5, 2025<br>Hearing Time: 9:00 a.m.<br>Judge: Hon. Robert J. Faris |

On October 31, 2025, Intrepid Investment Bankers LLC ("Intrepid") filed the First and Final Fee Application of Intrepid Investment Bankers LLC, Investment Banker to the Official Committee of General Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses For the Period from October 1, 2024 Through September 30, 2025 (ECF No. 483 (the "Intrepid Fee Application")). On November 19, 2025, the Office of the United States Trustee ("OUST") filed its Objection to the Fee Application. (ECF No. 500). On November 19, 2025, the Debtor filed the Declaration of Counsel in Support of the U.S. Trustee's Objection to the Fee Application. (ECF No. 504). On that same day, Stalking Horse Bidder and Debtor in Possession Lender Loi Lam Sit filed his Joinder in the United States Trustee's Objection to the Fee Application. (ECF No. 503). On November 25, 2025, Intrepid filed their Reply in Support of the Intrepid Fee Application (ECF No. 509 (the "Reply")). In the Reply, Intrepid stated that "the OUST has filed its objection despite … the only affected constituency's representative—the [Official] Committee [of General Unsecured Creditors]—coming out against the Objection." (Reply at 3).

Unsecured creditors Joshua Gray ("Gray"), U.S.A. Fanter Corporation Ltd. ("Fanter"), Michael Dotts ("Dotts"), and the Commonwealth of the Northern Mariana Islands (the "CNMI") (together, the "Objecting Creditors"), who collectively hold general unsecured claims totaling more than $20 million, hereby file this joinder to the OUST's Objection to the Intrepid Fee Application. Although the Committee has not objected to the fee application of the investment banker whose retention it proposed and supported, the Objecting Creditors believe it is important to make clear that there *are* unsecured creditors who do object to the Intrepid Fee Application for the reasons set forth in the OUST Objection and other objections that have been filed. In addition, while the Objecting Creditors eventually agreed to the approval of the sale of the Debtor's assets, they note that they had previously filed numerous objections relating to problems with the process conducted by Intrepid—

who, to the knowledge of the Objecting Creditors, never even made a trip to the CNMI as part of its process of marketing the assets in question. (*See, e.g.*, ECF Nos. 390, 391, 392).

Dated: November 30, 2025

                                            Respectfully submitted,

                                            __/s/_____
                                            Aaron Halegua
                                            Bruce Berline
                                            John-Patrick M. Fritz
                                            *Attorneys for Creditor Joshua Gray*

JOINING THE MOTION:

____/s/_____
J. Robert Glass, Jr.
*Attorney for Creditor the CNMI*

____/s/_____
Colin Thompson
*Attorney for Creditor U.S.A. Fanter*

____/s/_____
Michael Dotts
*Attorney for Creditor Dotts*