Jeffrey N. Pomerantz (*Pro hac vice* forthcoming)
Jeffrey W. Dulberg (*Pro hac vice* forthcoming)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone:  310/277-6910
Facsimile:  310/201-0760
Email:  jdulberg@pszjlaw.com

Attorneys for Intrepid Investment Bankers, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS
# BANKRUPTCY DIVISION

| | |
|---|---|
| In re:<br><br>**IMPERIAL PACIFIC INTERNATIONAL (CNMI) LLC,**<br><br>Debtor and Debtor in Possession. | Case No. 1:24-bk-00002<br><br>Chapter 11<br><br>**STIPULATION TO CONTINUE HEARING ON FIRST AND FINAL FEE APPLICATION OF INTREPID INVESTMENT BANKERS LLC, INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF GENERAL UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2024 THROUGH SEPTEMBER 30, 2025;**<br><br>[Relates to Docket Nos. 483, 500, 503, 504, 509 and 512]<br><br>Current Hearing Date, Time and Location (ChST):<br>Date:       December 5, 2025<br>Time:       9:00 a.m.<br>Location:  3rd Floor Courtroom1671<br>                Gualo Rai Rd., Gualo Rai<br>                Saipan, MP 96950<br><br>Requested Hearing Date, Time and Location (ChST):<br>Date:       December 16, 2025<br>Time:       9:00 a.m.<br>Location:  3rd Floor Courtroom1671<br>                Gualo Rai Rd., Gualo Rai<br>                Saipan, MP 96950<br><br>Judge:      Hon. Robert J. Faris |

4911-0304-2685.1 42341.00001

Intrepid Investment Bankers, LLC ("**Intrepid**"), investment banker to the Official Committee of Unsecured Creditors in the above-captioned case, and the Office of the United States Trustee (the "**UST**", and together with Intrepid, the "**Parties**"), hereby submit the following stipulation:

A. On October 31, 2025, Intrepid filed its First and Final Fee Application for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2024 through September 30, 2025 (the "**Fee Application**") [Docket No. 483].

B. On November 19, 2025, the UST filed an objection to the Fee Application (the "**Objection**") [Docket No. 500] , along with a supporting declaration filed by counsel for Imperial Pacific International (CNMI) LLC (the "**Debtor**") [Docket No. 504].

C. On November 19, 2025 and December 1, 2025, respectively, joinders to the Objection were filed by stalking horse bidder and lender for the Debtor, Loi Lam Sit [Docket No. 503] and creditors Joshua Gray, U.SA. Fanter, Michael Dotts, and the Commonwealth of the Northern Mariana Island [Docket No. 512].

D. On November 25, 2025, Intrepid filed its reply to the Objection [Docket No. 509].

E. The hearing to consider the Fee Application is currently set for December 5, 2025 at 9:00 a.m.

F. The Parties are working to resolve this matter and request additional time to negotiate the issues at hand.

G. A hearing to consider the motion to approve the disclosure statement (the "**Disclosure Statement**") [Docket No. 497] is currently scheduled for December 16, 2025 at 9:00 a.m.

H. The Parties agree that, in the interest of judicial economy, the hearing on the Fee Application should be continued to the same date and time as the hearing on the Disclosure Statement.

NOW, THEREFORE, the Parties stipulate and jointly agree as follows:

1. The December 5, 2025 hearing on the Fee Application shall be continued to December 16, 2025 at 9:00 a.m.

IT IS SO STIPULATED.

Dated: December 1, 2025           PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Jeffrey W. Dulberg*
Jeffrey N. Pomerantz
Jeffrey W. Dulberg

Attorneys for Intrepid Investment Bankers, LLC

Dated: December 1, 2025           TIFFANY L. CARROLL Acting United States Trustee

By: */s/ Curtis Ching*
Curtis Ching
Assistant United States Trustee

4911-0304-2685.1 42341.00001                3