OFFICE OF THE UNITED STATES TRUSTEE

TIFFANY L. CARROLL
Acting United States Trustee
CURTIS CHING                    3931
Assistant United States Trustee
300 Ala Moana Boulevard, Room 4108
Honolulu, Hawaii   96850
Telephone:  (808) 522-8154
Email:  curtis.b.ching@usdoj.gov

F I L E D
Clerk
District Court
DEC 02 2025
for the Northern Mariana Islands
By_____
(Deputy Clerk)

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
BANKRUPTCY DIVISION

| | |
|---|---|
| In re<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>  Debtor and<br>  Debtor-in-Possession. | Case No. 24-00002<br>(Chapter 11)<br>(Related Docket #513)<br><br><br><br>Judge:  Hon. ROBERT J. FARIS |

**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON FIRST AND FINAL FEE APPLICATION OF INTREPID INVESTMENT BANKERS LLC**

It is hereby ORDERED that the Stipulation To Continue Hearing On First And Final Fee Application Of Intrepid Investment Bankers LLC, filed on December 2, 2025, is APPROVED. The current hearing on the First And Final Fee Application Of Intrepid Investment Bankers LLC ("Application"), scheduled for December 5, 2025 at 9:00 a.m., is taken off calendar. The Application will be heard on December 16, 2025 at 9:00 a.m. ChST.   No further notice is necessary.

SO ORDERED.

/s/ Robert J. Faris
United States Bankruptcy Judge

Dated: **12/01/2025**