Jeffrey N. Pomerantz (*Pro hac vice* forthcoming)
Jeffrey W. Dulberg (*Pro hac vice* forthcoming)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone:    310/277-6910
Facsimile:    310/201-0760
Email: jdulberg@pszjlaw.com

Attorneys for Intrepid Investment Bankers, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

# BANKRUPTCY DIVISION

| | |
|---|---|
| In re:<br><br>**IMPERIAL PACIFIC INTERNATIONAL (CNMI) LLC,**<br><br>Debtor and Debtor in Possession. | Case No. 1:24-bk-00002<br><br>Chapter 11<br><br>**NOTICE OF ERRATA TO REPLY TO UNITED STATES TRUSTEE'S OBJECTION TO FIRST AND FINAL FEE APPLICATION OF INTREPID INVESTMENT BANKERS LLC, INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF GENERAL UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2024 THROUGH SEPTEMBER 30, 2025**<br><br>[Relates to Docket No. 509]<br><br><u>Hearing Date, Time and Location (ChST):</u><br>Date:         December 16, 2025<br>Time:        9:00 a.m.<br>Location:   3rd Floor Courtroom1671<br>                   Gualo Rai Rd., Gualo Rai<br>                   Saipan, MP 96950<br><br>Judge:       Hon. Robert J. Faris |

4925-3728-3966.2 42341.00001                              1

Intrepid Investment Bankers, LLC ("**Intrepid**"), investment banker to the Official Committee of Unsecured Creditors in the above-captioned case (the "**Committee**"), hereby files this errata to the reply (the "**Reply**") [Docket No. 509] to the objection of the Office of the United States Trustee [Docket No. 500] to Intrepid's first and final fee application for allowance of compensation and reimbursement of expenses for the Period from October 1, 2024 through September 30, 2025 [Docket No. 483] (the "**Fee Application**").

On page 3 of the Reply, Intrepid asserts that the declaration of Michael Salzman (the "**Declaration**"), general counsel of Hughes Hubbard & Reed LLP, which firm is Chair of the Committee, was to be filed concurrently with the Reply.  Intrepid clarifies that such Declaration was not filed, but rather, that the Committee will be filing a statement regarding the Fee Application.

Dated:  December 4, 2025   PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Jeffrey W. Dulberg*
    Jeffrey N. Pomerantz
    Jeffrey W. Dulberg

Attorneys for Intrepid Investment Bankers, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2025, I caused the foregoing documents to be filed with the Clerk of Court for the United States District Court for the Northern Mariana Islands, Bankruptcy Division, using the CM/ECF System. A true and correct copy of the said pleadings and all attachments thereto have been served on all counsel of record via the Court's CM/ECF System.

Executed this 4th day of December, 2025.

/s/ Nancy H. Brown
Nancy H, Brown