| | |
|---|---|
| 1 | Aram Ordubegian (admitted *pro hac vice*) |
| 2 | Christopher K.S. Wong (admitted *pro hac vice*)<br>**ARENTFOX SCHIFF LLP** |
| 3 | 555 South Flower Street, 43rd Floor<br>Los Angeles, CA  90071 |
| 4 | Telephone:    213.629.7400<br>Facsimile:     213.629.7401 |
| 5 | aram.ordubegian@afslaw.com<br>christopher.wong@afslaw.com |
| 6 | Keith Chambers II (F0528) |
| 7 | **CHAMBERS LAW LLC**<br>Marianas Business Plaza, Suite 409 |
| 8 | PMB 919 Box 10000<br>Saipan, MP 96950 |
| 9 | Telephone:    670.234.9005/06<br>Facsimile:     670.235.9007 |
| 10 | keith.chambers@chamberslawcnmi.com |
| 11 | Attorneys for the Official Committee<br>of General Unsecured Creditors |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN MARIANA ISLANDS**

**BANKRUPTCY DIVISION**

| | |
|---|---|
| In re:<br><br>**IMPERIAL PACIFIC INTERNATIONAL (CNMI) LLC,**<br><br>Debtor and Debtor in Possession. | Case No. 1:24-bk-00002<br><br>Chapter 11<br><br>**STATEMENT OF THE OFFICIAL COMMITTEE OF GENERAL UNSECURED CREDITORS REGARDING FIRST AND FINAL FEE APPLICATION OF INTREPID INVESTMENT BANKERS LLC, INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF GENERAL UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2024 THROUGH SEPTEMBER 30, 2025**<br><br><u>Hearing Date, Time and Location (ChST)</u>:<br>Date:         December 5, 2025<br>Time:         9:00 a.m.<br>Location:   3rd Floor Courtroom1671<br>                   Gualo Rai Rd., Gualo Rai<br>                   Saipan, MP 96950<br><br>Judge:        Hon. Robert J. Faris |

AFSDOCS:304409369.2

The Official Committee of General Unsecured Creditors (the "Committee") of Imperial Pacific International (CNMI), LLC, the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Case"), hereby submits this statement (the "Statement") regarding the *First and Final Fee Application of Intrepid Investment Bankers LLC, Investment Banker to the Official Committee of General Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2024 through September 30, 2025* (the "Application") (ECF No. 483).

On or about October 5, 2024, the Court entered an *Order Approving Application of the Official Committee of General Unsecured Creditors for Authority to Employ Intrepid Investment Bankers LLC as Investment Banker Effective as of September 22, 2024 Pursuant to 11 U.S.C. §§ 328 and 1103 entered on October 5, 2025* (the "Retention Order") (ECF No. 276).[1] Pursuant to the Retention Order and the Engagement Agreement, Intrepid conducted a process to sell the Debtor's assets. This process ultimately resulted in the Court's approval of a sale of substantially all of the Debtor's assets (ECF No. 433), which closed on August 20, 2025. The Application and the reply in further support of the Application (the "Reply") (ECF No. 509)[2] describe the services performed by Intrepid in this chapter 11 case. The Committee files this Statement to describe to the Court its work and interaction with Intrepid.

In overseeing the sale process, Intrepid frequently briefed the Committee's counsel regarding potential sale structures and marketing and other outreach initiatives to and contacts with potential buyers, investors, counterparties, and financing sources. Intrepid coordinated with the Committee's counsel regarding due diligence requests and responding to inquiries from Committee members. Intrepid assisted in sale negotiations and conducted the sale auction. Intrepid's efforts ultimately facilitated consummation of the sale transaction.

From the Committee's vantage point, Intrepid's work maximized value for the estate and its stakeholders and materially advanced the chapter 11 case to its current status of a proposed plan

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Retention Order.

[2] The Committee understands that Intrepid will be filing an errata to the Reply clarifying that the Committee did not file a declaration from the Committee chair regarding the Application but is instead submitting this Statement.

ARENTFOX SCHIFF LLP

on file with the Court to distribute sale proceeds to unsecured creditors.

Accordingly, the Committee believes that Intrepid has met the terms of the Retention Order and the Engagement Agreement and has no objection to the fees and expenses requested in the Application.

Dated: December 4, 2025

Respectfully submitted,

**ARENTFOX SCHIFF LLP**

By: /s/ Aram Ordubegian
Aram Ordubegian
Christopher K.S. Wong
Attorneys for the Official Committee of General Unsecured Creditors

ARENTFOX SCHIFF LLP

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2025, I caused the forgoing document to be filed with the Clerk of Court for the United States District Court for the Northern Mariana Islands, Bankruptcy Division, using the CM/ECF System. A true and correct copy of the said pleading has been served on all counsel of record via the Court's CM/ECF System.

Executed this 4th day of December, 2025.

*/s/ Aram Ordubegian*
ARAM ORDUBEGIAN

ARENTFOX SCHIFF LLP