# Team King Investment (CNMI), LLC.

KANEKO HIROSHI



September 15, 2025

The Honorable David M. Apatang
Governor of the Commonwealth of the Northern Mariana Islands
Caller Box 10007
Saipan, MP 96950

The Honorable Dennis James C. Mendiola
Lieutenant Governor of the Commonwealth of the Northern Mariana Islands
Caller Box 10007
Saipan, MP 96950

Re: Request for Stipulated Agreement Regarding Casino License and Future Investment

Dear Governor Apatang and Lieutenant Governor Mendiola,

As you are aware, Team King successfully acquired substantially all of IPI's assets through the Bankruptcy Court auction process. The Asset Purchase Agreement provided an option for Team King to acquire IPI's exclusive casino license for an additional $2.5 million. However, Team King has determined that it cannot, under the current provisions of Public Law 18-56, assume this license due to IPI's associated debts, unpaid regulatory fees, and investment obligations.

As such, Team King wishes to inform you that it will waive and surrender Team King's option to acquire IPI's exclusive license.  This clarifies that Team King is not entitled to the exclusivity of the casino license.  In addition, Team King shall not be responsible for IPI's outstanding debts, including unpaid license fees and regulatory fees.

Should Public Law 18-56 be amended to create a more practical and sustainable framework, Team King will certainly reconsider its position and apply for a casino license.

September 15, 2025
Team King Letter to Governor and Lieutenant Governor

To further show Team King's intentions to invigorate the CNMI's tourism economy, Team King shall establish a foundation for collaboration with the Commonwealth to ensure that the Saipan casino and resort facilities are renovated, revitalized, and operated in a manner that creates local employment, generates revenues, and enhances the tourism economy.

Team King is committed to working transparently and collaboratively with the CNMI Government to restore confidence in the gaming and tourism sector.

We respectfully request your consideration and look forward to the opportunity to meet with your offices to discuss this matter. Our goal is to move forward responsibly with the renovation and reopening of the resort facility, thereby contributing to the Commonwealth's economic recovery and long-term development.

Thank you for your leadership and for the opportunity to partner with the CNMI in this important endeavor.

Respectfully,

HIROSHI KANEKO
Authorized Representative
Team King Investment (CNMI), LLC